# EXHIBIT A

## CORPORATE ORGANIZATION CHART

4819-4445-7457.1



*Not a debtor entity.