# EXHIBIT B

## QUALIFICATIONS OF INDEPENDENT DIRECTOR

**Steven J. Pully, CFA, CPA, Esq.**
**Biography  -  July 2021**
4564 Meadowood Road, Dallas Texas 75220
sjpully@yahoo.com
214 587-6133

Steve Pully serves on boards of public and private companies, he performs consulting and investment banking services for companies and investors, and he acts as an expert witness for legal disputes involving corporate governance and restructuring issues.  Among the notable transactions that Mr. Pully completed in the past few years was a series of financings for a private company, including raising almost $1.0 billion from Blackstone in 2016.  In 2017, Mr. Pully co-founded Speyside Partners, an investment banking firm with an affiliated broker-dealer that focuses on restructurings, financings and M&A.

Until September of 2014, Mr. Pully was a partner and the General Counsel of Carlson Capital, L.P., a multi-strategy hedge fund that managed $9.0 billion. Mr. Pully served on the Management, Operating and Valuation (Chair) Committees of Carlson Capital.  Prior to joining Carlson Capital in 2008, Mr. Pully spent six years as the President of Newcastle Capital Management, a  deep value activist fund that managed approximately $650 million.  While at Newcastle, he also served as the Chief Executive Officer of two operating companies, a manufacturing company after its emergence from bankruptcy that had over 600 employees, and a public company that was seeking to complete an acquisition.

Mr. Pully was a Senior Managing Director at Bear Stearns and a Managing Director at Bank of America Securities and also worked at Kidder Peabody and Wasserstein Perella.  He was involved in a broad variety of mergers and acquisitions, financings and restructurings during his time as an investment banker.  Prior to becoming an investment banker, Mr. Pully was a securities and corporate attorney at Baker Botts in Houston, Texas.

Mr. Pully has served on thirty boards of public and private companies, including companies in the oil and gas, technology, restaurant, power, entertainment, manufacturing, telecom, agricultural, retail and real estate sectors.  Over the past twenty-four months, Mr. Pully was added as an independent director of eight

different companies that were contemplating a restructuring or sale. Mr. Pully's experience as an independent director is set forth in more detail in <u>Exhibit A</u> hereto.

Mr. Pully has chaired Audit, Comp, Governance and Special Committees on numerous occasions. Mr. Pully is currently the chairman and chief executive officer of a company that completed seven asset sales over the past few years; he is also managing the company's wind-down process in Delaware. He regularly speaks at conferences on board leadership and related topics.

Mr. Pully has served as an expert witness recently on several high-profile cases involving governance matters, claims against board members and restructuring matters.

Mr. Pully is licensed as an attorney and CPA in Texas and is a CFA Charterholder. He earned his undergraduate degree with honors in Accounting from Georgetown University and is also a graduate of The University of Texas School of Law.

Additional detail regarding Mr. Pully's background is set forth in his resume, which is attached as <u>Exhibit B</u> hereto.

Mr. Pully lives in Dallas and New York with his wife; he has two adult daughters. He enjoys boating, biking and golf.

<u>Exhibit A</u>

**Steven J. Pully, CFA, CPA, Esq.**
**July 2021**

**Recent Independent Director Experience On Behalf of Companies Engaged in a Restructuring or Bankruptcy**

- Mid-size telecom company controlled by major private equity fund (completed)
- Oil field service equipment manufacturer with large secured lender that also owned significant equity (completed)
- Large hemp manufacturer with single secured lender and significant conflicts at board level (completed)
- Two different upstream oil and gas companies, each controlled by major private equity funds and management (completed)
- Emergency response company; sold to management (completed)
- Real estate management company (ongoing)

**Issues Considered/ Tasks Undertaken In Connection With Recent Independent Board Roles**

- ✓ Led selection of investment banks to conduct 363 sales processes
- ✓ Led selection of law firm to represent company during Chapter 11 process
- ✓ Selection of Chief Restructuring Officer/ financial advisor
- ✓ Managed investment bank conducting 363 sale process and marketing of DIP loan
- ✓ Sole member of restructuring committee; tasked with management of CRO and other professionals
- ✓ Audit Committee chairman; led investigation of company's auditors
- ✓ Provided key direction in analysis/review of restructuring alternatives
- ✓ Compensation Committee chairman, with responsibility for developing bonus and retention plans
- ✓ Investigation of potential lawsuits against company directors
- ✓ Review of personnel terminations and workforce reductions
- ✓ Approval of sponsor purchasing assets from debtor
- ✓ Approval of transfer of certain back-office functions to affiliate of sponsor
- ✓ Live testimony in bankruptcy court regarding sales process
- ✓ Preparation of report/investigation in advance of bankruptcy process

<u>Exhibit B</u>

## STEVEN J. PULLY
4564 Meadowood Road, Dallas, Texas
(214) 587-6133
sjpully@yahoo.com

---

*Employment History*

---

**October 2014 – Present**  **SPEYSIDE PARTNERS/INVESTMENT BANKER/CONSULTANT/BOARD DIRECTOR/CORPORATE EXECUTIVE**
- *Investment banker/consultant to companies, investors and creditors on matters including capital raising, distressed debt restructurings, asset dispositions, activist investing defense, strategic opportunities, and expert witness matters*
- *Chief Executive Officer and Chairman, Harvest Oil & Gas (post-reorg)*

**January 2008 – Sept. 2014**  **CARLSON CAPITAL, L.P.,** General Counsel and Partner, Dallas, Texas
- *Responsible for legal affairs of hedge fund with over $9.0 B of AUM; worked closely with affiliated oil and gas private equity fund with $700 of AUM beginning in 2010*
- *Member of Management, Operating and Valuation Committees (Chair)*

**Dec. 2001 – October 2007**  **NEWCASTLE CAPITAL MANAGEMENT, L.P.,** President, Dallas, Texas
- *Activist fund with $650 MM of assets under management*
- *Operating positions for portfolio companies: CEO of Pinnacle Frames, Jan. 2003 – June 2004 (largest domestic picture frame manufacturer with 600 employees; involved in multiple visits to Wal-Mart, visited China and identified new CEO for company); CEO of New Century Equity Holdings, June 2003 – Oct. 2007 (cash shell seeking to acquire business)*

**May 2000 – Dec. 2001**  **BANC OF AMERICA SECURITIES**, Managing Director, Investment Banking - M&A/ Energy & Power Groups; Houston and Dallas, Texas

**January 1997 – May 2000**  **BEAR STEARNS & CO. INC.,** Senior Managing Director - Investment Banking Department; Dallas, Texas

**April 1996 – Dec. 1996**  **CONVERGENT ASSOCIATES, INC.,** President, Dallas, Texas.
- *Private equity firm that controlled three technology-oriented companies involved in travel, media and software; affiliated with EDS*

**January 1996 - April 1996**  **WASSERSTEIN PERELLA & CO., INC.,** Vice President - Investment Banking Department; Dallas, Texas
- *Left after brief association because supervisor announced departure plans*

**July 1989 - Dec. 1995**  **PAINEWEBBER INCORPORATED/ KIDDER, PEABODY & CO.,** First Vice President - Investment Banking Department; New York City and Houston, Texas

**October 1985 - July 1989**  **BAKER & BOTTS, Attorneys,** Associate – Corporate Department; Houston, Texas

## *Board Experience*

**Board Leadership**  -  Experience as Lead Director, Chairman of the Board, Executive Committee member and Chairman of Audit, Compensation, Governance and Strategic Committees
**Accounting/Finance**  -  CPA and CFA certifications, significant experience with financial statements and analysis, member of several audit committees including chair role
**Strategic Transactions/Capital Raising**  -  Substantial history with successful strategic transactions and efficient capital raising, including debt restructurings
**Governance/Activist Investing Expertise**  -  Extensive experience with shareholder governance and activist investing/defense; positive reputation with shareholders as a value creator
**Legal/Regulatory**  -  Licensed attorney, extensive experience managing legal/compliance department

**Public Company Directorships**
**Previous:** Bellatrix Exploration, Energy XXI (Chair – Comp and Strategic), EPL Oil & Gas Inc. (Lead Director, Chair - Comp), Ember Resources, Cano Petroleum, Goodrich Petroleum, Harvest Oil and Gas (Chairman of the Board, Chair – Audit), Peerless Systems (Chair – Audit), New Century Equity Holdings, MaxWorldwide, Geoworks Corporation, Pizza Inn (Chair – Governance), Titan Energy, VAALCO Energy (Chair – Governance, Comp), Whitehall Jewelers (Chairman)

**Private Company Directorships**
**Current:** Harvest Oil & Gas (Chairman of the Board and Chief Executive Officer, formerly public company), Karya Properties, PRIMEXX Energy, Limetree Bay Energy, Titan Energy, Heritage Power, Response Team 1, Wild Rivers
**Previous:**  Fox & Hound, GenCanna Global, Pinnacle Frames & Accents, Aspire Holdings (Chair – Comp), PermianLide, Tribune Resources (Chair – Audit), PGi, Southland Royalty, Greylock Energy

## *Professional Certifications, Education and Other Interests*

**CHARTERED FINANCIAL ANALYST,** 2004 (Active member), **CERTIFIED PUBLIC ACCOUNTANT,** Texas, 1985 (Active member), **STATE BAR OF TEXAS,** 1985 (Active member), **FINRA** Series 7, 26, 63 and 79 (Current)

**The University of Texas School of Law, 1985**
International Law Journal, Moot Court, Board of Advocates

**Georgetown University, BSBA with honors, 1982, Major in accounting with 3.90 GPA in major**
President of Student Government Senate, National Model U.N. Team
**Centre for Management Studies, Oxford University, England**, **Summer 1981**

Sailing, golf, writing, biking and travel; married with two adult daughters

Board of Advisors, Georgetown McDonough School of Business, 2015 - 2018