IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | § § § | Case No. 21-32351 (DRJ) |
| Debtors. | § § § | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned is counsel for Limetree Bay Terminals, LLC, Limetree Bay Terminal Holdings, LLC, Limetree Bay Terminal Holdings II, LLC, and Limetree Bay Cayman, Ltd., in the above-referenced cases and hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010.  All such notices should be addressed as follows:

> Timothy A. ("Tad") Davidson II
> Joseph P. Rovira
> Ashley Harper
> Philip M. Guffy
> **HUNTON ANDREWS KURTH LLP**
> 600 Travis Street, Suite 4200
> Houston, Texas  77002
> Tel:     713-220-4200
> Fax:    713-220-4285
> Email:  taddavidson@HuntonAK.com
>              josephrovira@HuntonAK.com
>              ashleyharper@HuntonAK.com
>              pguffy@HuntonAK.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

123129.0000003 EMF_US 85822789v2

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise filed or made with regard to the referenced cases and the proceedings.

Dated: July 13, 2021
      Houston, Texas

Respectfully Submitted,

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Joseph P. Rovira (TX Bar No. 24066008)
Ashley Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:    713-220-4200
Fax:   713-220-4285
Email:  taddavidson@HuntonAK.com
          josephrovira@HuntonAK.com
          ashleyharper@HuntonAK.com
          pguffy@HuntonAK.com

*Counsel for Limetree Bay Terminals, LLC, Limetree Bay Holdings, LLC, Limetree Bay Terminal Holdings II, LLC, and Limetree Bay Cayman, Ltd.*

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Timothy A. ("Tad") Davidson II
Timothy A. ("Tad") Davidson II

123129.0000003 EMF_US 85822789v2