

ENTERED
07/13/2021

**IN THE UNTED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: <br><br> **LIMETREE BAY SERVICES, LLC,** <br><br> Debtor. <br><br> EIN 84-3141866 | Chapter 11 <br><br> Case No.: 21-32351 |
| In re: <br><br> **LIMETREE BAY REFINING HOLDINGS, LLC,** <br><br> Debtor. <br><br> EIN 66-0901776 | Chapter 11 <br><br> Case No.: 21-32352 |
| In re: <br><br> **LIMETREE BAY REFINING HOLDINGS II, LLC,** <br><br> Debtor. <br><br> EIN 66-0901815 | Chapter 11 <br><br> Case No.: 21-32353 |
| In re: <br><br> **LIMETREE BAY REFINING, LLC,** <br><br> Debtor. <br><br> EIN 66-0898671 | Chapter 11 <br><br> Case No.: 21-32354 |
| In re: <br><br> **LIMETREE BAY REFINING OPERATING, LLC,** <br><br> Debtor. <br><br> EIN 66-0899067 | Chapter 11 <br><br> Case No.: 21-32355 |

4829-4538-0593.1

|  |  |
|---|---|
| In re:<br><br>**LIMETREE BAY REFINING MARKETING, LLC,**<br><br>           **Debtor.**<br><br>**EIN 66-0899222** | Chapter 11<br><br>Case No.: 21-32356<br><br><br><br><br><br>(Docket No. 4) |

**ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) AND LOCAL
RULE 1015-1 DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[2] of Limetree Bay Services, LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), for an order pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing the joint administration of the Debtors' Chapter 11 Cases for procedural purposes only, as more fully described in the Motion; and due and proper notice of the Motion having been provided; and the relief requested in the Motion being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.

2. Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 21-32351 (DRJ). Additionally, the following checked items are ordered:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

4829-4538-0593.1

A. __X__ One disclosure statement and plan of reorganization may be filed for the Debtors by any plan proponent.

B. __X__ Any of the above-captioned cases with a higher case number shall be transferred to Judge Jones, who has the lower numbered case.

C. __X__ Parties may request joint hearings on matters pending in any of the jointly administered cases.

D. __X__ Other: See below

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting substantive consolidation of any of the Chapter 11 Cases, the Debtors, or the Debtors' estates. The caption of the jointly administered Chapter 11 Cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| IN RE: | CHAPTER 11 |
|---|---|
| **LIMETREE BAY SERVICES, LLC,** *et al.*,[3] | **CASE NO.: 21-32351** |
| Debtors. | **(Jointly Administered)** |

4. The foregoing caption satisfies the requirements set forth in Section 342(c)(1) of the Bankruptcy Code.

5. The Clerk of this Court shall enter this order on the docket of each of the Chapter 11 Cases, with the exception of the Limetree Bay Services, LLC case, and shall make the following docket entry in each such case:

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4829-4538-0593.1

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of this case with the chapter 11 case of Limetree Bay Services, LLC. The docket in the case of Limetree Bay Services, LLC No. 21-32351 (DRJ), should be consulted for all further documents filed and all matters affecting this case.

6. The Debtors shall maintain and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these Chapter 11 Cases, and this Order is without prejudice to the rights of any party in interest to seek entry of an Order substantively consolidating these cases.

8. The contents of the Motion satisfy the requirements of Bankruptcy Rule 6003(b).

9. Notice of the Motion as provided therein shall be deemed good and sufficient and satisfies the requirements of the Bankruptcy Rules and the Local Rules.

10. The terms and conditions of this Order are immediately effective and enforceable upon its entry.

11. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

12. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed: July 13, 2021.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

4829-4538-0593.1