IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*, | § § § | Case No. 21-32351 (DRJ) |
| Debtors.[1] | § § § § § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance as counsel to 405 Sentinel LLC and Arena Investors, LP, and requests that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon the following:

> Jason S. Brookner
> Paul D. Moak
> Lydia R. Webb
> **GRAY REED**
> 1300 Post Oak Blvd, Suite 2000
> Houston, Texas 77056
> Telephone: (713) 986-7000
> Facsimile:  (713) 986-7100
> Email:   jbrookner@grayreed.com
>             pmoak@grayreed.com
>             lwebb@grayreed.com

This request encompasses all notices, copies and pleadings referred to in any and all (i) sections of title 11 of the United States Code, and (ii) Rules contained in the Federal Rules of

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC. (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).  The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4841-7522-9937.1

Bankruptcy Procedure, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after *de novo* review by the District Court, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter to which 405 Sentinel LLC is or may be entitled, at law or in equity, and all such rights, actions, claims and defenses are expressly reserved.

Respectfully submitted this 13th day of July, 2021.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Paul D. Moak
    Texas Bar No. 00794316
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:  jbrookner@grayreed.com
        pmoak@grayreed.com
        lwebb@grayreed.com

**COUNSEL TO 405 SENTINEL LLC AND ARENA INVESTORS, LP**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of July, 2021, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

*/s/ Jason S. Brookner*
Jason S. Brookner
