UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | § | Case No. 21-32351 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that Rapp & Krock, PC ("Rapp & Krock") and Davis Polk & Wardwell LLP ("Davis Polk") appear as counsel for an ad hoc group of lenders (the "Terminal Lenders") under the Terminal Entities'[2] prepetition secured first lien term loan facility in the above-captioned Chapter 11 cases pursuant to Rules 2002, 3017(a), 9007, 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and request that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

| **RAPP & KROCK, PC** | **DAVIS POLK & WARDWELL LLP** |
|---|---|
| Henry Flores | Damian S. Schaible |
| Kenneth M. Krock | Elliot Moskowitz |
| 1980 Post Oak Blvd. Suite 1200 | Aryeh Ethan Falk |
| Houston, TX 77056 | Jonah A. Peppiatt |
| Telephone.: (713) 759-9977 | 450 Lexington Avenue |
| Facsimile.: (713) 759-9967 | New York, NY 10017 |
| Email: hflores@rappandkrock.com | Telephone: (212) 450-4000 |
| Email: kkrock@rappandkrock.com | Facsimile: (212) 701-5800 |
| | Email: damian.schaible@davispolk.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtors' federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] The Terminal Entities are: Limetree Bay Terminals, LLC, Limetree Bay Terminal Holdings, LLC, Limetree Bay Terminal Holdings II, LLC, and Limetree Bay Cayman, Ltd.

|  | Email: elliot.moskowitz@davispolk.com<br>Email: aryeh.falk@davispolk.com<br>Email:  jonah.peppiatt@davispolk.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code (the "Bankruptcy Code"), but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the Terminal Lenders to (a) have final orders in non-core matters entered only after de novo review by a District Court judge, (b) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| DATED:  July13, 2021 | Respectfully submitted,<br><br>**RAPP & KROCK, PC**<br><br>By: */s/ Henry Flores*<br>Henry Flores<br>Texas State Bar No. 00784062<br>Kenneth M. Krock<br>Texas State Bar No. 00796908<br>1980 Post Oak Blvd. Suite 1200<br>Houston, TX 77056<br>Telephone.: (713) 759-9977<br>Facsimile.: (713) 759-9967<br>Email: hflores@rappandkrock.com<br><br>-and-<br><br>**DAVIS POLK & WARDWELL LLP**<br>Damian S. Schaible (*pro hac vice* pending)<br>Elliot Moskowitz (*pro hac vice* pending)<br>Aryeh Ethan Falk (*pro hac vice* pending)<br>Jonah A. Peppiatt (*pro hac vice* pending)<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>Email: damian.schaible@davispolk.com<br>Email: elliot.moskowitz@davispolk.com<br>Email: aryeh.falk@davispolk.com<br>Email: jonah.peppiatt@davispolk.com<br><br>**COUNSEL FOR THE TERMINAL LENDERS** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by electronic mail via the Court's ECF system to all parties authorized to receive electronic notice in this case on July13, 2021.

> /s/ Henry Flores
> Henry Flores