Electronic Appearance Sheet

Dan McGuire, Winston & Strawn LLP
Client(s): The Government of the United States Virgin Islands

Sean O'Neal, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Goldman Sachs Bank USA

Jane VanLare, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Goldman Sachs Bank USA

Elizabeth Green, Baker & Hostetler LLP
Client(s): Debtors

Jason Brookner, Gray Reed
Client(s): Arena Investors, LP and 405 Sentinel LLC

Lydia Webb, Gray Reed
Client(s): Arena Investors, LP and 405 Sentinel LLC

Jorian Rose, Baker & Hostetler LLP
Client(s): Debtors

Jimmy Parrish, Baker & Hostetler LLP
Client(s): Debtors

Michael Delaney, Baker & Hostetler LLP
Client(s): Debtors

John Mills, Jones Walker LLP
Client(s): Worley Pan American

TINAMARIE FEIL, BMC GROUP
Client(s): Declarant of BMC Group - proposed Claims, Noticing, Solicitation and Administrative Agent

Mark A. Mintz, Jones Walker LLP
Client(s): Worley Pan American

nimesh bhakta, vitol
Client(s): vitol

Tad Davidson, Hunton Andrews Kurth LLC
Client(s): Limetree Bay Terminals, LLC

Joseph Rovira, Hunton Andrews Kurth LLP
Client(s): Limetree Bay Terminals, LLC

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Limetree Bay Terminals, LLC

Electronic Appearance Sheet

Ira Dizengoff, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Term Lender Group

Scott Alberino, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Term Lender Group

Marty Brimmage, Akin Gump Strauss Hauer & Feld LLP
Client(s): Ad Hoc Term Lender Group

Elizabeth Green, Baker & Hostetler LLP
Client(s): Debtors

Jimmy Parrish, Baker & Hostetler LLP
Client(s): Debtors

Michael Delaney, Baker & Hostetler LLP
Client(s): Debtors

Jorian Rose, Baker & Hostetler LLP
Client(s): Debtors

Rosa Evergreen , Arnold & Porter
Client(s): BP Products North America Inc.

Jim Prince, Baker Botts LLP
Client(s): J. Aron & Company LLC

Jorian  Rose, BakerHostetler
Client(s): Limetree Bay Refinery

Robin Spigel, Baker Botts L.L.P.
Client(s): J. Aron & Company LLC

Chris Newcomb, Baker Botts L.L.P.
Client(s): J. Aron & Company LLC

elizabeth  green , baker hostetler
Client(s): debtors counsel

Millard  Johnson, Johnson DeLuca Kurisky & Gould, P.C.
Client(s): Reactor Resources, LLC

Jana Whitworth, Office of the United States Trustee
Client(s): United States Trustee

Sean ONeal, Cleary Gottlieb Steen & Hamilton LLP
Client(s): Goldman Sachs Bank USA

Electronic Appearance Sheet

Damian Schaible, Davis Polk & Wardwell LLP
Client(s): Ad Hoc Group of Terminal Lenders

David Meyer, Vinson & Elkins LLP
Client(s): AMP Capital Investors Ltd.

George Howard, Vinson & Elkins LLP
Client(s): AMP Capital Investors Ltd.

Steven Zundell, Vinson & Elkins LLP
Client(s): AMP Capital Investors Ltd.

William Guerrieri, White & Case LLP
Client(s): Investments funds and account managed by EIG Management Company, LLC and its affiliates

Elliot Moskowitz, David Polk & Wardwell LLP
Client(s): Ad Hoc Group of Terminal Lenders

Trevor Spears, Vinson & Elkins LLP
Client(s): AMP Capital Investors Ltd.

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Jonah Peppiatt, Davis Polk & Wardwell
Client(s): Ad Hoc Group of Terminal Lenders

Aryeh Falk , Davis Polk & Wardwell
Client(s): Ad Hoc Group of Terminal Lenders

Henry Flores, Rapp & Krock PC
Client(s): Ad Hoc Group of Terminal Lenders

David Wender, Alston & Bird LLP
Client(s): Wilmington Trust, National Association

Cherie Pinac, Chief Legal Officer
Client(s): Excel Construction & Maintenance VI, Inc.

Tristan Manthey, Fishman Haygood
Client(s): Class Action Plaintiffs

Bob Franke, Clark Hill PLC
Client(s): Flowserve US Inc.

Rick Kincheloe, USAO/SDTX
Client(s): United States