| Information to identify the case: | |
|---|---|
| Debtor: **LIMETREE BAY SERVICES, LLC, et al.** | EIN: 84-3141866 |
| United States Bankruptcy Court Southern District of Texas | |
| Case Number:  **21-32351** | Date case filed for chapter 11:  7/12/2021 |

Modified Official Form 309F1

# Amended* Notice of Chapter 11 Bankruptcy Case     10/20 (Mod 07/21)

For the debtors listed below, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the cases for creditors and debtors, including information about the meeting of creditors and deadlines. Read all pages carefully.

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected at the bankruptcy clerk's office at the address listed below, through PACER (Public Access to Court Electronic Records at www.pacer.gov) or for free at www.bmcgroup.com/limetree.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtors' full names (Jointly Administered Cases):** | | |
|---|---|---|---|
| | Debtor | Case Number | EIN |
| | Limetree Bay Services, LLC | 21-32351 | 84-3141866 |
| | Limetree Bay Refining Holdings, LLC | 21-32352 | 66-0901776 |
| | Limetree Bay Refining Holdings II, LLC | 21-32353 | 66-0901815 |
| | Limetree Bay Refining, LLC | 21-32354 | 66-0898671 |
| | Limetree Bay Refining Operating, LLC | 21-32355 | 66-0899067 |
| | Limetree Bay Refining Marketing, LLC | 21-32356 | 66-0899222 |
| 2. | **All other names used in the last 8 years** | None | |
| 3. | **Address** | 11100 Brittmoore Park Drive, Houston, TX 77041 | |

*Amended to list all jointly administered debtors' names and add claims agent information.

| 4. | **Debtors' Attorney** Name and Address | Elizabeth A. Green<br>Baker & Hostetler LLP<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, FL 32801-3432 | Contact phone: 407-649-4000<br><br>Email: egreen@bakerlaw.com |
|---|---|---|---|
| 5. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court<br>PO Box 61010 Houston, TX 77208<br><br>All documents in this case are available free of charge on the website of the Debtors' notice and claims agent www.bmcgroup.com/limetree | Hours open:<br>8:00 am – 5:00 pm Monday - Friday<br><br>Contact phone: 713-250-5500 |
| 6. | **Meeting of creditors** The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **August 17, 2021 at 10:00 AM CDT**<br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Telephone Conference**<br>**Call 866−707−5468**<br>**passcode 6166997** |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):**    **November 15, 2021**<br>**For a governmental unit:**    **January 10, 2022**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office, or on the Debtors' notice and claims agent's website at www.bmcgroup.com/limetree<br><br>Your claim will be allowed in the amount scheduled unless:<br>■ your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>■ you file a proof of claim in a different amount; or<br>■ you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, online at https://pacer.uscourts.gov or www.bmcgroup.com/limetree<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline** The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** None set | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in these cases. | |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |

07/23/2021

| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtors except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|---|

## INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors ("Meetings") will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

Additional Dial−In Information:

(1) You must use a touch−tone phone to participate.

(2) Landline preferred. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

Bankruptcy Documents:

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

Recording: The Meetings will be recorded by the trustee or United States Trustee.

07/23/2021