United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 23, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC,** *et al.* [1] | **CASE NO.: 21-32351** |
| Debtors. | **Jointly Administered** |

(Docket No. 166)

# ORDER GRANTING DEBTORS' MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

This case came before the Court on the motion of Entrust Energy, Inc. and its debtor affiliates in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), for an extension of time to file their Schedules and Statements (the "**Motion**"),[2] finding this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; finding that this matter is a core proceeding pursuant to 28 U.S.C. § 157; finding this Court may enter final orders in this matter consistent with Article III of the United States Constitution; finding that this matter is properly venued in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; finding notice of the Motion due and proper under the circumstances and in accordance with all applicable rules and orders, and no further or additional notice of the motion being warranted; receiving no objections to the relief requested in the Motion; upon consideration of the Motion, it is

**ORDERED:**

1. The date for the Debtors to file their Schedules and Statements is hereby extended to **August 10, 2021.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

4825-3715-6082.1

2

2. This extension is without prejudice to the Debtors' rights to request further extensions.

**Signed: July 23, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

4825-3715-6082.1