UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
HECTOR DURAN
TRIAL ATTORNEY
515 Rusk, Suite 3516
Houston, Texas  77002
Telephone: (713) 718-4650 x 241
Fax: (713) 718-4670

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | § | CASE NO. |
|---|---|---|
|  | § |  |
| **LIMETREE BAY SERVICES, LLC,** | § | **21-32351 (DRJ)** |
| *et al.,* | § | **(Chapter 11)** |
|  | § |  |
| DEBTORS[1] | § | Jointly Administered |

### NOTICE OF APPOINTMENT OF
### <u>COMMITTEE OF UNSECURED CREDITORS</u>

TO THE HONORABLE DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW Kevin M. Epstein, the United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

| Members | Counsel for Member |
|---|---|
| 1. Universal Plant Services (IV), LLC<br>　Attn: Ruben Kendrick, Jr.<br>　806 Seaco Court<br>　Deer Park, TX  77536<br>　Tel. 281-680-1604<br>　Email:    rkendrick@universalplant.com | Sidley Austin, LLP<br>Duston K. McFaul, Esq.<br>Maegan Quejada, Esq.<br>1000 Louisiana St., Suite 5900<br>Houston, TX  77002<br>Tel. 713-495-4516<br>Email:  dmcfaul@sidley.com<br>　　　　　mquejada@sidley.com |
| 2. Excel Construction & Maintenance VI, Inc.<br>　Attn:  Cherie A. Pinac<br>　8641 United Plaza Blvd.<br>　Baton Rouge, LA  70809<br>　Tel. 225-408-4109<br>　Email:  cpinac@excelusa.com | |
| 3. InServ Field Services USVI, LLC<br>　Attn: Cody Reese<br>　1900 N. 161st E. Ave.<br>　Tulsa, OK  74116<br>　Tel. 918-984-4550 / 479-524-1352<br>　Email: creese@inservusa.com | Frederic Dorwart, Lawyers PLLC<br>Samuel Ory, Esq.<br>124 E. 4th St.<br>Tulsa, OK  74103<br>Tel. 918-497-0574<br>Email:  sory@fdlaw.com |
| 4. National Industrial Services, LLC<br>　Attn:  Jeffery L. Nations<br>　P.O. Box 1545<br>　Kingshill, VI  00851<br>　Tel. 340-332-9982<br>　Email:  jnations@nisstx.com | Kevin F. D'Amour, Esq.<br>P.O. Box 10829<br>St. Thomas, VI  00801<br>Tel. 609-902-4370<br>Fax 340-774-8189<br>Email:  kevin.damour@comcast.net |

| | |
|---|---|
| 5. Christiansted Equipment Ltd.<br>   Attn:  Robert W. McKenna, Jr./<br>   Daniel McKenna<br>   9149 Dry Fork Road<br>   Harrison, OH  45030<br>   Tel. 513-608-6131/513-404-8218<br>   Fax 513-367-0363<br>   Email:  bobmckenna@fmmafco.com<br>             djmckenna@fmmafco.com | Keating, Muething & Klekamp, PLLC<br>Robert G. Sanker, Esq.<br>1 E. 4th St., Suite 1400<br>Cincinnati, OH  45202<br>Tel. 513-579-6587<br>Fax 513-579-6457<br>Email:  rsanker@kmklaw.com |
| 6. Pinnacle Services, LLC<br>   Attn:  Robert Stuart Lewis, Jr.<br>   6002 Diamond Ruby, Suite 3-125<br>   Christiansted, VI  00820<br>   Tel. 340-277-3941<br>   Fax 561-244-0702<br>   Email:  rlewis@pinnaclevi.com | |
| 7. Baker Hughes Oilfield Operations LLC<br>   Attn:  Christopher J. Ryan<br>   2001 Rankin Road<br>   Houston, TX  77073<br>   Tel. 713-416-0149<br>   Email:  chris.ryan@bakerhughes.com | Snow & Green LLP<br>Phil Snow, Esq.<br>22255 Roberts Cemetery Road<br>Hockley, TX  77447<br>Tel. 713-335-4802<br>Email: phil@snow-green.com |
| 8. Englobal U.S. Inc.<br>   Attn:  Mark A. Hess<br>   654 N. Sam Houston Pkwy. E., Suite 400<br>   Houston, TX  77092<br>   Tel. 281-878-1000<br>   Email:  mark.hess@englobal.com | |
| 9. Pamela Colon<br>   2155 King Cross Street, Suite 3<br>   Christiansted, VI  00820<br>   Tel. 340-227-2409<br>   Fax 340-719-7700<br>   Email:  pamelalcolon@msn.com | Nye, Stirling, Hale & Miller, LLP<br>Joel M. Walker, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA  15243<br>Tel. 412-857-5348<br>Email: jmwalker@nshmlaw.com |

Dated: July 26, 2021	Respectfully Submitted,

                                                      KEVIN M. EPSTEIN
                                                    UNITED STATES TRUSTEE

                                                    By:      /s/ *Hector Duran*
                                                               Hector Duran
                                                               Trial Attorney
                                                               Texas Bar No. 00783996
                                                               515 Rusk, Suite 3516
                                                               Houston, TX 77002
                                                               Telephone: (713) 718-4650 x 241
                                                               Mobile: (202) 527-4538
                                                               Fax: (713) 718-4670

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 26th day of July, 2021.

                                                    /s/ *Hector Duran*
                                                    Hector Duran, Trial Attorney