UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| LIMETREE BAY SERVICES, LLC, | § | 21-32351 (DRJ) |
| *et al.,* | § | (Chapter 11) |
| | § | |
| DEBTORS | § | Jointly Administered |

## NOTICE OF ORGANIZATIONAL MEETING OF THE
## OFFICIAL UNSECURED CREDITORS' COMMITTEE

An organizational meeting of the Official Unsecured Creditors' Committee in the above-referenced cases has been scheduled via telephone conference call on <u>Tuesday, July 27, 2021, at 1:00 p.m. (Houston Time)</u>. The members of the Official Unsecured Creditors' Committee have been provided call-in instructions.

Dated: July 26, 2021                    Respectfully Submitted,

                                        KEVIN M. EPSTEIN
                                        UNITED STATES TRUSTEE

                        By:    /s/ *Hector Duran*
                                        Hector Duran
                                        Trial Attorney
                                        Texas Bar No. 00783996
                                        515 Rusk, Suite 3516
                                        Houston, TX 77002
                                        Telephone: (713) 718-4650 x 241
                                        Mobile: (202) 527-4538
                                        Fax: (713) 718-4670

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this <u>26th</u> day of July, 2021.

                                        /s/ Hector Duran
                                        Hector Duran, Trial Attorney