UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 21-32351 |
|---|---|---|---|
| Debtor | In Re: | Limetree Bay Services, LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____New York_____:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | James C. Thoman, Esq.<br>Hodgson Russ LLP<br>140 Pearl Street, Suite 100<br>Buffalo, New York 14202<br>(716) 856-4000<br>NY Bar No. 4135612 |
|---|---|

Seeks to appear as the attorney for this party:

Coral Management Group, LLC

Dated: 7/28/21      Signed: _____

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:      Signed: _____
                     Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____      _____
                                United States Bankruptcy Judge