## Exhibit A

**Notice of Lien**

(See attached.)



# OFFICE OF THE LIEUTENANT GOVERNOR
## RECORDER OF DEEDS

1105 King Street • Christiansted, Virgin Islands 00820 • 340.773.6449 • Fax 340.719.2355
5049 Kongens Gade • Charlotte Amalie, Virgin Islands 00802 • 340.776-8505 • Fax 340.779.7825

JUN 1 5 2021
RECORDER OF DEEDS-STX

## NOTICE OF CLAIM OF CONSTRUCTION LIEN
Pursuant to 28 V.I.C, Chapter 12

Notice: No construction lien may be recorded against the Government of the Virgin Islands. Attention is directed to all provisions of the Virgin Islands Code relating to duration of liens, additional notices, and necessity for timely filing of suit. Failure to file suit within the applicable time period may result in the Recorder striking the construction lien from the public record.

| | |
|---|---|
| **NAME OF LIEN FILER:** | Universal Plant Services (VI), LLC |
| **ADDRESS OF LIEN FILER:** | 806 Seaco Court, Deer Park, Texas 77536 |
| **NAME OF PERSON WITH WHOM LIEN FILER HAS A CONSTRUCTION CONTRACT** (please provide evidence of the contract): | Limetree Bay Refining, LLC  1 Estate Hope Christiansted, St. Croix, U.S. Virgin Islands |
| **ADDRESS OF THE PROPERTY AGAINST WHICH LIEN IS FILED:** | Remainder Refinery Plot #1, 1A and 1AB Estates Blessing & Hope, and Terminal Property, Plot 4 Estate Blessing, Christiansted, USVI* |
| **IS THIS THE SAME ADDRESS WHERE SERVICES WERE RENDERED?** | ☒ YES   ☐ NO |
| **NAME OF THE PROPERTY OWNER AGAINST WHOM LIEN IS BEING FILED:** | Limetree Bay Terminals, LLC, 1 Estate Hope, Christiansted, USVI<br>Limetree Bay Refining, LLC, 1 Estate Hope, Christiansted, USVI |
| **DATE THE CONTRACT COMMENCED:** 02/21/2019 | **DATE THE LAST SERVICES PERFORMED:** Ongoing |
| **TOTAL VALUE OF THE CONTRACT:** Based on Work Releases | **HOW MUCH MONEY REMAINS UNPAID:** $26,263,226.16 |
| **DESCRIBE MATERIALS FURNISHED OR CONSTRUCTION SERVICES PERFORMED:** | Man the machine, pump and motor shop for repairs, install repaired rotating equipment and overhaul larger rotating equipment; support repair of running equipment overhaul steam turbines |

**Lien is Claimed Pursuant to**
1. ___ Notice of Commencement filed on _____, Recorder Doc. No. _____
2. _X_ On the basis of unpaid moneys due Lien Filer which became due as of May 24, 2021
3. ___ Payment bond filed with _____

Under penalty of perjury Lien Filer certifies that all information contained herein is accurate, and that a copy of the foregoing Notice of Claim of Construction Lien was served by ☐ PERSONAL DELIVERY or ☒ CERTIFIED MAIL (check all that apply) to person against whose interest lien is claimed on this 15th day of June, 20 21. Please provide proof of service.

_Signature of Lien Filer_

Subscribed and sworn to before me this 8 day of June, 20 21

TWILA DELGADO
Notary ID #129714736
My Commission Expires
February 14, 2022

Signature of Notary Public: _Twila Delgado_

*Plots 2, 2-B and 3 Estate Blessing, Plots 3, 4, and 5 Estate Hope, Christiansted, USVI

*Received by KP*

JUN 2 3 2021

Attachment to Notice of Claim of Construction Lien
Lien Filer: Universal Plant Services (VI), LLC

## Property Descriptions

Remainder of Refinery Plot No. 1, over portions of Estates Blessing and Hope, King and Queen Quarters, St. Croix, U.S. Virgin Islands, comprised of 114.9456 U.S. acres, as shown on OLG Drawing No. A9-140-C019, dated May 24, 2019.

Plot No. 1-A Estates Blessing and Hope, King and Queen Quarters, St. Croix, U.S. Virgin Islands, comprised of 53.3349 U.S. acres, as shown on OLG Drawing No. A9-140-C019, dated May 24, 2019.

Refinery Plot No. 1-AB, over portions of Estates Blessing and Hope, King and Queen Quarters, St. Croix, U.S. Virgin Islands, comprised of 6.8818 U.S. acres, as shown on OLG Drawing No. A9-140-C019, dated May 24, 2019.

Remainder of Refinery Plot No. 2, over portions of Estates Blessing, Hope and Jerusalem, King and Queen Quarters, St. Croix, U.S. Virgin Islands, comprised of 26.5670 U.S. acres, as shown on OLG Drawing No. A9-142-C019 dated May 30, 2019.

Plot No. 2-B, over portions of Estate Blessing, King and Queen Quarters, St. Croix, U.S. Virgin Islands, comprised of 0.4172 U.S. acres, as shown on OLG Drawing No. A9-142-C019, dated May 30, 2019 (To be joined in perpetuity with Terminal Plot 4).

Remainder of Refinery Plot No. 3, over portions of Estates Jerusalem, Figtree Hill and Castle Coakley Land, Queen Quarter, St. Croix, U.S. Virgin Islands, comprised of 184.4305 U.S. acres, as shown on OLG Drawing No. A9-141-C019, dated May 24, 2019.

Terminal Plot No. 4, over portions of Estate Blessing, Hope, Jerusalem and Figtree Hill, King and Queen Quarters, St. Croix, U.S. Islands, comprised of 386.444 U.S. acres, as shown on OLG Drawing No. A9-116-C016 dated June 24, 2016.

Plot No. 3 Estate Hope, Queen Quarter, St. Croix, U.S. Virgin Islands, comprised of 2.804 U.S. acres, as shown on OLG Drawing No. 277, dated May 15, 1952.

Plot No. 4 Estate Hope, Queen Quarter, St. Croix, U.S. Virgin Islands, comprised of 0.0281 U.S. acres, as shown on OLG Drawing No. 277, dated May 15, 1952.

Plot No. 5 Estate Hope, Queen Quarter, St. Croix, U.S. Virgin Islands, comprised of 0.0281 U.S. acres, as shown on OLG Drawing No. 277, dated May 15, 1952.