IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

NOTICE OF AGENDA FOR HEARING
ON AUGUST 2, 2021 AT 3:30 P.M. CDT

I.  **MATTERS SET FOR HEARING**

1. **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Approving Adequate Protection to Pre-Petition Secured Creditors; (V) Modifying the Automatic Stay; and (VI) Scheduling a Final Hearing (Doc. No. 14)**

    **Responses:**

    - Limited Objection by AltairStrickland V.I., LLC (Doc. No. 217)
    - Limited Objection by Universal Plant Services (VI), LLC (Doc. No. 238)
    - Limited Objection by the United States (Doc. No. 243)

    **Related Documents:**

    - Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief (Doc. No. 104)
    - Certificates of Service (Doc. Nos. 115, 162)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**Status:** The Debtors will be seeking the use of cash collateral through Monday, August 9, 2021. The hearing on the Post-Petition Financing portion of the Motion will be continued to August 6, 2021, at 10:30 a.m. Central Time.

2. **Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets, and (III) Granting Related Relief (Doc. No. 191)**

    **Related Documents:**

    - Declaration of Mark Shapiro in Support of Debtors' Emergency Motion for Entry of Order (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets, and (III) Granting Related Relief (Doc. No. 195)

    - Certificate of Service (Doc. No. 198)

    **Status**: This matter is being continued to August 6, 2021, at 10:30 a.m. Central Time.

## II. WITNESS AND EXHIBIT LISTS

1. Ad Hoc Group of Terminal Lenders' Witness and Exhibit List (Doc. No. 218)

2. The Terminal Entities' Witness and Exhibit List (Doc. No. 220)

3. The Official Committee of Unsecured Creditors' Witness and Exhibit List (Doc. No. 226)

4. J. Aron & Company, LLC's Witness and Exhibit List (Doc. No. 227)

5. Goldman Sachs Bank USA's Witness and Exhibit List (Doc. No. 231)

6. Ad Hoc Term Lender Group's Witness and Exhibit List (Doc. No. 235)

7. Excel Construction and Maintenance V.I., INC.'s Witness and Exhibit List (Doc. No. 236); Excel Construction and Maintenance V.I., INC.'s Supplemental Witness and Exhibit List (Doc. No. 240)

8. AltairStrickland V.I., LLC's Amended Witness and Exhibit List (Doc. No. 237)

9. Universal Plant Services (VI), LLC's Amended Witness and Exhibit List (Doc. No. 239)

10. AMP Capital Investor Ltd's Witness and Exhibit List (Doc. No. 242)

11. Debtors' Amended Witness and Exhibit List (Doc. No. 244)

Respectfully submitted this 30th day of July 2021.

4840-1745-2532.1

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4840-1745-2532.1