IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** | CHAPTER 11 |
| **LIMETREE BAY SERVICES, LLC,** *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing on the Post-Petition Financing portion of the *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Approving Adequate Protection to Pre-Petition Secured Creditors; (V) Modifying the Automatic Stay; and (VI) Scheduling a Final Hearing* (the "Motion") (Doc. No. 14) originally scheduled for August 2, 2021 at 3:30 pm CDT has been rescheduled to **August 6, 2021 at 10:30 a.m. CDT** before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002. **However, the Debtors will still be seeking approval for the use of cash collateral at the hearing on August 2, 2021 at 3:30 p.m. CDT.**

**PLEASE TAKE FURTHER NOTICE** that the hearing on *the Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets, and (III) Granting Related Relief* (Doc. No. 191) originally scheduled for August 2, 2021 at 3:30 pm CDT has been rescheduled to **August 6, 2021 at 10:30 a.m. CDT** before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Motions can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree

*[The Remainder of this Page is Intentionally Blank]*

Dated: July 30, 2021

      **BAKER & HOSTETLER LLP**

      */s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

      */s/ Elizabeth A. Green*
      Elizabeth A. Green

4844-4121-7268.1