**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC, *et al.* [1]** | **CASE NO.: 21-32351** |
| Debtors. | **Jointly Administered** |

### NOTICE OF FILING OF PROPOSED ORDER FOR AUGUST 2, 2021 HEARING

**PLEASE TAKE NOTICE,** that the debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned bankruptcy cases hereby submit the proposed order appended hereto as <u>Exhibit 1</u> (the "**Second Interim Order**") extending the term of the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief dated July 14, 2021* (Doc. No. 104), including the Debtors rights to use cash collateral, through and including August 8, 2021, subject to the amended or additional provisions specified in the Second Interim Order and any further extensions pursuant to any subsequent or final order. Consistent with the *Notice of Agenda for Hearing on August 2, 2021 at 3:30 P.M. CDT* (Doc. No. 245), the Debtors will seek entry of this order at the hearing on August 2, 2021.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

obtained free of charge on the website maintained by the Debtors' claims and noticing agent at

www.bmcgroup.com/limetree.


Dated: August 1, 2021                    **BAKER & HOSTETLER LLP**

                                         */s/ Elizabeth A. Green*
                                         **Elizabeth A. Green, Esq.**
                                         Fed ID No.: 903144
                                         **Jimmy D. Parrish, Esq.**
                                         Fed. ID No. 2687598
                                         SunTrust Center, Suite 2300
                                         200 South Orange Avenue
                                         Orlando, FL 32801-3432
                                         Telephone: 407.649.4000
                                         Facsimile: 407.841.0168
                                         Email: egreen@bakerlaw.com
                                                  jparrish@bakerlaw.com

                                         **BAKER & HOSTETLER LLP**
                                         **Jorian L. Rose, Esq.**
                                         (Admitted Pro Hac Vice)
                                         45 Rockefeller Plaza
                                         New York, New York
                                         Telephone: 212.589.4200
                                         Facsimile: 212.589.4201
                                         Email: jrose@bakerlaw.com

                                         *Proposed Counsel for the Debtors and Debtors*
                                         *in Possession*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2021, a true and correct copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

                                         */s/ Elizabeth A. Green*
                                         Elizabeth A. Green

4834-0523-2372.1