IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**LIMETREE BAY SERVICES, LLC,** *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 21-32351<br><br>(Joint Administration Requested) |

## DEBTORS' WITNESS AND EXHIBIT LIST FOR AUGUST 6, 2021 HEARING

Limetree Bay Services, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively the "**Debtors**") submit the following Exhibit and Witness List for the August 6, 2021 hearing on: 1) *Debtors' Emergency Motion for Entry of Interim and Final Orders, (I) Authorizing the Debtors to Obtain Post-Petition Financing, (II) Authorizing the Debtors to Use Cash Collateral (III) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (IV) Approving Adequate Protection to Pre-Petition Secured Creditors, (V) Modifying the Automatic Stay, and (VI) Scheduling a Final Hearing* (Doc. No. 14) and *Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures, (II) Approving the Sale of Assets, and (III) Granting Related Relief* (Doc. No. 191) in the above-captioned bankruptcy case (the "**Bankruptcy Case**").

## WITNESS LIST

1. Mark Shapiro, Chief Restructuring Officer

2. Any witness listed or called by any party.

3. Any witness required for rebuttal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4832-9933-2084.1

## EXHIBIT LIST

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | First Day Declaration (Doc. No. 8) | 8/6/2021 | | | |
| 2 | Proposed Budget [To Be Filed] | 8/6/2021 | | | |
| 3 | Terminal Services Agreement (Included Locations) dated effective as of March 3, 2020 by and among Limetree Bay Terminals, LLC, Limetree Bay Refining Marketing, LLC, and J. Aron & Company LLC [To be filed under seal] | 8/6/2021 | | | |
| 4 | Terminal Services Agreement dated effective as of March 3, 2020 by and between Limetree Bay Terminals, LLC, and Limetree Bay Refining Marketing, LLC [To be filed under seal] | 8/6/2021 | | | |
| 5 | Bailee's Letter dated March 3, 2020 to Limetree Bay Terminals, LLC from J. Aron & Company LLC [To be filed under seal] | 8/6/2021 | | | |
| 6 | Shared Services Systems Agreement dated as of November 30, 2018 by and between Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC, and acknowledged by Limetree Bay Refining Marketing, LLC [To be filed under seal] | 8/6/2021 | | | |
| 7 | Monetization Master Agreement dated as of March 3, 2020 among J. Aron & Company LLC, Limetree Bay Refining Marketing, LLC, Limetree Bay Refining, LLC and Limetree Bay Refining Operating, LLC [To be filed under seal] | 8/6/2021 | | | |

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 8 | Credit Agreement dated July 13, 2021 among Limetree Bay Refining, LLC, as Borrower, Limetree Bay Refining Holdings II, LLC, Limetree Bay Refining Holdings, LLC, Limetree Bay Services, LLC, Limetree Bay Refining Operating, LLC, and Limetree Bay Refining Marketing, LLC, as Guarantors, the Lenders from Time to Time Party Hereto, and 405 Sentinel LLC, as Administrative Agent | 8/6/2021 | | | |
| 9 | Declaration of Mark Shapiro in Support of Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief (Doc. No. 195) | 8/6/2021 | | | |
| | Any document or pleading filed in the above captioned bankruptcy cases. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |

Debtors reserve the right to modify, amend or supplement this Exhibit and Witness List at any time. Debtors reserve the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with the Bankruptcy Case, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List prior to the hearing. Designation of any

4832-9933-2084.1

exhibit above does not waive any objections Debtors may have to any exhibit listed on any other party's exhibit list.

Respectfully submitted this 4th day of August 2021.

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 4, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4832-9933-2084.1