## **Exhibit 6**

Shared Services Systems Agreement dated as of November 30, 2018 by and between Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC, and acknowledged by Limetree Bay Refining Marketing, LLC **[To be filed under seal]**