## **EXHIBIT 1**

## **PROPOSED BUDGET**

4819-8411-1092.1

**Limetree Bay Refinery**
**Forecasted Results of Operations and Cash Flows**
Wks Beginning   *8/9/21*   thru   *10/25/21*

| | | Week -----> | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Beginning of Week | 8/9/21 | 8/16/21 | 8/23/21 | 8/30/21 | 9/6/21 | 9/13/21 | 9/20/21 | 9/27/21 | 10/4/21 | 10/11/21 | 10/18/21 | 10/25/21 | |
| | | End of Week | 8/15/21 | 8/22/21 | 8/29/21 | 9/5/21 | 9/12/21 | 9/19/21 | 9/26/21 | 10/3/21 | 10/10/21 | 10/17/21 | 10/24/21 | 10/31/21 | |
| **Cash Receipts** | | | | | | | | | | | | | | | |
| BP | [1] | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Excess Construction Material | [2] | | 100 | - | 100 | - | 600 | - | 100 | 500 | - | - | 100 | 500 | 2,000 |
| Est. J. Aron Proceeds/Lien Release | | | - | - | - | - | - | - | - | - | 18,008 | - | 20,000 | - | 38,008 |
| Resale of Flushing Oil | | | - | - | - | - | - | - | 560 | - | - | - | - | - | 560 |
| Insurance Proceeds - TBD | | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale of Spare Parts | | | - | - | - | - | - | - | - | - | - | - | - | 2,500 | 2,500 |
| Asset Sale - TBD | [3] | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| *Total* | *Cash Receipts* | | $ 100 | $ - | $ 100 | $ - | $ 600 | $ - | $ 660 | $ 500 | $18,008 | $ - | $20,100 | $ 3,000 | $ 43,068 |
| **Cash Disbursements** | | | | | | | | | | | | | | | |
| Payroll / Benefits | | | $ 1,357 | $ 250 | $ 1,268 | $ 311 | $ 1,183 | $ 90 | $ 1,144 | $ - | $ 156 | $ - | $ - | $ - | $ 5,759 |
| Fuel | | | 365 | 390 | 390 | 390 | 390 | 390 | 390 | 195 | 195 | 195 | 195 | 195 | 3,680 |
| Maintenance and Other Outside Services | | | 442 | 298 | 298 | 298 | 298 | 298 | 30 | 30 | 30 | 30 | 30 | 30 | 2,110 |
| Insurance | [4] | | - | - | 571 | - | - | - | - | - | 367 | - | - | 311 | 1,249 |
| IT Support / Software / Hardware | | | - | 195 | 10 | 88 | 185 | 10 | 10 | 86 | 185 | 20 | 10 | 59 | 858 |
| Environmental / Safety | | | - | 184 | - | - | 184 | - | - | - | 184 | - | - | - | 552 |
| Admin / Site Services | | | 185 | 582 | 146 | 146 | 146 | 548 | 146 | 146 | 146 | 548 | 146 | 146 | 3,027 |
| Relocation Costs | | | 550 | - | - | 1,392 | - | - | - | - | 612 | - | - | - | 2,554 |
| Community Incident Response | [5] | | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Limetree Bay Terminal Services | | | 150 | 150 | 150 | 150 | 150 | - | - | - | - | - | - | - | 750 |
| EPA Mandated Expenditures | | | 106 | 30 | - | 30 | - | 30 | - | 30 | - | 30 | - | 30 | 286 |
| Utility Adequate Assurance Payment | | | - | 403 | - | - | - | - | - | - | - | - | - | - | 403 |
| Flare Repair | | | 136 | 50 | - | - | - | - | - | - | - | - | - | - | 186 |
| Hydrocarbon Removal | [6] | | 407 | 660 | 310 | 310 | 660 | 310 | 310 | 310 | 310 | 310 | 310 | 310 | 4,519 |
| *Total* | *Cash Disbursements* | | $ 3,698 | $ 3,191 | $ 3,142 | $ 3,115 | $ 3,195 | $ 1,676 | $ 2,029 | $ 797 | $ 2,185 | $ 1,133 | $ 691 | $ 1,080 | $ 25,932 |
| | Operating Cash Flow | | $ (3,598) | $ (3,191) | $ (3,042) | $ (3,115) | $ (2,595) | $ (1,676) | $ (1,369) | $ (297) | $15,823 | $ (1,133) | $19,409 | $ 1,920 | $ 17,136 |

**Limetree Bay Refinery**
**Forecasted Results of Operations and Cash Flows**
Wks Beginning    8/9/21    thru    10/25/21

| | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week ----> Beginning of Week | 8/9/21 | 8/16/21 | 8/23/21 | 8/30/21 | 9/6/21 | 9/13/21 | 9/20/21 | 9/27/21 | 10/4/21 | 10/11/21 | 10/18/21 | 10/25/21 | |
| End of Week | 8/15/21 | 8/22/21 | 8/29/21 | 9/5/21 | 9/12/21 | 9/19/21 | 9/26/21 | 10/3/21 | 10/10/21 | 10/17/21 | 10/24/21 | 10/31/21 | |
| **Other (Sources) / Uses** | | | | | | | | | | | | | |
| DIP Financing Costs [7] | $ 50 | $ - | $ - | $ - | $ 51 | $ - | $ - | $ - | $ 42 | $ - | $ - | $ 1,035 | $ 1,179 |
| Insurance Claims Professionals | - | - | - | 50 | - | - | - | - | 50 | - | - | 50 | 150 |
| Term Lender Agent Fee | - | 50 | - | - | - | - | - | - | - | - | - | - | 50 |
| Engineering Professionals (Turner Mason) | - | - | 75 | - | - | - | - | - | 75 | - | - | - | 150 |
| Total Other (Sources) / Uses | 50 | 50 | 75 | 50 | 51 | - | - | - | 167 | - | - | 1,085 | 1,529 |
| **Net Cash Flow Before Professional Fees** | (3,648) | (3,241) | (3,117) | (3,165) | (2,646) | (1,676) | (1,369) | (297) | 15,656 | (1,133) | 19,409 | 835 | $ 15,608 |
| **Professional Fees** | | | | | | | | | | | | | |
| Debtor Legal | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 800 | $ - | $ - | $ 800 | $ 1,600 |
| DIP Lender Counsel | 50 | - | - | - | 200 | - | - | - | 200 | - | - | 200 | 650 |
| Debtor Chief Restructuring Officer | - | - | - | - | - | - | - | - | 280 | - | - | 280 | 560 |
| UCC Legal and Financial Advisor | - | - | - | - | - | - | - | - | 600 | 350 | - | - | 950 |
| Term Lender Professionals | - | - | - | - | - | - | - | - | 250 | - | - | - | 250 |
| Independent Director | - | - | - | - | - | - | - | - | 15 | - | - | - | 15 |
| Revolver Counsel | - | - | - | - | - | - | - | - | 100 | - | - | - | 100 |
| US Trustee Fees | - | - | - | - | - | - | - | - | - | - | 250 | - | 250 |
| Investment Banker | - | - | - | 100 | - | - | - | - | 100 | - | - | - | 200 |
| BMC - Claims Agent | - | - | - | - | - | - | - | - | 50 | - | - | - | 50 |
| Total | $ 50 | $ - | $ - | $ 100 | $ 200 | $ - | $ - | $ - | $ 2,395 | $ 350 | $ 250 | $ 1,280 | $ 4,625 |
| **Net Cash Flow** | $ (3,698) | $ (3,241) | $ (3,117) | $ (3,265) | $ (2,846) | $ (1,676) | $ (1,369) | $ (297) | $ 13,261 | $ (1,483) | $ 19,159 | $ (445) | $ 10,983 |
| Accumulated | $ (3,698) | $ (6,939) | $ (10,056) | $ (13,321) | $ (16,167) | $ (17,843) | $ (19,213) | $ (19,509) | $ (6,248) | $ (7,731) | $ 11,428 | $ 10,983 | |
| Beginning Cash Balance | $ 955 | $ 7,257 | $ 4,015 | $ 898 | $ 5,633 | $ 2,787 | $ 1,111 | $ 1,242 | $ 945 | $ 14,206 | $ 12,723 | $ 31,883 | |
| Net Cash Flow | (3,698) | (3,241) | (3,117) | (3,265) | (2,846) | (1,676) | (1,369) | (297) | 13,261 | (1,483) | 19,159 | (445) | |
| DIP Draw | 10,000 | - | - | 8,000 | - | - | 1,500 | - | - | - | - | - | |
| DIP (Paydown) | - | - | - | - | - | - | - | - | - | - | - | (25,000) | |
| **Ending Book Cash Balance** | $ 7,257 | $ 4,015 | $ 898 | $ 5,633 | $ 2,787 | $ 1,111 | $ 1,242 | $ 945 | $ 14,206 | $ 12,723 | $ 31,883 | $ 6,437 | $ 6,437 |
| **Ending DIP Balance** | $ 15,500 | $ 15,500 | $ 15,500 | $ 23,500 | $ 23,500 | $ 23,500 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ - | $ - |
| Debtor Professional Fees Accrued (Cumulative) | $ 1,558 | $ 1,869 | $ 2,181 | $ 2,492 | $ 2,804 | $ 3,115 | $ 3,427 | $ 3,738 | $ 2,970 | $ 3,282 | $ 3,593 | $ 2,825 | |
| UCC Professional Fees Accrued (Cumulative) | $ 279 | $ 371 | $ 464 | $ 557 | $ 650 | $ 743 | $ 836 | $ 929 | $ 421 | $ 164 | $ 257 | $ 350 | |

[1] - The Debtors have outstanding invoices to BP in the amount of approximately $32 million in respect of operational expenses incurred during the months of August 2020 through the present, under the Tolling Agreement. Such invoices are disputed by BP. These amounts are not included in the 12-week projection period as the CRO is currently investigating the validity of these outstanding amounts as well as the validity of any set-off claims.
[2] - Additional $2.0 million in collections are projected after the 13-week period.
[3] - USVI holds a letter of credit in the amount of $50 million split 50/50 between LB Terminals and LB Refining. Under the Operating Agreement such amounts can be used for payment defaults and environmental assurances.
[4] - Existing premiums; coverages are currently under review with agents.
[5] - Subject to mediation.
[6] - More spend after this period anticipated in order to complete hydrocarbon removal. Budgeting currently in process.
[7] - Assumes DIP Draws of $5.5 million on 7/12/2021, $10.0 million on 8/9/2021, $8.0 million on 8/30/2021, and $1.5 million on 9/20/2021, and DIP Repayments of $25.0 million on 10/25/2021. Assumes an annual cash interest rate of 3.0%, annual PIK interest rate of 9.0%, annual delayed draw interest of 1.5%, and an agent fee of 0.25% on the total commitment amount.