IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>LIMETREE BAY SERVICES, LLC, *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 21-32351<br><br>(Jointly Administered) |

## NOTICE OF RESCHEDULED SECTION 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that the Section 341 Meeting of Creditors (the "**341 Meeting**") originally scheduled for August 17, 2021 at 10:00 a.m. Central Time has been rescheduled to **September 13, 2021 at 11:30 a.m. Central Time.** The Debtors' representative must attend the 341 Meeting to be questioned under oath. Creditors may attend but are not required to do so. The 341 Meeting may be continued or adjourned to a later date. If so, the date will be on the Court's docket.

**PLEASE TAKE FURTHER NOTICE** that the 341 Meeting shall be by telephone conference. The dial-in number is 866-707-5468. The passcode is 6166997.

**PLEASE TAKE FURTHER NOTICE** that additional information about these bankruptcy cases can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4845-5089-9702.1

Dated: August 18, 2021

                                      **BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4845-5089-9702.1