IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

### NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing on *Crowley Caribbean Services, LLC's and Crowley Logistics Inc.'s Motion for Adequate Protection of Common Carrier Lien, or in the Alternative, Relief from Automatic Stay to Preserve, Continue Perfection of, and Enforce Common Carrier Lien in Goods in Transit and Waiver of the Fourteen Day Stay Pursuant to Fed. R. Bankr. P. 4001(a)(3)* (the "**Motion**") (Doc. No. 172) originally scheduled for September 7, 2021 at 2:00 p.m. Central Time has been rescheduled to **September 14, 2021 at 9:15 a.m. Central Time** before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that the deadline for Limetree Bay Services, LLC and its debtor affiliates (collectively, the "**Debtors**"), as debtors and debtors in possession in the above-captioned bankruptcy cases (collectively, the "**Chapter 11 Cases**"), and the Official Committee of Unsecured Creditors appointed in these Chapter 11 Cases to respond to the Motion is extended through and including **September 7, 2021.**

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced Motion can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree

*[The Remainder of this Page is Intentionally Blank]*

4841-0412-6709.1

Dated: August 31, 2021

/s/ *Demetra Liggins*
Demetra Liggins (Bar No. 24026844)
McGuire Woods LLP
JPMorgan Chase Tower
600 Travis Street
Suite 7500
Houston, TX 77002-2906
Tel: 713 353 6661
Fax: 832 255 6371
dliggins@mcguirewoods.com

John H. Maddock III
(Admitted *Pro Hac Vice*)
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Tel: (804) 775-1178
Fax: (804) 698-2186
jmaddock@mcguirewoods.com

Stephanie J. Bentley
(Admitted *Pro Hac Vice*)
 McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Tel: (202) 857-2403
Fax: (202) 828-3303
sbentley@mcguirewoods.com

*Counsel for Crowley Caribbean Services, LLC and Crowley Logistics, Inc.*

3

4841-0412-6709.1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 31, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Demetra Liggins*
Demetra Liggins