United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>LIMETREE BAY SERVICES, LLC, *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 21-32351 (DRJ)<br><br>(Jointly Administered) |

### ORDER GRANTING DEBTORS' EMERGENCY MOTION TO AMEND MILESTONES AND BID PROCEDURES DEADLINES

Upon the motion ("**Motion**")[2] of the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") for entry of an order (the "**Order**") amending the Milestones and Bid Procedures Deadlines, as more fully set forth in the Motion; finding this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; finding that this matter is a core proceeding pursuant to 28 U.S.C. § 157; finding this Court may enter final orders in this matter consistent with Article III of the United States Constitution; finding that this matter is properly venued in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; finding notice of the Motion due and proper under the circumstances and in accordance with all applicable rules and orders, and no further or additional notice of the Motion being warranted; receiving no objections to the relief requested in the Motion; having considered the Motion, and all other documents submitted in support of the Motion; and, after due deliberation, finding that the relief requested by and through the Motion is due and proper, is premised on the Debtors' sound business judgment, and serves the best interests of the estates and their creditors; and sufficient cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED:**

1. The Motion is hereby granted in its entirety.

2. The Milestones set forth in the Final DIP Order (Doc. No. 495) are hereby amended as follows:

|  | **Current Milestones** | **Amended Milestones** |
|---|---|---|
| Stalking Horse Milestone | September 10, 2021 | October 18, 2021 |
| Sale Milestone | November 9, 2021 | December 11, 2021 |

3. The Bid Procedures Deadlines set forth in the Bid Procedures Order (Doc. No. 392) are hereby amended as follows:

| **4.** | **Current Date/Deadline** | **Amended Date/Deadline** |
|---|---|---|
| Bid Summary Deadline | September 7, 2021 | October 15, 2021 |
| Stalking Horse Designation Deadline | September 10, 2021 | October 18, 2021 |
| Deadline to file Stalking Horse Notice and Notice of Potential Assumption and Assignment of Executory Contracts | September 13, 2021 | October 21, 2021 |
| Bid Deadline and Credit Bid Designation Deadline | September 17, 2021, at 5:00 p.m. CT | October 25, 2021, at 5:00 p.m. CT |
| Deadline to object to Stalking Horse Notice | September 17, 2021 | October 25, 2021 |
| Deadline to provide notice of Auction location | September 20, 2021, at 10:00 a.m. CT | October 27, 2021, at 10:00 a.m. CT |
| Auction Date | September 22, 2021, at 10:00 a.m. CT | October 29, 2021, at 10:00 a.m. CT |
| Deadline to file the Designation of Winning Bid | September 24, 2021 | October 31, 2021 |
| Deadline to object to the Sale | October 4, 2021, at 5:00 p.m. CT | November 10, 2021, at 5:00 p.m. CT |
| Deadline to reply to objection(s) to the Sale | October 8, 2021, at 5:00 p.m. CT | November 14, 2021, at 5:00 p.m. CT |
| Contract Assumption Objection Deadline | October 8, 2021, at 12:00 p.m. CT | November 14, 2021, at 12:00 p.m. CT |
| Deadline to file Amended Designation of Winning Bid to add Additional Purchased Contracts | October 12, 2021 | November 18, 2021 |
| Sale Hearing (subject to Court availability) | October 14, 2021 | November 20, 2021 |
| Expected entry of Sale Order | October 15, 2021 | November 21, 2021 |

| Deadline to file Amended Designation of Winning Bid to remove previously identified Executory Contracts | October 31, 2021 | December 2, 2021 |
| Deadline for Winning Bidder to close sale transaction | November 1, 2021, at 5:00 p.m. CT | December 3, 2021, at 5:00 p.m. CT |
| Deadline for Back-up Bidder to close sale transaction (if applicable) | November 8, 2021, at 5:00 p.m. CT | December 10, 2021, at 5:00 p.m. CT |

5.   The extensions contemplated hereby are without prejudice and the Debtors and Prepetition Secured Parties may mutually agree to extend the Milestones and Bid Procedures Deadlines without further approval or order by the Court, subject only to the Debtors providing notice to the Court, the U.S. Trustee, the DIP Agent, and Committee of any further extensions.

6.   The Final DIP Order and Bid Procedures Order shall remain unaffected, except as expressly modified hereby, and in full force and effect.

7.   Notice of the Motion as provided therein is good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Bankruptcy Local Rules are satisfied by such notice.

8.   Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.   This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  September 15, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

4848-5136-5882.1