**Schedule A**

Parties in Interest

## Debtors and Affiliates

Limetree Bay Refining Marketing, LLC
Limetree Bay Cayman II, Ltd.
Limetree Bay Refining Holdings II, LLC
Limetree Bay Refining, LLC
Limetree Bay Financing, LLC
Limetree Bay Terminals Holdings II, LLC
Limetree Bay Terminals, LLC
Limetree Bay Cayman, Ltd.
Limetree Bay Refining Holdings, LLC
Limetree Bay Refining Operating, LLC
Limetree Bay Terminals Holdings, LLC
Limetree Bay Services, LLC
Limetree Bay Energy, LLC

## Current and Former Directors, Officers, and/or Managers of the Debtors

Rick Caplan
R. Blair Thomas
Jeffrey Rinker
Stephan Tompsett
Mark A. Chavez
Ryan Pederson
Ryan Biggs
Steven Pully
Mark Shapiro
Daniel R. Revers
John F. Erhard
Kevin Crosby
Brian Boland
Adi Blum
Darius Sweet
Robert Haugen
Brian Lever
Forgan McIntosh
Christine M. Miller
Theodore D. Burke

## Secured Creditors

Barclays Bank
ADIA

LBC-II
Goldman Sachs
J. Aaron & Company
EIG Limetree Debt Aggregator, LP
Westbourne
Aware Super Pty Ltd
Future Fund Investment Company No. 2 Pty Ltd
Platinum Compass B 2018 RSC Limited
Wilmington Trust, NA (agent for certain secured creditors)

**Top 30 Unsecured Creditors**

Christiansted Equipment Ltd
Elite Turnaround Specialists
Analytic Stress Relieving, Inc.
Universal Plant Services, (IV), LLC
Excel Construction & Maintenance VI
V.I. Industrial Services, LLC
Cust-O-Fab, LLC
Savage St. Croix, LLC
AFCO
Carib LPG Trading Ltd.
Versa Integrity Group, Inc.
National Industrial Services, LLC
Limetree Bay Terminals, LLC
Dresser-Rand Company
Reactor Resources LLC
BP Oil Supply
Worley Pan American
Inserv Field Services USVI LLC
Altair Strickland V.I., LLC
Vivot Equipment Corporation
Pinnacle Services, LLC
Baker Hughes Oilfield Operations, Inc.
Complan USA LLC
Coral Management Group LLC
Intertek USA, Inc.
Dynamic Innovative
Sedgwick Claims Mgmt. Services, Inc.
Englobal U.S. Inc.
Flowserve US Inc.
Rockwell Automation Puerto Rico, Inc.
Stroock & Stroock & Lavan LLP
Gibson, Dunn & Crutcher LLP
Control Associates Caribe

**Lease and Contract Counterparties**

CityCentre Three Partners, L.P.
BP Products North America Inc.

**United States Bankruptcy Judges for the Southern District of Texas and staff**

Alonzo, Albert
Castro, Ana
Conrad, Tracey
Chavez, Jeannie
Do, LinhThu
Isgur, Marvin
Jones, David R.
Laws, Tyler
Lopez, Christopher M.
Norman, Jeffrey P.
Picota, Kimberly
Portillo, Vriana
Rios, Mario
Rodriguez, Eduardo V.
Saldana, Rosario

**United States Trustee Personnel**

Sall, Millie
Barcomb, Alicia
Boykin, Jacqueline
Duran, Hector
Griffin, Barbara
Henault, Nrian
Johnson-Davis, Luci
Motton, Linda
Nguyen, Ha
Otto, Glenn
Rivera, Yasmine
Ruff, Jayson B.
Schmidt, Patricia
Simmons, Christy
Smith, Gwen
Statham, Stephen
Waxton, Clarissa
Whitworth, Jana