IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LIMETREE BAY SERVICES, LLC, *et al.*, | § | Case No. 21-32351 (DRJ) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | |

## NOTICE OF DEFAULTS AND FORBEARANCE AGREEMENT
## UNDER DIP FINANCING DOCUMENTS

**PLEASE TAKE NOTICE** that on October 11, 2021, 405 Sentinel LLC served a notice of defaults and forbearance agreement upon the Debtors pursuant to the terms of (i) that certain Senior Secured Superpriority Debtor in Possession Credit Agreement dated as of July 13, 2021, as amended and (ii) the *Final Order (i) Authorizing the Debtors to (A) Obtain Postpetition Senior Secured Superpriority Financing and (B) Use Cash Collateral, (ii) Granting Adequate Protection to Prepetition Secured Parties, (iii) Modifying the Automatic Stay, and (iv) Granting Related Relief* [Docket No. 495]. A true and correct copy of such notice, with the executed forbearance, is attached hereto as **Exhibit A**.

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC. (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4816-4095-1550.2

Respectfully submitted this 11th day of October, 2021.

**GRAY REED**

By: */s/ Jason S. Brookner*
    Jason S. Brookner
    Texas Bar No. 24033684
    Paul D. Moak
    Texas Bar No. 00794316
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:  (713) 986-7000
Facsimile:  (713) 986-7100
Email:    jbrookner@grayreed.com
          pmoak@grayreed.com
          lwebb@grayreed.com

-and-

**FOLEY & LARDNER LLP**
    John P. Melko
    Texas Bar No. 13919600
    Michael K. Riordan
    Texas Bar No. 24070502
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5727
Email: jmelko@foley.com
       mriordan@foley.com

**COUNSEL TO 405 SENTINEL LLC AND ARENA INVESTORS, LP**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 11th day of October, 2021, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

        */s/ Jason S. Brookner*
        Jason S. Brookner