IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

NOTICE OF EXTENSION OF MILESTONES
AND BID PROCEDURES DEADLINES

**PLEASE TAKE NOTICE** that, pursuant to the *Order Granting Debtors' Emergency Motion to Amend Milestones and Bid Procedures Deadlines* (Doc. 583) (the "**Order**"),[2] the Milestones and Bid Procedures Deadlines established therein are hereby amended in accordance with the attached Exhibit A.

[*signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Order or *Debtors' Emergency Motion to Amend Milestones and Bid Procedures Deadlines* (Doc. No. 565), as applicable.

| | |
|---|---|
| Dated: October 28, 2021 | **BAKER & HOSTETLER LLP**<br><br>*/s/ Elizabeth A. Green*<br>**Elizabeth A. Green, Esq.**<br>Fed ID No.: 903144<br>**Jimmy D. Parrish, Esq.**<br>Fed. ID No. 2687598<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL  32801-3432<br>Telephone:  407.649.4000<br>Facsimile:   407.841.0168<br>Email: egreen@bakerlaw.com<br>            jparrish@bakerlaw.com<br><br>**BAKER & HOSTETLER LLP**<br>**Jorian L. Rose, Esq.**<br>*Admitted Pro Hac Vice*<br>N.Y. Reg. No. 2901783<br>45 Rockefeller Plaza<br>New York, New York<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>Email: jrose@bakerlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

### Certificate of Service

    **I HEREBY CERTIFY** that on October 28, 2021, a true copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such service.

                                              */s/ Elizabeth A. Green*
                                              Elizabeth A. Green