## **EXHIBIT A**

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Deadline to provide notice of Auction location | November 10, 2021, at 10:00 a.m. CT | November 12, 2021, at 5:00 p.m. CT |
| Deadline for Qualified Bidder(s) to make good faith cash deposit(s) | November 10, 2021, at 10:00 a.m. CT | November 12, 2021, at 5:00 p.m. CT |
| Auction Date, if necessary | November 12, 2021, at 10:00 a.m. CT | November 15, 2021, at 10:00 a.m. CT |
| Deadline to file the Designation of Winning Bid | November 15, 2021 | November 18, 2021 |