## SCHEDULE A

**Limetree Bay Services, LLC, *et al.***
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-211 | A&G Energy LLC | P.O. Box 70979 | | | Houston | TX | 77270 | Professional Services Agreement | Professional Services Agreement - LTR-211 and Change Orders | $ - |
| LTR-440 | AC Systems Integration, Inc. | 10325 E. 58th Street | | | Tulsa | OK | | Engineering Services Agreement [joined] | Engineering Services Agreement Contract No. LTR-440 | $ 40,548.75 |
| LTR-262 | Acconda L.P., DBA Aqua Drill International | 1300 FM 646 West | | | Dickinson | TX | 77539 | Aqua Milling®, Chemical Cleaning, and Low DecibilowSM Pipe Cleaning | Term Services Agreement Contract Number: LTR-262 with work releases | $ 164,787.82 |
| LTS-005-JR | Acuren Inspection, Inc. | P.O. Box 846313 | | | Dallas | TX | 75284-6313 | Inspection Services | Amendment and Joinder Agreement | $ 79,185.24 |
| LTR-046 | Adrian Kubran | 12522 Gable Mills Dr | | | Cypress, | TX | 77433 | Consulting Services Agreement | Addendum No. 14 To IT Consulting Agreement | $ - |
| LTR-078 | Advanced Overhead Crane Services, Inc. | 22531 FM 2100 Road | | | Crosby | TX | 77532 | Short Form Services Agreement | Services Agreement Contract No. LTR-078 with addenda and work releases | $ 420,437.78 |
| LTR-099 | Advisian Digital | 4949 Essen Lane | | | Baton Rouge | LA | 70809 | Engineering, Procurement and Construction Management | Software as a Service Agreement LTR-099A | $ - |
| LTR-307 | Aire Tech Mechanical Services, In | 4362 Motorsports Drive | | | Concord | NC | 28027 | | Term Services Agreement Contract Number: LTR-307 | $ 50,000.00 |
| LTR-378 | Akili, Inc. | 901 W Walnut HIll Lane | Suite 130-B | | Irving | TX | 75038-1001 | SAP Business Planning and Consolidations (BPC) solution -consulting | Services Agreement Contract No. LTR-378 | $ 7,131.00 |
| LTR-093 | Alfred Conhagen, Inc. of LA | 1020 Industry Road | | | Kenner | LA | 70062 | Rotating Equipment Repairs | Term Services Agreement Contract Number: LTR-093 including all addenda | $ 11,018.53 |
| LTR-079 | Alimak Hek, Inc. | 12552 Old Galveston Road | Suite A-160 | | Webster | TX | 77598 | Short Form Services Agreement | Services Agreement Contract No. LTR-079 | $ - |
| LTR-013 | Allison Industrial Services, LLC | 19221 1-45 South | | | Shenandoah | TX | 77385 | Open, Clean, Inspection and Rebuild or Demo - SRU | Amended Term Services Agreement Contract Number: LTR-013 including all | $ 50,000.00 |
| LTR-144 | Analytic Stress Relieving, Inc. | 3118 W. Pinhook Road | | | Lafayette | LA | 70505 | Analytic Stress Relieving | Term Services Agreement Contract Number: LTR-144 including work | $ 1,864,538.62 |
| LTR-192 | Antillean Engineers Inc. | PO Box 3023 | | | Kingshill | VI | 00851 | Miscellaneous Engineering | Professional Services Agreement - LTR-192, Task Orders and Fee Schedule | $ 10,745.00 |
| LTR-177 | Aries Worldwide Logistics | 1501 E. Richley Road | | | Houston | TX | 77073 | Houston Logistics | Terms and Conditions | $ 95,823.32 |
| LTR-401 | Aspen Technology, Inc. | 20 Crosby Drive | | | Bedford | MA | 01730 | Software License Agreement | Hysys Software License | $ 207,211.00 |
| LTR-014 | Austn Fire Systems, LLC | PO Box 411 | | | Prairieville | LA | 70769 | Engineering of Fire Suppression System for the LBR Village | Purchase Order Terms and Conditions | $ 35,170.00 |
| LTR-286 | Austn Fire Systems, LLC | PO Box 411 | | | Prairieville | LA | 70769 | ISBL Fire Protection Sprinkler System Revamp; Fixed Fire Equipment and Safety | Term Services Agreement Contract Number: LTR-286 with work releases | $ - |

**Limetree Bay Services, LLC, et al.**
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-155 | AVEVA Software, LLC | 26561 Rancho Parkway South | | | Lake Forest | CA | 92630-8301 | Terms and Conditions for Services | Aveva General Terms and Conditions LTR 155 | $ 576,127.00 |
| LTR-156 | AVEVA Software, LLC | | | | | | | License Agreement | LTR-156 Computer Program License Agreement NA/LLS/2605/SP and | $ - |
| LTR-123 | Axens North America, Inc. | 1800 St. James Place | Suite 500 | | Houston | TX | 77056 | License Agreement | Semi-Regenerative Catalytic Reformer, Prime-K™, Prime-D™, VGO Mild | $ - |
| LTR-124 | Axens North America, Inc. | 650 College Road East | | | Princeton | NJ | 08540 | Semi-Regenerative Catalytic Reformer, Prime-K™, Prime-D™, VGO Mild | Process Book Supply Agreement Job #7719 and Amendment | $ - |
| LTR-141 | Axens North America, Inc. | 650 College Road East | Suite 1200 | | Princeton | NJ | | Semi-Regenerative Catalytic Reformer, Prime-K™, Prime-D™, VGO Mild | Guarantee Agreement Job #7719 | $ - |
| LTR-184 | AZZ WSI, LLC | 560 Horizon Drive | Suite 100 | | Suwanee | GA | 30024 | Services Agreement - short form | Term Services Agreement Contract No. LTR-184 and work releases | $ - |
| LTR-150A | Baker Hughes International Branches, Inc. | 12645 West Airport Blvd. | | | Sugar Land | TX | 77478 | Flare Gas H2S Reduction Program | General Terms and Conditions For Sale of Products, Parts and/or Services | $ 529,010.82 |
| LTR-381 | Ballard Hospitality LLC | 180 New Camelia Blvd | Suite 100 | | Covington | LA | 70433 | Manangement and Procurement Services | Services Agreement Contract No. LTR-381 | $ 83,682.86 |
| LTR-355 | Ballard Hospitality VI, LLC | 180 New Camelia Blvd. | Suite 100 | | Covington | LA | 70433 | Village Operations and Admin Café | Term Service Agreement, COI, Work Release, Change Order and | $ 190,741.45 |
| LTR-358 | Barr Engineering Co. | 4300 Market Pointe Dr. | Suite 200 | | Minneapolis | MN | 55435 | Environmental Consulting | Professional Services Agreement - LTR-358 | $ 29,873.92 |
| LTR-290 | Bayteck International, Inc. | 401 N. Shoreline Blvd. | | | Corpus Christi | VI | 78401 | Product Support Terms and Conditions | Baytek Product Support Agreement | $ 16,649.03 |
| LTR-291 | Bayteck International, Inc. | 401 N. Shoreline Blvd | | | Corpus Christi | TX | 78401 | Vendor Form | Software Product License Agreement | $ - |
| LTR-361 | Becht Engineering Co., Inc | 22 Church Street | | 46590.38 | Liberty Corner | NJ | 07938 | Engineering Support | Engineering Services Agreement Contract No. LTR-361 | $ 559,705.71 |
| LTR-455 | Bechtel Hydrocarbon Technology Solutions, Inc. | 3000 Post Oak Boulevard | | | Houston | TX | 77252-2166 | Coker Consulting Services | Continuing Technical Services Agreement | $ - |
| LTR-140 | Beville Engineering, Inc. | 7087 Corporate Way | | | Dayton | OH | 45459 | Short Form Services Agreement | Services Agreement Contract No. LTR-140 | $ 46,590.38 |
| LTR-090 | BHI FW Corporation | 53 Frontage Road | | | Hampton | NJ | 08827 | Negotiated Form Agreement | Technology Services Agreement LTR-090 | $ - |
| 356-LBR-LBT-F | Black Diamond Automation, LLC | | | | | | | Master Purchase and Sale Agreement | Services Addendum No. 1 to Master Purchase and Sale Agreement Contract | $ - |
| LTR-354 | BlackLine Systems, Inc. | 21300 Victory Blvd. | 12th Floor | | Woodland Hills | CA | 91367 | Accounting package | Data Processing Agreement and Service Order Q061772 | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-298 | Blue Sky Real Estate | 11 North Street | | | Christiansted | US Virgin Islands | 00820 | Vendor Form | Limetree Refining, LLC Rental Agreement and Rental Schedule LTR- | $ - |
| LTR-085 | Bohlke Airways | RR#1, Box 9936 | | | Kingshill | USVI | 00850 | Short Form Services Agreement | Services Agreement Contract No. LTR-085 | $ - |
| LTR-116 | Boulden Company | 1013 Conshohocken Road | | | Conshohocken | PZ | 19428 | Removal of existing Sloan Lubricators (17) and installing new lubricators in | Services Agreement Contract No. LTR-116 and addenda | $ 591,755.52 |
| LTR-263 | BrandSafway Solutions USVI LLC | 515 Anderson Drive | | | Romeoville | IL | 60446 | Term Services Agreement (Joined) | Term Services Agreement Contract Number: LTR-263 with work releases | $ - |
| LTR-406 | Brush Americas | | | | | | | Vendor Terms & Conditions of Sales (includes on-site services) | BRUSH AMERICAS and LIMETREE BAY - GENERAL TERMS & CONDITIONS | $ - |
| LTR-418 | BWC Technologies, Inc. | 2057 Kunkeltown Road | | | Saylorsburg | PA | 18353 | Off-site Short Form Services Agreement | Services Agreement Contract LTR -418 | $ - |
| LTR-300 | Calabash Real Estate LLC as agent for C Blue, LLC | 4126 La Grande Princesse | | | Christiansted, | VI | 00820 | Residential Leases | Residential Lease 5000 Coakley Bay, Unit F7 | $ - |
| LTR-420 | Capital Records Management, Inc. | 41 A Barren Spot | No. 9 | | Kingshill | St. Croix, VI | 00850 | Short Form Services Agreement (without Per Diem) | Services Agreement Contract No. LTR-419 | $ - |
| LTR-257 | Capitol Ultrasonics, LLC (formerly Infrared Thermal Imaging, Inc.) | 8225 Florida Boulevard | | | Baton Rouge | LA | 70806 | Professional Services Agreement | Professional Services Agreement - LTR-257 - with novation and assigment | $ - |
| LTR-426 | Catalyst and Chemical Containers, Inc., a Hoover Ferguson company | 4935 Timber Creek Dr | | | Houston | TX | 77017 | Flow bin rentals | Terms of Rental | $ 18,690.00 |
| LTR-138 | CFS International, LLC | 13860 Ballantyne Corporate Place, S | | | Charlotte | NC | 28277 | Inspection & Engineering Services | Term Services Agreement Contract Number: LTR-138 including all addenda, | $ - |
| LTR-133 | Chalmers and Kubeck, Inc. | P.O. Box 2447 | | | Aston | PA | 19014-0447 | Valve Repairs | Term Services Agreement Contract No. LTR-133 including all addenda | $ 427,918.25 |
| LTR-338 | Christiansted Equipment, Ltd. | P.O. Box 368 | | | Christiansted | St. Croix, VI | 00820 | Joined Master Equipment Lease Agreement | Master Equipment Lease Agreement | $ - |
| LTR-108 | CIA Inspection (US), Inc. | 2399 Golf Club Road | Hannon | | Ontario | Canada | L0R1P0 | Term Services Agreement | Term Services Agreement Contract LTR-108 and work release | $ - |
| LTR-151 | Classic Controls, Inc. | 5095 S. Lakeland Drive | | | Lakeland | TX | 75212 | Evaluation of Bentley Nevada Systems (26 compressors) | Term Services Agreement Contract No. LTR-151 and Addenda | $ 421,308.55 |
| LTR-456 | Coking.com | 3901 Kings Row | | | Reno | NV | 89503 | Consulting coker | Professional Services Agreement | $ 151,478.00 |
| LTR-197 | Competencia Inc. | 11000 Equity Dr. | Suite 150 | | Houston | TX | 77041 | Framework Agreement | Framework Agreement - Temporary Staff and Related Services | $ - |
| LTR-146 | Complan USA LLC | 16417 Squyres Road | | | Spring | TX | 77379 | Project Management Personnel | Professional Services Contract Number LTR 146 including service orders | $ 1,713,794.10 |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-351 | Compressor Controls Corporation | 4745 121st Street | | | Des Moines | LA | 50323 | Restart compressor controls assist | Services Agreement Contract No. LTR-351 | $ 142,689.83 |
| LTR-011 | Computer Solutions, Inc. dba CosTrack Project Controls | 3167 Energy Lane | | | Casper | WY | 82604 | Professional Services Agreement - LTR-011 | Professional Services Agreement - LTR-011 including all task orders, liens and | $ - |
| LTR-336 | Consultants in Data Processing, Inc. | PO Box 472046 | | | Charlotte | NC | 28247 | IT Support | Consulting Services Agreement Number: LTB-1019 LTR-336 | $ - |
| LTR-398 | Control Systems Technolgies, LLC | P.O. Box 781686 | | | Orlando | FL | 32878 | Vendor Terms and Conditions | Vendor Terms and Conditions Applicable to Technical Advisory Services & Materials, | $ 398,338.08 |
| LTR-212 | Crane Worldwide Logistics, LLC | 1500 Rankin Road | | | Houston | TX | 77073 | Freight Forwarding Agreement | Freight Forwarding Agreement | $ - |
| LTR-213 | Crane Worldwide Logistics, LLC | 1500 Rankin Road | | | Houston | TX | 77073 | Expediting Services | Terms and Conditions - Expediting Services | $ - |
| 335-LBT-LBT-VT | Crowley Logistics, Inc. Crowley Caribbean Services, LLC Crowley Caribbean Logistics, LLC | 9487 Regency Square Blvd | | | Jacksonville | FL | 32225 | | CROWLEY MASTER SERVICES AGREEMENT – LOGISTICS | $ - |
| 335-LBT-LBT-VT | Crowley Logistics, LLC Crowley Caribbean Logistics, LLC Crowley Caribbean Services, LLC | 9487 Regency Square Blvd | | | Jacksonville | FL | 32225 | | CROWLEY MASTER SERVICES AGREEMENT – LOGISTICS | $ - |
| LTR-136 | CrucianPoint, LLC | 2201 Church Street | | | Christiansted | VI | 00822 | Website Building/Maintenance | Services Agreement Contract No. LTR-136 | $ - |
| LTR-175 | Cruzan Environmental Services, Inc. | P.O. Box 3018 | | | St. Croix | VI | 00851 | Sanitary Waste Disposal | Services Agreement Contract No. LTR-175 | $ 170,825.00 |
| LTR-223 | Cust-O-Fab Speciality Services, LLC | 8888 W 21st St | | | Sand Springs | TX | 74063 | Exchanger Repairs and Fabrication | Term Service Agreement Contract Number: LTR 223 with Novation | $ - |
| LTS-077 JT | Demaco Corporation | Road 127, KM 13,5 | | | Guayanilla | Puerto Rico | 00656 | HVAC Project | Term Services Agreement - Amendment and Joinder Agreement- | $ - |
| LTR-047 | Dependable Power Systems, Inc. | 5023 Fenwick CT | | | Columbus | OH | 43220 | Professional Services Agreement | Professional Services Agreement - LTR-047 | $ - |
| LTR-228 | DeSalters, LLC | 1947 Lago Vista Blvd | | | Palm Harbor | FL | 34685 | Short Form Services Agreeement | Term Services Agreement Contract No. LTR-228 and work releases | $ 39,214.76 |
| LTR-199 | DHR International | 1300 Post Oak Blvd | Suite 1100 | | Houston | TX | 77056 | Engagement Letter | Engagement Letter | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1200DL.REV.2 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1216 DL Rev.1 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1199 DL Rev.2 | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1218 DL Rev.1 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1221 DL Rev.2 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1222 DL Rev.1 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1236 DL Rev.1 | $ - |
| LTR-194 | Doosan Turbomachinery Services, Inc. | 12000 North P. Street | | | La Porte | TX | 77571 | Inspection of Limetree Unit 10- GE Ftram 5 Unit | Terms and Conditions - 19-1237 DL | $ - |
| LB-003 | DSI Group, LLC | 4217 Buchanan Street | | | New Orleans | LA | 70122 | Roofing Contractor | Term Services Agreement: Contract Number: LB-003 and work release | $ - |
| LTR-382 | DSI, LLC | 4217 Buchanan Street | | | New Orleans | LA | 70122 | Roof Repair & General Contractor | Term Services Agreement Contract Number: LB-003 | $ - |
| LTS-087-JR | Dynamic Innovative Corporation | 306 Williams Delight | | | Frederiksted | VI | 00840 | Equipment rental and hauling | Amendment and Joinder Agreement to Term Services Agreement Dynamic | $ 1,364,132.41 |
| LTR-236 | DYONYX L.P. | 13430 Northwest Freeway | Suite 1000 | | Houston | TX | 77040 | Master Information Technology Services Agreement (MITSA) | Master Information Technology Services Agreement (MITSA), Schedules and other | $ 138,175.59 |
| LTR-028 | Eaton Corporation | 1000 Cherrington Parkway | | | Moon Township | PA | 15108 | Labor for Replacement Circuit Breakers | Selling Policy 25-080 | $ 96,894.00 |
| LTR-036 | Elite Turnaround Specialists, Ltd. | 225 South 16th Street | | | La Porte | TX | 77571 | Term Services Agreement | Term Services Agreement, Contract Number: LTR-036 and addenda and | $ 25,034,562.76 |
| N/A | Elseco limited | Marsh USA | 1166 Avenue of the Americas | | New York | NY | 10036-2774 | Insurance | Combined Property B0509ENGAO200056 3 | $ - |
| LTR-373 | Embark Consulting LLC | 2919 Commerce Street | Suite 400 | | Dallas | TX | 75226 | Outsourced Accounting and Finance Services | Consulting Services Agreement | $ 435,697.50 |
| LTR-325 | EMIC Communications, LLC | 863 Mission Hills Drive | | | New Braunfels | TX | 78130 | Communications Consulting Agreement | Communications Consulting Agreement | $ 1,062.50 |
| LTR-264 | EnerMech Mechanical Services, Inc. | 2919 Commerce Street | | | Houston | TX | 77041 | Water Milling, Chemical Cleaning and Low Decible Pipe Cleaning Services | Term Services Agreement Contract Number: LTR-264 with addenda, work | $ - |
| LTR-414 | Engineering Systems and Sales, Inc. | #147 El Tuque Industrial Park | | | Ponce | PR | 00728 | Off-site Short Form Services Agreement | Services Agreement Contract No. LTR-414 | $ - |
| LTR-007 | Englobal U.S. Inc. | 225 Portwall St. | | | Houston | TX | 77029 | Analyzer Inspection | Term Services Agreement LTR-007 including all Addenda and Work Release | $ 1,336,277.51 |
| LTR-425 | ERP Software Services, LLC | 1309 Coffeen Avenue | Suite 1200 | | Sheridan | WY | 82801 | Professional Services Agreement | Professional Services Agreement - LTR-425 | $ 194,230.00 |

Limetree Bay Services, LLC, *et al.*
Case No.: 21-32351 - Jointly Administered
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-317 | Evoqua Water Technologies LLC | 28563 Network Place | | | Chicago | IL | 60673-1285 | Dissolved Gas Flotation System - lease and service | Equipment Lease Agreement | $ 434,206.64 |
| LTR-015 | Excel Construction and Maintenance (formerly Sun Constructors, Inc.) | 8641 United Plaza Blvd | | | Baton Rouge | LA | 70809 | Electrical and Instrumentation | Term Services Agreement LTR-015 | $ - |
| LTR-339 | F&M Mafco, Inc. | 9149 Dry Fork Road | | | Harrison | OH | 45030 | Joined Master Equipment Lease Agreement | Master Equipment Lease Agreement | $ 85,750.00 |
| LTR-304 | FastGrid LLC | 225 E. Germann Road | Ste 101 | | Gilbert | AZ | 85297 | Engineering Assiatnce on Solar Grid Project | Professional Services Agreement - LTR-304 | $ - |
| LTR-370 | FLIR Commercial Systems, Inc. | 9 Townsend W | | | Nashua | NH | 03063 | Subscription Agreement | Subscription Services Agreement | $ - |
| 088-LBR | Flowserve Corporation | 4179 Collections Center Drive | | | Chicago | IL | 60693 | Equipment Purchase | Contract For Purchase and Sale of Equipment and Support Services | $ 1,082,523.27 |
| LTR-279 | FMMVI, LLC | 11634 Darryl Drive | | | Baton Rouge | LA | 70815 | Village Maintenance Contractor | Term Services Agreement Contract Number: LTR-279 with work releases | $ 325,027.14 |
| LTR-187 | FR Consulting LLC | Calle Sol A-6 | Puertas Del Sol | | Fajardo | PR | 00738 | Consulting Services Agreement | Addendum No. 5 Consulting Services Agreement (LLC) | $ 51,870.00 |
| LTR-218 | Frontline Data Solutions | 101 Parklane Blvd | Suite 204 | | Sugar Land | TX | 77478 | Short Form Services Agreement | Services Agreement Contract No. LTR-218 | $ - |
| LTS-293 | G4S Secure Integration LLC, | 1200 Landmark Center | Suite 1300 | | Omaha | NE | 68102-1892 | Vendor Terms [Joined] | Security System Support | $ 80,678.64 |
| LTR-165 | Gary Morrow | 15604 Hayes Street | | | Overland Park | KS | 66221 | Consulting Services Agreement | Addendum No. 2 to Insurance Consultant (original agreement LTR-051) | $ - |
| LTR-150 | GE Oil & Gas LLC | 17021 Aldine Westfield Road | | | Houston | TX | 77073 | GT Parts and Services | GE Oil & Gas General Terms & Conditions for Sale of Products, Parts and/or Services | $ - |
| LTR-296 | Global Edge Group, LLC | 2829 Technology Forrest Blvd. | Suite 280 | | The Woodlands | TX | 77381 | Employment Agency Agreement | Employment Agency Agreement | $ - |
| LTR-181 | Global Engagement Support Services, LLC | PO Box 964 | | | Christiansted | VI | 00821 | Rental of water trucks and provision of drivers | Services Agreement Contract No. LTR-161 and addenda | $ 16,442.46 |
| LTR-265 | Global World Technologies | 4730 South Fort Apache Road | Suite 300 | | Las Vegas | NV | 89147 | Term Services Agreement | Term Services Agreement Contract Number: LTR-265 with work release | $ - |
| LTR-106 | H&K Engineering LLC | 2644 S. Sherwood Forest Blvd | | | Baton Rouge | LA | 70816 | Engineering Services Agreement | Engineering Services Agreement including all addenda | $ 346,129.12 |
| N/A | Hannover Re/HDI Global Specialty SE | Marsh USA | 1166 Avenue of the Americas | | New York | NY | 10036-2774 | Insurance | Combined Property Policy ENGAO2000069 | $ - |
| LTS-102-JR | Hargrove & Associates LLC | 20 S. Royal Street | | | Mobile | AL | 36602 | Term Services Agreement | Professional Services Agreement - Amendent and Joinder Agreement | $ - |

Limetree Bay Services, LLC, *et al.*
Case No.: 21-32351 - Jointly Administered
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-434-01 | Hazard Management Group of Texas LLC | 2109 Olympic Drive | | | League City | TX | 77573 | ICP Review and IMT training | Professional Services Agreement - LTR-434 | $ - |
| LTS-103-JR | HMT LLC | 24 Waterway Ave | | | The Woodlands | TX | 77380 | Tank Repair and Inspection | Construction Services Agreement [by Joinder Agreement] | $ 28,289.00 |
| LTR-407 | Honeywell Enraf Americas | 2000 Northfield Court | | | Rosewell | GA | 30076 | Negotiated Vendor Terms and Conditions [PSA and PAR ISOM Unit] | Assignment and Novation Agreement of Technical Advisor Agreement dated | $ - |
| LTR-048A | Honeywell Enraf Americas, Inc. | 2000 Northfield Court | | | Roswell | GA | 30076 | DCS Systems - onisland engineering and installation | Project Agreement for On-Island Services | $ 826,490.20 |
| LTR-048 | Honeywell International | 1250 Sam Houston Parkway South | | | Houston | TX | 77042 | DCS Systems | Project Agreement | $ 326,646.21 |
| LTR-048B | Honeywell International | | | | | | | Parent Guarantee | Parent Guarantee for Enraf | $ - |
| LTR-148 | Hopper Engineering Associates, Inc. | 300 Vista Del Mar | | | Redondo Beach | CA | 90277 | Professional Services Agreement | Professional Services Agreement - LTR-148 | $ - |
| LTR-044 | HPI, LLC | 15503 West Hardy Rd | | | Houston | TX | 77060 | Term Services Agreement | Term Services Agreement Contract Number: LTR-044 | $ - |
| LTR-127 | Hudson Products Corporation | 9660 Grunwald Road | | | Beasley | TX | 77417 | Air Cooled Changer Rotating Elements | Services Agreement Contract No. LTR-127 and Addendum | $ 9,957.00 |
| LTR-419 | IBB Petroleum Services Inc. | 22821 Dequindre Road | | | Hazel Park | MI | 48030 | Short Form Services Agreement (without Per Diem) | Services Agreement | $ - |
| LTR-357a | IHS Data Products | 15 Inverness Way East | | | Englewood | CO | 80112-5710 | Vendor Terms - Subscription | Order Form - Contract Number 00595545 and Data Terms and Conditions | $ - |
| LTR-357b | IHS Data Products | 15 Inverness Way East | | | Englewood | CO | 80112-5710 | Vendor Terms - Subscription | Order Form - Contract Number 00587428 and Data Terms and Conditions | $ - |
| LTR-017 | InServ Field Services USVI ,LLC | 1900 N 161st East Ave | | | Tulsa | OK | 74116 | Mechanical & Piping | Term Services Agreement Contract Number: LTR-017 including all addenda and work releases | $ - |
| LTR-314 | Intergraph Coporation, dba Hexagon PPM | 305 Intergraph Way | | | Madison | AL | 35758 | Consulting Services Agreement | Consulting Services Agreement | $ - |
| LTR-458 | ioMosaic Corporation | 93 Stiles Road | | | Salem | NH | 3079 | Consulting -Flare | Professional Services Agreement - LTR-458 | $ - |
| LTR-038 | Island Services Group, LLC | 109-113 Castle Coakly | | | Christiansted | St. Croix, VI | 00820 | Term Services Agreement | Term Services Agreement, Contract Number: LTR-038 | $ - |
| LB-001 | ISS Marine Services LLC | 1210 Hillcrest Road | Suite 100 | | Mobile | AL | 36695 | Vendor Terms | Port / Ship Agency Agreement | $ 9,998.20 |
| LTR-065 | I-Tech Services, LLC | P.O. Box 1437 | | | Kingshill | VI | 00851 | Term Services Agreement (OCIP) | Term Services Agreement, Contract Number: LTR-065, MOU and work releases | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-333 | J & W Virgin Islands, L.L.C. | 7825 Park Place Blvd. | | | Houston | TX | 77087 | Engineering Services for #6 Crude Startup Project | Engineering Services Agreement | $ - |
| LTS-126-JR | J. Benton Construction, LLC | 3000 Orange Grove | | | Christiansted | Virgin Islands | 00820 | Term Services Agreement [by Joinder Agreement] | Term Services Agreement - Amendment and Joinder Agreement | $ - |
| LTR-403 | James D. Acers Company, Inc. | 1510 12th Street | | | Cloquet | MS | 55720 | Short-Form Services Agreement | Services Agreement Contract No. LTR-403 | $ - |
| LTR-081 | John Crane, Inc. | 24929 Network Place | | | Chicago | IL | 60673-1249 | General Repair Services | Term Services Agreement Contract Number: LTR-081 including all addenda and work releases | $ 767,815.90 |
| LTR-428-02 | Johnson Matthey Inc. dba Tracerco | 88724 Expedite Way | | | Chicago | IL | 60695 | Emergency scanning of T-4850 | Terms and Conditions | $ 17,947.00 |
| LTR-186 | Jones Diesel and Marine, LLC | 8510 SR 207 | | | Hastings | FL | 32145 | Engine Pre Start Inspection and Basic Services GT #9, #10, #13 | Services Agreement Contract No. LTR-187 and addendum | $ 4,328.48 |
| LTR-207 | JPS Cryogenics, Inc. | 3 Morris Drive | | | Princeton | NJ | 08540 | O2 Plant Refurbishment | Master Engineering and Procurement Agreement - LTR-207 | $ - |
| LTR-188 | Konecranes, Inc. dba Crane Pro Services | | | | | | | Services Agreement - short form | Services Agreement Contract No. LTR-188 | $ - |
| BR-20 | Limetree Bay Terminals, LLC | | | | | | | Intermediation Agreement | Terminal Services Agreement (not included locations) | $ 17,155,091.01 |
| BR-01 | Limetree Bay Terminals, LLC | | | | | | | Shared Services Agreement | Shared Services Systems Agreement | $ 100,950.00 |
| LTR-392 | Lucas Group | 950 East Paces Ferry Road | Suite 2300 | | Atlanta | GA | 30326 | HR Temporary Staffing Agency | Contract Fee Agreement | $ 31,104.00 |
| LTR-206 | Madison Plant Services, Inc. | 3 Morris Drive | | | Princeton | NJ | 08540 | O2 Plant Refurbishment | Services Agreement Contract No. LTR-206 | $ - |
| LTR-294 | Mammoet USA South, Inc. | 20525 FM 521 | | | Rosharon | TX | 77583 | Heavy Equiment haul logistics | Master Services Agreement LTR-294 | $ 549,548.76 |
| LTR-365 | Matrix North American Construction, Inc. | 1510 Chester Pike | Suite 500 | | Eddystone | PA | 19022 | Term Services Agreement (OCIP) | Term Services Agreement Contract Number: LTR-365 | $ - |
| LTR-205 | MGMGG Commissioning and Consulting Services, LLC | 5355 Downs Road | PO Box 20197 | | Beaumont | TX | 77705 | Term Service Agreement (OCIP) | Term Services Agreement Contract No. LTR-205 and Work Releases | $ - |
| LTR-196 | Michael Page International, Inc. | 622 Third Avenue | 29th Floor | | New York | NY | 10017 | Employment Agency Agreement | Employment Agency Agreement | $ - |
| LTR-391 | Mission Secure Inc. | 300 Preston Avenue | Suite 500 | | Charlottesville | VA | 22902 | On-site Service - Cybersecurity Assessment (Refinery wide) | Master Services Agreement | $ - |
| LTR-183 | Mistras Group | P.O. Box 405694 | | | Atlanta | GA | 30384-4694 | PCMS Implementor and Administrator | Term Services Agreement Contract No.: LTR-183 and Work Releases | $ 96,743.85 |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTS-056-JR | Mostardi Platt | 888 Industrial Drive | | | Elmhurst | IL | 60126 | Environmental Services | Amendment and Joinder Agreement | $ 66,356.75 |
| LTR-172 | Muse, Stancil & Co. | 5080 Spectrum Drive | | | Addison | TX | 75001 | Independent Project Engineer, Consulting Engineer & Manager/Lead | Engagement for Independent Engineering Services St. Croix Restart Project and Addenda | $ 575,114.45 |
| LTR-443 | NAES Corporation | 1180 N.W. Maple Street | Suite 200 | | Issaquah | WA | 98027 | Operations O&M PHU | Limited Notice to Proceed | $ 61,767.56 |
| LTR-280 | Nalco U.S. 2, Inc. | 1601 West Diehl Road | | | Naperville | IL | 60563 | Managed Chemical Contractor | Managed Inventory and Onsite Services Agreement LTR-280 | $ 147,151.03 |
| LTR-016 | National Industrial Services, Inc (NIS) | P.O. Box 1545 | | | Kingshill, St. Croix | VI | 00851 | Contractor | Term Services Agreement Contract No. LTR-016 including all work releases and addenda | $ 13,132,667.83 |
| LTR-359 | National Parts | 455 Plaza Drive | | | Atlanta | GA | 30349 | Parts Delivery | Access Agreement Contract Number No. LTR-359 | $ 89,140.79 |
| LTR-225 | NEI Global Relocation Company | 2707 N 118th Street | | | Omaha | NE | 68164 | Relocation Services Agreement | Relocation Services Agreement Limetree Agreement LTR-225 | $ - |
| LTR-417 | North Atlantic Power Products | No.. 15 Continental Drive | | | Exeter | NH | 03833 | Off-site Short Form Services Agreement | Services Agreement | $ - |
| LTR-349 | Oliver Exterminating of the V.I., Inc. | Plot 6x Peter's Rest | | | St. Croix | VI | 00820 | Exterminating of the Village | Services Agreement Contract No. Ltr-349 | $ 25,830.00 |
| LTR-312 | OpenText | 2950 S. Deleware Street | Bay Meadows Station 3 Building | | San Mateo | CA | 94403 | Quotation Terms & Conditions | Professional Services Agreement | $ - |
| LTR-397 | Operation Technology, Inc. | 17 Goodyear | | | Irvine | CA | 92618 | ETAP Software License Agreement | Electronic License Grant Terms | $ 5,763.00 |
| LTR-080 | OSR Services, LP | 4734 Allen Circle | | | Baytown | TX | 77523 | Term Services Agreement | Term Services Agreement Contract Number: LTR-080 and addendum | $ - |
| LTR-446 | Pace Analytical Services, LLC | 555 Absaraka Street | | | Sheridan | WY | 82801 | Short Form Services Agreement | Services Agreement Contract No. LTR-446 | $ - |
| LTR-003 | ParFab Field Services, LLC, | 15615 E. 590 Rd | | | Inola | Oklahom | 74036 | Term Services Agreement | Term Services Agreement and Work Releases Agreement LTR-003 with all work releases and | $ - |
| LTR-376 | PAS Global, LLC | 13100 Space Center Blvd. | Suite 500 | | Houston | TX | 77059 | | PAS Terms and Conditions for Services | $ - |
| LTR-413 | Pentair Filtration Solutions | 4301 West Davis | | | Conroe | TX | 77304 | Amine System Startup ProcessOR Rental Proposal | Equipment Rental Agreement | $ 9,000.00 |
| LTR-387 | Petroluem Site Specialist, LLC | P.O. Box 1412 | | | Glen Burnie | MD | 21061 | Gas Station Repairs | Services Agreement Contract No. LTR-387 | $ - |
| LTR-249 | Petroplan Europe Limited | Mercury House | 117 Waterloo Road | | London | UK | SE1 8UL | Staffing | Employment Agency Agreement | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-424 | Phoenix High Temperature Repair, LLC | 6526 Old Brick Road | Suite 120-236 | | Windemere | FL | 34786 | Term Services Agreement | Term Services Agreement Contract Number: LTR-424 | $ - |
| LTR-416 | Pillar Corp Tsc Blower Corp | 445 Duane Avenue | | | Schenectady | NY | 12304 | Off-site Short Form Services Agreement | Services Agreement Contract No. LTR-416 | $ 14,095.00 |
| LTR-363 | Pimsoft Inc. | 14701 St. Mary's Lane | Suite 175 | | Houston | TX | 77079 | Software License Agreement | Software License & Services Agreement | $ 9,000.00 |
| LTS-092-JR | Pinnacle Services LLC | 6002 Diamond Ruby | | | Christiansted | VI | 00820 | General Industrial Maintenance and other services | Term Services Agreement [by Joinder Agreement] | $ 2,308,633.57 |
| LTR-012 | Pinncacle Asset Integrity Services dba PinnacleART | One Pinnacle Way | | | Pasedena | TX | 77504 | Assignment of PSA LTS-152 | Professional Services Agreement - LTR-152 including all task orders, change orders, and | $ 34,018.17 |
| LTR-272 | Piping Technology and Products, Inc. | 3701 Holmes Road | | | Houston | TX | 77051 | Engineering Services to Develop the Designs for Support Devices of | Engineering and Procurement Master Services Agreement - LTR 272 | $ 11,897.85 |
| LTR-429-02 | Precision Engineering Inc. | 400 Saint Louis St. | | | Mobile | AL | 36602 | | Professional Services Agreement - LTR-429 | $ 186,382.53 |
| LTR-408 | Precision Filtration Products | PO 218 | | | Pennsburg | PA | 18073 | | Services Agreement - LTR-398 | $ 160,589.09 |
| LTR-029 | Presidio Networked Solutions Group, LLC | 1955 Lakeway Dr | Suite 220 | | Lewisville | TX | 75057 | MSA - Contraactors Agreement | Master Services and Product Agreement, SOW and MOUs | $ - |
| LTR-422 | PriceWaterhouseCoopers LLC (PWC) | 1000 Louisiana St. | Suite 5800 | | Houston | TX | 77002 | Engagement Letter | Engagement Letter - Automated Controls Evaluators ("ACE") | $ - |
| LTR-200 | Primatech Inc. | 50 Northwoods Boulevard | | | Columbus | OH | 43235 | Services Agreement - short form | Services Agreement Contract No. LTR-200 and addenda | $ - |
| LTR-429-01 | Priority Roro Services Inc. | P.O. Box 3251 | | | Mayaguez | PR | 00880 | Commodity/Cargo Shipping Services | NVOCC SERVICE ARRANGEMENT | $ 57,033.00 |
| LTR-421 | Process Technical Services, Inc. | 14550 Torrey Chase Blvd. | Suite 220 | | Houston | TX | 77014 | Console Operations | Term Services Agreement Contract Number: LTR-421 | $ 114,641.96 |
| LTR-347 | Prometheus Group Enterprises, LLC, | 1101 Haynes St | Suite 218 | | Raleigh | NC | 27604 | Vendor Terms MLA | Software Master License Agreement | $ 284,600.00 |
| LTR-209 | Provenance Consulting, LLC | 301 W. 6th Street | Suite 200 | | Borger | TX | 79007 | Professional Services Agreement | Professional Services Agreement - LTR-209 and Task Order | $ - |
| LTR-110 | Quest Integrity USA, LLC | 17146 Feathercraft #350 | | | Webster | TX | 77598 | Term Services Agreement | Term Services Agreement Contract LTR-110 and work releases | $ - |
| LTR-082 | Ramboll US Corporation | 4350 N Fairfax Drive | | | Arlington | TX | 10167 | TPDES Permit Services for Waste Water Treatment Plant | Services Agreement LTR-082 and all addenda | $ 17,673.71 |
| LTR-318 | Reactor Resources, LLC | 3000 FM 517 W. | | | Alvin | TX | 77511 | Sulfiding step for gas oil, diesel, kero, naphtha hydrotreaters | Term Services Agreement Contract Number: LTR-318 | $ 1,544,407.79 |

*Limetree Bay Services, LLC, et al.*
Case No.: 21-32351 - Jointly Administered
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-450 | Refined Technologies, Inc | Legal Department | P.O. Box 132196 | | The Woodlands | TX | 77393 | Term Services Agreement | Term Services Agreement Contract Number: LTR-450 | $ - |
| LTR-436 | Rescue Concepts, Inc | 293 Mann Road | | | Huntsville | TX | 77320 | Professional Services Agreement | Professional Services Agreement - LTR-436 | $ - |
| LTR-337 | RISC, Inc. | 718 FM 1959 | | | Houston | TX | 77034 | Vendor VTA Cloud License Agreement | LMS (Learning Management System) license and support | $ - |
| LTR-384 | Ritz Instrument Transformer, Inc | 25 Hamburg Ave. | | | Lavonia | GA | 30553 | Field Service Technician for SIS Bus Bar System | Services Agreement Contract No. LTR-384 | $ 57,282.46 |
| LTR-075 | RMB Consulting & Research, Inc | 5104 Bur Oak Circle | | | Raleigh | NC | 27612 | Professional Services Agreement | Professional Services Agreement - LTR-075 and task order | $ - |
| LTR-169 | Rocco Colabella (1099) | 13035 Royal George Avenue | | | Odessa | FL | 33556 | Consultant | Consulting Agreement | $ 1,360.00 |
| LTR-330 | Rockwell Automation Puerto Rico, Inc. | Calle 1 Metro Office 6 | Suite 304 | | Guayabo | PR | 00968 | startup and loop tuning activities | Services Agreement Contract No. LTR-330 and Addenda | $ 1,046,534.14 |
| LTS-049 JR | Rooftops Silicone Distributors, Inc. | 1 Estate Hope | | | Christiansted | US Virgin Islands | 00820 | Joinder and Work Release | Term Services Agreement Rooftops Silicone Distributors, Inc. LTS-049-JR | $ - |
| LTR-114 | Rotating Machinery Services, Inc. | 2760 Baglyos Circle | | | Bethlehem | PA | 18020 | Rotating Equipment Repairs | Purchase and Sale Agreement for Products, Parts, and Services including | $ 68,015.00 |
| LTS-125-JR | RTP Environmental Associates | 304-A West Millbrook Road | | | Raleigh | NC | 27609 | Title V Permitting assistance | Professional Services Agreement RTP Environmental Associates, Inc. LTS- | $ 218,753.58 |
| LTS-125-JR | RTP Environmental Associates | 304-A West Millbrook Road | | | Raleigh | NC | 27609 | Environmental Consulting | Professional Services Agreement RTP Environmental Associates, Inc. LTS- | $ - |
| LTR-334 | S&B Engineers and Constructors, Ltd. | 7825 Park Place Blvd. | | | Houston | TX | 77087 | | Company Guaranty | $ - |
| LTR-143 | S&H Inventory Services, LLC | 220 Commons Way | Building B | | Toms River | NJ | 08755 | Short Form Services Agreement | Services Agreement Contract No. LTR-143 | $ - |
| LTR-329 | SAP America | 3999 West Chester Pike | | | Newton Square | PA | 19073 | Data Processing Agreement | Order form for SAP Cloud Services, Reference No. 0221114662 | $ - |
| LTR-439 | Sard Verbinnen & Co. , LLC | 909 Third Avenue | | | New York | NY | 10022 | Letter Agreement (vendor terms) | Letter Agreement | $ - |
| LTR-270 | Savage St. Croix, LLC | Dept. 418 | | | Salt Lake City | UT | 84130 | Coke and Sulfur Storage and Handling O&M Services | Petroleum Coke and Sulphur Services Agreement - LTR-270 with amendments | $ 2,936,592.60 |
| LTR-005 | Sentinel Integrity Solutions, Inc | 6606 Miller Road 2 | | | Houston | TX | 77049 | Inspection Services | Amended Term Services Agreement LTR-005 including all addenda and work releases | $ 153,111.54 |
| LTR-010 | Shermco Industries | 2425 East Pioneer Dr | | | Irving | TX | 75061 | Term Services Agreement | Term Services Agreement and Work Releases Agreement LTR-010 addenda | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-292 | Shirley Parsons Inc. | 51 Melcher Street | | | Boston | MA | 02210 | Employment Agency Agreement | Employment Agency Agreement | $ - |
| LTR-129 | Siemen Industry, Inc. | 1200 W. Sam Houston Parkway N. | | | Houston | TX | 77043 | Compressor and Rotating Equipment Repairs | Standard Terms and Conditions of Sale For Siemens Joint Product and Services Offering | $ - |
| LTR-253 | Siemens Industry, Inc | 7000 Siemens Rd | | | Wendell | NC | 27591 | Terms & Conditions of Sales for Siemens, Joint Product and Services | Siemens Standard Service Terms and Conditions and Work Orders, Insurance | $ - |
| LTR-164 | Sloan Schoyer | 124 Mile Stretch Road | | | Biddeford Pool | ME | 04006 | Consulting Services Agreement | Addendum No. 7 to Consulting Agreement | $ 32,121.00 |
| LTR-210 | Smith & Burgess, LLC | 7600 W Tidwell Road | Suite 600 | | Houston | TX | 77040 | Professional Services Agreement | Professional Services Agreement - LTR-210 and Task Order | $ - |
| LTR-428-01 | Southshore Controls, Inc. | 9395 Pinecone Drive | | | Mentor | OH | 44060 | Evaluation of Bottle Washer in Lab | Services Agreement Contract No. LTR-428 | $ - |
| LTR-166 | Spectrum Environmental Solution, LLC | 2340 W. Braker Lane | | | Austin | TX | 78642 | Technical support regarding flares, fenceline, energy assessments, general services | Professional Services Agreement - LTR 166 including work releases and memorandum of | $ 17,897.50 |
| 152-LBR-PO3 | Speedy Valve & Specialty Infrared, Inc. | | | | | | | Services Addendum to Master Purchase & Sale Agreement (PO3) | Services Addendum No. 1 to Master Purchase and Sale Agreement for Equipment or Material  PO- | $ 13,998.00 |
| LTR-368 | Sphera Solutions, Inc. | 130 E. Randolph Street | Suite 2900 | | Chicago | IL | 60601 | General Agreement & SOW | GENERAL AGREEMENT FOR THE PROVISION OF SPHERA PRODUCTS AND SERVICES | $ - |
| LTR-369 | Sphera Solutions, Inc. | 130 E. Randolph Street | Suite 2900 | | Chicago | IL | 60601 | Order Form | SAAS Order Form | $ - |
| LTR-445 | Spirit Environmental, LLC | 20465 State Highway 249 | Suite 300 | | Houston | TX | 77070 | Professional Services Agreement | Professional Services Agreement - LTR-445 | $ - |
| LTR-431-01 | Standard Crane and Hoist, LLC | 2160 Wellspring | | | Beaumont | TX | 77705 | Crane and door Services | Term Services Agreement Contract Number: LTR-431 | $ - |
| LTR-415 | Stantec Consulting Services Inc. | 13980 Collections Center Drive | | | Chicago | IL | 60693 | HSE compliance | Professional Services Agreement - LTR-415 | $ 13,494.00 |
| LTR-441 | Stanton Chase (see consulting agreement  folder) | 11700 Katy Freeway | Suite 630 | | Houston | TX | 77079 | | Letter Agreement (vendor terms) | $ 372,200.00 |
| LTR-431-02 | Stewart & Stevenson FDDA LLC d/b/a Florida Detroit Diesel-Allison | 6850 President's Drive | | | Orlando | FL | 32809 | Off-Site Short-Form Services | Services Agreement Contract No. LTR-431 | $ - |
| LTR-069 | Strategic Contract Resources, LLC | 5655 Lake Acworth Dr. | Suite 350 | | Acworth | GA | 30101 | Professional Services Agreement | Professional Services Agreement - LTR-069 and task orders | $ - |
| LTR-132 | Stress Engineering Services, Inc. | 13800 Westfair East Drive | | | Houston | TX | 77041 | Short Form Services Agreement | Services Agreement Contract No. LTR-132 | $ - |
| LTR-457 | Sulphur Experts, Inc. | 12 Manning Close NE | Suite 102 | | Calgary | Alberta, Canada | T2E 7N6 | Consulting Amine and Sulphur | Professional Services Agreement | $ 117,700.00 |
| LTR-117 | Sulzer Turbo Services Houston, Inc. | 11518 Old La Porte Road | | | La Porte | TX | 77571 | Rotating Equipment Repairs | Term Services Agreement Contract Number: LTR-117  including all addenda and work releases | $ 837,495.80 |
| LTR-297 | Superior Laboratory Services Inc. | 1710 Preston Suite A | | | Passadena | TX | 77503 | Short Form Services Agreement | Services Agreement LTR-297 | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-433 | Teledyne Monitor Labs | 35 Inverness Drive East | | | Englewood | CO | 80112 | GT 10 Continuous Opacity Monitoring System (COMS) Certification | Services Agreement Contract No. LTR-433 | $ 14,761.00 |
| LTR-089 | Terminix International VI | 6300 Suite 1 Estate Peter's Rest | | | Christiansted | VI | 00820 | Short Form Services Agreement | Services Agreement Contract No. LTR-089 | $ - |
| LTR-396 | The Broadleaf Group | 13100 Worthan Center Dr. | Suite 150 | | Houston | TX | 77065 | General Vendor Terms & Conditions | KnowBe4 Renewal 2020 | $ - |
| LTR-055 | The Equity Engineering Group, Inc. | 20600 Chagrin Boulevard | Suite 1200 | | Shaker Heights | OH | 44122 | Services Agreement - short form | Services Agreement Contract No. LTR-055 | $ - |
| BR-36 | The Government of the U.S. Virgin Islands | Government House | Charlotte Amalie | With a Copy to: U.S. Virgin Islands Dept of Justice 34-38 Kronprindsens Gade GERS Building, 2nd Floor St. Thomas U.S. Virgin Islands, 00802 | St. Thomas | U.S. Virgin Islands | | Terminal Operating Agreement | Refinery Operating Agreement | $ - |
| 266LBR-VT | Thermo Fisher | 27 Forge Parkway | | | Franklin | MA | 02038 | Vendor Form | Thermo Process Instruments, L.P. ("Seller") Terms and Conditions of Sale for Products and Service | $ 84,569.45 |
| LTR-224 | TISI VI, LLC (formerly Team Industrial Services, Inc.) | 13132 Dairy Ashford | Ste 600 | | Sugar Land | TX | 77478 | Term Services Agreement | Term Services Agreement Contract No. LTR-224, guarantee and work releases | $ 754,982.37 |
| LTR-006 | Total Safety Virgin Islands, LLC | 3151 Briar Park Drive | | | Houtson | TX | 77042 | Repairs and Inspections | Term Services Agreement and Work Releases Agreement LTR-006 with all work releases and addenda | $ - |
| LTR-405 | Tri-State Bird Rescue & Research, Inc. | 170 Possum Hollow Road | | | Newark | DE | 19711 | Joined Short-Form Services Agreement | Services Agreement Contract No. LTR-405 | $ - |
| LTR-216 | Turbine Controls & Excitation Services, LLC | PO Box 241 | | | Yarmouth | ME | 04096 | Professional Services Agreement | Professional Services Agreement - LTR-216 and Task Orders | $ - |
| LTR-068 | Turnaround Consulting Services, LLC | 3618 Sierra Circle | | | Sulphur | LA | 70665 | Turnaround Project Management | Term Services Agreement Contract Number: LTR-068 including all addenda and work releases | $ 621,953.17 |
| LTR-447 | Turner, Mason and Company | P.O. Box 130808 | | | Dallas | TX | 75313 | Engagement Letter | Energy Consulting and Advisory - Develop Options & Restart Plan for Idled LBRefinery | $ - |
| LTR-174 | Tysam Tech, LLC | 230 Work and Rest | | | St. Croix | VI | 00821 | Environmental Consulting | Professional Services Agreement - LTR-174 and Task Orders | $ 37,013.75 |
| LTR-158 | UHP Projects, Inc. | 4811 Mercantile Drive | | | Newport News | VA | 23607 | Term Services Agreement non OCIP | Term Services Agreement Contract No. LTR-158 and Work Releases | $ - |
| LTR-139 | Universal Plant Services (V.I.), LLC | 806 Seaco Court | | | Deer Park | TX | 77536 | Onsite Field Services Support | Term Services Agreement Contract Number: LTR-139 including all addenda, work releases, and memoranda of understanding | $ - |
| LTR-096 | UOP LLC | 25 East Algonquin Road | | | Des Plaines | IL | 60017-5017 | License Agreement | Par-Isom Process License Agreeement | $ - |
| LTR-389a | UOP LLC | | | | | | | License Agreement | Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 4 - Limetree Unit 5400 | $ - |

Limetree Bay Services, LLC, *et al.*
Case No.: 21-32351 - Jointly Administered
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-389b | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for C3/C4 Merox Process Unit Christiansted, USVI - Unit No 3 (Unit 3201) | $ - |
| LTR-389c | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for LPG Merox Process Unit Christiansted, USVI - Unit No 5 (Unit 4820) | $ - |
| LTR-389d | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for C5 Merox Process Unit Christiansted, USVI - (Unit 7590) | $ - |
| LTR-389e | UOP LLC | | | | | | | License Agreement | VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 6 (Unit 460 aka DD6) | $ - |
| LTR-389f | UOP LLC | | | | | | | License Agreement | Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 7 (Unit 4300 aka DD7) | $ - |
| LTR-389g | UOP LLC | | | | | | | License Agreement | Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 9 (Unit 5300 aka DD7) | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-389h | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for I-C5 Merox Process Unit Christiansted, USVI - Process Units No 1, No 2 and No 4 (Unit 3202 aka i-C5 Sweetner) | $ - |
| LTR-389i | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for FCC LPG Merox Process Unit Christiansted, USVI - Process Units No 6 (Unit 7500) | $ - |
| LTR-389j | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Light FCC Gasoline Merox Process Unit Christiansted, USVI - Process Units No 7 (Unit 7550) | $ - |
| LTR-389k | UOP LLC | | | | | | | License Agreement | Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Heavy FCC Gasoline Merox Process Unit Christiansted, USVI - Process Units No 9 (Unit 7570) | $ - |
| LTR-389l | UOP LLC | | | | | | | License Agreement | Butamer Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Butamer Process Unit Christiansted, USVI | $ - |
| LTR-389m | UOP LLC | | | | | | | License Agreement | Fluid Catalytic Cracking Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Fluid Catalytic Cracking Process Unit Christiansted, USVI - Unit 7000 | $ - |

Executory Contracts

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-389n | UOP LLC | | | | | | | License Agreement | Sulfolane Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Sulfolane Process Unit Christiansted, USVI - Unit 4500 | $ - |
| LTR-389o | UOP LLC | | | | | | | License Agreement | VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 2 (Unit 800 aka DD2) | $ - |
| LTR-389p | UOP LLC | | | | | | | License Agreement | Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 2 (Unit 600) | $ - |
| LTR-389q | UOP LLC | | | | | | | License Agreement | Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 3 (Unit 4400) | $ - |
| LTR-389r | UOP LLC | | | | | | | License Agreement | VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 4 (Unit 2200 aka DD4) | $ - |
| LTR-389s | UOP LLC | | | | | | | License Agreement | Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 5 (Unit 2400 aka DD5) | $ - |
| LTR-389t | UOP LLC | | | | | | | License Agreement | Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 3 (Unit 1500 aka DD3) | $ - |

**Limetree Bay Services, LLC, *et al*.**
**Case No.: 21-32351 - Jointly Administered**
**Schedule of Executory Contracts**

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-389u | UOP LLC | | | | | | | License Agreement | Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 2 (Unit 600) | $ - |
| LTR-389v | UOP LLC | | | | | | | License Agreement | Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 3 (Unit 4400) | $ - |
| LTR-389w | UOP LLC | | | | | | | License Agreement | Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 4 (Unit 5400) | $ - |
| LTR-389x | UOP LLC | | | | | | | License Agreement | Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 5 (Unit 2400) | $ - |
| LTR-389y | UOP LLC | | | | | | | License Agreement | Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 1 (Unit 1500) | $ - |
| BR-06 | UOP LLC Hovensa LLC | | | | | | | License transfer and termination related to Limetree's acquisition of the refinery | License Transfer and Termination Agreement | $ - |
| LTR-020 | URVI, Inc. | 100 First Stamford Place | Suite 700 | | Stamford | CT | 06902 | National Account Agmt (their form) | National Account Agreement With Limetree Bay Refining, LLC ("Customer") | $ 128,018.82 |
| LTR-023 | USA Debusk, LLC | 1005 W. 8th Street | | | Deer Park | TX | 77536 | Term Services Agreement | Term Services Agreement, Contract Number: LTR-023 and amendment | $ - |

**Limetree Bay Services, LLC,** *et al.*
**Case No.: 21-32351 - Jointly Administered**
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| LTR-444 | User Centered Design Services, Inc. | 3655 West Anthem Way | Suite A-109-400 | | Anthem | AZ | 85086 | Expert Alarm Management Services | Services Agreement Contract No. LTR-444 | $ - |
| LTR-411 | V.I. Recycling Company | 6002 Estate Diamond Ruby | Suite 102 | | Christiansted | VI | 00820 | Master Scrap Metal Sales Agreement | Master Agreement for Sale of Scrap Metal | $ 619,690.00 |
| LTR-066 | V.I. Recycling Company | 6002 Estate Diamond Ruby | Suite 102 | | Christiansted | St. Croix, VI | 00820 | Term Services Agreement | Term Services Agreement, Contract Number: LTR-066 and work releases | $ - |
| LTR-083 | Versa Integrity Group, Inc. | 4301 Hwy 27 South | | | Sulphur | LA | 70665 | NDT Inspection Services | Term Services Agreement Contract Number: LTR-083 including all addenda and work releases | $ 4,196,472.15 |
| LTR-001 | Vesta Housing Solutions, LLC | 335 East Maple Road | Suite 200 | | Birmingham | MI | 48009 | | Term Services Agreement and Work Releases Agreement LTR-001 with all work releases | $ - |
| LTR-323 | VibrAnalysis, Inc. | 323 Marginal Carr 199 | | | San Juan | Puerto Rico | 00926 | Motor Circuit Evaluation Service on all Electrical Motors | Term Services Agreement Contract NO LTR-323 | $ - |
| 139-LBR-VEO | Victory Energy Operations LLC | | | | | | | Addendum 1 to Purchase Order Terms and Conditions | Purchase Order Terms and Conditions Agreement 139-LBR-PO Addendum No. 1 | $ 3,395.90 |
| LTR-064 | Virgin Islands Industrial Services, LLC | #6002 Estate Dimond Ruby | Ste. 3-103 | | Christiansted | St. Croix, VI | 00829 | Term Services Agreement | Term Services Agreement Contract Number: LTR-064 with addenda and work releases | $ - |
| LB-002 | Virgin Islands Paving, Inc. | 13 GA Estate Bethlehem | | | Christiansted | USVI | 00820 | Paving Agreement | Services Agreement | $ 511,572.00 |
| LTR-372 | VisiumKMS Inc. | 2700 Post Oak Blvd. | 21st Floor | | Houston | TX | 77056 | VISIUMKMS SOFTWARE SUBSCRIPTION SERVICE AGREEMENT | VISIUMKMS Software Subscription Service | $ - |
| LTR-371 | VisiumKMS Inc. | 2700 Post Oak Blvd. | 21st Floor | | Houston | TX | 77056 | VISIUMKMS Software License | Master Services Agreement | $ - |
| LTR-092 | Visual Edge Technology dba Axsa Imaging Solutions | 2100 N Reagan Blvd. | | | Longwood | FL | 32750 | Printer/Scanner Maintenance | Services Agreement LTR-092 and all addenda | $ 1,936.00 |
| LTR-100 | Vital Industrial Solutions | 960 Atkin Avenue | | | Sarnia Ontario | Canada | N7W 1A7 | Term Services Agreement | Term Services Agreement Contract No. LTR-100 | $ - |
| LTR-025 | Vivot Equipment Corporation, Inc | 9010 Estate Cottage | | | Christiansted | VI | 00820 | Equipment Rental - Cranes | Term Services Agreement LTR-025 and all work releases and addenda | $ - |
| LTR-356 | VWNA Caribbean, LLC | Attn: Todd Newman | 1131 King Street | | Christiansted | VI | 00820 | Wastewater Treatment Plant Operations & Centifuge | Term Services Agreement Contract Number: LTR-356 including work releases and memoranda of understanding | $ - |
| LTR-084 | WDI USVI, LLC | 225 W. Station Square Dr. | Suite 700 | | Pittsburgh | PA | 15219 | Negotiated Form Agreement(s) - 2 | Managed Inventory Agreement Limetree Agreement LTR-084 | $ - |

Limetree Bay Services, LLC, *et al.*
Case No.: 21-32351 - Jointly Administered
Schedule of Executory Contracts

| Contract | Counterparty | Address 1 | Address2 | Address3 | City | State | Zip | Agreement Type | Contract Title | Cure Amount |
|----------|--------------|-----------|----------|----------|------|-------|-----|----------------|----------------|-------------|
| LTR-285 | Weldship Industries, Inc. | 225 W 2nd Street | | | Bethlehem | PA | 18015 | N2 trailer lease (6 ea; 3 years) | Master Lease Agreement (No. LBR-2019) Limetree Agreement LTR-285 and corresponding lease schedules | $ 100,800.00 |
| LTR-208 | Whitaker IT, LLC dba Whitaker Techincal | 10375 Richmond Ave | Suite 1700 | | Houston | TX | 77042 | Contracting Staffing and Search | Agreement For Services | $ 36,000.00 |
| LB-006 | WillFire HC, LLC dab William Fire & Hazard Control | 9605 Richard Wycoff Drive | | | Port Arthur | TX | 77640 | RRP Emergency and Fire Response | Term Services Agreement Contract Number: LB-006 | $ - |
| LTR-386 | William R. Nash V.I. Inc. | c/o Timothy Gorman | P.O. Box 4305 | | Kingshill | St. Croix, USVI | 00851 | A/C Maintenance & Repair Contractor | Term Services Agreement Contract Number: LTR-386 | $ - |
| LTR-410 | Wunderlich-Malec Engineering, Inc. | 6101 Blue Circle Drive | | | Eden Prairie | MN | 55343 | Professional Services Agreement | Professional Services Agreement - LTR-410-JR | $ 10,120.00 |
| LTR-438 | York Career Development, Inc. | | | | | | | Coaching Agreement | Coaching Agreement | $ - |