**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| **LIMETREE BAY SERVICES, LLC,** | § | **21-32351 (DRJ)** |
| *et al.*, | § | **(Chapter 11)** |
| | § | |
| DEBTORS[1] | § | Jointly Administered |

**STIPULATION AND AGREED ORDER REGARDING OBJECTION
DEADLINE TO BAKER & HOSTETLER'S FIRST INTERIM FEE APPLICATION**

*Relates to Response Deadline for the Fee Application Filed at [Doc. 681]*

This *Stipulation and Agreed Order Regarding Objection Deadline to Baker & Hostetler's First Interim Fee Application* (the "Stipulation") is entered into by and between Baker & Hostetler LLP ("B&H") and the U.S. Trustee (collectively, the "Parties"), by and through respective counsel with reference to the following facts:

WHEREAS, on October 21, 2021, B&H filed its *First Interim Fee Application of Baker & Hostetler LLP as Attorneys for the Debtors for the Period July 12, 2021 through September 30, 2021* [Doc. 681] (the "Fee Application");

WHEREAS, the current deadline to file and serve any objection to the Fee Application is November 11, 2021 ("Objection Deadline");

WHEREAS, the U.S. Trustee has requested an extension of the Objection Deadline;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

WHEREAS, the Parties have agreed, subject to approval of this Court, to stipulate to a seven day extension of the Objection Deadline solely as to the U.S. Trustee;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED TO BY THE PARTIES, AND UPON APPROVAL BY THE COURT OF THIS STIPULATION, IT IS SO ORDERED AS FOLLOWS:**

1. The Objection Deadline is extended through and including November 18, 2021, ZZZZ

IN WITNESS WHEREOF, this Stipulation has been executed and delivered as of the day and year first below written.

Dated:  November 11, 2021

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By:      /s/ *Jana Smith Whitworth*
         Jana Smith Whitworth, Trial Attorney
         Texas Bar No. 00797453/Fed. I.D. No. 20656
         515 Rusk, Suite 3516
         Houston, Texas  77002
         Telephone:  202) 527-4538
         Email: Jana.Whitworth@usdoj.gov
*COUNSEL FOR THE UNITED STATES TRUSTEE*

BAKER & HOSTETLER LLP

By:      /s/ *Elizabeth A. Green*
         Elizabeth A. Green
         Fed. I.D. No. 903144
         200 South Orange Avenue, Suite 2300
         Orlando, FL  32801-3432
         Telephone: (407) 649-4000
         Email:  egreen@bakerlaw.com