IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING MASTER SERVICE LIST

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, Limetree Bay Services, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors") hereby file this *Notice of Filing Master Service List* ("Notice"). The Master Service List is attached to this Notice as **Exhibit A.**

RESPECTFULLY SUBMITTED this 12th day of November, 2021.

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
Fed ID No.: 903144
**Jimmy D. Parrish, Esq.**
Fed. ID No. 2687598
200 South Orange Avenue
Suite 2300
Orlando, FL  32801-3432
Telephone:  407.649.4000
Facsimile:   407.841.0168
Email:  egreen@bakerlaw.com
          jparrish@bakerlaw.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866);  Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone:  212.589.4200
Facsimile:  212.589.4201
Email: jrose@bakerlaw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on November 12, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4825-9932-2100.1

## EXHIBIT A – MASTER SERVICE LIST

In re:
LIMETREE BAY SERVICES, LLC, et al.
Master Service List
Case No. 21-32351

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Honeywell Enraf Americas, Inc. & Honeywell International Inc | Adams and Reese LLP | Scott R. Cheatham | 701 Poydras Street, Suite 4500 | | New Orleans | LA | 70139 | | 504-581-3234 | 504-566-0210 | scott.cheatham@arlaw.com |
| Counsel to Ad Hoc Term Lender Group | Akin Gump Strauss Hauer & Feld LLP | Ira S. Dizengoff | One Bryant Park | | New York | NY | 10036 | | (212) 872-1000 | (212) 872-1002 | idizengoff@akingump.com |
| Counsel to Ad Hoc Term Lender Group | Akin Gump Strauss Hauer & Feld LLP | Kevin Eide;S L Alberino; B L Taylor | 2001 K. Street, N.W. | | Washington | DC | 20006-1037 | | | | keide@akingump.com salberino@akingump.com taylorb@akingump.com bscott@akingump.com |
| Counsel to Ad Hoc Term Lender Group | Akin Gump Strauss Hauer & Feld LLP | Marty L Brimmage Jr;Lacy M Lawrence | 2300 N. Field St., Suite 1800 | | Dallas | TX | 75201 | | (214) 969-2800 | (214) 969-4343 | mbrimmage@akingump.com llawrence@akingump.com |
| Counsel to Wilmington Trust, Ntl Assoc | Alston & Bird LLP | David A. Wender | One Atlantic Center | 1201 West Peachtree Street | | | | | (404) 881-7000 | (404) 881-7777 | David.wender@alston.com |
| Top Creditor / Additional Creditor* | AltairStrickland V.I., LLC | | 1605 S. Battleground Road | | La Porte | TX | 77571 | | 281-478-6200 | | rramirez@altairstrickland.com |
| Top Creditor | Analytic Stress Relieving, Inc. | | 3118 W. Pinhook Road | | Lafayette | LA | 70505 | | 337-237-8790 | 337-237-1257 | sarah@analyticstress.com |
| Taxing Authority | Ann Harris Bennett | Harris County Tax Assesor-Collector | PO Box 3547 | | Houston | TX | 77253-3547 | | | | tax.office@hctx.net |
| Counsel to BP Products North America Inc et al. | Arnold & Porter Kaye Scholer LLP | Christopher M. Odell | 700 Louisiana Street | Suite 4000 | Houston | TX | 77002-2755 | | (713) 576-2400 | (713) 576-2499 | christopher.odell@arnoldporter.com |
| Counsel to BP Products North America Inc et al. | Arnold & Porter Kaye Scholer LLP | Michael D. Messersmith;D T Nurnberg | 70 West Madison Street, Suite 4200 | | Chicago | IL | 60602-4231 | | (312) 583-2300 | (312) 583-2360 | michael.messersmith@arnoldporter.com tyler.nurnberg@arnoldporter.com |
| Counsel to BP Products North America Inc et al. | Arnold & Porter Kaye Scholer LLP | Rhonda R. Trotter | 777 South Figueroa Street | 44th Floor | Los Angeles | CA | 90017 | | (213) 243-4000 | | rhonda.trotter@arnoldporter.com |
| Counsel to BP Products North America Inc et al. | Arnold & Porter Kaye Scholer LLP | Robert T Francisovich;Lori B Leskin | 250 West 55th Street | | New York | NY | 10019 | | (212) 836-8000 | | robert.francisovich@arnoldporter.com lori.leskin@arnoldporter.com |
| Counsel to BP Products North America Inc et al. | Arnold & Porter Kaye Scholer LLP | Rosa J. Evergreen;G Mijares-Shafai | 601 Massachusetts Avenue NW | | Washington | DC | 20001-3743 | | (202) 942-5000 | (202) 942-5999 | rosa.evergreen@arnoldporter.com gerardo.mijares-shafai@arnoldporter.com |
| Secured Creditor | Aware Super Pty Ltd | as trustee of Aware Super | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Aware Super Pty Ltd | as trustee of Aware Super | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Counsel to J. Aron & Company LLC | Baker Botts LLP | James R. Prince | 2001 Ross Avenue, Suite 900 | | Dallas | TX | 75201 | | (214) 953-6500 | (214) 953-6503 | Jim.Prince@bakerbotts.com |
| Counsel to J. Aron & Company LLC | Baker Botts LLP | Robin Spigel;C Newcomb;J R. Herz | 30 Rockefeller Plaza | | New York | NY | 10012-4498 | | (212) 408-2500 | (212) 259-2501 | Robin.Spigel@bakerbotts.com Chris.Newcomb@bakerbotts.com Jacob.Herz@bakerbotts.com |
| Counsel to the Debtors | Baker Hostetler LLP | David J. Richardson | 11601 Wilshire Boulevard, Ste 1400 | | Los Angeles | CA | 90025-0509 | | 310-442-8858 | | |
| Counsel to the Debtors | Baker Hostetler LLP | E. Green, J. Parrish, J. Rose, M. Delaney | 200 South Orange Avenue | Suite 2300 | Orlando | FL | 32801-3432 | | (407) 649-4000 | (407) 841-0168 | egreen@bakerlaw.com jparrish@bakerlaw.com jrose@bakerlaw.com mdelaney@bakerlaw.com |
| Counsel to the Debtors | Baker Hostetler LLP | Jorian L. Rose | 45 Rockefeller Plaza | | New York | NY | 10111 | | 212-589-46811 | | jrose@bakerlaw.com |
| Counsel to the Debtors | Baker Hostetler LLP | Michael T. Delaney;Joseph M. Esmont | Key Tower, 127 Public Square, | Suite 2000 | Cleveland | OH | 44114-1214 | | 216-861-7478 | | mdelaney@bakerlaw.com jesmont@bakerlaw.com |
| Unsecured Creditors Committee | Baker Hughes Oilfield Operation LLC | Attn: Christopher J. Ryan | 2001 Rankin Road | | Houston | TX | 77073 | | 713-416-0149 | | chris.ryan@bakerhughes.com |
| Top Creditor | Baker Hughes Oilfield Operations, I | | PO Box 301057 | | Dallas | TX | 75303-1057 | | 281-276-5400 | | arcccashapplication@bakerhughes.com |
| Counsel to Sedgwick Claims Mgmt. Services, Inc. | Balch & Bingham LLP | Lloyd A. Lim & Rachel T. Kubanda | 811 Louisiana Street, Suite 1010 | | Houston | TX | 77002 | | (713) 362-2560 | | LLim@Balch.com RKubanda@Balch.com |
| Secured Creditor | Barclays Bank PLC | Attn: Legal | 745 Seventh Avenue | | New York | NY | 10019 | | | | Kelly.mcdonald@barclays.com |
| Secured Creditor | Barclays Bank PLC | | 745 7th Avenue | 8th Floor | New York | NY | 10019 | | 212-412-1140 | | Kyle.a.brzoza@barclays.com Kelly.mcdonald@barclays.com |
| Counsel to National Industrial Services LLC | Barnes & D'Amour | Kevin F D' Amour | 5143 Palm Passage Suite 18B & 19B | | St. Thomas | VI | 00802 | | 340-774-8188 | 340-774-8189 | kevin.damour@comcast.net |
| Counsel to Pinnacle Services, LLC | Bass, Berry & Sims PLC | Paul G. Jennings | 150 Third Avenue South, Suite 2800 | | Nashville | TN | 37201 | | (615) 742-6267 | (615) 742-6293 | pjennings@bassberry.com |
| Special Counsel to the Debtors | Beckstedt & Kuczynski, LLP | Carl A. Beckstedt III | 2162 Church Street | | Christiansted | VI | 00820 | | (340) 719-8086 | (800) 886-6831 | Carl@beckstedtlaw.com |
| Counsel to B Cotton,P Colon,S Isaac-Joseph et al | Berger Montague PC | Shanon J. Carson | 1818 Market Street, Suite 3600 | | Philadelphia | PA | 19103 | | (215) 875-4656 | (215) 85-4604 | scarson@bm.net |
| Counsel to H&K Engineering LLC | Bernstein-Burkley, P.C. | Kirk B. Burkley, Esq. | 707 Grant Street, Suite 2200 | | Pittsburgh | PA | 15219 | | 412-456-8100 | | kburkley@bernsteinlaw.com |
| Top Creditor | BP Oil Supply | | 501 Westlake Park Blvd | | Houston | TX | 77079 | | | | aphelp@lbenergy.com |
| Required Notice Party | BP Products North America Inc. | Attn:Head of Marketing &Origination | 30 South Wacker Drive, | Suite 900 | Chicago | IL | 60606 | | (713) 718-4650 | (866) 546-0664 | goalegalnotices@bp.com |
| Counsel to SAP America, Inc. and Concur Technologies, Inc. | Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street, Suite 100 | | Woodbury | NJ | 08096 | | (856) 812-8900 | (856) 853-9933 | dludman@brownconnery.com |
| Counsel to Oracle America, Inc | Buchalter, a Professional Corp | Shawn M. Christianson, Esq. | 55 Second Street, 17th Floor | | San Francisco | CA | 94105-3493 | | (415) 227-0900 | | schristianson@buchalter.com |
| Counsel to Excel Cnstrction & Mntenance VI Inc. | Butler Snow LLP | David S. Rubin | 445 North Boulevard, Suite 300 | | Baton Rouge | LA | 70802 | | (225) 325-8700 | (225) 325-8800 | David.Rubin@butlersnow.com |
| Counsel to Control System Technologies, LLC | Chamberlain,Hrdlicka,White,Williams & Aughtry PC | Jarrod Martin & Tyler W. Greenwood | 1200 Smith Street, Suite 1400 | | Houston | TX | 77002 | | 713.356.1280 | 713.658.2553 | jarrod.martin@chamberlainlaw.com tyler.greenwood@chamberlainlaw.com |
| Unsecured Creditors Committee | Christiansted Equipment Ltd. | Robert McKenna, Jr & Daniel McKenna | 9149 Dry Fork Road | | Harrison | OH | 45030 | | 513-608-6131/513-404-8218 | 513-367-0363 | bobmckenna@fmmafco.com djmckenna@fmmafco.com |
| Top Creditor / Additional Creditor* | Christiansted Equipment Ltd. | | PO Box 368 | | Christiansted, St Croix | VI | 820 | | | | tmoore@fmmafco.com |
| Counsel to Flowserve US Inc. | Clark Hill PLC | R P. Franke;A G Edson;A L Hornisher | 901 Main Street, Suite 6000 | | Dallas | TX | 75202-3794 | | (214) 651-4300 | (214) 651-4330 | AHornisher@clarkhill.com AEdson@clarkhill.com BFranke@clarkhill.com |
| Counsel to Goldman Sachs Bank USA | Cleary Gottlieb Steen & Hamilton LLP | Sean A. O'Neal;Jane VanLare | One Liberty Plaza | | New York | NY | 10006 | | (212) 225-2000 | | soneal@cgsh.com jvanlare@cgsh.com |
| Additional Creditor* | Cleaver-Brooks Sales & Service Inc | | 1956 Singleton Blvd. | | Dallas | TX | 75212 | | | 214-637-2539 | |
| Taxing Authority | CO Dept of Revenue | Bankruptcy Section | PO Box 17087 | Capital Annex, 1375 Sherman St | Denver | CO | 80217 | | | (303) 866-2400 | DOR_TAC_Bankruptcy@state.co.us |
| Top Creditor / Additional Creditor* | Complan USA LLC | | 16417 Squyres Road | | Spring | TX | 77379 | | 281-957-5777 | | jfuhrman@complan.net |
| Additional Creditor* | Computer Solutions, Inc | d/b/a Costrac | 3167 Energy Ln. | | Casper | WY | 82604 | | 307-237-5910 | | aanderson@costrack.com |
| Top Creditor | Control Associates Caribe | | 475 Street C | | Guayabo | PR | 00969-4272 | | 787-783-9200 | | plee@control-associates.com |
| Financial Advisors to the Committee of Unsecured Creditors | Conway MacKenzie LLC | Gary Barton | 909 Fannin Street, Suite 4000 | | Houston | TX | 77010 | | 713.962.4233 | | gary.barton@conwaymackenzie.com |
| Top Creditor | Coral Management Group LLC | | 435 N. 2nd Street | | Lewiston | NY | 14092 | | 716-754-5400 | | mwurst@wtsonline.com |
| Counsel to Strategic Contract Resources, LLC | Cowles & Thompson, P.C. | William L. Siegel | 901 Main Street, Suite 3900 | | Dallas | TX | 75202 | | (214) 672-2126 | (214) 672-2326 | bsiegel@cowlesthompson.com |
| Additional Creditor* | Cust-O-Fab Specialty Services | | 8888 West 21st Street | | Sand Springs | OK | 74063 | | 918-245-6685 | | mwood@custofab.com |
| Top Creditor / Additional Creditor* | Cust-O-Fab, LLC | | 8888 West 21st Street | | Sand Springs | OK | 74063 | | 918-245-6685 | | mwood@custofab.com |

*These are creditors that assert liens, and the Debtors are investigating the validity of these liens.

In re:
LIMETREE BAY SERVICES, LLC, et al.
Master Service List
Case No. 21-32351

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Elite Turnaround Specialists, Ltd. | Dan Pettit | | 2800 Post Oak Boulevard | Suite 2600 | Houston | TX | 77056 | | 713-341-7261 | | djpettit@quantaservices.com |
| Counsel for the Terminal Lenders | Davis Polk & Wardwell LLP | DSchaible;EMskowitz;AFalk;Jpeppiatt | 450 Lexington Avenue | | New York | NY | 10017 | | (212) 450-4000 | (212) 701-5800 | damian.schaible@davispolk.com; elliot.moskowitz@davispolk.com; aryeh.falk@davispolk.com; jonah.peppiatt@davispolk.com |
| Counsel to Cameron, A Schlumberger Company | Doré Rothberg McKay, P.C. | Vianey Garza | 17171 Park Row, Suite 160 | | Houston | TX | 77084 | | (281) 829-1555 | (281) 200-0751 | Vgarza@dorelaw.com |
| Top Creditor | Dresser-Rand Company | | 100 E Chemung St | | Painted Post | NY | 14870 | | 716-375-3000 | | yric.scott.ext@siemens.com |
| Top Creditor | Dynamic Innovative Corporation | | 306 Williams Delight | | Frederiksted | VI | 840 | | 340-692-1118 | | JSAMUEL@DYNAMICORPVI.COM |
| Top Creditor | Elite Turnaround Specialists, Ltd. | | 225 S 16th Street | | La Porte | TX | 77571 | | 281-867-1125 | | AR@eliteturnaround.com |
| Additional Creditor* | EnerMech Mechanical Services, Inc | | 14000 West Road | | Houston | TX | 77041 | | 1-281-477-7828 | 1-281-477-7887 | mamos@enermech.com |
| Unsecured Creditors Committee | Englobal U.S. Inc. | Attn: Mark A. Hess | 654 N. Sam Houston Pkwy. E. | Suite 400 | Houston | TX | 77092 | | 281-878-1000 | | mark.hess@englobal.com |
| Top Creditor | Englobal U.S. Inc. | | 225 Portwall St. | | Houston | TX | 77029 | | 281-831-0534 | | rocky.medina@englobal.com |
| Regulatory Agency | Environmental Protection Agency | | Region 2290 Broadway | | New York | NY | 10007-1886 | | | | |
| Top Creditor/Unsecured Creditors Committee | Excel Construction & Maintenance VI, Inc. | Attn: Cherie A. Pinac | 8641 United Plaza Blvd | | Baton Rouge | LA | 70809 | | 1-225-408-1300/225-408-4109 | | wbyrd@excelusa.com; cpinac@excelusa.com |
| Counsel to Excel Cnstrction & Mntenance VI Inc | Excel USA | Ms. Cherie Pinac | 8641 United Plaza Blvd. | | Baton Rouge | LA | 70809 | | | | CPinac@excelusa.com |
| Counsel to AltairStrickland V.I. LLC | Faegre Drinker Biddle & Reath LLP | Joseph N. Argentina, Jr. | One Logan Square, | Suite 2000 | Philadelphia | PA | 19103 | | (215) 988-2541 | | joseph.argentina@faegredrinker.com |
| Counsel to AltairStrickland V.I. LLC | Faegre Drinker Biddle & Reath LLP | Vincent Slusher; Kristen L. Perry | 1717 Main Street, Suite 5400 | | Dallas | TX | 75201-7367 | | (469) 357-2500 | (469) 327-0860 | vince.slusher@faegredrinker.com; kristen.perry@faegredrinker.com |
| Regulatory Agency | Federal Energy Reg Commission(FERC) | Kimberly D Bose, Secretary | 888 First Street NE | | Washington | DC | 20426 | | | 212-631-8124 | customer@ferc.gov |
| Counsel for Class Action Plaintiffs | Fishman Haygood, L.L.P. | Tristan Manthey | 201 St. Charles Ave., 46th Floor | | New Orleans | LA | 70170 | | 504-586-5252 | 504-586-5250 | tmanthey@fishmanhaygood.com |
| Counsel to Weldship Industries, Inc. | Fitzpatrick Lentz & Bubba, PC | Douglas J. Smillie | 645 W. Hamilton Street, Suite 800 | | Allentown | PA | 18101 | | (610) 797-9000 | | dsmillie@flblaw.com |
| Top Creditor | Flowserve US Inc | | 4179 Collections Center Drive | | Chcago | IL | 60693 | | 205-657-1918 | | credit.central@flowserve.com |
| Counsel to 405 Sentinel LLC & Arena Investors | Foley & Lardner LLP | John P. Melko;Michael K. Riordan | 1000 Louisiana Street, | Suite 2000 | Houston | TX | 77002.00 | | (713) 276-5727 | | mriordan@foley.com; jmelko@foley.com |
| Counsel to InServ Field Services USVI, LLC; Integrated Service Company, LLC | Frederic Dorwart, Lawyers PLLC | Samuel Ory, Esq.; John D. Clayman | 124 E. 4th St. | | Tulsa | OK | 74103 | | 918-497-0574 | 918-583-8251 | jclayman@fdlaw.com; sory@fdlaw.com |
| Secured Creditor | Future Fund Invstmnt Co # 2 Pty Ltd | (ABN 90 130 788 493) | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Future Fund Invstmnt Co # 2 Pty Ltd | (ABN 90 130 788 493) | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Counsel to VWNA Caribbean, LLC | Gibbons P.C. | Dale E. Barney; David N. Crapo | One Gateway Center | | Newark | NJ | 07102-5310 | | (973) 596-4557;(973) 596-4523 | (973) 639-6234;(973) 639-6244 | dbarney@gibbonslaw.com; dcrapo@gibbonslaw.com |
| Top Creditor | Gibson, Dunn, & Crutcher LLP | | 811 Main Street | | Houston | TX | 77002 | | 1-213-229-7333 | | cbilling@gibsondunn.com |
| Secured Creditor | Goldman Sachs Group, Inc. | Attn: Corporate Treasury | 200 West Street | | New York | NY | 10282 | | 212 902-1099 | | Gs-sbd-admin-contacts@ny.email.gs.com |
| Counsel for 405 Sentinel LLC & Arena Investors | Gray Reed | Jason Brookner;Paul Moak;Lydia Webb | 1300 Post Oak Blvd, Suite 2000 | | Houston | TX | 77056 | | (713) 986-7000 | (713) 986-7100 | jbrookner@grayreed.com; pmoak@grayreed.com; lwebb@grayreed.com |
| Additional Creditor* | Great Southern Technologies LLC | | Department 96-0504 | | Oklahoma City | OK | 73196-0504 | | 918-258-5300 | | ar@inservusa.com |
| Counsel to Gulf Oil Limited Partnership, a Delaware Ltd Partnership | Gulf Oil Limited Partnership | Julio Mazzoli | 80 William Street, Suite 400 | | Wellesley Hills | MA | 02481 | | (339)933-7080 | | |
| Counsel to Vivot Equipment Corpration | Hendershot Cowart, PC | SW HendershotIII;K Cowart;C Carollo | 1800 Bering Drive, Suite 600 | | Houston | TX | 77057 | | (713) 783-3110 | (713) 783-2809 | trey@hchlawyers.com; ccarollo@hchlawyers.com; kcowart@hchlawyers.com |
| Counsel to Virgin Islands Industrial Services, LLC | Hendershot Cowart, PC | SW HendershotIII;K Cowart;C Carollo | 1800 Bering Drive, Suite 600 | | Houston | TX | 77057 | | (713) 783-3110 | (713) 783-2809 | trey@hchlawyers.com; ccarollo@hchlawyers.com; kcowart@hchlawyers.com |
| Additional Creditor* | HKA Enterprises, LLC | | 337 Spartangreen Bvd | | Duncan | SC | 29334 | | | | |
| Counsel to Coral Management Group, LLC | Hodgson Russ LLP | James C. Thoman, Esq. | 140 Pearl Street, Suite 100 | | Buffalo | NY | 14202 | | (716) 856-4000 | | jthoman@hodgsonruss.com |
| Co-Counsel to Limetree Terminal Entities | Hunton Andrews Kurth LLP | T. Davidson II, J. Rovira, A. Harper, P. Guffy | 600 Travis Street, Suite 4200 | | Houston | TX | 77002 | | 713-220-4200 | 713-220-4285 | taddavidson@HuntonAK.com; josephrovira@HuntonAK.com; ashleyharper@HuntonAK.com; pguffy@HuntonAK.com |
| Counsel to Team Industrial Services, Inc | Husch Blackwell LLP | Lynn Hamilton Butler | 111 Congress Avenue, Suite 1400 | | Austin | TX | 78701 | | (512) 472-5456 | (512) 479-1101 | lynn.Butler@huschblackwell.com |
| Top Creditor / Additional Creditor*/Unsecured Creditors Committee | InServ Field Services USVI, LLC | Attn: Cody Reese | 1900 N 161st East Ave | | Tulsa | OK | 74116 | | 918-234-4150/918-984-4550 / 479-524-1352 | | ar@inservusa.com; creese@inservusa.com |
| Taxing Authority | Internal Revenue Service | Centralized Insolvency Ops | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | |
| Taxing Authority | Internal Revenue Service | Houston Division | 1919 Smith Street | | Houston | TX | 77002 | | | | |
| Top Creditor | Intertek USA, Inc. | | 200 Westlake Park Blvd. | Suite 400 | Houston | TX | 77079 | | 1-713-543-3600 | | receivables@intertek.com |
| Required Notice Party | Intertek USA, Inc. | | 545 E. Algonquin Road | | Arlington Heights | IL | 60005 | | | | contracts.CAAamericas@intertek.com |
| Secured Creditor | J. Aron & Company LLC | | 200 West Street | | New York | NY | 10282 | | 212-357-4304 | | Sara.Lachapelle@gs.com |
| Counsel to Reactor Resources LLC | Johnson, DeLuca, Kurisky & Gould PC | | 1221 Lamar St, Suite 1000 | | Houston | TX | 77010 | | 713-652-2525 | 713-652-5130 | mjohnson@jdkglaw.com; ssherman@jdkglaw.com |
| Counsel to Total Safety Virgin Islands LLC; Worley Pan-American Corp | Jones Walker LLP | John Mills | 1360 Peachtree Street, NE Ste | | Atlanta | GA | 30309 | | 404-219-5038 | | jmills@joneswalker.com |
| Counsel to Christiansted Equipment Ltd | Keating, Muething & Klekamp, PLLC | Robert G. Sanker, Esq. | 1 E. 4th St., Suite 1400 | | Cincinnati | OH | 45202 | | 513-579-6587 | 513-579-6457 | rsanker@kmklaw.com |
| Counsel to National Industrial Services, LLC | Kevin F. D'Amour, Esq. | | P.O. Box 10829 | | St. Thomas | VI | 00801 | | 609-902-4370 | 340-774-8189 | kevin.damour@comcast.net |
| Counsel to Creditors & Defendants in the Adv Proceeding | Lee J. Rohn and Associates, LLC | Lee J. Rohn, Esq. | 1108 King Street, Suite 3 | | Christiansted, St. Croix | VI | 820 | | (340) 778-8855 | | lee@rohnlaw.com |
| Secured Creditor | Limetree Bay Cayman II, Ltd. | | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Limetree Bay Cayman II, Ltd. | | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Jointly Administered Debtors | Limetree Bay Services, LLC, et al. | | 11100 Brittmoore Park Drive | | Houston | TX | 77041 | | | | |
| Secured Creditor | Limetree Bay Terminals, LLC | | #1 Estate Hope | | Christiansted | VI | 00820-5652 | | 340-692-3000 | | aphelp@lbenergy.com |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson LLP | John P. Dillman | PO Box 3064 | | HOUSTON | TX | 77253-3064 | | (713) 844-3400 | (713) 844-3503 | houston_bankruptcy@lgbs.com; houston_bankruptcy@publicans.com |
| Counsel to City Of La Porte | Linebarger Goggan Blair & Sampson LLP | John P. Dillman | PO Box 3064 | | HOUSTON | | 77253-3064 | | (713) 844-3400 | (713) 844-3503 | houston_bankruptcy@lgbs.com; houston_bankruptcy@publicans.com |

*These are creditors that assert liens, and the Debtors are investigating the validity of these liens.

In re:
LIMETREE BAY SERVICES, LLC, et al.
Master Service List
Case No. 21-32351

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to John Crane, Inc. | Locke Lord LLP | Brian A. Raynor | 111 South Wacker Drive., Suite 4100 | | Chicago | IL | 60606 | | (312) 443-0219 | (312) 443-0336 | braynor@lockelord.com |
| Counsel to Elite Turnaround Specialists, Ltd. | Locke Lord LLP | Elizabeth M. Guffy | 600 Travis Street, Suite 2800 | | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to John Crane, Inc. | Locke Lord LLP | Stephen J. Humeniuk | 600 Congress Ave., Ste. 2200 | | Austin | TX | 78701 | | (512) 305-4838 | (512) 305-4800 | stephen.humeniuk@lockelord.com |
| Counsel for DIP lender | Lydia Webb | | 1300 Post Oak Blvd, Suite 2000 | | Houston | TX | 77056 | | | 469.320.6880 | lwebb@grayreed.com jbrookner@grayreed.com |
| Taxing Authority | MA Dept of Revenue | | PO Box 7000100 | Cambridge Street | Boston | MA | 02204 | | | (617) 887-6629 | snyderge@dor.state.ma.us |
| Counsel to VI Industrial Services, LLC | Manning Legal, PC | Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 | | 3407190601 x 115 | | |
| Counsel to WDI USVI LLC | Manning Legal, PC | Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 | | 3407190601 x 115 | | |
| Counsel to Costrack Project Controls | Manning Legal, PC | Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 | | 3407190601 x 115 | | |
| Counsel to Embark Consulting, LLC | Martin Powers & Counsel, PLLC | Meagan Martin Powers | 600 E. John Carpenter Fwy., | Suite 234 | Irving | TX | 75062 | | 214-612-6474 214-612-6471 | 214-247-1155 | meagan@martinpowers.com |
| Counsel to Analytic Stress Relieving Inc. | McGlinchey Stafford PLLC | Rudy J Cerone | 601 Poydras St, 12th Floor | | New Orleans | LA | 70130 | | 504-596-2786 | | rcerone@mcglinchey.com |
| Counsel to Dresser-Rand Company | McGuire, Craddock & Strother, P.C. | J. Mark Chevallier | 500 N. Akard Street, Suite 2200 | | Dallas | TX | 75201 | | 214-954-6807 | 214-954-6868 | mchevallier@mcslaw.com |
| Counsel to Crowley Caribbean Svcs LLC Et Al | Mcguirewoods LLP | Demetra Liggins | 600 Travis Street | Suite 7500 | Houston | TX | 77002 | | (713) 353 6661 | (713) 571 9652 | dliggins@mcguirewoods.com |
| Counsel to Crowley Caribbean Svcs LLC Et Al | Mcguirewoods LLP | John H. Maddock III | 800 East Canal Street | | Richmond | VA | 23219 | | (804) 775-1178 | (832) 214-9931 | jmaddock@mcguirewoods.com |
| Counsel to Crowley Caribbean Svcs LLC Et Al | Mcguirewoods LLP | Stephanie J. Bentley | 888 16th Street N.W. | Black Lives Matter Plaza, Suite 500 | Washington | DC | 20006 | | (202) 857 2403 | (202) 857 1737 | sbentley@mcguirewoods.com |
| Counsel to Process Technical Services, Inc. | MehaffyWeber, PC | James W. Henges | 2615 Calder, Suite 800 | | Beaumont | TX | 77702 | | (409) 835-5011 | | JamesHenges@mehaffyweber.com |
| Creditor | NAES Corporation | David Miner, Assoc Gen Counsel | 1180 NW Maple St. Suite 200 | | Issaquah | WA | 98027 | | 1 425-961-4706 | | david.miner@naes.com |
| Top Creditor/Unsecured Creditors Committee | National Industrial Services, LLC | Attn: Jeffery L. Nations | PO Box 1545 | | Kingshill, St. Croix | VI | 851 | | 340-277-1071/340-332-9982 | | sjagrup@nisstx.com jnations@nisstx.com |
| Taxing Authority | New Jersey Dept of the Treasury | Division of Taxation | 50 Barrack St | | Trenton | NJ | 8695 | | | | |
| Taxing Authority | New Jersey Division of Revenue | Division of Taxation | PO Box 281281 | | Trenton | NJ | 8695 | | | (609) 984-2061 | treasury.director@treas.state.nj.gov |
| Counsel to Pamela Colon | Nye, Stirling, Hale & Miller, LLP | Joel M. Walker, Esq. | 1145 Bower Hill Road, Suite 104 | | Pittsburgh | PA | 15243 | | 412-857-5348 | | jmwalker@nshmlaw.com |
| State Attorney General | Office of the Attorney General | State of Texas | PO Box 12548 | | Austin | TX | 78711-2548 | | | | |
| Required Notice Party | Office of the Attorney General | US Virgin Islands Dept of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | St. Thomas | VI | 802 | | | | |
| US Trustee | Office of the US Trustee | | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 | | (713) 718-4650 | (713) 718-4670 | hector.duran@usdoj.gov jana.whitworth@usdoj.gov |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey Pomerantz & Shirley S Cho | 10100 Santa Monica Blvd., 13th Fl | | Los Angeles | CA | 90067 | | (310) 277-6910 | (310) 201-0760 | jpomerantz@pszjlaw.com scho@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Michael D Warner & Steven W Golden | 440 Louisiana Street, Suite 900 | | Houston | TX | 77002 | | (713) 691-9385 | (713) 691-9407 | mwarner@pszjlaw.com sgolden@pszjlaw.com |
| Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Robert J. Feinstein, Esq. | 780 Third Avenue, 34th Floor | | New York | NY | 10017 | | (212) 561-7700 | (212) 561-7777 | rfeinstein@pszjlaw.com |
| Unsecured Creditors Committee | Pamela Colon | | 2155 King Cross Street, Suite 3 | | Christiansted | VI | 00820 | | 340-227-2409 | 340-719-7700 | pamelalcolon@msn.com |
| Additional Creditor* | Panametrics, LLC | | 1401 Elm St., 5th Floor | Lockbox | Dallas | TX | 75284-8502 | | 1-800-833-9438 | | CUSTCAREBOSTON@BAKERHUGHES.COM |
| Counsel to City Of La Porte Et Al. | PerdueBrandonFielderColins&Mott LLP | Melissa E. Valdez | 1235 North Loop West | Suite 600 | Houston | TX | 77008 | | (713) 862-1860 | (713) 862-1429 | mvaldez@pbfcm.com |
| Top Creditor/Unsecured Creditors Committee | Pinnacle Services, LLC | Attn: Robert Stuart Lewis, Jr | 6002 Diamond Ruby, Suite 3-125 | | Christiansted | VI | 820 | | 340-277-3941 | 561-244-0702 | canderson@pinnaclevi.com rlewis@pinnaclevi.com |
| Secured Creditor | Platinum Compass B 2018 RSC Limited | | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Platinum Compass B 2018 RSC Limited | | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Counsel to DYONYX, L.P. | Polsinelli PC | Liz Boydston | 2950 North Harwood, Suite 2100 | | Dallas | TX | 75201 | | (214) 661-5557 | | lboydston@polsinelli.com |
| Counsel to DYONYX, L.P. | Polsinelli PC | Trinitee G. Green | 1000 Louisiana Street, | Suite 6400 | Houston | TX | 77002 | | (713) 374-1600 | | tggreen@polsinelli.com |
| Co-Counsel to Limetree Terminal Entities | Quinn Emanuel Urquhart & Sullivan | Benjamin I. Finestone | 51 Madison Avenue, 22nd Floor | | New York | NY | 10010 | | 212-849-7000 | 212-849-7100 | benjaminfinestone@quinnemanuel.com |
| Co-Counsel to Limetree Terminal Entities | Quinn Emanuel Urquhart & Sullivan | PB Tomasco;CD Porter;D van der Hahn | 711 Louisiana, | Suite 500 | Houston | TX | 77002 | | 713-221-7000 | 713-221-7100 | devinvanderhahn@quinnemanuel.com chrisporter@quinnemanuel.com pattytomasco@quinnemanuel.com |
| Counsel for the Terminal Lenders | Rapp & Krock, PC | Henry Flores & Kenneth M. Krock | 1980 Post Oak Blvd. Suite 1200 | | Houston | TX | 77056 | | (713) 759-9977 | (713) 759-9967 | hflores@rappandkrock.com kkrock@rappandkrock.com |
| Top Creditor | Reactor Resources LLC | | 3000 FM 517 W. | | Alvin | TX | 77511 | | 1-832-544-1163 | | accounts@reactor-resources.com |
| Top Creditor | Rockwell Automation Puerto RIco, In | | Calle 1 Metro Office 6 | Suite 304 | Guayabo | PR | 00968 | | 1-787-300-6200 | | dbromme@ra.rockwell.com |
| Counsel to St. Croix Energy, LLLP | Ropes & Gray LLP | Stephen L. Iacovo | 191 North Wacker Drive, | 32nd Floor | Chicago | IL | 60606 | | (312) 845-1200 | | stephen.iacovo@ropesgray.com |
| Counsel to St. Croix Energy, LLLP | Ropes & Gray LLP | Gregg M. Galardi;Matthew M. Roose | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | (212) 596-9000 | | matthew.roose@ropesgray.com gregg.galardi@ropesgray.com |
| Top Creditor | Savage St. Croix, LLC | | Dept. 418 | | Salt Lake City | UT | 84130 | | 1-801-944-6655 | | accountsreceivable@savageservices.com |
| Counsel to Mammoet USA South, Inc. | Schouest, Bamdas, Soshea & BenMaier | Robert P. Vining | 1001 McKinney St., Suite 1400 | | Houston | TX | 77002 | | (713) 588-0446 | (713) 574-2942 | rvining@sbsblaw.com |
| Required Notice Party | Securities and Exchange Comm. | | 175 West Jackson Blvd | Suite 900 | Chicago | IL | 60604 | | | | |
| Top Creditor | Sedgwick Claims Mgmt Services, Inc | | 1833 Centre Point Circle | Suite 139 | Naperville | IL | 60639 | | 630-245-7000 | 630-245-1921 | Roland.Riviere@sedgwick.com |
| Counsel to Rev 1 Energy, Inc. | Shumaker, Loop & Kendrick LLP | Steven M Berman, Esq | 101 E Kennedy Blvd Suite 2800 | | Tampa | FL | 33602 | | 813-229-7600 | | sberman@shumaker.com |
| Counsel to Universal Plant Services, (VI), LLC | Sidley Austin LLP | Duston McFaul;Maegan Quejada | 1000 Louisiana Street, Suite 5900 | | Houston | TX | 77002 | | (713) 495-4500 | (713) 495-7799 | dmcfaul@sidley.com mquejada@sidley.com |
| Counsel to Baker Hughes Oilfield Operations LLC | Snow & Green LLP | Phil Snow, Esq. | 22255 Roberts Cemetery Road | | Hockley | TX | 77447 | | 713-335-4802 | | phil@snow-green.com |
| Counsel to DNOW LP D/B/A DistributionNOW | Stacy & Baker, P.C. | Brian A. Baker | 5300 Memorial Drive, | Suite 270 | Houston | TX | 77007 | | (713) 527-9991 | (713) 527-9992 | brian.baker@stacybakerlaw.com |
| Additional Creditor* | Strategic Contract Resources, LLC | | PO Box 823461 | | Philadelphia | PA | 19182 | | 678-784-6112 | | cash@advancepartners.com |
| Top Creditor | Stroock & Stroock & Lavan LLP | | 180 Maiden Lane | | New York | NY | 10038-4982 | | 1-212-806-5400 | | dazrilen@stroock.com |
| Taxing Authority | Texas Comptroller of Public Account | Rev Accounting Division BK Section | PO Box 13528 | | Austin | TX | 78711-3528 | | | (512) 475-0352 | glenn.hegar@cpa.texas.gov |
| Taxing Authority | Texas Workforce Commission | Bankruptcy Section | PO Box 149080 | | Austin | TX | 78714-9080 | | | | tax@twc.state.tx.us |
| Insurance Consultant to the Debtor | The Claro Group, LLC | Ronald Van Epps, Managing Director | 711 Louisiana Street, Suite 210 | | Houston | TX | 77002 | | | | |
| Regulatory Agency | The Gov't of the US Virgin Islands | Dept of Plannnig & NaturalResources | DivofEnv Prot 45 Mars Hill St Croix | | Frederiksted | VI | 00840 | | | | |
| Required Notice Party | The Gov't of the US Virgin Islands | Attn: Office of the Governor Charlotte Amalie | Government House | | St. Thomas | VI | 802 | | | | |
| Counsel to LMMVI, LLC | The Steffes Firm, LLC | William E. Steffes | 13702 Coursey Boulevard, | Building 3 | Baton Rouge | LA | 70817 | | (225) 751-1751 | (225) 751-1998 | bsteffes@steffeslaw.com |
| Taxing Authority | TN Attorney General's Office | Stephen R. Butler, Sr Asst Atty Gen | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 | | (615) 532-8718 | 615-741-3334 | steve.butler@ag.tn.gov |
| Taxing Authority | TN Dept of Revenue | | Andrew Jackson Building | 500 Deaderick Street | Nashville | TN | 37242 | | | (615) 253-6299 | david.gerregano@tn.gov |
| Counsel to Generator & Motor Svcs of Pennsylvania, LLC d/b/a BRUSH Americas | Tucker Arensberg, P.C. | Michael A. Shiner & Maribeth Thomas | 1500 One PPG Place | | Pittsburgh | PA | 15222 | | (412) 566-1212 | (412) 594-5619 | mshiner@tuckerlaw.com mthomas@tuckerlaw.com |

*These are creditors that assert liens, and the Debtors are investigating the validity of these liens.

In re:
LIMETREE BAY SERVICES, LLC, et al.
Master Service List
Case No. 21-32351

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Required Notice Party | U.S. Attorney's Office | District of the Virgin Islands | 1108 King Street, Suite 201 | | Christiansted, St. Croix | VI | 00820-4951 | | | 340-773-1407 | |
| Required Notice Party | U.S. Attorney's Office - Southern District of Texas | Richard A. Kincheloe | 1000 Louisiana Street, Suite 2300 | | Houston | TX | 77002 | | | 713-718-3300 | usatxs.atty@usdoj.gov Richard.Kincheloe@usdoj.gov |
| Top Creditor / Additional Creditor*/Unsecured Creditors Committee | Universal Plant Services, (VI), LLC | Attn: Ruben Kendrick, Jr | 806 Seaco Court | | Deer Park | TX | 77536 | | 1-281-479-6000/281-680-1604 | | remittance@universalplant.com rkendrick@universalplant.com |
| Counsel to St. Croix Energy, LLLP | USVI Law, LLP | Scot Fitzerald McChain | 5030 Anchor Way Ste. 13 | | Christiansted | VI | 00820 | | 340-773-6955 | | smcchain@usvi.law |
| Taxing Authority | V I Bureau of Internal Revenue | | 4008 Estate Diamond | Plot 7-B | Christiansted | VI | 00820-4421 | | | 340-773-1006 | |
| Top Creditor / Additional Creditor* | V.I. Industrial Services, LLC | | PMB #6002 Est. Diamond Ruby | | Christiansted | VI | 820 | | 561-267-7138 | | mhenry@viisllc.com |
| Counsel to Dresser-Rand Co. | Vedder Price P.C. | Arlene N. Gelman | 222 North LaSalle Street. Ste 2600 | | Chicago | IL | 60601-1003 | | (312) 609-7500 | | agelman@vedderprice.com |
| Top Creditor | Versa Integrity Group, Inc. | | 4301 Hwy 27 South | | Sulphur | LA | 70665 | | 337-558-6071 | | payments@versaintegrity.com |
| Counsel to AMP Capital Investors LTD | Vinson & Elkins LLP | D Meyer;G Howard;S Zundell | The Grace Building | 1114 Ave of the Americas, 32nd Fl | New York | NY | 10036-7708 | | (212) 237-0000 | (212) 237-0100 | dmeyer@velaw.com ghoward@velaw.com szundell@velaw.com |
| Counsel to AMP Capital Investors LTD | Vinson & Elkins LLP | Trevor Spears | 2001 Ross Avenue, Suite 3900 | | Dallas | TX | 75201 | | (214) 220-7784 | (214) 999-7784 | tspears@velaw.com |
| Top Creditor / Additional Creditor* | Vivot Equipment Corporation | | 9010 Estate Cottage | | Christiansted | VI | 820 | | 370-713-1100 | | ar@vivot.vi |
| Secured Creditor | Westbourne Credit Management Ltd | as ttee of Westbourne Yield Fund #4 | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Credit Mgmt Limited | as ttee of the Q Infra Yield Trust | 1100 North Market Street | | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Credit Mgmt Limited | as ttee of the Q Infra Yield Trust | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Credit Mgmt Limited | as ttee of Westbourne Yield Fund #4 | 2001 Ross Avenue, 29th Floor | | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infra Debt Opp FundII LP | acting through its General Partner, | Rimor Fund II GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infra Debt Opp FundII LP | acting through its General Partner, | Rimor Fund II GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastrctre Debt 2 L.P. | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastrctre Debt 2 L.P. | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastrctre Debt 7 (USD | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastrctre Debt 7 (USD | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastructure Debt 3 LP | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastructure Debt 3 LP | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastructure Debt 4 LP | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastructure Debt 4 LP | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastructure Debt 5 LP | acting through its General Partner | Westbourne Infra Debt GP Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastructure Debt 5 LP | acting through its General Partner, | Westbourne Infra Debt GP Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Secured Creditor | Westbourne Infrastructure Debt 6 LP | acting through its General Partner, | Westbourne Infra Debt GP 2 Ltd | 1100 North Market Street | Wilmington | DE | 19890 | | 302-636-6473 | 302-636-4145 | alennon@wilmingtontrust.com |
| Secured Creditor | Westbourne Infrastructure Debt 6 LP | acting through its General Partner, | Westbourne Infra Debt GP 2 Ltd | 2001 Ross Avenue, 29th Floor | Dallas | TX | 75201 | | 972-368-6331 | 646-769-7829 | gs-dallas-adminagency@ny.email.gs.com |
| Counsel for EIG | White & Case LLP | Nicolas Abbattista | 200 South Biscayne Boulevard | Suite 4900 | MiamiL | FL | 33131 | | (305) 371-2700 | (305) 358-5744 | nick.abbattista@whitecase.com |
| Counsel for EIG | White & Case LLP | William Guerrieri;Gregory F. Pesce | 111 South Wacker Drive, Suite 5100 | | Chicago | IL | 60606 | | (312) 881-5400 | (312) 881-5450 | William.guerrieri@whitecase.com nick.abbattista@whitecase.com Gregory.pesce@whitecase.com |
| Required Notice Party | Wilmington Trust, Nt'l Association | | 1100 N. Market Street | | Wilmington | DE | 19890 | | | | loanagency@wilmingtontrust.com |
| Counsel to the Govmt of the US Virgin Islands | Winston & Strawn LLP | Daniel J. McGuire | 35 W. Wacker Drive | | Chicago | IL | 60601 | | (312) 558-5600 | | |
| Counsel to the Govmt of the US Virgin Islands | Winston & Strawn LLP | Geoffrey P. Eaton | 1901 L St. NW | | Washington | DC | 20036 | | (202) 282-5705 | | |
| Counsel to the Govmt of the US Virgin Islands | Winston & Strawn LLP | Katherine A. Preston | 800 Capitol Street, Suite 2400 | | Houston | TX | 77002 | | (713) 651-2600 | (713) 651-2700 | KPreston@winston.com |
| Top Creditor / Additional Creditor* | Worley Pan American | | 5995 Rogerdale Road | | Houston | TX | 77072 | | 1-832-351-6000 | | dave.wyvill@worley.com |

*These are creditors that assert liens, and the Debtors are investigating the validity of these liens.