IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | § § § | Case No. 21-32351 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

## NOTICE OF EXTENSION OF CLAIMS BAR DATE

**PLEASE TAKE NOTICE** that any person or entity that believes that it may assert a claim of any type against the Debtor, **Limetree Bay Refining, LLC**, for damages because of alleged discharge from the refinery must file a proof of claim electronically with BMC Group, the Debtors' claims agent, at www.bmcgroup.com/limetree.  A proof of claim form may be obtained on the Debtors' notice and claims agent website at www.bmcgroup.com/limetree.

**The deadline to submit proofs of claim is extended to January 15, 2022.  If you already have an attorney with regard to the discharge, you should contact that attorney promptly.**

Your proof of claim must be <u>received</u> by that date <u>**or you will not be included in any payments**</u>.

If you already filed your claim, please do <u>not</u> submit another one.

To confirm that we received your claim, go to www.bmcgroup.com/limetree  and click on "Filed Claims."

Dated: November 15, 2021

       **BAKER & HOSTETLER LLP**
       */s/ Elizabeth A. Green*
       **Elizabeth A. Green, Esq.**
       So. Dist. Fed ID 903144

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 15, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice. A copy of this notice will be also be (a) published in the *St. Croix Avis* once a week for three consecutive weeks and (b) posted prominently at every United States Post Office in St. Croix, United States Virgin Islands.

*/s/ Elizabeth A. Green*
Elizabeth A. Green