# EXHIBIT 3



**For Immediate Release**
November 18, 2021
Media Spokesperson: Ashley D. Scotland
340-513-1895
ascotland@stcroixenergy.com

## ST. CROIX ENERGY, LLLP WINS AUCTION OF LIMETREE BAY REFINING ASSETS

ST. CROIX, USVI – St. Croix Energy (SCE) emerges as the top bidder at the modified Chapter 11 Bankruptcy proceedings for the Limetree Bay Refining Assets. According to Communications and Public Relations Director Ashley Scotland, "Emerging as the top bidder for the LBR asset is a good thing, however SCE continues to remain focused and steadfast on accomplishing the other milestones necessary for our company and the US Virgin Islands community to see a safe and environmentally conscious restart of the LBR facility."

SCE remains committed to working with the local and statutory environmental regulatory bodies, including the Department of Planning and Natural Resources (DPNR) and the Environmental Protection Agency (EPA) in creating a restart plan that will address safety and environmental concerns, while allowing our company the opportunity to operate and provide economic growth opportunities for all Virgin Islanders.

The St. Croix Energy group looks forward to more and new engagement with the local community in the coming weeks, as we begin to roll out our senior leadership team and expound on our new business plan for the facility. This team of experienced industry, business and environmental professionals will shepherd the Refinery through the transitional and restart phases, back to a fully safe, operational facility.

SCE seeks to operate as a sustainability driven and environmentally conscientious energy solutions provider, committed to responsible, values and science-based stewardship of the resources under our care. SCE partners continue to be interested in what is best for the territory and being good fiduciaries of the natural resources of the Virgin Islands, which is ultimately an environmentally safe restart and enhanced, wise-use of the property.

###