United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** <br> **LIMETREE BAY SERVICES, LLC,** *et al.*,[1] <br> Debtors. | **CHAPTER 11** <br> **CASE NO.: 21-32351 (DRJ)** <br> **(Jointly Administered)** |

**ORDER GRANTING DEBTORS' MOTION FOR ENTRY OF ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

(Docket No. 732)

Upon the motion ("**Motion**")[2] of the debtors and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**") for entry of an order pursuant to section 1121(d) extending the exclusive periods during which only the Debtors may file a chapter 11 plan and solicit acceptances thereof; and due and proper notice of the Motion having been provided; and the relief requested in the Motion being in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS HEREBY ORDERED:**

1. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusivity Period is extended through **January 10, 2022**.

2. If the Debtors file a plan by **January 10, 2022**, the Exclusivity Period is further extended through **March 11, 2022**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

3.  Entry of this Order is without prejudice to the Debtors' right to seek from this Court such additional and further extensions of the Exclusivity Periods within which to file and solicit acceptance of a chapter 11 plan as may be necessary or appropriate.

4.  The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

5.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  December 02, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**