United States Bankruptcy Court
Southern District of Texas

**ENTERED**

November 30, 2021

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT                SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-32351 |
|---|---|---|---|
| Debtor | In Re: | Limetree Bay Refining, LLC | |

United States Courts
Southern District of Texas
FILED

This lawyer, who is admitted to the State Bar of _____ U.S. Virgin Islands _____

NOV 10 2021

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Kevin F. D'Amour<br>Kevin F. D'Amour, P.C. d/b/a Barnes & D'Amour<br>5143 Palm Passage, Suites 18B & 19B<br>St. Thomas, VI 00802<br>(340) 774-8188<br>VI Bar No. 288 |
|---|---|

Nathan Ochsner, Clerk of Court

Seeks to appear as the attorney for this party:

| | |
|---|---|
| Dated: 10/29/2021 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _____ Active _____ |
|---|

| Dated: 11/17/2021 | Signed: _____<br>Deputy Clerk |
|---|---|

Order   (Docket No. 792)

The lawyer shall review the Local Rules, the Complex Case Procedures and the Court's published procedures.

This lawyer is admitted *pro hac vice*.

**Signed:  November 30, 2021**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**



IN THE SUPREME COURT
OF THE VIRGIN ISLANDS

**FILED**

July 29, 2021

SCT-Cog-2021-0114
VERONICA HANDY, ESQUIRE
CLERK OF THE COURT

# Supreme Court of the Virgin Island

# Certificate of Good Standing

I, **VERONICA J. HANDY, ESQUIRE**, Clerk of the Supreme Court of the United States Virgin Islands, do hereby certify that

## KEVIN F. D'AMOUR, (VIBA NO. 288)

was duly admitted and qualified as an Attorney and Counselor-At-Law in the United States Virgin Islands on **June 20, 1986** and as such, has been admitted to practice before the Supreme Court and all other courts of this Territory according to its laws, rules and customs.

I further certify that as of this date, the above-named is an Attorney at Law in *Good Standing*. For the purposes of this Certificate, a member is in "good standing" if he or she is not presently suspended or disbarred for any reason and is current with his or her annual registration and licensing obligations under Rule 203(e).[1]

Please note that records of professional discipline, if any, are not covered by this certification.

In testimony whereof, I have hereunto subscribed my name and affixed the Seal of said Court this **29th** day of **July, 2021**.

**VERONICA J. HANDY, ESQUIRE**
Clerk of the Supreme Court
of the Virgin Islands

[1] This certification expires forty-five days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Revised 01/2019

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                                            Case No. 21-32351-drj

Limetree Bay Services, LLC                                                                   Chapter 11

Official Committee of Unsecured Creditor

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                              User: ADIuser                                          Page 1 of 3

Date Rcvd: Nov 30, 2021                      Form ID: pdf002                                 Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Limetree Bay Refining Holdings II, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Holdings, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Marketing, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Operating, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | + | Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041-6930 |
| aty | + | John H. Maddock III, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3956 |
| aty | | Kevin F. D'Amour, Barnes & D'Amour, 5143 Palm Passage, Suite 18B & 19B, St. Thomas, VI 00802 |
| aty | + | Stephanie J. Bentley, McGuireWoods LLP, 888 16th Street, N.W., Black Lives Matter Plaza, Washington, DC 20006-4103 |
| aty | + | Yohana Manning, Manning Legal, PC, 2120 Company Street, Christiansted, VI 00820-4945 |
| intp | + | Ad Hoc Term Lender Group, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | AltairStrickland V.I. LLC, Faegre Drinker Biddle & Reath LLP, 1717 Main Street, Ste 5400, Attn: Vince Slusher, Dallas, TX 75201-7367 |
| cr | + | Alvina Jean Marie Illarraza, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| intp | + | BMC Group, Inc., 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| cr | + | Beecher Cotton, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Cameron, A Schlumberger Company, c/o Dore Rothberg McKay, P.C., Attn: Vianey Garza, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Complan USA, LLC, 16417 Squyers Rd., Spring, Tx 77379-7272 |
| cr | + | Control System Technologies, LLC, c/o Chamberlain Hrdlicka, 1200 Smith St., Suite 1400, Attn: Jarrod B. Martin, Houston, Tx 77002-4496 |
| cr | + | Crowley Caribbean Services, LLC, 9487 Regency Square Blvd, Jacksonville, FL 32225-8183 |
| cr | + | Embark Consulting, LLC, c/o Martin Powers & Counsel, PLLC, 600 E John Carpenter Fwy, Suite 234, Irving, TX 75062-4460 |
| cr | + | EnerMech Mechanical Services, Inc., 14000 West Road, Houston, TX 77041, UNITED STATES 77041-1120 |
| cr | + | Esther Clifford, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Excel Construction and Maintenance V.I., Inc., 8641 United Plaza Blvd., Baton Rouge, LA 70809-7032 |
| intp | + | InServ Field Services USVI, LLC, 1900 N 161st East Ave, Tulsa, OK 74116-4829 |
| cr | + | LMMVI, LLC, c/o William E. Steffes, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3 Baton Rouge, LA 70817-1372 |
| cr | + | Pamela Colon, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Sedgwick Claims Management Services, Inc., c/o Balch & Bingham, LLP, 811 Louisiana Street, Ste. 1010, Houston, TX 77002-1412 |
| cr | + | Sirdina Issac-Joseph, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Sylvia Browne, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | TN Dept of Revenue, c/oTN Atty General, Bankruptcy Div, PO Box 20207, Nashville, TN 37202-4015 |
| cr | + | Team Industrial Services, Inc., c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| cr | + | Total Safety Virgin Islands, LLC, 3151 Briarpark Dr., Ste 500, Houston, Tx 77042-3810 |
| cr | + | VIVOT EQUIPMENT CORPORATION, HENDERSHOT COWART PC, 1800 Bering Ste 600, 1800, Houston, TX 77057-3352 |
| cr | + | Virgin Islands Industrial LLC, 1800 Bering Drive, Ste. 600, Houston, TX 77057-3352 |
| cr | + | Weldship Industries, Inc., 225 W. 2nd Street, Bethlehem, PA 18015-1274 |
| cr | | Worley Pan-American Corp., ATTEN Cesar Hrnandez Esponoza, 5985 Rogerdale Rd, Houston, Tx 77072 |

TOTAL: 36


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | | |
| | | Nov 30 2021 20:01:00 | City of La Porte, Linebarger Goggan Blair & |

| | | | |
|---|---|---|---|
| | | | Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: jthoman@hodgsonruss.com | Nov 30 2021 20:01:00 | Coral Management Group, LLC, c/o Hodgson Russ LLP, James C. Thoman, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4014 |
| cr | Email/Text: courtfiling@gulfoil.com | Nov 30 2021 20:01:00 | Gulf Oil Limited Partnership, 80 William St, Ste 400, Wellesley, MA 02481-3705 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Nov 30 2021 20:01:00 | H&K Engineering LLC, c/o Kirk Burkley, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Nov 30 2021 20:01:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: schristianson@buchalter.com | Nov 30 2021 20:01:00 | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 55 2nd St. 17th Fl., San Francisco, CA 94105-3493 |
| cr | + Email/Text: bankruptcy@fult.com | Nov 30 2021 20:01:00 | SAP America, Inc., c/o Brown & Connery LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 405 Sentinel LLC |
| intp | | AMP Capital Investors, Ltd. |
| intp | | Ad Hoc Group of Terminal Lenders |
| cr | | Analytic Stress Relieving Inc. |
| cr | | Arena Investors, LP |
| cr | | BP Corporation North America Inc., an Indiana corp |
| cr | | BP Products North America Inc., a Maryland corpora |
| intp | | Bay, Ltd |
| cr | | CITY OF LA PORTE, LA PORTE INDEPENDENT SCHOOL DIST |
| cr | | Chirstiansted Equipment Ltd |
| cr | | Christopher Boynes, et al "Class Action Plaintiffs |
| cr | | Comdata Inc. |
| cr | | Computer Solutions Inc |
| cr | | DNOW L.P. d/b/a DistributionNOW |
| cr | | Dresser-Rand Co. |
| cr | | Dyonyx, L.P. |
| intp | | EIG Management Company, LLC |
| cr | | Elite Turnaround Specialists, Ltd. |
| cr | | F&M Mafco Inc |
| cr | | Flowserve US Inc. |
| cr | | Generator and Motor Services of Pennsylvania, LLC |
| cr | | Goldman Sachs Bank USA |
| cr | | HKA Enterprises, LLC ("HKA") |
| cr | | Honeywell Enraf Americas, Inc. |
| cr | | Honeywell International Inc. |
| intp | | Integrated Service Company, LLC, 1900 North 161st East Ave, Tulsa |
| intp | | Interested Party |
| cr | | J. Aron & Company LLC |
| cr | | James McNamara |
| cr | | John Crane, Inc. |
| cr | | Limetree Bay Terminals, LLC |
| cr | | Mammoet USA South, Inc. |
| cr | | National Industrial Services, LLC |
| crcm | | Official Committee of Unsecured Creditors |

| | |
|---|---|
| cr | Pinnacle Services, LLC |
| cr | Process Technical Services, Inc. |
| cr | Reactor Resources, LLC |
| cr | Rev 1 Energy, Inc. |
| intp | St. Croix Energy, LLLP |
| cr | Strategic Contract Resources, LLC |
| cr | The Government of the United States Virgin Islands |
| intp | United States of America |
| cr | Universal Plant Services (VI), LLC |
| cr | VI Industrial Services, LLC |
| cr | VWNA Caribbean LLC |
| cr | Virgin Islands Paving, Inc.,, P.O. Box 4720, Kingshill, St. Croix, UNITED STATES OF AMERICA |
| cr | WDI USVI LLC |
| cr | Wilmington Trust, National Association |

TOTAL: 48 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021                Signature:         /s/Joseph Speetjens