IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: <br><br> **LIMETREE BAY SERVICES, LLC, *et al.*,**[1] <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO.: 21-32351 <br><br> (Jointly Administered) |

DEBTORS' WITNESS AND
EXHIBIT LIST FOR DECEMBER 7, 2021 HEARING

Limetree Bay Services, LLC and its debtor affiliates in the above-captioned chapter 11 cases, as debtors and debtors in possession (collectively the "**Debtors**") submit the following Exhibit and Witness List for the hearing at **4:00 p.m. Central Time on December 7, 2021**, to consider the sale referenced in the *Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* (Doc. Nos. 191, 830) (the "**Sale Motion**") and the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Settlement Agreement By and Among The Debtors, Official Committee of Unsecured Creditors, and BP Products North America Inc.* (Doc. No. 837) (the "**9019 Motion**") filed in the above-captioned bankruptcy case (the "**Bankruptcy Case**").

## WITNESS LIST

1. Mark Shapiro, Chief Restructuring Officer

2. Michael O'Hara, Managing Director, Jefferies LLC

3. Any witness listed or called by any party.

4. Any witness required for rebuttal.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4856-3213-7477.1

## DEBTORS' EXHIBIT LIST

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Transcript of Auction on November 18, 2021 (to be filed) | 12/7/2021 | | | |
| | Any document or pleading filed in the Bankruptcy Case. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |

Debtors reserve the right to modify, amend or supplement this Exhibit and Witness List at any time. Debtors reserve the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with the Bankruptcy Case, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List prior to the hearing. Designation of any exhibit above does not waive any objections Debtors may have to any exhibit listed on any other party's exhibit list.

Respectfully submitted this 3rd day of December 2021.

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

4856-3213-7477.1

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 3, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green