IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*, | § § | Case No. 21-32351 (DRJ) |
| Debtors.[1] | § § § | Jointly Administered |

### DIP LENDER'S EXHIBIT LIST FOR DECEMBER 7, 2021 HEARING

Sentinel 405 LLC and Arena Investors, LP (together, the "DIP Lender"), file this Witness and Exhibit List for the hearing to be held on **December 7, 2021, at 4:00 p.m.** (prevailing Central Time).

### WITNESSES

The DIP Lender may call any or all of the following witnesses at the hearing:

1. Impeachment witnesses as necessary; and
2. Any witness called by any other party.

### EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases. | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC. (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4883-8531-2005

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| | Any exhibit identified or offered by any other party. | | | | | | |

## RESERVATION OF RIGHTS

The DIP Lender reserves the right to supplement, amend, or otherwise modify this Witness and Exhibit List prior to the hearing.

Respectfully submitted this 3rd day of December, 2021.

**GRAY REED**

By: /s/ Jason S. Brookner
    Jason S. Brookner
    Texas Bar No. 24033684
    Lydia R. Webb
    Texas Bar No. 24083758
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone: (713) 986-7000
Facsimile: (713) 986-7100
Email:    jbrookner@grayreed.com
            lwebb@grayreed.com

-and-

**FOLEY & LARDNER LLP**

    John P. Melko
    Texas Bar No. 13919600
    Michael K. Riordan
    Texas Bar No. 24070502
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
Telephone: (713) 276-5727
Facsimile: (713) 276-5555
Email:    jmelko@foley.com
            mriordan@foley.com

**COUNSEL TO 405 SENTINEL LLC AND ARENA INVESTORS, LP**

2

4883-8531-2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of December, 2021, he caused a true and correct copy of the foregoing pleading to be served via CM/ECF on all parties who have subscribed for electronic notice in this case.

*/s/ Jason S. Brookner*
Jason S. Brookner
