**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | § § § | Case No. 21-32351 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

**THE TERMINAL ENTITIES' WITNESS AND EXHIBIT LIST FOR
HEARING ON DECEMBER 7, 2021 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

The Terminal Entities,[2] file this Witness and Exhibit List for the hearing to be held on **December 7, 2021, at 4:00 p.m. (prevailing Central Time)** (the "**Hearing**").

## WITNESSES

The Terminal Entities may call any of the following witnesses at the Hearing:

1. Seth Bullock, Managing Director of Alvarez & Marsal North America, LLC
2. Ryan Omohundro, Managing Director of Alvarez & Marsal North America, LLC
3. Any witness listed by any other party; and
4. Rebuttal witnesses as necessary.

## EXHIBITS

The Terminal Entities may offer into evidence any of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned cases | | | | |

---

[1] The Debtors in these chapter 11 cases (the "**Cases**"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] The Terminal Entities are: Limetree Bay Terminals, LLC, Limetree Bay Terminal Holdings, LLC, Limetree Bay Terminal Holdings II, LLC, Limetree Bay Cayman, Ltd., and Limetree Bay Financing, LLC.

EMF_US 87586858v1

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | Any exhibit introduced by any other party | | | | |
| | Rebuttal exhibits as necessary | | | | |

In light of the fact that the Debtors have not yet filed the proposed sale order or a complete set of sale documents, the Terminal Entities reserve their right to amend or supplement this Witness and Exhibit List as necessary in advance of the Hearing.

Dated:  December 3, 2021
          Houston, Texas

Respectfully Submitted,

*/s/  Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Joseph P. Rovira (TX Bar No. 24066008)
Ashley Harper (TX Bar No. 24065272)
Philip M. Guffy (TX Bar No. 24113705)
**HUNTON ANDREWS KURTH LLP**
600 Travis Street, Suite 4200
Houston, Texas  77002
Tel:     713-220-4200
Fax:    713-220-4285
Email:  taddavidson@HuntonAK.com
            josephrovira@HuntonAK.com
            ashleyharper@HuntonAK.com
            pguffy@HuntonAK.com

*Counsel for Limetree Bay Terminals, LLC, Limetree Bay Terminal Holdings, LLC, Limetree Bay Terminal Holdings II, LLC, Limetree Bay Cayman, Ltd., and Limetree Bay Financing, LLC*

### CERTIFICATE OF SERVICE

I certify that on December 3, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II

EMF_US 87586858v1