## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
LIMETREE BAY SERVICES, LLC, *et al.*[1], : Case No. 21-32351 (DRJ)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------- x

## WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "Committee") hereby submits the following *Witness and Exhibit List* (the "Witness and Exhibit List") with respect to the hearing scheduled on December 7, 2021 at 4:00 pm. (CT), in the above-styled, jointly administered bankruptcy cases (the "Cases") before the Honorable David R. Jones, Chief United States Bankruptcy Judge, Courtroom 400, 515 Rusk, Houston, Texas 77002.

## WITNESS LIST

The Committee may call the following witnesses:

1. Mark Shapiro, Chief Restructuring Officer

2. Any witness listed, offered, or called by any other party.

3. Any witness required for rebuttal or impeachment.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Transcript of Auction on November 18, 2021 (to be filed by the Debtors) | | | | |
| 2. | Transition Services Agreement dated ___, 2021 (to be filed by Debtors) | | | | |
| 3. | Budget (as attached as Exhibit B to the Transition Services Agreement, to be filed by Debtors) | | | | |
| 4. | Any exhibits listed, designated, or offered by any other party. | | | | |
| 5. | Any exhibits necessary for rebuttal. | | | | |
| 6. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases and related adversary proceedings | | | | |

The Committee reserves the right to modify, amend or supplement this Witness and Exhibit List at any time.  The Committee reserves the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with these Cases, to offer rebuttal exhibits, and to supplement or amend this Witness and Exhibit List at any time prior to the December 7, 2021 Hearing.  Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list.

Dated: December 3, 2021               Respectfully submitted,

/s/ Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
Steven W. Golden (TX Bar No.24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com
*Email:* sgolden@pszjlaw.com

-and-

>Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
>Shirley S. Cho, Esq. (admitted *pro hac vice*)
>10100 Santa Monica Blvd., 13th Floor
>Los Angeles, CA 90067
>Telephone: (310) 277-6910
>Facsimile: (310) 201-0760
>Email: jpomerantz@pszjlaw.com
>Email: scho@pszjlaw.com.com
>-and-
>
>Robert J. Feinstein, Esq. (admitted *pro hac vice*)
>780 Third Avenue, 34th Floor
>New York, NY 10017
>Telephone: (212) 561-7700
>Facsimile: (212) 561-7777
>Email: rfeinstein@pszjlaw.com
>
>*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2021, a true and correct copy of the above and foregoing has been served on all parties that are registered to receive electronic transmission through this Court's CM/ECF filing system in these cases.

>*/s/ Michael D. Warner*
>Michael D. Warner