# EXHIBIT 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

## DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFA

### General Disclaimer

1.      The Schedules and the SOFA are unaudited and subject to potential adjustment.  In preparing the Schedules and the SOFA, the CRO and his professionals relied on financial data derived from the Debtors' books and records that was available at the time of preparation.  The CRO and his professionals have made reasonable efforts to ensure that the Schedules and the SOFA are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in changes to the Schedules and SOFA and errors or omissions may exist.

2.      The CRO reserves all rights to amend or supplement the Schedules and SOFA from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and SOFA as to any amount, liability, classification, identity of debtor or to otherwise subsequently designate any claim as "disputed", "contingent", or "unliquidated". Furthermore, nothing

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

contained in the Schedules and SOFA shall constitute a waiver of any of the CRO's rights or

an admission with respect to these chapter 11 cases, including any issues involving objections

to claims, substantive consolidation, defenses, affirmative claims against third parties or rights

against third parties, other issues that typically arise under the Bankruptcy Code.

### Notes on Schedules of Assets and Liabilities

### Method of Valuation

3.      Unless otherwise noted, the carrying value on the Debtors' books and records

(net book value) as of the Petition Date, rather than the current market values, of the Debtors'

interest in the property and of the Debtors' liabilities, is reflected on the Debtors' Schedules and

SOFA.  The net book value may not correspond to market value, or liquidation value, of which

may be either higher or lower.

Dated: September 7, 2021                     **BAKER & HOSTETLER LLP**

                                            */s/ Elizabeth A. Green*
                                            **Elizabeth A. Green, Esq.**
                                            So. Dist. Fed ID 903144
                                            **Jimmy D. Parrish, Esq.**
                                            So. Dist. Fed ID 2687598
                                            200 S. Orange Avenue
                                            Suite 2300
                                            Orlando, FL 32801
                                            Telephone: (407) 649-4000
                                            Facsimile: (407) 841-0168
                                            E-mail: egreen@bakerlaw.com
                                            E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Proposed Counsel for the Debtors and Debtors in Possession*

**Fill in this information to identify the case:**

Debtor name   **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **21-32354**

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................   $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $      **274,453,886.26**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.........................................................................................   $      **274,453,886.26**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $  **1,160,056,794.65**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$   **271,768,751.13**

4.   **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b

$      **1,431,825,545.78**

**Fill in this information to identify the case:**

Debtor name   **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **21-32354**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Deutsche Bank** | **Construction Account** | **0110** | **$107,845.03** |
| 3.2. | **Deutsche Bank** | **Debt Service Reserve Account** | **0111** | **$3,533.42** |
| 3.3. | **Oriental Bank** | **Operating** | **0267** | **$2,213,522.00** |
| 3.4. | **Oriental Bank** | **Payroll** | **0268** | **$315.39** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$2,325,215.84**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

Debtor   **Limetree Bay Refining, LLC**                                      Case number *(If known)*  **21-32354**
         <sub>Name</sub>

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.  **Security Deposits**                                                          **$88,400.00**

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Pre-Paid Licenses**                                                         **$899,847.03**

    8.2.  **Pre-Paid Insurance**                                                      **$6,302,171.93**

    8.3.  **Pre-Paid Rent**                                                              **$15,465.01**

    8.4.  **Pre-Paid Sundry**                                                           **$532,817.89**

9.  **Total of Part 2.**                                                            **$7,838,701.86**
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **190,698,303.00** | - | **0.00** | = .... | **$190,698,303.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **26,989,791.00** | - | **0.00** | =.... | **$26,989,791.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                          **$217,688,094.00**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.    Mutual funds or publicly traded stocks not included in Part 1** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Limetree Bay Refining, LLC**                                  Case number *(If known)*  **21-32354**
           Name

Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:                                    % of ownership

15.1.  **Investment in Limetree Bay Refining Marketing, LLC**          **100%**      %                                **$754,975.47**

15.2.  **Investment in Limetree Bay Refining Operating, LLC**          **100%**      %                                **Unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                          $754,975.47
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Purchased Finished Products** | | $849,064.90 | | $849,064.90 |
| 22.    **Other inventory or supplies** **Warehouse Inventory** | | $23,796,155.37 | | $23,796,155.37 |
| **Inventory Clearing** | | $409,157.03 | | $409,157.03 |
| **Spare Parts (see attached list)** | | $1,775,233.60 | | $1,775,233.60 |

23.    **Total of Part 5.**                                                                          $26,829,610.90
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value                    Valuation method                    Current Value

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor   **Limetree Bay Refining, LLC**                    Case number *(If known)*   **21-32354**
         <sub>Name</sub>

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures**<br>**Modular Homes** | **$75,579,851.41** | | **Unknown** |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**                                                    | **$0.00** |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Vehicles, Trailers (see attached list)** | **$188,679.81** | **Comparable sale** | **$835,020.02** |
| 47.2.  **2019 E-One Pumper Fire Truck, VIN 4EN6AHA83K2002326** | **$286,424.74** | | **$286,424.74** |

Debtor   **Limitree Bay Refining, LLC**                                    Case number *(if known)*   **21-32354**
_____
Name

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**
      **Gas Turbines & Waste Heat Boilers**              $17,690,044.94                          $17,690,044.94

      **Other Machinery & Equipment**                    $205,798.49                             $205,798.49

51.   **Total of Part 8.**                                                        | $19,017,288.19 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54.   **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.
      ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor   **Limetree Bay Refining, LLC**                                      Case number *(If known)*   **21-32354**
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **Facilities, Buildings and Improvements for:**<br>**1) Plot No. 25 Estate Clifton Hill, King Quarter, St. Croix, US Virgin Islands**<br>**2) Plot No. 487-A Estate Strawberry Hill, Queen Quarter, St. Croix, US Virgin Islands**<br>**3) Plot 1-AB, Estates Blessing and Hope, King & Queen Quarters, St. Croix, US Virgin Islands**<br>**4) Plot 2, Estates Blessing, Hope and Jerusalem, King & Queen Quarters, St. Croix, US Virgin Islands**<br>**5) Plot 3, Estates Jerusalem, Figtree Hill and Castle Land, Queen Quarter, St. Croix, US Virgin Islands**<br>**6) Plot 214 Estate Ruby, Queen Quarter, St. Croix, US Virgin Islands** | Fee ownership | $13,247,724.03 | Unknown |
| 55.2. | **Updates to Refinery** | | Unknown | Unknown |

56.   **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Limetree Bay Refining, LLC**                               Case number *(If known)*   **21-32354**
        Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Limetree Bay Refining, LLC**                               Case number *(If known)*   **21-32354**
          <span style="font-size:small">Name</span>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,325,215.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,838,701.86 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $217,688,094.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $754,975.47 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $26,829,610.90 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $19,017,288.19 | |
| 88. **Real property.** *Copy line 56, Part 9* ........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $274,453,886.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $274,453,886.26 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Limetree Bay Refining, LLC**
**Case No: 21-32354**

**Spare Parts**

| Entity | Date | Description | Amount |
|--------|------|-------------|--------|
| LBR | 8/5/2020 | TRBCHRGR:MODEL 412KVSR COMPRSR | 280,703.18 |
| LBR | 12/24/2020 | VLV:STOP,RADIO CNTRL OPERATED,CS, ASTM B | 198,500.00 |
| LBR | 11/16/2020 | CYL,COMPRESSOR:412KVSRA,14-1/2" | 147,548.90 |
| LBR | 12/11/2020 | COMPRSR:NASH-HYTOR,SERIES 652,CCW,SZ1002 | 65,643.50 |
| LBR | 6/16/2020 | COMPRSR:NASH-HYTOR,SERIES 652,CCW,SZ1002 | 65,643.50 |
| LBR | 6/16/2020 | COMPRSR:TEST CW,SZ 1002 | 65,643.50 |
| LBR | 12/11/2020 | COMPRSR:TEST CW,SZ 1002 | 65,643.50 |
| LBR | 8/26/2020 | ROD:PWR,50" OAL,CS | 108,295.46 |
| LBR | 9/18/2020 | COOLER:INTER COOLER ASSMBLY,PR-597688-1 | 48,254.00 |
| LBR | 6/12/2020 | COOLER:INTER COOLER ASSMBLY,PR-597688-1 | 48,254.00 |
| LBR | 9/18/2020 | BDY:INTER COOLER,52"OAL,STL,PR-597688-2 | 48,254.00 |
| LBR | 6/12/2020 | BDY:INTER COOLER,52"OAL,STL,PR-597688-2 | 48,254.00 |
| LBR | 8/29/2020 | SMO0413435 LHE LINERS (UNIT 226262) | 95,092.65 |
| LBR | 7/3/2020 | ROD:CONN | 79,607.26 |
| LBR | 11/16/2020 | CYL,COMPRESSOR:KVG,8-3/4" | 77,512.40 |
| LBR | 8/28/2020 | ROTOR,PUMP:CENTFGL PUMP,P/N:6HMTA-9 | 76,019.40 |
| LBR | 12/11/2020 | VANE:INLT GUIDE | 75,000.00 |
| LBR | 10/17/2020 | CYL,COMPRESSOR:KVG,6-1/2" | 70,085.35 |
| LBR | 11/20/2020 | MOTOR:TECO,600HP,WP2,1200RPM,4000V,400M | 59,738.00 |
| LBR | 12/2/2020 | ELEMENT:SUPERHEATER TUBES, BOILER 8, 9 | 51,541.00 |

$ **1,775,233.60**

**Limetree Bay Refining, LLC**
**Case No: 21-32354**
**Vehicles**

| Debtor | Vehicle Description | Cost | Depreciation | Book Value | FMV |
|--------|---------------------|------|--------------|------------|-----|
| LBR | 1993 TRLR CZMZ120384  3H3C242S1PT203010 | $    2,500.00 | $    (416.67) | $  2,083.33 | 2,083.33 |
| LBR | 1993 TRLR CZMZ120384  3H3C242S3PT203817 | 2,500.00 | (416.67) | 2,083.33 | 2,083.33 |
| LBR | 1993 TRLR CZMZ120384  3H3C242S5PT203334 | 2,500.00 | (416.67) | 2,083.33 | 2,083.33 |
| LBR | 1993 TRLR CZMZ120384  3H3C242S6PT203567 | 2,500.00 | (416.67) | 2,083.33 | 2,083.33 |
| LBR | 1993 TRLR CZMZ120384  3H3C242S6PT203732 | 2,500.00 | (416.67) | 2,083.33 | 2,083.33 |
| LBR | 1999 TRLR CZMZ120384  1S12C235XB727042 | 2,500.00 | (416.67) | 2,083.33 | 2,083.33 |
| LBR | 2017 Ford F150 VIN 1FTEW1C81HKD27048 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 VIN 1FTEW1C87HKC30985 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 VIN 1FTEW1C89HFA35608 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 VIN 1FTEW1C89HFA35723 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 VIN 1FTEW1CF1HRB42344 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 VIN 1FTEW1CG4HKD11448 | 29,800.00 | (25,130.98) | 4,669.02 | 21,390.00 |
| LBR | 2017 Ford F150 XLT S - VIN # 1FTEW1CG0HKD45743 | 22,720.00 | (19,160.26) | 3,559.74 | 22,714.00 |
| LBR | 2017 Ford F150 XLT S - VIN # 1FTEW1CG0HKD45743 | 5,908.92 | (4,983.12) | 925.80 | Duplicate |
| LBR | 2018 Chevrolet Equinox  VIN: 2GNAXSEV4J6299895 | 21,985.00 | (18,540.43) | 3,444.57 | 14,905.00 |
| LBR | 2018 Ford F150 VIN 1FTEW1CB2JFA19283 | 29,800.00 | (25,130.98) | 4,669.02 | 23,241.00 |
| LBR | 2018 Ford F150 VIN 1FTEW1CB7JFA08134 | 29,800.00 | (25,130.98) | 4,669.02 | 23,241.00 |
| LBR | 2018 Ford F150 XLT - VIN # 1FTEW1CB1JFA97585 | 5,908.94 | (4,983.14) | 925.80 | 26,221.00 |
| LBR | 2018 Ford F150 XLT S - VIN #1FTEW1CBXJFC80578 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Ford F150 XLT S - VIN #1FTEW1CBXJFC80578 | 5,908.92 | (4,983.12) | 925.80 | Duplicate |
| LBR | 2018 Ford F150 XLT S - VIN # 1FTEW1CBOJFC64910 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Ford F150 XLT S - VIN #  1FTEW1CBOJFC64910 | 5,993.90 | (5,054.78) | 939.12 | Duplicate |
| LBR | 2018 Ford F150 XLT S - VIN # 1FTEW1CB1JFA97585 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Ford F150 XLT S - VIN # 1FTEW1CB5JFC81122 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Ford F150 XLT S - VIN # 1FTEW1CB5JFC81122 | 5,908.92 | (4,983.12) | 925.80 | Duplicate |
| LBR | 2018 Jeep Compass - Sport -VIN #3C4NJDAB5JT481121 | 0.00 | 121.96 | 121.96 | Duplicate |
| LBR | 2018 Jeep Compass  VIN #3C4NJDAB7JT481122 ...OLIVE | 26,775.00 | (22,579.93) | 4,195.07 | 17,789.00 |
| LBR | 2018 Jeep Compass - VIN #3C4NJDABXJT418032...WHITE | 26,775.00 | (22,579.93) | 4,195.07 | 17,789.00 |
| LBR | 2018 Jeep Compass VIN #3C4NJDABXJT418032...WHITE | 26,775.00 | (22,579.93) | 4,195.07 | 17,789.00 |
| LBR | 2018 Used Ford F150 XL - VIN 1FTMF1C84HFA06951 | 19,840.00 | (16,731.50) | 3,108.50 | 23,241.00 |
| LBR | 2018 Used Ford F150 XL - VIN 1FTMF1C84HFA06951 | 5,188.94 | (4,375.95) | 812.99 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1C84HFB12062 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1C84HFB12062 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CB1JFC55469 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CB1JFC55469 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CB4JFC64716 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CB4JFC64716 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S -VIN 1FTEW1CB5JFC80844 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S -VIN 1FTEW1CB5JFC80844 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CBXJFB88242 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CBXJFB88242 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CG4JKD85216 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CG4JKD85216 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CG6JFC79763 | 22,720.00 | (19,160.26) | 3,559.74 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTEW1CG6JFC79763 | 5,908.94 | (4,983.14) | 925.80 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTMF1C85HKD38565 | 19,840.00 | (16,731.50) | 3,108.50 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S - VIN 1FTMF1C85HKD38565 | 5,188.94 | (4,375.95) | 812.99 | Duplicate |
| LBR | 2018 Used Ford F150 XLT S -VIN 1FTMF1CB5JKD80607 | 19,940.00 | (16,815.83) | 3,124.17 | 26,221.00 |
| LBR | 2018 Used Ford F150 XLT S -VIN 1FTMF1CB5JKD80607 | 5,188.94 | (4,375.95) | 812.99 | Duplicate |
| LBR | 2019 New Toyota Tac-VIN NUMBER: 5FTRX5GN2KX132673 | 27,137.00 | (22,885.21) | 4,251.79 | 26,116.00 |
| LBR | 2019 New Toyota Tac-VIN NUMBER: 5FTRX5GN7KX135178 | 27,137.00 | (22,885.21) | 4,251.79 | 26,116.00 |
| LBR | 2019 New Toyota Tac-VIN NUMBER: 5FTRX5GN7KX135424 | 27,137.00 | (22,885.21) | 4,251.79 | 26,116.00 |
| LBR | 2019 New Toyota Tac-VIN NUMBER: 5FTRX5GN8KX135304 | 27,137.00 | (22,885.21) | 4,251.79 | 26,116.00 |
| LBR | 2019 New Toyota Tac-VIN NUMBER: 5FTRX5GN9KX135179 | 27,137.00 | (22,885.21) | 4,251.79 | 26,116.00 |
| LBR | MIS 570CR Polaris 570 Crew Ranger ATV | 19,104.95 | (16,111.62) | 2,993.33 | 2,993.33 |
| LBR | Ram 1500 Tradesman - VIN#1C6RR7FG1KS577323 | 29,980.00 | (25,282.78) | 4,697.22 | 4,697.22 |

**Limetree Bay Refining, LLC**
**Case No: 21-32354**

**Vehicles**

| Debtor | Vehicle Description | Cost | Depreciation | Book Value | FMV |
|--------|--------------------|------|-------------|-----------|-----|
| LBR | Ram 1500 Tradesman - VIN#1C6RR7FG2KS544959 | 29,980.00 | (25,282.78) | 4,697.22 | 4,697.22 |
| LBR | Ram 1500 Tradesman - VIN#1C6RR7FG2KS544962 | 29,980.00 | (25,282.78) | 4,697.22 | 4,697.22 |
| LBR | Ram 1500 Tradesman - VIN#1C6RR7FG9KS544957 | 29,980.00 | (25,282.78) | 4,697.22 | 4,697.22 |
| LBR | Ram 1500 Tradesman - VIN#1C6RR7FG9KS544960 | 29,980.00 | (25,282.78) | 4,697.22 | 4,697.22 |
| LBR | TRAILER - ROCK SOLID CARGO ENCL #7H2BE1225MD030497 | 5,584.00 | (1,085.78) | 4,498.22 | 4,498.22 |
| LBR | TRAILER - ROCK SOLID CARGO ENCL #7H2BE1629MD030416 | 5,982.70 | (1,163.31) | 4,819.39 | 4,819.39 |
| **Total** | | **$ 1,090,785.65** | **$ (902,105.84)** | **$ 188,679.81** | **$ 835,020.02** |

**Fill in this information to identify the case:**

Debtor name **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **21-32354**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                                  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1  AltairStrickland V.I., LLC**<br>Creditor's Name<br><br>**1605 S. Battleground Road<br>La Porte, TX 77571**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Unknown**<br><br><br>Describe the lien<br>**Construction Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$4,106,717.42** | **Unknown** |
| **2.2  Christiansted Equipment Ltd.**<br>Creditor's Name<br>**PO Box 368<br>Christiansted, St. Croix, VI 00820**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Unknown**<br><br><br>Describe the lien<br>**Construction Lien**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$3,780,074.66** | **Unknown** |

Debtor    **Limetree Bay Refining, LLC**                Case number (if known)   **21-32354**
          Name

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.3  Cleaver-Brooks Sales & Service Inc.**
Creditor's Name

**1956 Singleton Blvd**
**Dallas, TX 75212**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Unknown**

Describe the lien
**Construction Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$120,738.00        Unknown

---

**2.4  Computer Solutions, Inc**
Creditor's Name

**d/b/a CosTrack Project Controls**
**3167 Energy Ln.**
**Casper, WY 82604**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Unknown**

Describe the lien
**Construction Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$376,100.91        Unknown

---

**2.5  Cust-O-Fab Specialty Services, LLC**
Creditor's Name

**8888 W 21st St**
**Sand Springs, OK 74063**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Unknown**

Describe the lien
**Construction Lien**

$3,284,871.07        Unknown

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Limetree Bay Refining, LLC**                          Case number (if known)   **21-32354**

Name

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Cust-O-Fab, LLC** | | **Describe debtor's property that is subject to a lien** | | $2,064,855.00 | Unknown |

Creditor's Name

**8888 West 21st Street
Sand Springs, OK 74063**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **EnerMech Mechanical Services, Inc** | | **Describe debtor's property that is subject to a lien** | | $501,059.41 | Unknown |

Creditor's Name

**14000 West Road
Houston, TX 77041**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor   **Limetree Bay Refining, LLC**                                 Case number (if known)   **21-32354**
         Name

| 2.8 | **Excel Construction & Maintenance VI** | Describe debtor's property that is subject to a lien | $24,943,041.69 | Unknown |

Creditor's Name

**8641 United Plaza Blvd**
**Baton Rouge, LA 70809**

Creditor's mailing address

**Unknown**

Describe the lien

**Construction Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☑ Disputed

---

| 2.9 | **Goldman Sachs Bank USA** | Describe debtor's property that is subject to a lien | $50,320,833.33 | Unknown |

Creditor's Name

**as Administrative Agent**
**200 West Street**
**New York, NY 10282**

Creditor's mailing address

**Certain accounts, chattel paper, deposit accounts, documents, equipment, fixtures, general intangibles, instruments, intellectual property, investment property, letters of credit, commercial tort claims...of any Senior Lenders Collateral**

Describe the lien

**Revolver Debt Guarantee**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ Contingent

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☑ Unliquidated
☐ Disputed

---

| 2.10 | **Great Southern Technologies LLC** | Describe debtor's property that is subject to a lien | $393,206.53 | Unknown |

Creditor's Name

**Department 96-0504**
**Oklahoma City, OK**
**73196-0504**

Creditor's mailing address

**Unknown**

Describe the lien

**Construction Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 1 | **HKA Enterprises, LLC** | Describe debtor's property that is subject to a lien | $450,172.78 | Unknown |
|---|---|---|---|---|

Creditor's Name

**337 Spartangreen Blvd.
Duncan, SC 29334**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 2 | **InServ Field Services USVI, LLC** | Describe debtor's property that is subject to a lien | $19,670,362.10 | Unknown |
|---|---|---|---|---|

Creditor's Name

**1900 N 161st East Ave
Tulsa, OK 74116**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 3 | **J. Aron & Company LLC** | Describe debtor's property that is subject to a lien | $221,952,054.00 | Unknown |
|---|---|---|---|---|

---

Debtor    **Limetree Bay Refining, LLC**        Case number *(if known)*    **21-32354**

Name

Creditor's Name

**Accounts, accounts receivable, hydrocarbons and other inventory, deposit accounts, instruments, chattel paper, documents, tax refunds, commercial tort claims, and replacement proceeds of the J. Aron Collateral**

**200 West Street**
**New York, NY 10282**

Creditor's mailing address

Describe the lien
**Estimate Safe Harbor Agreement Guarantee**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.14 | **J. Aron & Company LLC** | Describe debtor's property that is subject to a lien | $25,087,659.68 | Unknown |

Creditor's Name

**Accounts, accounts receivable, hydrocarbons and other inventory, deposit accounts, instruments, chattel paper, documents, tax refunds, commercial tort claims, and replacement proceeds of the J. Aron Collateral**

**200 West Street**
**New York, NY 10282**

Creditor's mailing address

Describe the lien
**Tem Debt Guarantee**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
☐ Disputed

---

| 2.15 | **Panametrics, LLC** | Describe debtor's property that is subject to a lien | $21,844.00 | Unknown |

Creditor's Name

**1401 Elm St., 5th Floor**
**Lockbox**
**Dallas, TX 75284-8502**

Creditor's mailing address

**Unknown**

Describe the lien
**Construction Lien**

Is the creditor an insider or related party?

■ No

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 9

Debtor  **Limetree Bay Refining, LLC**                                    Case number (if known)    **21-32354**
_____                                  _____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 6 | **Strategic Contract Resources, LLC** | **Describe debtor's property that is subject to a lien** | $830,079.50 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 823461**
**Philadelphia, PA 19182**

Creditor's mailing address                    **Unknown**

                                               **Describe the lien**
                                               **Construction Lien**
                                               **Is the creditor an insider or related party?**

Creditor's email address, if known            ■ No
                                               ☐ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 7 | **Universal Plant Services, (VI), LLC** | **Describe debtor's property that is subject to a lien** | $26,263,226.16 | Unknown |
|---|---|---|---|---|

Creditor's Name

**806 Seaco Court**
**Deer Park, TX 77536**

Creditor's mailing address                    **Unknown**

                                               **Describe the lien**
                                               **Construction Lien**
                                               **Is the creditor an insider or related party?**

Creditor's email address, if known            ■ No
                                               ☐ Yes
                                               **Is anyone else liable on this claim?**
**Date debt was incurred**                     ■ No
                                               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
| --- | --- | --- | --- |
| | Name | | |

**2.18**

**V.I. Industrial Services, LLC**
Creditor's Name

**PMB #6002 Est. Diamond Ruby**
**Christiansted, VI 00820**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$4,466,993.76     Unknown

---

**2.19**

**Vivot Equipment Corporation**
Creditor's Name

**9010 Estate Cottage**
**Christiansted, VI 00820**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Unknown**

**Describe the lien**
**Construction Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$9,765,557.08     Unknown

---

**2.20**

**Wilmington Trust, N.A.**
Creditor's Name

**1100 N. Market Street**
**Wilmington, DE 19890**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Certain accounts, chattel paper, deposit accounts, documents, equipment, fixtures, general intangibles, instruments, intellectual property, investment property, letters of credit, commercial tort claims...of any Senior Lenders Collateral**

**Describe the lien**
**Term Debt**

**Is the creditor an insider or related party?**
■ No
☐ Yes

$758,993,241.96     Unknown

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 9

Debtor    **Limetree Bay Refining, LLC**        Case number (if known)    **21-32354**

Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.21 | **Worley Pan American Corporation** | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $2,664,105.61      Unknown |
| | **f/k/a Jacobs Pan-Americasn Corp 5995 Rogerdale Road Houston, TX 77072** | **Unknown** | |
| | Creditor's mailing address | | |

**Describe the lien**

**Construction Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $1,160,056,794.65

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name    **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32354**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,108.93** |
|---|---|---|---|

**Abatix Corp**
**PO Box 6712020**
**Dallas, TX 75267-1202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,321.54** |
|---|---|---|---|

**ABC Janitors of St. Croix, Inc.**
**PO Box 24510**
**Christiansted, St. Croix, VI 00824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,548.75** |
|---|---|---|---|

**AC Systems Integration Inc**
**10325 E. 58th St**
**Tulsa, OK 74147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,250.00** |
|---|---|---|---|

**Access Sciences Corporation**
**1900 West Loop South**
**Suite 250**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164,787.82 |
|---|---|---|---|

**Acconda, LP**
**d/b/a Aqua Drill Internat**
**1300 FM 646 West**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,185.24 |
|---|---|---|---|

**Acuren Inspection, Inc.**
**PO Box 846313**
**Dallas, TX 75284-6313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,728.00 |
|---|---|---|---|

**Adams Valves, Inc**
**12303 Cutten Road**
**Houston, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284,227.00 |
|---|---|---|---|

**Advanced Electrical & Motor Control**
**1801 Hurd Drive**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420,437.78 |
|---|---|---|---|

**Advanced Overhead Crane Services, Inc.**
**22531 FM 2100 Rd**
**Crosy, TX 77532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $913,105.04 |
|---|---|---|---|

**AFCO Credit Insurance**
**4501 College Blvd**
**Suite 320**
**Leawood, KS 66211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,791.35 |
|---|---|---|---|

**AGI Industries, Inc**
**PO Box 3604**
**Lafayette, LA 70502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.30** |
|---|---|---|---|
| | **Air Cargo Carriers, LLC**<br>**4940 S. Howell Ave.**<br>**Milwaukee, WI 53207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,240.00** |
|---|---|---|---|
| | **Air Liquide America L.P.**<br>**PO Box 532609**<br>**Atlanta, GA 30353-2609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Aire Tech Mechanical Services, Inc**<br>**4362 Motorsports Dr**<br>**Concord, NC 28027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,131.00** |
|---|---|---|---|
| | **Akili, Inc.**<br>**901 W Walnut HIll Lane**<br>**Suite 130-B**<br>**Irving, TX 75038-1001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,018.53** |
|---|---|---|---|
| | **Alfred Conhagen, Inc. of Louisiana**<br>**1020 Industry Road**<br>**Kenner, LA 70062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$91,862.53** |
|---|---|---|---|
| | **Allen's Electric Motor Service, Inc**<br>**400 Roy Hoppy Hopkins Dr**<br>**Vivian, LA 71082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50,000.00** |
|---|---|---|---|
| | **Allison Industrial Services, LLC**<br>**19221 1-45 South**<br>**Shenandoah, TX 77385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Allison Industrial Services, LLC**
**19221 1-45 South**
**Shenandoah, TX 77385**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**AltairStrickland V.I., LLC**
**1605 S. Battleground Road**
**La Porte, TX 77571**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$79,875.00** |

**American Fuel & Petrochemical**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$379,535.29** |

**AMSPEC LLC**
**3800 Highway 225**
**Pasadena, TX 77503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,864,538.62** |

**Analytic Stress Relieving, Inc.**
**3118 W. Pinhook Road**
**Lafayette, LA 70505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,745.00** |

**Antilleson Engineers, Inc.**
**PO Box 3023**
**Kingshill, VI 00851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,524.50** |

**Antilles Gas Corporation**
**PO Box 5435**
**Christiansted, St. Croix, VI 00823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$281,250.00** |
|---|---|---|---|

**Arclight Capital Partners, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95,823.82** |
|---|---|---|---|

**Aries Worldwide Logistics**
1501 E. Richley Road
Houston, TX 77073

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$254,750.40** |
|---|---|---|---|

**Arvos Ljungstrom LLC**
3020 Truax Road
Wellsville, NY 14895

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,825.48** |
|---|---|---|---|

**ASGCO Manufacturing Inc**
301 W. Gordon Street
Allentown, PA 18102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$207,211.00** |
|---|---|---|---|

**Aspen Technology, Inc.**
20 Crosby Drive
Bedford, MA 01730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,391.20** |
|---|---|---|---|

**Atlantic Equipment Resources**
70 Kinderkamack Road
Emerson, NJ 07630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,170.00** |
|---|---|---|---|

**Austin Fire Systems, LLC**
PO Box 411
Prairieville, LA 70769

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset? ☐ No  ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$576,127.00**

Aveva Software, LLC
26561 Rancho Parkway South
Lake Forest, CA 92630-8301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325,978.56**

AWC INC
6655 Exchequer Dr
Baton Rouge, LA 70809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$535,821.39**

Axens NA
650 College Road East
Princeton, NJ 08540

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,071.00**

Aztron Chemical Services, Inc.
4530 New West Drive
Pasadena, TX 77507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00**

Badger Project Services LLC
2711 Lakeview Dr.
Rockport, TX 78382

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$529,010.82**

Baker Hughes Energy Services LLC
17021 Aldine Westfield Road
Houston, TX 77073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,323,806.17**

Baker Hughes Oilfield Operations, Inc
PO Box 301057
Dallas, TX 75303-1057

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,682.86** |
|---|---|---|---|
| | **Ballard Hospitality, LLC**<br>**180 New Camellia Blvd**<br>**Suite 100**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$190,741.45** |
|---|---|---|---|
| | **Ballard Hospitality-VI, LLC**<br>**180 New Camelia Blvd**<br>**Suite 100**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,873.92** |
|---|---|---|---|
| | **Barr Engineering Co.**<br>**4300 Market Pointe Dr.**<br>**Suite 200**<br>**Minneapolis, MN 55435** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$27,999.98** |
|---|---|---|---|
| | **Battery Backup Power, Inc**<br>**3183-F Airway Ave.**<br>**Suite 114**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,649.03** |
|---|---|---|---|
| | **Baytek International, Inc.**<br>**401 N. Shoreline Blvd.**<br>**Corpus Christi, VI 78401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$559,705.71** |
|---|---|---|---|
| | **Becht Engineering Co Inc.**<br>**22 Church Street**<br>**Liberty Corner, NJ 07938** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$46,590.38** |
|---|---|---|---|
| | **Beville Engineering Co.**<br>**7087 Corporate Way**<br>**Dayton, OH 45459** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,493.00** |
|---|---|---|---|

**BGS, L.L.C.**
**PO Box 1329**
**Gonzales, LA 70707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**Bohlke, LLC**
**PO Box 9936**
**Kingshill, VI 00850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$591,755.52** |
|---|---|---|---|

**Boulden Company Inc.**
**1013 Conshohocken Road**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Brand Safway Solutions USVI LLC**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Completion Program Bonus__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Broadband VI LLC**
**Attn: Michael**
**2163 Hospital St**
**Christiansted, VI 00820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Internet Services - for notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,200.00** |
|---|---|---|---|

**Broadleaf IT, LLC**
**d/b/a Broadleaf Gro**
**13100  Wortham Center Drive**
**Houston, TX 77065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,236.00** |
|---|---|---|---|

**BS&B Safety Systems, LLC**
**7455 E 46th Street**
**Tulsa, OK 74145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272,657.49** |
| --- | --- | --- | --- |

**Cameron Solution Inc a Schlumberger**
**PO Box 731413**
**Dallas, TX 75373-1413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,590.00** |
| --- | --- | --- | --- |

**Carrier Credit Services, Inc.**
**5350 W. Hillsboro Blvd.**
**Coconut Creek, FL 33073-4396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,690.00** |
| --- | --- | --- | --- |

**Catalyst and Chemical Containers, L**
**4935 Timber Creek Dr**
**Houston, TX 77017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,000.00** |
| --- | --- | --- | --- |

**Cembell Industries, Inc**
**PO Box 40**
**Norco, LA 70079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,028.31** |
| --- | --- | --- | --- |

**Centerline Car Rentals, Inc.**
**PO Box 1529**
**Kingshill, St. Croix, VI 00851-1529**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,677.85** |
| --- | --- | --- | --- |

**CFGI Holdings**
**d/b/a CFGI, LLC**
**99  High Street**
**30th Floor**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$427,918.25** |
| --- | --- | --- | --- |

**Chalmers & Kubeck, Inc.**
**PO Box 2447**
**Aston, PA 19014-0447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Chalmers & Kubeck, Inc.**<br>**PO Box 2447**<br>**Aston, PA 19014-0447** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Completion Program Bonus** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,578.52** |
|---|---|---|
| **Champion Petroleum, Inc.**<br>**LOT #26 Julio N Matos Ind Park**<br>**Carolina, PR 00984** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,680.49** |
|---|---|---|
| **Charter Brokerage LLC**<br>**383 Main Ave**<br>**Suite 400**<br>**Norwalk, CT 06851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421,308.55** |
|---|---|---|
| **Classic Controls, Inc.**<br>**5095 S. Lakeland Drive**<br>**Lakeland, FL 33813** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$151,478.00** |
|---|---|---|
| **Coking.com**<br>**3901 Kings Row**<br>**Reno, NV 89503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,623.21** |
|---|---|---|
| **Comdata Network, Inc.** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713,794.51** |
|---|---|---|
| **Complan USA LLC**<br>**16417 Squyres Road**<br>**Spring, TX 77379** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Trade Debt** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,967.03** |
|---|---|---|---|

**Compressed Air Corporation**
**450 West 27 Street**
**Hialeah, FL 33010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,689.83** |
|---|---|---|---|

**Compressor Controls Corporation**
**4745 121st Street**
**Des Moines, IA 50323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$122,770.00** |
|---|---|---|---|

**Concentric, LLC**
**6311 Antoine**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,728.05** |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010,072.19** |
|---|---|---|---|

**Control Associates Caribe**
**475 Street C**
**Guayabo, PR 00969-4272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$398,338.08** |
|---|---|---|---|

**Control System Technologies, LLC**
**PO Box 781686**
**Orlando, FL 32878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,870.36** |
|---|---|---|---|

**Controls Southeast Inc.**
**PO Box 742669**
**Atlanta, GA 30374-2669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,634,277.00 |
|---|---|---|---|

**Coral Management Group LLC**
435 N. 2nd Street
Lewiston, NY 14092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99,274.50 |
|---|---|---|---|

**Core and Main LP**
PO Box 28330
St. Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,946.00 |
|---|---|---|---|

**Cortelco Systems**
PO Box 7076
Caguas, PR 00726-7076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118,126.60 |
|---|---|---|---|

**Crawford Electric Supply**
36426 Hwy 30
Geismar, LA 70734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,610.00 |
|---|---|---|---|

**Crowley Liner Services**
9487 Regency Square Blvd
Jacksonville, FL 32225

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,397.00 |
|---|---|---|---|

**Crucianpoint, LLC**
PO Box 223062
Christiansted, VI 00822

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $170,825.00 |
|---|---|---|---|

**Cruzan Environmental**
PO Box 3018
St. Croix, VI 00851

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,613.58 |
|---|---|---|---|

**3.82**   Daily Thermetrics Corporation
5700 Hartsdale Drive
Houston, TX 77036

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$117,613.58

---

**3.83**   Nonpriority creditor's name and mailing address
Desalters-LLC
1947 Lago Vista Blvd
Palm Harbor, FL 34685

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$39,214.76

---

**3.84**   Nonpriority creditor's name and mailing address
DHL Express - USA
16592 Collections Center Drive
Chicago, IL 60693

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$7,278.59

---

**3.85**   Nonpriority creditor's name and mailing address
DNOW L.P.
PO Box 200822
Dallas, TX 75320-0822

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$569,424.84

---

**3.86**   Nonpriority creditor's name and mailing address
Don Peter
PO Box 5268
St. Croix, VI 00851

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$75.00

---

**3.87**   Nonpriority creditor's name and mailing address
Dresser-Rand Company
100 E Chemung St
Painted Post, NY 14870

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$3,671,292.62

---

**3.88**   Nonpriority creditor's name and mailing address
Dubois Chemicals Inc.
3630 East Kemper Road
Cincinnati, OH 45241

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

$12,949.84

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,243.82** |
|---|---|---|---|
| | **Duke Earl Given**<br>**2839 W Kennewick Ave**<br>**#186**<br>**Kennewick, WA 99336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,071.04** |
|---|---|---|---|
| | **Dyer & Payne, Inc.**<br>**455 Plaza Drive**<br>**Atlanta, GA 30349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,364,132.41** |
|---|---|---|---|
| | **Dynamic Innovative Corporation**<br>**306 Williams Delight**<br>**Frederiksted, VI 00840** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$138,175.59** |
|---|---|---|---|
| | **DYONYX, L.P.**<br>**13430 Northwest Freeway**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,894.00** |
|---|---|---|---|
| | **Eaton Corporation**<br>**1000 Eaton Boulevard**<br>**Cleveland, OH 44122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,530.00** |
|---|---|---|---|
| | **Elastec Inc**<br>**1309 West Main Street**<br>**Carmi, IL 62821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,034,562.76** |
|---|---|---|---|
| | **Elite Turnaround Specialists, Ltd.**<br>**225 S 16th Street**<br>**La Porte, TX 77571** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

**3.96** Nonpriority creditor's name and mailing address
**Elite Turnaround Specialists, Ltd.**
225 S 16th Street
La Porte, TX 77571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97** Nonpriority creditor's name and mailing address
**Elliott Company**
901 N. 4th Street
Jeannette, PA 15644

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$73,410.00**

---

**3.98** Nonpriority creditor's name and mailing address
**Embark Consulting LLC**
2919 Commerce Street
Suite 400
Dallas, TX 75226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$435,697.50**

---

**3.99** Nonpriority creditor's name and mailing address
**Emerson Puerto Rico, Inc.**
475 Calle C Suite 501 Los Frailes
Guayabo, PR 00969

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,391.95**

---

**3.100** Nonpriority creditor's name and mailing address
**Emic Communications, LLC**
863 Mission Hills Drive
New Braunfels, TX 78130

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,062.50**

---

**3.101** Nonpriority creditor's name and mailing address
**Engineered Parts and Services, Inc.**
PO Box 1899
Vega Alta, PR 00692-1899

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$356,895.48**

---

**3.102** Nonpriority creditor's name and mailing address
**Englobal U.S. Inc.**
225 Portwall St.
Houston, TX 77029

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,336,277.51**

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Environmental Protection Agency** <br> **Region 2** <br> **290 Broadway** <br> **New York, NY 10007-1866** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **for notice purposes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$126,390.00** |
|---|---|---|---|
| | **Environmental Systems Corporation** <br> **10801 N. Mopac Expressway** <br> **Bldg. 1, Suite 200** <br> **Austin, TX 78759** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,160.00** |
|---|---|---|---|
| | **Envision VI** <br> **PO Box 7446** <br> **St. Thomas, VI 00801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$62,450.00** |
|---|---|---|---|
| | **Erichson Company Inc** <br> **3008 18th Street** <br> **Metarie, LA 70002** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$194,230.00** |
|---|---|---|---|
| | **ERP Software Services LLC** <br> **1309 Coffeen Avenue** <br> **Suite 1200** <br> **Sheridan, WY 82801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$434,206.64** |
|---|---|---|---|
| | **Evoqua Water Technologies LLC** <br> **28563 Network Place** <br> **Chicago, IL 60673-1285** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Excel Construction & Maintenance VI** <br> **8641 United Plaza Blvd** <br> **Baton Rouge, LA 70809** | ■ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Completion Program Bonus** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**F&M Mafco, Inc.**<br>**9149 Dry Fork Road**<br>**Harrison, OH 45030** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$85,750.00** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**Farrell Equipment & Controls, Inc.**<br>**263 Cox Street**<br>**Roselle, NJ 07203** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,995.00** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Federal Express (USVI)**<br>**701 Waterford Way**<br>**Miami, FL 33126** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,010.81** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Fern Engineering**<br>**PO Box 957**<br>**Wareham, MA 02571** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,440.00** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**Fleetwood Project Services, LLC**<br>**5 Kagle Ct**<br>**Chapin, SC 29036** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$70,000.00** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.115 | **Nonpriority creditor's name and mailing address**<br>**Flemings' Transport Co., Inc.**<br>**PO Box 4310**<br>**St. Croix, VI 00851** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,827.19** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address**<br>**Flexicrew Technical, LLC**<br>**7047 Lee Hwy**<br>**Suite 100**<br>**Chattanooga, TN 37421** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$18,750.00** |
| | Date(s) debt was incurred _ | Basis for the claim: <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

**3.117**

Nonpriority creditor's name and mailing address
**Flexitank, Inc.**
**PO Box 51928**
**Toa Baja, PR 00950-1928**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.118**

Nonpriority creditor's name and mailing address
**Flowserve US INC**
**4179 Collections Center Drive**
**Chcago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,082,523.27**

---

**3.119**

Nonpriority creditor's name and mailing address
**FMMVI, LLC**
**11634 Darryl Drive**
**Baton Rouge, LA 70815**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$325,027.14**

---

**3.120**

Nonpriority creditor's name and mailing address
**FR Consulting LLC**
**Calle Sol A-6**
**Puertas Del Sol**
**Fajardo, PR 00738**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$51,870.00**

---

**3.121**

Nonpriority creditor's name and mailing address
**Freepoint Commodities LLC**
**58 Commerce Road**
**Stamford, CT 06902**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$33,575.25**

---

**3.122**

Nonpriority creditor's name and mailing address
**G.A.S. Global Services LLC**
**14100 Southwest Freeway**
**Suite 320**
**Sugar Land, TX 77479**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,415.00**

---

**3.123**

Nonpriority creditor's name and mailing address
**G4S Secure Integration**
**PO Box 74008035**
**Chicago, IL 60674-8035**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$80,678.84**

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492,093.00 |
|---|---|---|---|
| | **Gas Turbine Parts & Services, Inc.**<br>**421 Route 146**<br>**Halfmoon, NY 12065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $464,696.17 |
|---|---|---|---|
| | **General Gases of the VI, Inc.**<br>**PO Box 363868**<br>**San Juan, PR 00936-3868** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,122.39 |
|---|---|---|---|
| | **Generator and Motor Services**<br>**601 Braddock Avenue**<br>**Turtle Creek, PA 15145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010,485.57 |
|---|---|---|---|
| | **Gibson, Dunn, & Crutcher LLP**<br>**811 Main Street**<br>**Houston, TX 77002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Legal Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,442.46 |
|---|---|---|---|
| | **Global Engagement Support Services**<br>**PO Box 964**<br>**Christiansted, VI 00821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $251,423.20 |
|---|---|---|---|
| | **Gulf Oil Limited Partnership**<br>**80 Williams Street**<br>**Wellesley Hills, MA 02481** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346,129.12 |
|---|---|---|---|
| | **H & K Engineering, LLC**<br>**2644 S. Sherwood Forest Blvd**<br>**Baton Rouge, LA 70816** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $202,692.40 |
|---|---|---|---|

**Hatfield and Company, Inc.**
2475 Discovery Blvd.
Rockwall, TX 75032

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,557.69 |
|---|---|---|---|

**Heavy Materials, LLC**
1 Estate Montpellier
St. Croix, VI 00840

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135.26 |
|---|---|---|---|

**HireRight LLC**
PO Box 847891
Dallas, TX 75284-7891

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,289.00 |
|---|---|---|---|

**HMT LLC**
24 Waterway Ave
The Woodlands, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**HMT LLC**
24 Waterway Ave
The Woodlands, TX 77380

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Completion Program Bonus__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $826,490.20 |
|---|---|---|---|

**Honeywell Enraf Americas, Inc.**
2000 Northfield Court
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $326,646.21 |
|---|---|---|---|

**Honeywell International Inc (Proces**
1250 Sam Houston Parkway South
Houston, TX 77042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,193.00**

**Houston Dynamic Service, Inc.**
**8150 Lawndale**
**Houston, TX 77012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,957.00**

**Hudson Products Corporation**
**9660 Grunwald Rd**
**Beasley, TX 77417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,881.36**

**IHS Global Inc.**
**PO Box 847193**
**Dallas, TX 75284-7193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,768.57**

**Industrial Fittings & Valves**
**PO Box 2329**
**Toa Baja, PR 00951-2329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**InServ Field Services USVI, LLC**
**1900 N 161st East Ave**
**Tulsa, OK 74116**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Completion Program Bonus**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,543.77**

**Insulating Services, Inc.**
**10709 Granite St.**
**Suite H**
**Charlotte, NC 28273-6353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,781,755.76**

**Intertek USA, Inc.**
**200 Westlake Park Blvd.**
**Suite 400**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,998.20** |
|---|---|---|---|
| | **ISS Marine Services, Inc.** | ☐ Contingent | |
| | **11 North Water Street** | ☐ Unliquidated | |
| | **Mobile, AL 36602** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$712.70** |
|---|---|---|---|
| | **Jeffrey Rinker** | ☐ Contingent | |
| | **4410 Westheimer Rd.** | ☐ Unliquidated | |
| | **Apt. 1401** | ☐ Disputed | |
| | **Houston, TX 77027** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70,000.00** |
|---|---|---|---|
| | **John C. Cothern** | ☐ Contingent | |
| | **8 Barberry Court** | ☐ Unliquidated | |
| | **Columbia, SC 29212** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$767,815.90** |
|---|---|---|---|
| | **John Crane Inc.** | ☐ Contingent | |
| | **24929 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1249** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$233,490.25** |
|---|---|---|---|
| | **John Crane Inc.** | ☐ Contingent | |
| | **24929 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1249** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$235,246.88** |
|---|---|---|---|
| | **John Zink Co LLC** | ☐ Contingent | |
| | **11920 E Apache St** | ☐ Unliquidated | |
| | **Tulsa, OK 74116** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,947.00** |
|---|---|---|---|
| | **Johnson Matthey Inc** | ☐ Contingent | |
| | **d/b/a TracerCo** | ☐ Unliquidated | |
| | **88724 Expedite Way** | ☐ Disputed | |
| | **Chicago, IL 60695** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,328.48**

**Jones Diesel and Marine LLC**
8510 SR 207
Hastings, FL 32145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,942.66**

**Kelvion Inc**
Dept. 1195
Tulsa, OK 74182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$685.40**

**Law Office of Dougals L Capdeville**
2107 Company Street
Suite 2
Christiansted, VI 00820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48,142.50**

**Law Offices of Roberta M. Rossi**
101  Industrial Court
Conroe, TX 77301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,553.66**

**Limetree Bay Energy, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,936,683.40**

**Limetree Bay Refining Marketing, LLC**
#1 Estate Hope
Christiansted, VI 00820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,570,563.51**

**Limetree Bay Refining Operating, LLC**
#1 Estate Hope
Christiansted, VI 00820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Intercompany Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,035,428.23**

**Limetree Bay Terminals, LLC**
**#1 Estate Hope**
**Christiansted, VI 00820-5652**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Intercompany Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☒ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,024.00**

**Lo-Rez Vibration Control Ltd.**
**186 W. 8th Ave.**
**Vancouver, BC V5Y 1N2**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**Lockton Companies, LLC**
**PO Box 123036**
**Dallas, TX 75312-3036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,104.00**

**Lucas Associates Temps, Inc.**
**950 East Paces Ferry Road**
**Suite 2300**
**Atlanta, GA 30326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,598.81**

**M. R. Franceshini, Inc**
**611 Condado Ave**
**San Juan, PR 00907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$549,548.76**

**Mammoet USA South, Inc.**
**20525 FM 521**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173,233.63**

**Marsh USA Inc.**
**PO Box 846015**
**Dallas, TX 75284-6015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,900.00** |
|---|---|---|---|

**McDonough Construction Rentals, Inc**
8400 Villa Dr
Houston, TX 77061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Melissa Gilbert**
P. O. Box 2676
Frederiksted, VI 00841

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.04** |
|---|---|---|---|

**MetLife - Group Benefits**
PO Box 804666
Kansas City, MO 64180-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$96,743.85** |
|---|---|---|---|

**Mistras Group, Inc.**
PO Box 405694
Atlanta, GA 30384-5694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$43,281.50** |
|---|---|---|---|

**Morcom International, Inc.**
3656 Centerview Drive
Unit 1
Chantilly, VA 20151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$66,356.75** |
|---|---|---|---|

**Mostardi Platt**
888 Industrial Drive
Elmhurst, IL 60126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$575,114.45** |
|---|---|---|---|

**Muse, Stancil & Co.**
5080 Spectrum Drive
Addison, TX 75001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade Debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

**3.173** | Nonpriority creditor's name and mailing address

**NAES Corporation**
**1180 NW Maple Street**
**Suite 200**
**Issaquah, WA 98027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$61,767.56**

---

**3.174** | Nonpriority creditor's name and mailing address

**Nalco U.S. 2 Inc**
**1601 West Diehl Road**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$137,940.41**

---

**3.175** | Nonpriority creditor's name and mailing address

**Nalco U.S. 2 Inc**
**1601 West Diehl Road**
**Naperville, IL 60563**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$390,121.78**

---

**3.176** | Nonpriority creditor's name and mailing address

**National Elecrtic Motor & Supply Co**
**PO Box 40443**
**Baton Rouge, LA 70835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$12,035.00**

---

**3.177** | Nonpriority creditor's name and mailing address

**National Elecrtic Motor & Supply Co**
**PO Box 40443**
**Baton Rouge, LA 70835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,280.00**

---

**3.178** | Nonpriority creditor's name and mailing address

**National Industrial Services, LLC**
**PO Box 1545**
**Kingshill, St. Croix, VI 00851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,132,667.83**

---

**3.179** | Nonpriority creditor's name and mailing address

**National Industrial Services, LLC**
**PO Box 1545**
**Kingshill, St. Croix, VI 00851**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89,140.79** |
|---|---|---|---|
| | **National Parts**<br>**455 Plaza Drive**<br>**Atlanta, GA 30349** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,673.00** |
|---|---|---|---|
| | **Nettime Solutions LLC**<br>**1600 N. Desert Drive**<br>**Suite 125**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.50** |
|---|---|---|---|
| | **New York Wiping & Industrial Produc**<br>**PO Box 2151**<br>**San Juan, PR 00922-2151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,089.00** |
|---|---|---|---|
| | **O'Neale's Transport, Inc.**<br>**PO Box 7550**<br>**Christiansted, VI 00823** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|
| | **Ocean Systems Laboratory Inc.**<br>**6194 ESTATE FRYDENHOJ**<br>**St Thomas, VI 00802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,830.00** |
|---|---|---|---|
| | **Oliver Exterminating of St. Croix I**<br>**PO Box 787**<br>**St. Croix, VI 00821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,763.00** |
|---|---|---|---|
| | **Operation Technology, Inc**<br>**17 Goodyear**<br>**Irvine, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _Trade Debt_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,195.00 |
|---|---|---|---|

**Opportune LLP**
**711 Louisiana Street**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ParFab Field Services, LLC**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: **Completion Program Bonus**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,657.00 |
|---|---|---|---|

**Paxton Van Lines, Inc.**
**5300  Port Royal Road**
**Springfield, VA 22151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pem-Tech Inc**
**12144 Dairy Ashford**
**Bldg 2**
**Sugar Lane, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|---|

**Pentair Filtrations Solutions, LLC**
**16622 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $482,845.65 |
|---|---|---|---|

**Perkins Coie LLP**
**1201 Third Avenue**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Legal Fees**

Last 4 digits of account number

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200,000.00 |
|---|---|---|---|

**Phil Badgwell II**
**1835 Langham Forest Blvd**
**Orange, TX 77630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,095.00** |
| | **Piller TSC Blower Corp** | ☐ Contingent | |
| | **445 Duane Avenue** | ☐ Unliquidated | |
| | **Schenectady, NY 12304** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
| | **Pimsoft, Inc** | ☐ Contingent | |
| | **14701 St. Mary's Lane** | ☐ Unliquidated | |
| | **Suite 175** | ☐ Disputed | |
| | **Houston, TX 77079** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,018.17** |
| | **Pinnacle Asset Integrity Services** | ☐ Contingent | |
| | **d/b/a PinnacleArt** | ☐ Unliquidated | |
| | **1 One Pinnacle Road** | ☐ Disputed | |
| | **Pasadena, TX 77504** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,308,633.57** |
| | **Pinnacle Services, LLC** | ☐ Contingent | |
| | **6002 Diamond Ruby** | ☐ Unliquidated | |
| | **Christiansted, VI 00820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Pinnacle Services, LLC** | ■ Contingent | |
| | **6002 Diamond Ruby** | ■ Unliquidated | |
| | **Christiansted, VI 00820** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Completion Program Bonus** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,897.85** |
| | **Piping Technology & Products, Inc.** | ☐ Contingent | |
| | **PO Box 34506** | ☐ Unliquidated | |
| | **Houston, TX 77234-4506** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,678.96** |
| | **Polaris Engineering, Inc** | ☐ Contingent | |
| | **PO Box 125** | ☐ Unliquidated | |
| | **Lake Charles, LA 70602** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,513.88** |
| | **Powmat Ltd**<br>**321 Usgers Road**<br>**Ballston Lake, NY 12019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186,382.53** |
| | **Precision Engineering Inc**<br>**400 Saint Loius St**<br>**Mobile, AL 36602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160,589.09** |
| | **Precision Filtration Products**<br>**PO Box 218**<br>**Pennsburg, PA 18073-0218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109,609.46** |
| | **Premium Inspection & Testing, Inc**<br>**8225 Florida Blvd**<br>**Baton Rouge, LA 70806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$88,285.91** |
| | **Prestige Technology Corp**<br>**1101 South Rogers Circle**<br>**Boca Raton, FL 33487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141,299.54** |
| | **Primaisla Inc**<br>**3009 Pamplico Hwy**<br>**Florence, SC 29505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,033.00** |
| | **Priority Roro Services**<br>**PO Box 3251**<br>**Mayaguez, PR 00880** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$114,641.96** |
|---|---|---|---|

**Process Technical Services, Inc.**
14550 Torrey Chase Blvd
Suite 220
Houston, TX 77014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$284,600.00** |
|---|---|---|---|

**Prometheus Group Enterpises, LLC**
1101 Haynes Street
Suite 218
Raleigh, NC 27604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,903.23** |
|---|---|---|---|

**Puerto Rico Valve & Fitting, LLC**
393 Canas St
Estancias  Del Rio
Hormigueros, PR 00660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.50** |
|---|---|---|---|

**Quality Electric Supply, Inc.**
6703 Peters Rest.
Christiansted, VI 00820

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,936.75** |
|---|---|---|---|

**RAC Enterprises, Inc.**
PO Box 6377
Caguas, PR 00726-6377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,790.62** |
|---|---|---|---|

**Rafael Benitez Carrillo, Inc.**
PO Box 362769
San Juan, PR 00936-2769

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,673.71** |
|---|---|---|---|

**Ramboll US Corp**
4350 N Fairfax Drive
Arlington, TX 10167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,544,407.79 |
|---|---|---|---|

**Reactor Resources LLC**
**3000 FM 517 W.**
**Alvin, TX 77511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,586.10 |
|---|---|---|---|

**RelaDyne Reliability Services Inc**
**15150 West Drive**
**Houston, TX 77053-4818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,233.24 |
|---|---|---|---|

**Relevant Industrial, LLC**
**PO Box 95605**
**Grapevine, TX 76099-9730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,994.40 |
|---|---|---|---|

**Resal Inc.**
**2900 Tuxedo Avenue**
**West Palm Beach, FL 33405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $489,732.69 |
|---|---|---|---|

**Rev1 Oil & Gas LLC**
**100 N Tampa St.**
**Suite 2300**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,365.33 |
|---|---|---|---|

**RIMCO**
**312 John F. Kennedy KM 3.7**
**San Juan, PR 00920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,282.46 |
|---|---|---|---|

**Ritz Instrument Transformers, Inc**
**25 Hamburg Ave**
**Lavonia, GA 30553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,360.00 |
|---|---|---|---|

**Rocco Colabella**
**13035 Royal George Avenue**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,046,534.14 |
|---|---|---|---|

**Rockwell Automation Puerto RIco, Inc**
**Calle 1 Metro Office 6**
**Suite 304**
**Guayabo, PR 00968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Roland Richardson**
**8A-1 Carlton**
**St. Croix, VI 00840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,015.00 |
|---|---|---|---|

**Rotating Machinery Services, Inc.**
**2760 Baglyos Circle**
**Bethlehem, PA 18020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,753.58 |
|---|---|---|---|

**RTP Environmental Associates, Inc.**
**304-A West Millbrook Road**
**Raleigh, NC 27609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,080.00 |
|---|---|---|---|

**Sampling Systems**
**708 N Main St.**
**Sweeny, TX 77480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,862.02 |
|---|---|---|---|

**Savage Services**
**PO Box 30015**
**Salt Lake City, UT 84130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,936,592.60 |
|---|---|---|---|

**3.229**

Nonpriority creditor's name and mailing address
**Savage St. Croix, LLC**
**Dept. 418**
**Salt Lake City, UT 84130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$2,936,592.60

---

**3.230**

Nonpriority creditor's name and mailing address
**Securities and Exchange Comm.**
**175 West Jackson Blvd.**
**Suite 900**
**Chicago, IL 60604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.231**

Nonpriority creditor's name and mailing address
**Sedgwick Claims Mgmt Services, Inc**
**1833 Centre Point Circle**
**Suite 139**
**Naperville, IL 60639**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,155,000.00

---

**3.232**

Nonpriority creditor's name and mailing address
**Sentinel Integrity Solutions VI**
**6606 Miller Road 2**
**Houston, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$153,111.54

---

**3.233**

Nonpriority creditor's name and mailing address
**SGS North America, Inc**
**6601 Kirkville Road**
**East Syracuse, NY 13057**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,913.00

---

**3.234**

Nonpriority creditor's name and mailing address
**Sherwin-Williams**
**35-36 Industrial Park**
**St. Croix, VI 00820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,431.40

---

**3.235**

Nonpriority creditor's name and mailing address
**Sloan Schoyer**
**P. O. Box 280**
**Biddeford Pool, ME 04006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$32,121.00

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,985.12** |
|---|---|---|---|
| | **South Coast Fire & Safety**<br>**6230 Brookhill Dr.**<br>**Houston, TX 77087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,106.25** |
|---|---|---|---|
| | **Southeast Rigging Inc.**<br>**429 Talleyrand Avenue**<br>**Jacksonville, FL 32202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,897.50** |
|---|---|---|---|
| | **Spectrum Environmental Solutions**<br>**2340 W. Braker Lane**<br>**Austin, TX 78642** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,998.00** |
|---|---|---|---|
| | **Speed Valve & Specialty Infrared, Inc.**<br>**951  E FM 646**<br>**Dickinson, TX 77539** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,829.84** |
|---|---|---|---|
| | **Sprung Instant Structures, Inc.**<br>**5711 West Dannon Way**<br>**West Jordan, UT 84081** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,494.00** |
|---|---|---|---|
| | **Stantec Consulting Services Inc**<br>**13980 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$372,200.00** |
|---|---|---|---|
| | **Stanton Chase of Houston, LLC**<br>**11700 Katy Freeway**<br>**Suite 630**<br>**Houston, TX 77079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | 21-32354 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,090.00 |
|---|---|---|---|

**Steel and Pipes Inc**
**PO Box 5309**
**Caguas, PR 00726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,750.00 |
|---|---|---|---|

**Stormgeo, Inc.**
**Dept. 3728**
**Dallas, TX 75312-3728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $29,050.00 |
|---|---|---|---|

**Stout Risius Ross, Inc.**
**1700  Pacific Avenue**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $117,700.00 |
|---|---|---|---|

**Sulphur Experts Inc.**
**12 Manning Close NE**
**Suite 102**
**Calgary, Alberta T2E 7N6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $118,569.38 |
|---|---|---|---|

**Sulzer Pumps (US) Inc.**
**200 SW Market St**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $837,495.80 |
|---|---|---|---|

**Sulzer Turbo Services Houston, Inc.**
**11518 Old La Porte Road**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $137,080.62 |
|---|---|---|---|

**Sulzer Turbo Services New Orleans I**
**1516 Engineers Road**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,000.58** |
|---|---|---|---|
| | **Sunbelt Supply Co.** | ☐ Contingent | |
| | **d/b/a Major Inc.** | ☐ Unliquidated | |
| | **210 McGaw Drive** | ☐ Disputed | |
| | **Edison, NJ 75395-1037** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,377.50** |
|---|---|---|---|
| | **Supra Products of PR, Inc.** | ☐ Contingent | |
| | **PO Box 810173** | ☐ Unliquidated | |
| | **Carolina, PR 00981-0173** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,000.00** |
|---|---|---|---|
| | **Synapse Consulting Services LLC** | ☐ Contingent | |
| | **1227 Princeton St** | ☐ Unliquidated | |
| | **Columbia, SC 29205** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,761.00** |
|---|---|---|---|
| | **Teledyne Instruments, Inc.** | ☐ Contingent | |
| | **12497 Collections Center Dr** | ☐ Unliquidated | |
| | **Chicago, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$447,634.92** |
|---|---|---|---|
| | **The Dow Chemical Company** | ☐ Contingent | |
| | **1 East Main Street** | ☐ Unliquidated | |
| | **Bay City, MI 48708** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **The Gov't of The U.S. Virgin Islands** | ☐ Contingent | |
| | **Department of Finance** | ☐ Unliquidated | |
| | **2314 Kronprinsdens Gade** | ☐ Disputed | |
| | **St. Thomas, VI 00804** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>Trade Debt</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **The Gov't of the U.S. Virgin Islands** | ☐ Contingent | |
| | **Dept. of Planning & Natural Resources** | ☐ Unliquidated | |
| | **Div. of Environmental Protection** | ☐ Disputed | |
| | **45 Mars Hill** | | |
| | **Frederiksted, St. Croix, VI 00840** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  <u>for notice purposes</u> | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,569.45** |
|---|---|---|---|

**Thermo Process Instruments L.P.**
**27 Forge Parkway**
**Franklin, MA 02038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$161,320.30** |
|---|---|---|---|

**Three L Inc**
**12235 Robin Blvd**
**Houston, TX 77045-4826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70,833.00** |
|---|---|---|---|

**Three L Inc**
**12235 Robin Blvd**
**Houston, TX 77045-4826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,717.74** |
|---|---|---|---|

**ThunderCLouds Labs LLC**
**20759 Fenwick Dr**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$754,982.37** |
|---|---|---|---|

**TISI VI, LLC**
**13131 Dairy Ashford Rd**
**Suite 600**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,316.07** |
|---|---|---|---|

**Tomas Cuerda, Inc**
**Calle 2 #116 Villa Nevarez Commerci**
**San Juan, PR 00927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$367,585.51** |
|---|---|---|---|

**Total Safety U.S., Inc.**
**11111 Wilcrest Green Drive**
**Dallas, TX 75265-4171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Trade Debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,857.00** |
|---|---|---|---|
| | **Trane Puerto Rico, Inc.**<br>**PO Box 9000**<br>**San Juan, PR 00908** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,205.08** |
|---|---|---|---|
| | **Tricor Direct Inc**<br>**d/b/a Seton**<br>**PO Box 95904**<br>**Chicago, IL 60694** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,495.76** |
|---|---|---|---|
| | **Trinity Consultants Inc**<br>**PO Box 972047**<br>**Dallas, TX 75397-2047** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,125.25** |
|---|---|---|---|
| | **Tropical Shipping Company Limited**<br>**PO Box 3003**<br>**Kingshill, VI 00851** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139,900.80** |
|---|---|---|---|
| | **TRS Global Services, LLC**<br>**2105 Skinner Road**<br>**Houston, TX 77093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **TTI-Peak** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Completion Program Bonus** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$621,953.17** |
|---|---|---|---|
| | **Turnaround Consulting Services, LLC**<br>**3618 Sierra Circle**<br>**Sulphur, LA 70665** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Turnaround Consulting Services, LLC**
**3618 Sierra Circle**
**Sulphur, LA 70665**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,558.00** |
|---|---|---|---|

**Twin City Clarage, LLC**
**5959 Trenton Lane**
**Minneapolis, MN 55442-3237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,600.00** |
|---|---|---|---|

**Twin City Island Spirits, Inc**
**4000 Sion Farm**
**Christiansted, VI 00820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,013.75** |
|---|---|---|---|

**Tysam Tech LLC**
**PO Box 8438**
**St. Croix, VI 00823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Attorney's Office**
**Distrct of the Virgin Islands**
**1108 King Street**
**Suite 201**
**Christiansted, St. Croix, VI 00820-4951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**U.S. Attorney's Office**
**Southern District of Texas**
**1000 Louisiana Street**
**Suite 2300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **for notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**UHP Projects, Inc.**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Completion Program Bonus**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|
| | Name | | |

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Universal Plant Services, (VI), LLC**
**806 Seaco Court**
**Deer Park, TX 77536**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Completion Program Bonus**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$128,018.82**

**URVI, Inc.**
**PO Box 100711**
**Atlanta, GA 30384-0071**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**V.I. Bureau of Internal Revenue**
**4008 Estate Diamond**
**Plot 7-B**
**Christiansted, VI 00820-4421**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**V.I. Industrial Services, LLC**
**PMB #6002 Est. Diamond Ruby**
**Christiansted, VI 00820**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Completion Program Bonus**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$619,690.00**

**V.I. Recycling Company**
**PMB1026002 Diamond Ruby**
**Christiansted, VI 00820**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**V.I. Terminal Services (VITS)**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim:  **Completion Program Bonus**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.00**

**Veconinter USA, LLC**
**7205NW 19th St.**
**Suite 303**
**Miami, FL 33126**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,196,472.15** |
|---|---|---|---|
| | **Versa Integrity Group, Inc.** | ☐ Contingent | |
| | **4301 Hwy 27 South** | ☐ Unliquidated | |
| | **Sulphur, LA 70665** | ☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,395.90** |
|---|---|---|---|
| | **Victory Energy Operations, LLC** | ☐ Contingent | |
| | **10701 E. 126th ST N.** | ☐ Unliquidated | |
| | **Collinsville, OK 74021** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$511,572.00** |
|---|---|---|---|
| | **Virgin Islands Paving, Inc.** | ☐ Contingent | |
| | **PO Box 4720** | ☐ Unliquidated | |
| | **Kingshill, VI 00851-4720** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,936.00** |
|---|---|---|---|
| | **Visual Edge Technology** | ☐ Contingent | |
| | **d/b/a AXSA IMA** | ☐ Unliquidated | |
| | **2100 N Reagan Blvd.** | ☐ Disputed | |
| | **Longwood, FL 32750** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Viya** | ☐ Contingent | |
| | **4006 Estate Diamond** | ☐ Unliquidated | |
| | **Christiansted, VI 00820-4436** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,566.66** |
|---|---|---|---|
| | **Voith US Inc.** | ☐ Contingent | |
| | **c/o GBS Accounting** | ☐ Unliquidated | |
| | **PO Box 15639** | ☐ Disputed | |
| | **York, PA 17405** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,175,932.76** |
|---|---|---|---|
| | **VWNA Caribbean, LLC** | ☐ Contingent | |
| | **1131 King Street** | ☐ Unliquidated | |
| | **Christiansted, VI 00820** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |
|---|---|---|---|
| | Name | | |

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$30,565.24** |
|---|---|---|---|

**W.W. Grainger, Inc**
**2255 NW 89 Place**
**Miami, FL 33176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93,692.51** |
|---|---|---|---|

**Warren Del Caribe**
**PO Box 70217**
**San Juan, PR 00936-8612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100,800.00** |
|---|---|---|---|

**Weldship Industries**
**225 W 2nd Street**
**Bethlehem, PA 18015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$495,860.22** |
|---|---|---|---|

**Wesco Distribution, Inc.**
**PO Box 676780**
**Dallas, TX 75267-6780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,008.07** |
|---|---|---|---|

**Wesco Distribution, Inc.**
**PO Box 676780**
**Dallas, TX 75267-6780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**Whitaker IT, LLC**
**d/b/a Whitaker Techn**
**Dept 50**
**PO Box 4346**
**Houston, TX 77210-4346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,855.00** |
|---|---|---|---|

**Wholesale Electric Supply Co.**
**4040 Gulf Freeway**
**Houston, TX 77004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Trade Debt</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Limetree Bay Refining, LLC** | Case number (if known) | **21-32354** |
|---|---|---|---|

| 3.299 | **Nonpriority creditor's name and mailing address**<br>**Wilmington Trust, N.A.**<br>**246 Goose Lane**<br>**Guilford, CT 06437** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,715.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.300 | **Nonpriority creditor's name and mailing address**<br>**Windrock, Inc**<br>**24307 Network Place**<br>**Chicago, IL 60673** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$260,738.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address**<br>**Worley Pan American Corporation**<br>**4949 Essen Lane**<br>**Baton Rouge, LA 70809** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,840.52** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address**<br>**Wunderlich-Malec Engineering, Inc.**<br>**6101  Blue Circle Drive**<br>**Eden Prairie, MN 55343** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,120.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address**<br>**Xerox Corporation**<br>**PO Box 802555**<br>**Chicago, IL 60680-2555** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,786.63** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Antilles Gas Corporation**<br>**19 Estate Pearl**<br>**Christiansted, St. Croix, VI 00823** | Line  **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Intertek USA, Inc.**<br>**Attn: Legal**<br>**545 E. Algonquin Road**<br>**Arlington Heights, IL 60005** | Line  **3.144**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Limetree Bay Refining, LLC** | | Case number (if known) | **21-32354** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Office of the Attorney General**<br>**US Virgin Island Dept of Justice**<br>**34-38 Kronprindsens Gade**<br>**GERS Building, 2nd Floor**<br>**St Thomas, VI 00802** | Line  **3.255**<br><br>☐  Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | +  $ | 271,768,751.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 271,768,751.13 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32354**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Professional Services Agreement - LTR-211 and Change Orders**<br><br><br><br>A&G Energy LLC<br>P.O. Box 70979<br>Houston, TX 77270 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Engineering Services Agreement Contract No. LTR-440**<br><br>expires 4/11/22<br><br>AC Systems Integration, Inc.<br>10325 E. 58th Street<br>Tulsa, OK |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br><br>State the term remaining<br><br>List the contract number of any government contract | **Term Services Agreement Contract Number: LTR-262 with work releases and addenda - Aqua Milling®, Chemical Cleaning, and Low DeciblowSM Pipe Cleaning Services**<br><br>Acconda L.P.<br>d/b/a Aqua Drill International<br>1300 FM 646 West<br>Dickinson, TX 77539 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Amendment and Joinder Agreement**<br><br><br><br>Acuren Inspection, Inc.<br>P.O. Box 846313<br>Dallas, TX 75284-6313 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)    **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **IT Consulting Agreement - Addendum No. 14** | |
|---|---|---|---|
| | State the term remaining | **expires 8/31/21** | **Adrian Kubran** |
| | List the contract number of any government contract | | **12522 Gable Mills Dr** **Cypress, TX 77433** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-078 with addenda and work releases** | |
|---|---|---|---|
| | State the term remaining | | **Advanced Overhead Crane Services, Inc.** |
| | List the contract number of any government contract | | **22531 FM 2100 Road** **Crosby, TX 77532** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Software Service Agreement (LTR-099A)** | |
|---|---|---|---|
| | State the term remaining | | **Advisian Digital** |
| | List the contract number of any government contract | | **4949 Essen Lane** **Baton Rouge, LA 70809** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Fire Insurance Policy No. 026** **001001324-01-000000** | |
|---|---|---|---|
| | State the term remaining | **expires 9/1/21** | **AIG Insurance Company - Puerto Rico** **Marsh & Sterling** **1336 Beljen Road** |
| | List the contract number of any government contract | | **Suite 300, Charlotte Amalie** **St Thomas, VI 00802** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Evacuation Program Agreement LTR-289 for 2019 and 2020 and Terms and Conditions** | |
|---|---|---|---|
| | State the term remaining | **expires 7/31/21** | **Air Partner, Inc.** **1100 Lee Wagner Blvd** **Suite 328** |
| | List the contract number of any government contract | | **Ft. Lauderdale, FL 33315** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-307** | **Aire Tech Mechanical Services, Inc** **4362 Motorsports Drive** **Concord, NC 28027** |
|---|---|---|---|

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-378) - SAP Business Planning and Consolidations (BPC) solution -consulting** | |
|---|---|---|---|
| | State the term remaining | | **Akili, Inc.** |
| | List the contract number of any government contract _____ | | **901 W Walnut Hill Lane Suite 130-B Irving, TX 75038-1001** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-093 including all addenda and work releases) - Rotating Equipment Repairs** | |
|---|---|---|---|
| | State the term remaining | | **Alfred Conhagen, Inc. of LA** |
| | List the contract number of any government contract _____ | | **1020 Industry Road Kenner, LA 70062** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-079** | |
|---|---|---|---|
| | State the term remaining | | **Alimak Hek, Inc.** |
| | List the contract number of any government contract _____ | | **12552 Old Galveston Road Suite A-160 Webster, TX 77598** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # USL00873320** | |
|---|---|---|---|
| | State the term remaining | | **Allianz Lockton Companies, LLC - Houston** |
| | List the contract number of any government contract _____ | | **3657 Briarpark Drive Suite 700 Houston, TX 77042** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Amended Term Services Agreement (LTR-013 including all Work Releases and Addenda)** | |
|---|---|---|---|
| | State the term remaining | | **Allison Industrial Services, LLC** |
| | List the contract number of any | | **19221 1-45 South Shenandoah, TX 77385** |

Debtor 1   **Limetree Bay Refining, LLC**                                    Case number (*if known*)   **21-32354**
     First Name      Middle Name      Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-144) including work releases** | |
| | State the term remaining | | **Analytic Stress Relieving, Inc.** |
| | List the contract number of any government contract | | **3118 W. Pinhook Road** |
| | | | **Lafayette, LA 70505** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement (LTR-192), Task Orders and Fee Schedule - Miscellaneous Engineering** | |
| | State the term remaining | | **Antillean Engineers Inc.** |
| | List the contract number of any government contract | | **PO Box 3023** |
| | | | **Kingshill, VI 00851** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # B0509BOWCN1800748** | |
| | State the term remaining | | **Apollo** |
| | | | **Lockton Companies, LLC - Houston** |
| | List the contract number of any government contract | | **3657 Briarpark Drive** |
| | | | **Suite 700** |
| | | | **Houston, TX 77042** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement LTR-427 On-Site Agreement** | |
| | State the term remaining | **expires 7/16/21** | **Applied Manufacturing Technologies LP** |
| | | | **3000 Wilcrest Drive** |
| | List the contract number of any government contract | | **Suite 145** |
| | | | **Houston, TX 77042** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Excess Liability Insurance Policy No. NAMBM2100005** | |
| | State the term remaining | **expires 6/1/22** | **Arcadia/Ark/Helix** |
| | | | **Lockton Companies, LLC - Houston** |
| | List the contract number of any government contract | | **3657 Briarpark Drive** |
| | | | **Suite 700** |
| | | | **Houston, TX 77042** |

Debtor 1 **Limetree Bay Refining, LLC**

Case number (*if known*) **21-32354**

First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Policy: URP0065257-00, ARGO-CAS-OR-001484 CX20-9216, 1454233-11636-UMB-20 20** | |
|---|---|---|---|
| | State the term remaining | | **Arch/ Argo/ Markel Bermuda / Hamilton Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions (Houston Logistics)** | |
|---|---|---|---|
| | State the term remaining | | **Aries Worldwide Logistics 1501 E. Richley Road Houston, TX 77073** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Hysys Software License** | |
|---|---|---|---|
| | State the term remaining | **expires 6/14/26** | **Aspen Technology, Inc. 20 Crosby Drive Bedford, MA 01730** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000588** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Atrium Underwriters Ltd Marsh USA 1166 Avenue of the Americs New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Terms - Suppression System for the LBR Village** | |
|---|---|---|---|
| | State the term remaining | | **Austin Fire Systems, LLC PO Box 411 Prairieville, LA 70769** |
| | List the contract number of any government contract | | |

Debtor 1   **Limitree Bay Refining, LLC**                                    Case number (*if known*)   **21-32354**
_____
First Name            Middle Name            Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-286) with work releases - ISBL Fire Protection Sprinkler System Revamp; Fixed Fire Equipment and Safety Showers and Suvery of Current Emergy Alarm System** | |
|---|---|---|---|
| | State the term remaining | | **Austin Fire Systems, LLC** |
| | List the contract number of any government contract | | **PO Box 411** |
| | | | **Prairieville, LA 70769** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms and Conditions  GTC# NA-KAP-5001 and Addenda** | |
|---|---|---|---|
| | State the term remaining | | **AVEVA Software, LLC** |
| | List the contract number of any government contract | | **26561 Rancho Parkway South** |
| | | | **Lake Forest, CA** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **LTR-156 Computer Program License Agreement NA/LLS/2605/SP and Amendments** | |
|---|---|---|---|
| | State the term remaining | | **AVEVA Software, LLC** |
| | List the contract number of any government contract | | **26561 Rancho Parkway South** |
| | | | **Lake Forest, CA** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Semi-Regenerative Catalytic Reformer, Prime-K™, Prime-D™, VGO Mild Hydrocracking License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Axens North America, Inc.** |
| | List the contract number of any government contract | | **1800 St. James Place** |
| | | | **Suite 500** |
| | | | **Houston, TX 77056** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Process Book Supply Agreement Job #7719 and Amendment** | |
|---|---|---|---|
| | State the term remaining | | **Axens North America, Inc.** |
| | List the contract number of any government contract | | **650 College Road East** |
| | | | **Princeton, NJ 08540** |

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Guarantee Agreement Job #7719** | |
|---|---|---|---|
| | State the term remaining | | **Axens North America, Inc. 650 College Road East Suite 1200 Princeton, NJ** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Technical Services Agreement N 7719** | |
|---|---|---|---|
| | State the term remaining | **expires 11/20/21** | **Axens North America, Inc. 650 College Road East Princeton, NJ 08540** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # EAU646295** | |
|---|---|---|---|
| | State the term remaining | | **AXIS Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-184 and work releases** | |
|---|---|---|---|
| | State the term remaining | | **AZZ WSI, LLC 560 Horizon Drive Suite 100 Suwanee, GA 30024** |
| | List the contract number of any government contract | | |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms and Conditions For Sale of Products, Parts and/or Services - Flare Gas H2S Reduction Program** | |
|---|---|---|---|
| | State the term remaining | | **Baker Hughes Int'l Branches, Inc. 12645 West Airport Blvd. Sugar Land, TX 77478** |
| | List the contract number of any government contract | | |

Debtor 1  **Limetree Bay Refining, LLC**
First Name    Middle Name    Last Name

Case number *(if known)*    **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Services Agreement (LTR-381) - Manangement and Procurement Services** <br><br><br> **Ballard Hospitality LLC** <br>**180 New Camellia Blvd** <br>**Suite 100** <br>**Covington, LA 70433** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Term Services Agreement (LTR-355) including work releases and change orders - Village Operations and Admin Café** <br><br> **Ballard Hospitality VI, LLC** <br>**180 New Camellia Blvd** <br>**Suite 100** <br>**Covington, LA 70433** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Professional Services Agreement - LTR-358 - Environmental Consulting** <br><br> **Barr Engineering Co.** <br>**4300 Market Pointe Dr.** <br>**Suite 200** <br>**Minneapolis, MN 55435** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Software Product License Agreement** <br><br><br> **Bayteck International, Inc.** <br>**401 N. Shoreline Blvd** <br>**Corpus Christi, TX 78401** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | **Baytek Product Support Agreement** <br><br><br> **Bayteck International, Inc.** <br>**401 N. Shoreline Blvd.** <br>**Corpus Christi, VI 78401** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Engineering Services Agreement (LTR-361) - engineering support** <br> **Becht Engineering Co., Inc** <br>**22 Church Street** <br>**Liberty Corner, NJ 07938** |

Debtor 1   **Limetree Bay Refining, LLC**
_____
First Name        Middle Name        Last Name

Case number (*if known*)   **21-32354**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Continuing Technical Services Agreement (Coker Consulting Services)** | |
| | State the term remaining | | **Bechtel Hydrocarbon Technology Solutions** |
| | List the contract number of any government contract | | **3000 Post Oak Boulevard**<br>**Houston, TX 77252-2166** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy 42-PRP-312023-01** | |
| | State the term remaining | expires 9/1/21 | **Berkshire Hathaway**<br>**National Fire & Marine Ins Co**<br>**1314 Douglas Street** |
| | List the contract number of any government contract | | **Suite 1400**<br>**Omaha, NE 68102-1944** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-140** | |
| | State the term remaining | | **Beville Engineering, Inc.** |
| | List the contract number of any government contract | | **7087 Corporate Way**<br>**Dayton, OH 45459** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Services Agreement LTR-090** | |
| | State the term remaining | | **BHI FW Corporation** |
| | List the contract number of any government contract | | **53 Frontage Road**<br>**Hampton, NJ 08827** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Services Addendum No. 1 to Master Purchase and Sale Agreement Contract No. 356-LBR-LBT-P02** | |
| | State the term remaining | | **Black Diamond Automation, LLC** |
| | List the contract number of any government contract | | |

Debtor 1   **Limetree Bay Refining, LLC**                                 Case number (*if known*)   **21-32354**
           First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.47.** State what the contract or lease is for and the nature of the debtor's interest — **Data Processing Agreement and Service Order Q061772**

State the term remaining — **expires 12/1/22**

List the contract number of any government contract

**BlackLine Systems, Inc.**
**21300 Victory Blvd.**
**12th Floor**
**Woodland Hills, CA 91367**

---

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Rental Agreement and Rental Schedule LTR-299**

State the term remaining

List the contract number of any government contract

**Blue Sky Real Estate**
**11 North Street**
**Christiansted, VI 00820**

---

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement Contract No. LTR-085**

State the term remaining

List the contract number of any government contract

**Bohlke Airways**
**RR#1, Box 9936**
**Kingshill, VI 00850**

---

**2.50.** State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement (LTR-116) and addenda**

State the term remaining

List the contract number of any government contract

**Boulden Company Inc.**
**1013 Conshohocken Road**
**Conshohocken, PA 19428**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest — **Amended and Restated Tolling Agreement**

State the term remaining

List the contract number of any government contract

**BP Products North America Inc.**
**Rhonda R. Trotter**
**Arnold & Porter Kaye Scholer LLP**
**777 S. Figueroa St., 44th Floor**
**Los Angeles, CA 90017**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest — **Omnibus Amendment to BP Agreements**

State the term remaining

List the contract number of any

**BP Products North America Inc.**
**Rhonda R. Trotter**
**Arnold & Porter Kaye Scholer LLP**
**777 S. Figueroa St., 44th Floor**
**Los Angeles, CA 90017**

Debtor 1    **Limitree Bay Refining, LLC**                                                  Case number (*if known*)   **21-32354**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-263 with work releases** | |
|---|---|---|---|
| | State the term remaining | | **BrandSafway Solutions USVI LLC** |
| | List the contract number of any government contract | | **515 Anderson Drive** |
| | | | **Romeoville, IL 60446** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms & Conditions dated 8/11/20** | |
|---|---|---|---|
| | State the term remaining | | **Brush Americas** |
| | List the contract number of any government contract | | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract LTR -418** | |
|---|---|---|---|
| | State the term remaining | | **BWC Technologies, Inc.** |
| | List the contract number of any government contract | | **2057 Kunkeltown Road** |
| | | | **Saylorsburg, PA 18353** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | expires 8/26/21 | **Cadence Solutions, Inc.** |
| | List the contract number of any government contract | | **3320A Parsons Road NW** |
| | | | **Edmonton, Alberta T6N 1B5** |
| | | | **CANADA** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease 5000 Coakley Bay, Unit F7** | |
|---|---|---|---|
| | State the term remaining | | **Calabash Real Estate LLC** |
| | List the contract number of any government contract | | **as agent for C Blue, LLC** |
| | | | **4126 La Grande Princesse** |
| | | | **Christiansted, VI 00820** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-419** | **Capital Records Management, Inc.** |
|---|---|---|---|
| | | | **41 A Barren Spot** |
| | | | **No. 9** |
| | | | **Kingshill, St. Croix, VI 00850** |

Debtor 1   **Limetree Bay Refining, LLC**

Case number *(if known)*   **21-32354**

First Name       Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-257 - with novation and assigment** | |
|---|---|---|---|
| | State the term remaining | | **Capitol Ultrasonics, LLC f/k/a Infrared Thermal Imaging, Inc. 8225 Florida Boulevard Baton Rouge, LA 70806** |
| | List the contract number of any government contract | | |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Terms of Rental - Flow bin rentals** | |
|---|---|---|---|
| | State the term remaining | | **Catalyst and Chemical Containers, Inc., a Hoover Ferguson company 4935 Timber Creek Dr Houston, TX 77017** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement LTR-423** | |
|---|---|---|---|
| | State the term remaining | expires 7/8/21 | **CFL Consulting, LLC 603 Happy Trail San Antonio, TX 78231** |
| | List the contract number of any government contract | | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-138) including all addenda, change orders, and work release - Inspection & Engineering Services** | |
|---|---|---|---|
| | State the term remaining | | **CFS International, LLC 13860 Ballantyne Corporate Place, S Charlotte, NC 28277** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-133) including all addenda and work releases - Valve Repairs** | |
|---|---|---|---|
| | State the term remaining | | **Chalmers & Kubeck, Inc. PO Box 2447 Aston, PA 19014-0447** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**                                    Case number (*if known*)   **21-32354**

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |
|---|---|---|---|

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | Policy # B0713ENCAS2000011 | |
|---|---|---|---|
|  | State the term remaining | | **Chaucer/Apollo Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
|  | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | (ENCAS2000020/627856 89) | |
|---|---|---|---|
|  | State the term remaining | | **Chaucer/Lex London Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
|  | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease Agreement** | |
|---|---|---|---|
|  | State the term remaining | expires 7/7/24 | **Christiansted Equipment, Ltd. P.O. Box 368 Christiansted, St. Croix, VI 00820-0000** |
|  | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract LTR-108 and work release** | |
|---|---|---|---|
|  | State the term remaining | | **CIA Inspection (US), Inc. 2399 Golf Club Road Hannon Ontario L0R1P0 CANADA** |
|  | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-151 and Addenda - Evaluation of Bentley Nevada Systems (26 compressors)** | |
|---|---|---|---|
|  | State the term remaining | | **Classic Controls, Inc. 5095 S. Lakeland Drive Lakeland, FL 33813** |
|  | List the contract number of any government contract | | |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Coking.com** |
| | List the contract number of any government contract | | **3901 Kings Row**<br>**Reno, NV 89503** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Framework Agreement - Temporary Staff and Related Services** | |
|---|---|---|---|
| | State the term remaining | **expires 2/3/24** | **Competencia Inc.**<br>**11000 Equity Dr.**<br>**Suite 150** |
| | List the contract number of any government contract | | **Houston, TX 77041** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services (LTR-146) including service orders - Project Management Personnel** | |
|---|---|---|---|
| | State the term remaining | | **Complan USA LLC** |
| | List the contract number of any government contract | | **16417 Squyres Road**<br>**Spring, TX 77379** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-351 - Restart compressor controls assist** | |
|---|---|---|---|
| | State the term remaining | | **Compressor Controls Corporation** |
| | List the contract number of any government contract | | **4745 121st Street**<br>**Des Moines, LA 50323** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-011 including all task orders, liens and addenda** | |
|---|---|---|---|
| | State the term remaining | | **Computer Solutions, Inc.**<br>**d/b/a CosTrack Project Controls** |
| | List the contract number of any government contract | | **3167 Energy Lane**<br>**Casper, WY 82604** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement Number: LTB-1019 LTR-336 - IT support** | |
|---|---|---|---|
| | State the term remaining | | **Consultants in Data Processing, Inc.**<br>**PO Box 472046**<br>**Charlotte, NC 28247** |

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|
| **2.75.** | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions Applicable to Technical Advisory Services & Materials, CST 13 R.1** |
| | State the term remaining | |
| | List the contract number of any government contract | **Control Systems Technologies, LLC**<br>**P.O. Box 781686**<br>**Orlando, FL 32878** |
| **2.76.** | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000069** |
| | State the term remaining | **expires 12/1/21** |
| | List the contract number of any government contract | **Convex Insurance UK Limited**<br>**Marsh USA**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036-2774** |
| **2.77.** | State what the contract or lease is for and the nature of the debtor's interest | **Freight Forwarding Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Crane Worldwide Logistics, LLC**<br>**1500 Rankin Road**<br>**Houston, TX 77073** |
| **2.78.** | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - Expediting Services** |
| | State the term remaining | |
| | List the contract number of any government contract | **Crane Worldwide Logistics, LLC**<br>**1500 Rankin Road**<br>**Houston, TX 77073** |
| **2.79.** | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement - Logistics Services** |
| | State the term remaining | **expires 11/30/22** |
| | List the contract number of any government contract | **Crowley Logistics, LLC**<br>**Crowley Caribbean Logistics, LLC**<br>**Crowley Caribbean Services, LLC**<br>**9487 Regency Square Blvd**<br>**Jacksonville, FL 32225** |

Debtor 1   **Limitree Bay Refining, LLC**                                         Case number *(if known)*   **21-32354**
         First Name         Middle Name         Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.80.   State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement (LTR-136) - Website Building/Maintenance**

State the term remaining

List the contract number of any government contract

**CrucianPoint, LLC**
**2201 Church Street**
**Christiansted, VI 00822**

2.81.   State what the contract or lease is for and the nature of the debtor's interest — **Services Agreement (LTR-175) - Sanitary Waste Disposal**

State the term remaining

List the contract number of any government contract

**Cruzan Environmental Services, Inc.**
**PO Box 3018**
**St. Croix, VI 00851**

2.82.   State what the contract or lease is for and the nature of the debtor's interest — **Term Service Agreement (TR 223 with Novation Agreement and Work Releases - Exchanger Repairs and Fabrication**

State the term remaining

List the contract number of any government contract

**Cust-O-Fab Speciality Services, LLC**
**8888 W 21st St**
**Sand Springs, TX 74063**

2.83.   State what the contract or lease is for and the nature of the debtor's interest — **Term Services Agreement - Amendment and Joinder Agreement- LTS-077-JR (HVAC Project)**

State the term remaining

List the contract number of any government contract

**Demaco Corporation**
**Road 127, KM 13,5**
**Guayanilla, PR 00656**

2.84.   State what the contract or lease is for and the nature of the debtor's interest — **Master Purchase and Sale Agreement - General Purchases**

State the term remaining

List the contract number of any government contract

**Dependable Power Systems**
**4702 Traube Road**
**Columbus, OH 43228**

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-228 and work releases** | |
|---|---|---|---|
| | State the term remaining | | **DeSalters, LLC** |
| | List the contract number of any government contract | | **1947 Lago Vista Blvd Palm Harbor, FL 34685** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter** | |
|---|---|---|---|
| | State the term remaining | | **DHR International** |
| | List the contract number of any government contract | | **1300 Post Oak Blvd Suite 1100 Houston, TX 77056** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1200DL.REV.2** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street La Porte, TX 77571** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1216 DL Rev.1** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street La Porte, TX 77571** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1199 DL Rev.2** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street La Porte, TX 77571** |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1218 DL Rev.1** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any | | **12000 North P. Street La Porte, TX 77571** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **21-32354**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1221 DL Rev.2** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street** |
| | | | **La Porte, TX 77571** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1222 DL Rev.1** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street** |
| | | | **La Porte, TX 77571** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1236 DL Rev.1** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street** |
| | | | **La Porte, TX 77571** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions - 19-1237 DL** | |
|---|---|---|---|
| | State the term remaining | | **Doosan Turbomachinery Services, Inc.** |
| | List the contract number of any government contract | | **12000 North P. Street** |
| | | | **La Porte, TX 77571** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement: Contract Number: LB-003 and work release (Roofing Contractor)** | |
|---|---|---|---|
| | State the term remaining | | **DSI Group, LLC** |
| | List the contract number of any government contract | | **4217 Buchanan Street** |
| | | | **New Orleans, LA 70122** |

Debtor 1   **Limitree Bay Refining, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LB-003 (Roof Repair & General Contractor)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DSI, LLC**<br>**4217 Buchanan Street**<br>**New Orleans, LA 70122** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement LTR-246** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Duke Given**<br>**218 Lasiandra Ct.**<br>**Richmond, WA 99336** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Amendment and Joinder Agreement  to Term Services Agreement (LTS-087); and all work releases expires 10/26/22** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dynamic Innovative Corporation**<br>**306 Williams Delight**<br>**Frederiksted, VI 00840** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Master Information Technology Services Agreement (MITSA), Schedules and other forms** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **DYONYX L.P.**<br>**13430 Northwest Freeway**<br>**Suite 1000**<br>**Houston, TX 77040** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Selling Policy 25-080 (Labor for Replacement Circuit Breakers )** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Eaton Corporation**<br>**1000 Cherrington Parkway**<br>**Moon Township, PA 15108** |

Debtor 1  **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.101.** State what the contract or lease is for and the nature of the debtor's interest

**Term Services Agreement, Contract Number: LTR-036 and addenda and work releases**

State the term remaining

List the contract number of any government contract

**Elite Turnaround Specialists, Ltd.**
**225 South 16th Street**
**La Porte, TX 77571**

---

**2.102.** State what the contract or lease is for and the nature of the debtor's interest

**Combined Property Insurance Policy B0509ENGAO2000563**

State the term remaining   **expires 12/1/21**

List the contract number of any government contract

**Elseco Limited**
**Marsh USA**
**1166 Avenue of the Americas**
**New York, NY 10036-2774**

---

**2.103.** State what the contract or lease is for and the nature of the debtor's interest

**Consulting Services Agreement - Outsourced Accounting and Finance Services**

State the term remaining   **expires 1/9/22**

List the contract number of any government contract

**Embark Consulting LLC**
**2919 Commerce Street**
**Suite 400**
**Dallas, TX 75226**

---

**2.104.** State what the contract or lease is for and the nature of the debtor's interest

**Communications Consulting Agreement**

State the term remaining

List the contract number of any government contract

**EMIC Communications, LLC**
**863 Mission Hills Drive**
**New Braunfels, TX 78130**

---

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

**Term Services Agreement (LTR-264) wth addenda, work releases, and change orders - Water Milling, Chemical Cleaning and Low Decible Pipe Cleaning Services**

State the term remaining

List the contract number of any government contract

**EnerMech Mechanical Services, Inc.**
**2919 Commerce Street**
**Houston, TX 77041**

---

Debtor 1   **Limitree Bay Refining, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

**Services Agreement Contract No. LTR-414**

State the term remaining

List the contract number of any government contract

**Engineering Systems and Sales, Inc.**
**#147 El Tuque Industrial Park**
**Ponce, PR 00728**

**2.107.** State what the contract or lease is for and the nature of the debtor's interest

**Term Services Agreement (LTR-007 including all Addenda and Work Releases)**

State the term remaining

List the contract number of any government contract

**Englobal U.S. Inc.**
**225 Portwall St.**
**Houston, TX 77029**

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

**Professional Services Agreement - LTR-425**

State the term remaining

List the contract number of any government contract

**ERP Software Services, LLC**
**1309 Coffeen Avenue**
**Suite 1200**
**Sheridan, WY 82801**

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

**Policy # MKLV4EFX102259**

State the term remaining

List the contract number of any government contract

**Evanston (Markel)**
**Lockton Companies, LLC - Houston**
**3657 Briarpark Drive**
**Suite 700**
**Houston, TX 77042**

**2.110.** State what the contract or lease is for and the nature of the debtor's interest

**Rental Agreement - Dissolved Gas Flotation System - lease and service**

State the term remaining

List the contract number of any government contract

**Evoqua Water Technologies LLC**
**28563 Network Place**
**Chicago, IL 60673-1285**

**2.111.** State what the contract or lease is for and the nature of the debtor's interest

**Term Services Agreement (LTR-015); and all work releases**

State the term remaining    expires 8/2/23

List the contract number of any

**Excel Construction & Maintenance VI**
**8641 United Plaza Blvd**
**Baton Rouge, LA 70809**

| Debtor 1 | **Limetree Bay Refining, LLC** | Case number (*if known*) | **21-32354** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equipment Lease Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 7/7/24** | **F&M Mafco, Inc.**<br>**9149 Dry Fork Road**<br>**Harrison, OH 45030** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-304 (Engineering Assistance on Solar Grid Project)** | |
|---|---|---|---|
| | State the term remaining | | **FastGrid LLC**<br>**225 E. Germann Road**<br>**Ste 101**<br>**Gilbert, AZ 85297** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000613** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Fidelis Underwriting Ltd.**<br>**Marsh USA**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Master Recruiting Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 3/25/21** | **Flexicrew Technical, LLC**<br>**4501 Napoleon Avenue**<br>**Suite 200**<br>**Metairie, LA 70001** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **FLIR GF Cameras & Software License** | |
|---|---|---|---|
| | State the term remaining | **expires 2/21/23** | **FLIR Commercial Systems, Inc.**<br>**9 Townsend W**<br>**Nashua, NH 03063** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Contract For Purchase and Sale of Equipment and Support Services** | |
|---|---|---|---|
| | State the term remaining | | **Flowserve Corporation** |
| | List the contract number of any government contract | | **4179 Collections Center Drive** |
| | | | **Chcago, IL 60693** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-279) with work releases and addenda - Village Maintenance Contractor** | |
|---|---|---|---|
| | State the term remaining | | **FMMVI, LLC** |
| | List the contract number of any government contract | | **11634 Darryl Drive** |
| | | | **Baton Rouge, LA 70815** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement and all addenda** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/21** | **FR Consulting LLC** |
| | List the contract number of any government contract | | **Calle Sol A-6** |
| | | | **Puertas Del Sol** |
| | | | **Fajardo, PR 00738** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-218** | |
|---|---|---|---|
| | State the term remaining | | **Frontline Data Solutions** |
| | List the contract number of any government contract | | **101 Parklane Blvd** |
| | | | **Suite 204** |
| | | | **Sugar Land, TX 77478** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Security System Support** | |
|---|---|---|---|
| | State the term remaining | **expires 10/31/24** | **G4S Secure Integration LLC,** |
| | List the contract number of any government contract | | **1200 Landmark Center** |
| | | | **Suite 1300** |
| | | | **Omaha, NE 68102-1892** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Consulting Agreement (LTR-051) and all addenda** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/21** | **Gary D. Morrow** |
| | | | **15604 Hayes Street** |
| | | | **Overland Park, KS 66221** |

Debtor 1   **Limetree Bay Refining, LLC**                                    Case number (*if known*)   **21-32354**
                First Name          Middle Name          Last Name

<span style="background:#3a1a4a">     </span>   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **General Terms & Conditions for Sale of Products, Parts and/or Services** |
| | State the term remaining | |
| | List the contract number of any government contract | **GE Oil & Gas LLC**<br>**17021 Aldine Westfield Road**<br>**Houston, TX 77073** |
| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agency Agreement** |
| | State the term remaining | **Global Edge Group, LLC**<br>**2829 Technology Forrest Blvd.**<br>**Suite 280** |
| | List the contract number of any government contract | **The Woodlands, TX 77381** |
| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-161) and addenda - Rental of water trucks and provision of drivers** |
| | State the term remaining | **Global Engagement Support Services**<br>**PO Box 964** |
| | List the contract number of any government contract | **Christiansted, VI 00821** |
| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-265 with work release** |
| | State the term remaining | **Global World Technologies**<br>**4730 South Fort Apache Road**<br>**Suite 300** |
| | List the contract number of any government contract | **Las Vegas, NV 89147** |
| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy ENGAO2000069** |
| | State the term remaining | **expires 12/1/21** | **Great Lakes**<br>**Marsh USA**<br>**1166 Avenue of the Americas** |
| | List the contract number of any government contract | **New York, NY 10036-2774** |

| Debtor 1 | **Limetree Bay Refining, LLC** | | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000576** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Guardian General Insurance Limited Newton Centre 30-36 Maraval Road Newton Port of Spain 190133 TRINDAD AND TOBAGO** |
| | List the contract number of any government contract | | |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Services Agreement (including all addenda)** | |
|---|---|---|---|
| | State the term remaining | | **H & K Engineering, LLC 2644 S. Sherwood Forest Blvd Baton Rouge, LA 70816** |
| | List the contract number of any government contract | | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy ENGAO2000069** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Hannover Re/HDI Global Specialty SE Marsh USA 1166 Avenue of the Americas New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - Amendent and Joinder Agreement LTS-102-JR** | |
|---|---|---|---|
| | State the term remaining | | **Hargrove & Associates LLC 20 S. Royal Street Mobile, AL 36602** |
| | List the contract number of any government contract | | |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-434** | |
|---|---|---|---|
| | State the term remaining | **expires 3/29/22** | **Hazard Management Group of Texas LLC 2109 Olympic Drive League City, TX 77573** |
| | List the contract number of any government contract | | |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy ENGAO2000069** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Helvetia Swiss Insurance Co in Liechenstein Ltd Marsh USA 1166 Avenue of the Americas New York, NY 10036-2774** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |  |
|---|---|---|---|
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Services Agreement [by Joinder Agreement]** |  |
|  | State the term remaining |  | **HMT LLC** |
|  | List the contract number of any government contract |  | **24 Waterway Ave** **The Woodlands, TX 77380** |
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Novation Agreement of Technical Advisor Agreement dated 08/13/20** |  |
|  | State the term remaining |  | **Honeywell Enraf Americas** |
|  | List the contract number of any government contract |  | **2000 Northfield Court** **Rosewell, GA 30076** |
| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Assignment and Novation Agreement of Technical Advisor Agreement dated 09/15/20** |  |
|  | State the term remaining |  | **Honeywell Enraf Americas** |
|  | List the contract number of any government contract |  | **2000 Northfield Court** **Rosewell, GA 30076** |
| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Project Agreement for On-Island Services** |  |
|  | State the term remaining |  | **Honeywell Enraf Americas, Inc.** |
|  | List the contract number of any government contract |  | **2000 Northfield Court** **Roswell, GA 30076** |
| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **DCS Systems Project Agreement** |  |
|  | State the term remaining |  | **Honeywell International** |
|  | List the contract number of any government contract |  | **1250 Sam Houston Parkway South** **Houston, TX 77042** |

Debtor 1   **Limetree Bay Refining, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Parent Guarantee for Enraf** | |
|---|---|---|---|
| | State the term remaining | | **Honeywell International** |
| | List the contract number of any government contract | | **1250 Sam Houston Parkway South** **Houston, TX 77042** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-148** | |
|---|---|---|---|
| | State the term remaining | | **Hopper Engineering Associates, Inc.** |
| | List the contract number of any government contract | | **300 Vista Del Mar** **Redondo Beach, CA 90277** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy ENGAO2000069** | |
|---|---|---|---|
| | State the term remaining | expires 9/1/21 | **Houston Specialty Insurance Company** **Marsh USA** |
| | List the contract number of any government contract | | **1166 Avenue of the Americas** **New York, NY 10036-2774** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-044** | |
|---|---|---|---|
| | State the term remaining | | **HPI, LLC** |
| | List the contract number of any government contract | | **15503 West Hardy Rd** **Houston, TX 77060** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-127) and Addendum - Air Cooled Changer Rotating Elements** | |
|---|---|---|---|
| | State the term remaining | | **Hudson Products Corporation** |
| | List the contract number of any government contract | | **9660 Grunwald Road** **Beasley, TX 77417** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement, Contract Number: LTR-065, MOU and work releases** | |
|---|---|---|---|
| | State the term remaining | | **I-Tech Services, LLC** **P.O. Box 1437** **Kingshill, VI 00851** |

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

| | | |
|---|---|---|
| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | IBB Petroleum Services Inc. 22821 Dequindre Road Hazel Park, MI 48030 |
| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Number 00595545 and Data Terms and Conditions** |
| | State the term remaining | **expires 1/17/22** |
| | List the contract number of any government contract | IHS Data Products 15 Inverness Way East Englewood, CO 80112-5710 |
| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form - Contract Number 00587428 and Data Terms and Conditions** |
| | State the term remaining | **expires 1/17/22** |
| | List the contract number of any government contract | IHS Data Products 15 Inverness Way East Englewood, CO 80112-5710 |
| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Ageement (LTR-017 including all addenda and work releases)** |
| | State the term remaining | |
| | List the contract number of any government contract | InServ Field Services USVI, LLC 1900 N 161st East Ave Tulsa, OK 74116 |
| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000563** |
| | State the term remaining | **expires 12/1/21** |
| | List the contract number of any government contract | Insurance General Insurance Co Ltd. Marsh USA 1166 Avenue of the Americas New York, NY 10036-2774 |

Debtor 1  **Limetree Bay Refining, LLC**                                   Case number *(if known)*  **21-32354**
         First Name      Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Intergraph Coporation d/b/a Hexagon PPM 305 Intergraph Way Madison, AL 35758** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # USL00880520** | |
|---|---|---|---|
| | State the term remaining | | **Interstate Fire (Allianz) Lockton Companies, LLC - Houston 3657 Briarpark Drive, Suite 700 Suite 700 Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-458 (Consulting - Flare)** | |
|---|---|---|---|
| | State the term remaining | | **ioMosaic Corporation 93 Stiles Road Salem, NH 03079** |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # 004380100** | |
|---|---|---|---|
| | State the term remaining | | **Ironshore Specialty Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # 002626704** | |
|---|---|---|---|
| | State the term remaining | | **Ironshore Specialty Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement, Contract Number: LTR-038** | |
|---|---|---|---|
| | State the term remaining | | **Island Services Group, LLC 109-113 Castle Coakly Christiansted, VI 00820** |
| | List the contract number of any | | |

Debtor 1 **Limetree Bay Refining, LLC**

First Name        Middle Name        Last Name

Case number (*if known*)    **21-32354**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Port / Ship Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **ISS Marine Services LLC** |
| | List the contract number of any government contract | | **1210 Hillcrest Road Suite 100 Mobile, AL 36695** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Engineering Services Agreement for #6 Crude Startup Project** | |
|---|---|---|---|
| | State the term remaining | | **J & W Virgin Islands, L.L.C.** |
| | List the contract number of any government contract | | **7825 Park Place Blvd. Houston, TX 77087** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Monetization Master Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/21** | **J. Aron & Company LLC c/o Robin Spigel Baker Botts, LLC** |
| | List the contract number of any government contract | | **30 Rockefeller Plaza New York, NY 10112-4498** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Refinery Facilities Agreement** | |
|---|---|---|---|
| | State the term remaining | | **J. Aron & Company LLC c/o Robin Spigel Baker Botts, LLC** |
| | List the contract number of any government contract | | **30 Rockefeller Plaza New York, NY 10112-4498** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Funding Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | | **J. Aron & Company LLC Robin Spigel Baker Botts, LLC** |
| | List the contract number of any government contract | | **30 Rockefeller Plaza New York, NY 10112-4498** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement - Amendment and Joinder Agreement** | **J. Benton Construction, LLC 3000 Orange Grove Christiansted, VI 00820** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-403** | |
|---|---|---|---|
| | State the term remaining | | James D. Acers Company, Inc. |
| | List the contract number of any government contract | | 1510 12th Street<br>Cloquet, MS 55720 |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-081 including all addenda and work releases)** | |
|---|---|---|---|
| | State the term remaining | | John Crane Inc. |
| | List the contract number of any government contract | | 24929 Network Place<br>Chicago, IL 60673-1249 |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement (Finance Consultant)** | |
|---|---|---|---|
| | State the term remaining | **expires 9/30/21** | John Dugas |
| | List the contract number of any government contract | | 5314 Sycamore Creek Drive<br>Kingwood, TX 77345-1462 |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions (Emergency Scanning of T-4850)** | |
|---|---|---|---|
| | State the term remaining | | Johnson Matthey Inc. |
| | List the contract number of any government contract | | d/b/a Tracerco<br>88724 Expedite Way<br>Chicago, IL 60695 |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-187 )and addendum - Engine Pre Start Inspection and Basic Services** | |
|---|---|---|---|
| | State the term remaining | | Jones Diesel and Marine, LLC |
| | List the contract number of any government contract | | 8510 SR 207<br>Hastings, FL 32145 |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Master Engineering and Procurement Agreement  - LTR-207** | |
|---|---|---|---|
| | State the term remaining | | **JPS Cryogenics, Inc.** |
| | List the contract number of any government contract | | **3 Morris Drive Princeton, NJ 08540** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-188** | |
|---|---|---|---|
| | State the term remaining | | **Konecranes, Inc.** |
| | List the contract number of any government contract | | **d/b/a Crane Pro Services 3115 LaPlace Lane La Place, LA 70068** |

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000587** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Lancashire Insurance Company UK, Ltd Marsh USA** |
| | List the contract number of any government contract | | **1166 Avenue of the Americas New York, NY 10036-2774** |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # LSMAEC119907A; LBR-2144/XS004** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Specialty (STARR)/ Chubb Bermuda Lockton Companies, LLC - Houston** |
| | List the contract number of any government contract | | **3657 Briarpark Drive, Suite 700 Houston, TX 77042** |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy LSMAEN143232A** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **Liberty Specialty Markets Agency Ltd Liberty Specialty Markets** |
| | List the contract number of any government contract | | **141 Front Street Hamilton HM19 BERMUDA** |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Shared Catalyst Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Limetree Bay Refining Marketing, LLC #1 Estate Hope Christiansted, VI 00820** |
| | List the contract number of any | | |

Debtor 1  **Limitree Bay Refining, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | |

| | | |
|---|---|---|
| | government contract | |
| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Shared Services Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Limetree Bay Terminals, LLC #1 Estate Hope Christiansted, VI 00820-5652** |
| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # ENVX0000256-20** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lloyd's Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **#ENVP0000296-20** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lloyd's Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # B0713ENCAS2000021** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lloyd's 1886 (QBE) Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # B0509BOWCN1800862** |
| | State the term remaining | |
| | List the contract number of any government contract | **Lloyd's 1886 (QBE) Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Contract Fee Agreement (HR Temporary Staffing Agency)** | **Lucas Group 950 East Paces Ferry Road Suite 2300 Atlanta, GA 30326** |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-206** | |
|---|---|---|---|
| | State the term remaining | | **Madison Plant Services, Inc.** |
| | List the contract number of any government contract | | **3 Morris Drive** |
| | | | **Princeton, NJ 08540** |

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement LTR-294 - Heavy Equiment haul logistics** | |
|---|---|---|---|
| | State the term remaining | | **Mammoet USA South, Inc.** |
| | List the contract number of any government contract | | **20525 FM 521** |
| | | | **Rosharon, TX 77583** |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-365** | |
|---|---|---|---|
| | State the term remaining | | **Matrix North American Construction, Inc.** |
| | List the contract number of any government contract | | **1510 Chester Pike** |
| | | | **Suite 500** |
| | | | **Eddystone, PA 19022** |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-205 and Work Releases** | |
|---|---|---|---|
| | State the term remaining | | **MGMGG Commissioning and Consulting Servi** |
| | List the contract number of any government contract | | **5355 Downs Road** |
| | | | **PO Box 20197** |
| | | | **Beaumont, TX 77705** |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Michael Page International, Inc.** |
| | List the contract number of any government contract | | **622 Third Avenue** |
| | | | **29th Floor** |
| | | | **New York, NY 10017** |

Official Form 206G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 34 of 66

Debtor 1  **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.184.** State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement (Cybersecurity Assessment) expires 3/31/25** |
| State the term remaining | |
| List the contract number of any government contract | **Mission Secure Inc. 300 Preston Avenue Suite 500 Charlottesville, VA 22902** |
| **2.185.** State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-183) and Work Release - PCMS Implementor and Administrator** |
| State the term remaining | |
| List the contract number of any government contract | **Mistras Group, Inc. PO Box 405694 Atlanta, GA 30384-5694** |
| **2.186.** State what the contract or lease is for and the nature of the debtor's interest | **Amendment and Joinder Agreement (Environmental Services)** |
| State the term remaining | |
| List the contract number of any government contract | **Mostardi Platt 888 Industrial Drive Elmhurst, IL 60126** |
| **2.187.** State what the contract or lease is for and the nature of the debtor's interest | **Independent Engineering Services St. Croix Restart Project and Addenda** |
| State the term remaining | |
| List the contract number of any government contract | **Muse, Stancil & Co. 5080 Spectrum Drive Addison, TX 75001** |
| **2.188.** State what the contract or lease is for and the nature of the debtor's interest | **Operations O&M PHU - Limited Notice to Proceed** |
| State the term remaining | |
| List the contract number of any government contract | **NAES Corporation 1180 N.W. Maple Street Suite 200 Issaquah, WA 98027** |
| **2.189.** State what the contract or lease is for and the nature of the debtor's interest | **Managed Inventory and Onsite Services Agreement LTR-280 - Managed Chemical Contractor** |
| State the term remaining | **Nalco U.S. 2, Inc. 1601 West Diehl Road Naperville, IL 60563** |

Debtor 1   **Limetree Bay Refining, LLC**        Case number *(if known)*   **21-32354**

First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|

| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-016); and all amendments and work releases expires 8/2/23** | |
|---|---|---|---|
| | State the term remaining | | **National Industrial Services, LLC**<br>**PO Box 1545**<br>**Kingshill, St. Croix, VI 00851** |
| | List the contract number of any government contract | | |

| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Access Agreement Contract Number No. LTR-359 - Parts Delivery expires 1/9/22** | |
|---|---|---|---|
| | State the term remaining | | **National Parts**<br>**455 Plaza Drive**<br>**Atlanta, GA 30349** |
| | List the contract number of any government contract | | |

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Relocation Services Agreement LTR-225** | |
|---|---|---|---|
| | State the term remaining | | **NEI Global Relocation Company**<br>**2707 N 118th Street**<br>**Omaha, NE 68164** |
| | List the contract number of any government contract | | |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy B0509ENGAO2000586** | |
|---|---|---|---|
| | State the term remaining | **expires 12/1/21** | **NOA/Lloyds of London**<br>**Marsh USA**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/22** | **North Atlantic Power Products**<br>**No.. 15 Continental Drive**<br>**Exeter, NH 03833** |
| | List the contract number of any government contract | | |

Debtor 1   **Limetree Bay Refining, LLC**                                    Case number (*if known*)   **21-32354**

First Name          Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Master Consignment Agreement (Excess Parts Sale Agreement)** | |
|---|---|---|---|
| | State the term remaining | **expires 3/8/21** | **NRI Industrial Sales LLC** |
| | List the contract number of any government contract | | **6401 Rogers Road** **Delta, OH 43515** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # U920968/EXC30001524 800** | |
|---|---|---|---|
| | State the term remaining | | **Oil/Edurance** **Lockton Companies, LLC - Houston** **3657 Briarpark Drive** **Suite 700** |
| | List the contract number of any government contract | | **Houston, TX 77042** |

| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR.-349) - Exterminating for the Village** | |
|---|---|---|---|
| | State the term remaining | | **Oliver Exterminating of the V.I., Inc.** |
| | List the contract number of any government contract | | **Plot 6x Peter's Rest** **St. Croix, VI 00820** |

| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **OpenText** **2950 S. Deleware Street** |
| | List the contract number of any government contract | | **Bay Meadows Station 3 Building** **San Mateo, CA 94403** |

| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic License Grant Terms - ETAP Software License Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Operation Technology, Inc.** |
| | List the contract number of any government contract | | **17 Goodyear** **Irvine, CA 92618** |

| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-080 and addendum** | |
|---|---|---|---|
| | State the term remaining | | **OSR Services, LP** **4734 Allen Circle** **Baytown, TX 77523** |
| | List the contract number of any | | |

Debtor 1  **Limitree Bay Refining, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|
| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-446** |
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**Pace Analytical Services, LLC**
**555 Absaraka Street**
**Sheridan, WY 82801**

| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement and Work Releases Agreement LTR-003 with all work releases and addenda** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**ParFab Field Services, LLC,**
**15615 E. 590 Rd**
**Inola, OK 74036**

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property B0509ENGAO2000589** |
|---|---|---|
|  | State the term remaining | **expires 12/1/21** |
|  | List the contract number of any government contract |  |

**PartnerRe Ireland Insurance**
**Marsh USA**
**1166 Avenue of the Americas**
**New York, NY 10036-2774**

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **PAS Terms and Conditions for Services** |
|---|---|---|
|  | State the term remaining |  |
|  | List the contract number of any government contract |  |

**PAS Global, LLC**
**13100 Space Center Blvd.**
**Suite 500**
**Houston, TX 77059**

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Household Goods Relocation & Cargo Services Agreement and Amendment and Joinder Agreement** |
|---|---|---|
|  | State the term remaining | **expires 7/17/21** |
|  | List the contract number of any government contract |  |

**Paxton International**
**5300 Port Royal Road**
**Springfield, VA 22151**

Debtor 1   **Limetree Bay Refining, LLC**                                     Case number *(if known)*   **21-32354**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pentair Filtration Solutions** |
| | List the contract number of any government contract | | **4301 West Davis**<br>**Conroe, TX 77304** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-387 (Gas Station Repairs)** | |
|---|---|---|---|
| | State the term remaining | | **Petroluem Site Specialist, LLC** |
| | List the contract number of any government contract | | **P.O. Box 1412**<br>**Glen Burnie, MD 21061** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Petroplan Europe Limited**<br>**Mercury House** |
| | List the contract number of any government contract | | **117 Waterloo Road**<br>**London, England SE1 8UL**<br>**UNITED KINGDOM** |

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-424** | |
|---|---|---|---|
| | State the term remaining | | **Phoenix High Temperature Repair, LLC** |
| | List the contract number of any government contract | | **6526 Old Brick Road**<br>**Suite 120-236**<br>**Windemere, FL 34786** |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-416** | |
|---|---|---|---|
| | State the term remaining | | **Pillar Corp Tsc Blower Corp** |
| | List the contract number of any government contract | | **445 Duane Avenue**<br>**Schenectady, NY 12304** |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Software License & Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pimsoft Inc.** |
| | List the contract number of any | | **14701 St. Mary's Lane**<br>**Suite 175**<br>**Houston, TX 77079** |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **General Industrial Maintenance Term Services Agreement [by Joinder Agreement]** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pinnacle Services LLC**<br>**6002 Diamond Ruby**<br>**Christiansted, VI 00820** |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-152 including all task orders, change orders, and memoranda of understanding** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Pinncacle Asset Integrity Services d/b/a PinnacleART**<br>**One Pinnacle Way**<br>**Pasedena, TX 77504** |

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Service Agreement** |
|---|---|---|
| | State the term remaining | expires 7/15/19 |
| | List the contract number of any government contract | **Plessen Healthcare**<br>**3004 Orange Grove**<br>**Christiansted, VI 00820** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-429** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Precision Engineering Inc.**<br>**400 Saint Louis St.**<br>**Mobile, AL 36602** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - LTR-398** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Precision Filtration Products**<br>**PO Box 218**<br>**Pennsburg, PA 18073** |

Debtor 1  **Limetree Bay Refining, LLC**

First Name    Middle Name    Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services and Product Agreement, SOW and MOUs** | |
|---|---|---|---|
| | State the term remaining | | **Presidio Networked Solutions Group, LLC**<br>**1955 Lakeway Dr**<br>**Suite 220**<br>**Lewisville, TX 75057** |
| | List the contract number of any government contract | | |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter - Automated Controls Evaluators ("ACE")** | |
|---|---|---|---|
| | State the term remaining | | **PriceWaterhouseCoopers LLC**<br>**1000 Louisiana St.**<br>**Suite 5800**<br>**Houston, TX 77002** |
| | List the contract number of any government contract | | |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-200 and addenda** | |
|---|---|---|---|
| | State the term remaining | | **Primatech Inc.**<br>**50 Northwoods Boulevard**<br>**Columbus, OH 43235** |
| | List the contract number of any government contract | | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Commodity/Cargo Shipping Services - NVOCC Service Arrangement** | |
|---|---|---|---|
| | State the term remaining | | **Priority Roro Services Inc.**<br>**P.O. Box 3251**<br>**Mayaguez, PR 00880** |
| | List the contract number of any government contract | | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-421) - Console Operations** | |
|---|---|---|---|
| | State the term remaining | | **Process Technical Services**<br>**14550 Torrey Chase Blvd.**<br>**Suite 220**<br>**Houston, TX 77014** |
| | List the contract number of any government contract | | |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **Software Master License Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 11/25/24** | **Prometheus Group Enterprises, LLC**<br>**1101 Haynes St**<br>**Suite 218**<br>**Raleigh, NC 27604** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Limitree Bay Refining, LLC**
First Name            Middle Name            Last Name

Case number (*if known*)    **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-209 and Task Order** | |
| | State the term remaining | | **Provenance Consulting, LLC**<br>**301 W. 6th Street**<br>**Suite 200**<br>**Borger, TX 79007** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **B0509BOWCN1800772** | |
| | State the term remaining | | **QBE**<br>**Lockton Companies, LLC - Houston**<br>**3657 Briarpark Drive**<br>**Suite 700**<br>**Houston, TX 77042** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.225. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy ENGAO2000069** | |
| | State the term remaining | expires 12/1/21 | **QBE/Lloyds of London**<br>**Marsh USA**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.226. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract LTR-110 and work releases** | |
| | State the term remaining | | **Quest Integrity USA, LLC**<br>**17146 Feathercraft #350**<br>**Webster, TX 77598** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.227. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-082 and all addenda) - TPDES Permit Services for Waste Water Treatment Plant** | |
| | State the term remaining | | **Ramboll US Corporation**<br>**4350 N Fairfax Drive**<br>**Suite 300**<br>**Arlington, VA 22203** |
| | List the contract number of any government contract | | |

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.228. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-318 - Sulfiding step for gas oil, diesel, kero, naphtha hydrotreaters** | |
|---|---|---|---|
| | State the term remaining | | **Reactor Resources, LLC** |
| | List the contract number of any government contract | | **3000 FM 517 W. Alvin, TX 77511** |

| 2.229. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-450** | |
|---|---|---|---|
| | State the term remaining | | **Refined Technologies, Inc Legal Department** |
| | List the contract number of any government contract | | **P.O. Box 132196 The Woodlands, TX 77393** |

| 2.230. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-436** | |
|---|---|---|---|
| | State the term remaining | | **Rescue Concepts, Inc** |
| | List the contract number of any government contract | | **293 Mann Road Huntsville, TX 77320** |

| 2.231. | State what the contract or lease is for and the nature of the debtor's interest | **LMS (Learning Management System) License and Support Agreement expires 12/31/21** | |
|---|---|---|---|
| | State the term remaining | | **RISC, Inc.** |
| | List the contract number of any government contract | | **718 FM 1959 Houston, TX 77034** |

| 2.232. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-384) - Field Service Technician for SIS Bus Bar System** | |
|---|---|---|---|
| | State the term remaining | | **Ritz Instrument Transformer, Inc** |
| | List the contract number of any government contract | | **25 Hamburg Ave. Lavonia, GA 30553** |

| 2.233. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-075 and task order** | |
|---|---|---|---|
| | State the term remaining | | **RMB Consulting & Research, Inc 5104 Bur Oak Circle Raleigh, NC 27612** |

Debtor 1   **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.234. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rocco Colabella**<br>**13035 Royal George Avenue**<br>**Odessa, FL 33556** |
| | List the contract number of any government contract | | |

| 2.235. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-330) and Addenda - startup and loop tuning activities** | |
|---|---|---|---|
| | State the term remaining | | **Rockwell Automation Puerto Rico, Inc.**<br>**Calle 1 Metro Office 6**<br>**Suite 304**<br>**Guayabo, PR 00968** |
| | List the contract number of any government contract | | |

| 2.236. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy BO509ENGAO2000576** | |
|---|---|---|---|
| | State the term remaining | expires 12/1/21 | **Rokstone/Guardian General Insurance**<br>**Marsh USA**<br>**1166 Avenue of the Americas**<br>**New York, NY 10036-2774** |
| | List the contract number of any government contract | | |

| 2.237. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Rooftops Silicone Distributors, Inc. LTS-049-JR Joinder Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Rooftops Silicone Distributors, Inc.**<br>**1 Estate Hope**<br>**Christiansted, VI 00820** |
| | List the contract number of any government contract | | |

| 2.238. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase and Sale Agreement for Products, Parts, and Services including Amendment and Joinder** | |
|---|---|---|---|
| | State the term remaining | | **Rotating Machinery Services, Inc.**<br>**2760 Baglyos Circle**<br>**Bethlehem, PA 18020** |
| | List the contract number of any government contract | | |

Debtor 1  **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.239. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement LTS-125-JR (Title V Permitting Assistance)** | |
|---|---|---|---|
| | State the term remaining | | **RTP Environmental Associates 304-A West Millbrook Road Raleigh, NC 27609** |
| | List the contract number of any government contract | | |

| 2.240. | State what the contract or lease is for and the nature of the debtor's interest | **Company Guaranty** | |
|---|---|---|---|
| | State the term remaining | | **S&B Engineers and Constructors, Ltd. 7825 Park Place Blvd. Houston, TX 77087** |
| | List the contract number of any government contract | | |

| 2.241. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-143** | |
|---|---|---|---|
| | State the term remaining | | **S&H Inventory Services, LLC 220 Commons Way Building B Toms River, NJ 08755** |
| | List the contract number of any government contract | | |

| 2.242. | State what the contract or lease is for and the nature of the debtor's interest | **Data Processing Agreement for SAP Cloud Services, Reference No. 0221114662 expires 11/3/22** | |
|---|---|---|---|
| | State the term remaining | | **SAP America 3999 West Chester Pike Newton Square, PA 19073** |
| | List the contract number of any government contract | | |

| 2.243. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sard Verbinnen & Co., LLC 909 Third Avenue 32nd Floor New York, NY 10022** |
| | List the contract number of any government contract | | |

| 2.244. | State what the contract or lease is for and the nature of the debtor's interest | **Petroleum Coke and Sulphur Services Agreement - LTR-270 with amendments** | |
|---|---|---|---|
| | State the term remaining | | **Savage St. Croix, LLC Dept. 418 Salt Lake City, UT 84130** |

Debtor 1    **Limetree Bay Refining, LLC**

First Name      Middle Name      Last Name

Case number *(if known)*    **21-32354**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.245. | State what the contract or lease is for and the nature of the debtor's interest | **Amended Term Services Agreement (LTR-005 including all addenda and work releases)** | |
|---|---|---|---|
| | State the term remaining | | **Sentinel Integrity Solutions, Inc** |
| | List the contract number of any government contract | | **6606 Miller Road 2** **Houston, TX 77049** |

| 2.246. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement and Work Releases Agreement LTR-010 addenda** | |
|---|---|---|---|
| | State the term remaining | | **Shermco Industries** |
| | List the contract number of any government contract | | **2425 East Pioneer Dr** **Irving, TX 75061** |

| 2.247. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agency Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Shirley Parsons Inc.** |
| | List the contract number of any government contract | | **51 Melcher Street** **Boston, MA 02210** |

| 2.248. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Terms and Conditions of Sale For Siemens Joint Product and Services Offering (Compressor and Rotating Equipment Repairs)** | |
|---|---|---|---|
| | State the term remaining | | **Siemen Industry, Inc.** |
| | List the contract number of any government contract | | **1200 W. Sam Houston Parkway N.** **Houston, TX 77043** |

| 2.249. | State what the contract or lease is for and the nature of the debtor's interest | **Siemens Standard Service Terms and Conditions and Work Orders, Insurance** | |
|---|---|---|---|
| | State the term remaining | | **Siemens Industry, Inc** |
| | List the contract number of any government contract | | **7000 Siemens Rd** **Wendell, NC 27591** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | **Limetree Bay Refining, LLC** | | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.250. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Services Agreement - Addendum No. 7** | |
|---|---|---|---|
| | State the term remaining | expires 12/31/21 | **Sloan Schoyer** |
| | List the contract number of any government contract | | **124 Mile Stretch Road** **Biddeford Pool, ME 04006** |

| 2.251. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-210 and Task Order** | |
|---|---|---|---|
| | State the term remaining | | **Smith & Burgess, LLC** **7600 W Tidwell Road** **Suite 600** |
| | List the contract number of any government contract | | **Houston, TX 77040** |

| 2.252. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-428** | |
|---|---|---|---|
| | State the term remaining | | **Southshore Controls, Inc.** **9395 Pinecone Drive** |
| | List the contract number of any government contract | | **Mentor, OH 44060** |

| 2.253. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement (LTR 166) including work releases and memorandum of understanding -Technical support regarding flares, fenceline, energy assessments, general services** | |
|---|---|---|---|
| | State the term remaining | | **Spectrum Environmental Solution, LLC** **2340 W. Braker Lane** |
| | List the contract number of any government contract | | **Austin, TX 78642** |

| 2.254. | State what the contract or lease is for and the nature of the debtor's interest | **Services Addendum No. 1 to Master Purchase and Sale Agreement for Equipment or Material PO-4700006905** | |
|---|---|---|---|
| | State the term remaining | | **Speed Valve & Specialty Infrared, Inc.** **951 FM 646 Rd E** **Suite A26** **Dickinson, TX 77539-2105** |

Debtor 1   **Limetree Bay Refining, LLC**                          Case number *(if known)*   **21-32354**
<u>First Name           Middle Name           Last Name</u>

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.255. | State what the contract or lease is for and the nature of the debtor's interest | **General Agreement & SOW** | |
| | State the term remaining | | **Sphera Solutions, Inc.** |
| | List the contract number of any government contract | | **130 E. Randolph Street** <br> **Suite 2900** <br> **Chicago, IL 60601** |

| 2.256. | State what the contract or lease is for and the nature of the debtor's interest | **SAAS Order Form** | |
| | State the term remaining | **expires 1/31/23** | **Sphera Solutions, Inc.** |
| | List the contract number of any government contract | | **130 E. Randolph Street** <br> **Suite 2900** <br> **Chicago, IL 60601** |

| 2.257. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-445** | |
| | State the term remaining | | **Spirit Environmental, LLC** |
| | List the contract number of any government contract | | **20465 State Highway 249** <br> **Suite 300** <br> **Houston, TX 77070** |

| 2.258. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-431 (Crane and Door Services)** | |
| | State the term remaining | | **Standard Crane and Hoist, LLC** |
| | List the contract number of any government contract | | **2160 Wellspring** <br> **Beaumont, TX 77705** |

| 2.259. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-415 - HSE compliance** | |
| | State the term remaining | | **Stantec Consulting Services Inc.** |
| | List the contract number of any government contract | | **13980 Collections Center Drive** <br> **Chicago, IL 60693** |

| Debtor 1 | **Limetree Bay Refining, LLC** | Case number (*if known*) | **21-32354** |
|---|---|---|---|
| | First Name          Middle Name          Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.260. | State what the contract or lease is for and the nature of the debtor's interest | **Letter Agreement (vendor terms)** | |
|---|---|---|---|
| | State the term remaining | | **Stanton Chase** |
| | List the contract number of any government contract | | **11700 Katy Freeway**<br>**Suite 630**<br>**Houston, TX 77079** |

| 2.261. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-431** | |
|---|---|---|---|
| | State the term remaining | | **Stewart & Stevenson FDDA LLC**<br>**d/b/a Florida Detroit Diesel-Allison** |
| | List the contract number of any government contract | | **6850 President's Drive**<br>**Orlando, FL 32809** |

| 2.262. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-069 and task orders** | |
|---|---|---|---|
| | State the term remaining | | **Strategic Contract Resources, LLC**<br>**5655 Lake Acworth Dr.** |
| | List the contract number of any government contract | | **Suite 350**<br>**Acworth, GA 30101** |

| 2.263. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-132** | |
|---|---|---|---|
| | State the term remaining | | **Stress Engineering Services, Inc.** |
| | List the contract number of any government contract | | **13800 Westfair East Drive**<br>**Houston, TX 77041** |

| 2.264. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement (Consulting Amine and Sulphur)** | |
|---|---|---|---|
| | State the term remaining | | **Sulphur Experts, Inc.**<br>**12 Manning Close NE** |
| | List the contract number of any government contract | | **Suite 102**<br>**Calgary, Alberta T2E 7N6**<br>**CANADA** |

| 2.265. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-117), including all addenda and work releases** | |
|---|---|---|---|
| | State the term remaining | | **Sulzer Turbo Services Houston, Inc.**<br>**11518 Old La Porte Road** |
| | List the contract number of any | | **La Porte, TX 77571** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**
First Name _____ Middle Name _____ Last Name

Case number (*if known*)   **21-32354**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| | | | |
|---|---|---|---|
| 2.266. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement LTR-297** | |
| | State the term remaining | | **Superior Laboratory Services Inc.** |
| | List the contract number of any government contract | | **1710 Preston Suite A** |
| | | | **Passadena, TX 77503** |

| | | | |
|---|---|---|---|
| 2.267. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy OMP 2000425-00** | |
| | State the term remaining | expires 12/1/21 | **Swiss Re/Westport Insurance Company** |
| | List the contract number of any government contract | | **Westport Insurance Corporation** |
| | | | **2 Waterside Crossing, Suite 2** |
| | | | **Windsor, CT 06095** |

| | | | |
|---|---|---|---|
| 2.268. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-433 (Continuous Opacity Monitoring System (COMS))** | |
| | State the term remaining | | **Teledyne Monitor Labs** |
| | List the contract number of any government contract | | **35 Inverness Drive East** |
| | | | **Englewood, CO 80112** |

| | | | |
|---|---|---|---|
| 2.269. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-089** | |
| | State the term remaining | | **Terminix International VI** |
| | List the contract number of any government contract | | **6300 Suite 1 Estate Peter's Rest** |
| | | | **Christiansted, VI 00820** |

| | | | |
|---|---|---|---|
| 2.270. | State what the contract or lease is for and the nature of the debtor's interest | **KnowBe4 Renewal 2020** | |
| | State the term remaining | | **The Broadleaf Group** |
| | List the contract number of any government contract | | **13100 Worthan Center Dr.** |
| | | | **Suite 150** |
| | | | **Houston, TX 77065** |

Debtor 1  **Limetree Bay Refining, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.271. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-055** | |
|---|---|---|---|
| | State the term remaining | | **The Equity Engineering Group, Inc.**<br>**20600 Chagrin Boulevard**<br>**Suite 1200**<br>**Shaker Heights, OH 44122** |
| | List the contract number of any government contract | | |

| 2.272. | State what the contract or lease is for and the nature of the debtor's interest | **Refinery Operating Agreement and Citibank Letter of Credit** | |
|---|---|---|---|
| | State the term remaining | **expires 7/4/41** | **The Gov't of the U.S. Virgin Islands**<br>**Attn: Office of the Governor**<br>**Government House**<br>**Charlotte Amalie**<br>**St Thomas, VI 00802** |
| | List the contract number of any government contract | | |

| 2.273. | State what the contract or lease is for and the nature of the debtor's interest | **Terms and Conditions of Sale for Products and Service** | |
|---|---|---|---|
| | State the term remaining | | **Thermo Fisher**<br>**27 Forge Parkway**<br>**Franklin, MA 02038** |
| | List the contract number of any government contract | | |

| 2.274. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-224, guarantee and work releases** | |
|---|---|---|---|
| | State the term remaining | | **TISI VI, LLC**<br>**f/k/a Team Industrial Services, Inc.**<br>**13132 Dairy Ashford**<br>**Suite 600**<br>**Sugar Land, TX 77478** |
| | List the contract number of any government contract | | |

| 2.275. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-066) and work releases** | |
|---|---|---|---|
| | State the term remaining | | **Total Safety Virgin Islands, LLC**<br>**3151 Briar Park Drive**<br>**Suite ???**<br>**Houston, TX 77042** |
| | List the contract number of any government contract | | |

| 2.276. | State what the contract or lease is for and the nature of the debtor's interest | **Software License, Support and Services Terms Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 12/10/21** | **Transpara LLC**<br>**15900 N. 78th Street**<br>**Suite 100**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Limetree Bay Refining, LLC**

First Name      Middle Name      Last Name

Case number *(if known)*   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.277. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-405** | |
|---|---|---|---|
| | State the term remaining | | **Tri-State Bird Rescue & Research, Inc.** |
| | List the contract number of any government contract | | **170 Possum Hollow Road** |
| | | | **Newark, DE 19711** |

| 2.278. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-216 and Task Orders** | |
|---|---|---|---|
| | State the term remaining | | **Turbine Controls & Excitation Services,** |
| | List the contract number of any government contract | | **PO Box 241** |
| | | | **Yarmouth, ME 04096** |

| 2.279. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-068 including all addenda and work releases)** | |
|---|---|---|---|
| | State the term remaining | | **Turnaround Consulting Services, LLC** |
| | List the contract number of any government contract | | **3618 Sierra Circle** |
| | | | **Sulphur, LA 70665** |

| 2.280. | State what the contract or lease is for and the nature of the debtor's interest | **Energy Consulting and Advisory - Develop Options & Restart Plan for Idled LBRefinery** | |
|---|---|---|---|
| | State the term remaining | | **Turner, Mason and Company** |
| | List the contract number of any government contract | | **P.O. Box 130808** |
| | | | **Dallas, TX 75313** |

| 2.281. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement (LTR-174) and Task Orders - Environmental Consulting** | |
|---|---|---|---|
| | State the term remaining | | **Tysam Tech LLC** |
| | List the contract number of any government contract | | **230 Work and Rest** |
| | | | **St. Croix, VI 00821** |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.282. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-158 and Work Releases** | |
|---|---|---|---|
| | State the term remaining | | **UHP Projects, Inc.** |
| | List the contract number of any government contract | | **4811 Mercantile Drive** |
| | | | **Newport News, VA 23607** |

| 2.283. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-139) including all addenda, work releases, and memoranda of understanding - Onsite Field Support Services** | |
|---|---|---|---|
| | State the term remaining | | **Universal Plant Services, (VI), LLC** |
| | List the contract number of any government contract | | **806 Seaco Court** |
| | | | **Deer Park, TX 77536** |

| 2.284. | State what the contract or lease is for and the nature of the debtor's interest | **Par-Isom Process License Ageement** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** |
| | | | **Des Plaines, IL 60017-5018** |

| 2.285. | State what the contract or lease is for and the nature of the debtor's interest | **Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 4 - Limetree Unit 5400** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** |
| | | | **Des Plaines, IL 60017-5018** |

| 2.286. | State what the contract or lease is for and the nature of the debtor's interest | **Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for C3/C4 Merox Process Unit Christiansted, USVI - Unit No 3 (Unit 3201)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | | | **25 E. Algonquin Road** |
| | | | **Des Plaines, IL 60017-5019** |

Debtor 1    **Limetree Bay Refining, LLC**                                    Case number (*if known*)    **21-32354**

First Name    Middle Name    Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract

---

| 2.287. | State what the contract or lease is for and the nature of the debtor's interest | **Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for LPG Merox Process Unit Christiansted, USVI - Unit No 5 (Unit 4820)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5020** |

---

| 2.288. | State what the contract or lease is for and the nature of the debtor's interest | **Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for C5 Merox Process Unit Christiansted, USVI - (Unit 7590)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5021** |

---

| 2.289. | State what the contract or lease is for and the nature of the debtor's interest | **VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 6 (Unit 460 aka DD6)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5022** |

---

Debtor 1   **Limetree Bay Refining, LLC**                                      Case number *(if known)*   **21-32354**
      First Name        Middle Name       Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.290.** State what the contract or lease is for and the nature of the debtor's interest

**Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 7 (Unit 4300 aka DD7)**

State the term remaining

List the contract number of any government contract

UOP LLC
25 E. Algonquin Road
Des Plaines, IL 60017-5023

---

**2.291.** State what the contract or lease is for and the nature of the debtor's interest

**Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 9 (Unit 5300 aka DD7)**

State the term remaining

List the contract number of any government contract

UOP LLC
25 E. Algonquin Road
Des Plaines, IL 60017-5024

---

**2.292.** State what the contract or lease is for and the nature of the debtor's interest

**Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for I-C5 Merox Process Unit Christiansted, USVI - Process Units No 1, No 2 and No 4 (Unit 3202 aka i-C5 Sweetner)**

State the term remaining

List the contract number of any government contract

UOP LLC
25 E. Algonquin Road
Des Plaines, IL 60017-5025

---

**2.293.** State what the contract or lease is for and the nature of the debtor's interest

**Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for FCC LPG Merox Process Unit Christiansted, USVI - Process Units No 6 (Unit 7500)**

UOP LLC
25 E. Algonquin Road
Des Plaines, IL 60017-5026

---

| Debtor 1 | **Limetree Bay Refining, LLC** | | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract                         _____

---

| 2.294. | State what the contract or lease is for and the nature of the debtor's interest | **Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Light FCC Gasoline Merox Process Unit Christiansted, USVI - Process Units No 7 (Unit 7550)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | _____ | **25 E. Algonquin Road Des Plaines, IL 60017-5027** |

---

| 2.295. | State what the contract or lease is for and the nature of the debtor's interest | **Merox Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Heavy FCC Gasoline Merox Process Unit Christiansted, USVI - Process Units No 9 (Unit 7570)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | _____ | **25 E. Algonquin Road Des Plaines, IL 60017-5028** |

---

| 2.296. | State what the contract or lease is for and the nature of the debtor's interest | **Butamer Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Butamer Process Unit Christiansted, USVI** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | _____ | **25 E. Algonquin Road Des Plaines, IL 60017-5029** |

---

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.297. | State what the contract or lease is for and the nature of the debtor's interest | **Fluid Catalytic Cracking Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Fluid Catalytic Cracking Process Unit Christiansted, USVI - Unit 7000** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5030** |

| 2.298. | State what the contract or lease is for and the nature of the debtor's interest | **Sulfolane Process Licensing Agreement between Limetree Bay Refining, LLC and UOP LLC for Sulfolane Process Unit Christiansted, USVI - Unit 4500** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5031** |

| 2.299. | State what the contract or lease is for and the nature of the debtor's interest | **VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 2 (Unit 800 aka DD2)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5032** |

| 2.300. | State what the contract or lease is for and the nature of the debtor's interest | **Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 2 (Unit 600)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5033** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **Limetree Bay Refining, LLC**

First Name                Middle Name                Last Name

Case number (*if known*)   **21-32354**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.301. | State what the contract or lease is for and the nature of the debtor's interest | **Platforming Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Platforming Process Unit Christiansted, USVI - Unit No. 3 (Unit 4400)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5034** |

| 2.302. | State what the contract or lease is for and the nature of the debtor's interest | **VGO Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for VGO Unionfining Process Unit Christiansted, USVI - Unit No. 4 (Unit 2200 aka DD4)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5035** |

| 2.303. | State what the contract or lease is for and the nature of the debtor's interest | **Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 5 (Unit 2400 aka DD5)** | |
|---|---|---|---|
| | State the term remaining | | **UOP LLC** |
| | List the contract number of any government contract | | **25 E. Algonquin Road** **Des Plaines, IL 60017-5036** |

Debtor 1   **Limetree Bay Refining, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)   **21-32354**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.304.** State what the contract or lease is for and the nature of the debtor's interest — **Distillate Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Distillate Unionfining Process Unit Christiansted, USVI - Unit No. 3 (Unit 1500 aka DD3)** | |
| State the term remaining | |
| List the contract number of any government contract | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5037** |
| **2.305.** State what the contract or lease is for and the nature of the debtor's interest — **Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 2 (Unit 600)** | |
| State the term remaining | |
| List the contract number of any government contract | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5038** |
| **2.306.** State what the contract or lease is for and the nature of the debtor's interest — **Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 3 (Unit 4400)** | |
| State the term remaining | |
| List the contract number of any government contract | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5039** |
| **2.307.** State what the contract or lease is for and the nature of the debtor's interest — **Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 4 (Unit 5400)** | |
| State the term remaining | **UOP LLC**<br>**25 E. Algonquin Road**<br>**Des Plaines, IL 60017-5040** |

Debtor 1    **Limetree Bay Refining, LLC**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number *(if known)*    **21-32354**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | |
|---|---|---|

| 2.308. | State what the contract or lease is for and the nature of the debtor's interest | **Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 5 (Unit 2400)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **UOP LLC** **25 E. Algonquin Road** **Des Plaines, IL 60017-5041** |

| 2.309. | State what the contract or lease is for and the nature of the debtor's interest | **Naphtha Unionfining Process License Agreement between Limetree Bay Refining, LLC and UOP LLC for Naphtha Unionfining Process Unit Christiansted, USVI - Unit No. 1 (Unit 1500)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **UOP LLC** **25 E. Algonquin Road** **Des Plaines, IL 60017-5042** |

| 2.310. | State what the contract or lease is for and the nature of the debtor's interest | **License Transfer and Termination Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **UOP LLC / Hovensa LLC** **25 E. Algonquin Road** **Des Plaines, IL 60017-5017** |

| 2.311. | State what the contract or lease is for and the nature of the debtor's interest | **National Account Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **URVI, Inc.** **100 First Stamford Place** **Suite 700** **Stamford, CT 06902** |

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.312. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement Contract No. LTR-444 (Expert Alarm Management Services) expires 5/5/22** | **User Centered Design Services, Inc.**<br>**3655 West Anthem Way**<br>**Suite A-109-400**<br>**Anthem, AZ 85086** |
|---|---|---|---|
| 2.313. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Term Services Agreement, Contract Number: LTR-066 and work releases** | **V. I. Recycling Company**<br>**6002 Estate Diamond Ruby**<br>**Suite 102**<br>**Christiansted, VI 00820** |
| 2.314. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Master Agreement for Sale of Scrap Metal** | **V.I. Recycling Company**<br>**6002 Estate Diamond Ruby**<br>**Suite 102**<br>**Christiansted, VI 00820** |
| 2.315. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Term Services Agreement (LTR-083 including all addenda and work releases) - NDT Inspection Services** | **Versa Integrity Group, Inc.**<br>**4301 Hwy 27 South**<br>**Sulphur, LA 70665** |
| 2.316. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Term Services Agreement and Work Releases Agreement LTR-001 with all work releases** | **Vesta Housing Solutions, LLC**<br>**335 East Maple Road**<br>**Suite 200**<br>**Birmingham, MI 48009** |

Debtor 1   **Limetree Bay Refining, LLC**                                Case number *(if known)*   **21-32354**
First Name               Middle Name               Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.317. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement LTR-323 - (Motor Circuit Evaluation Service on all Electrical Motors)** | |
|---|---|---|---|
| | State the term remaining | | **VibrAnalysis, Inc.** |
| | List the contract number of any government contract | | **323 Marginal Carr 199 San Juan, PR 00926** |

| 2.318. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order Terms and Conditions Agreement 139-LBR-PO Addendum No. 1** | |
|---|---|---|---|
| | State the term remaining | | **Victory Energy Operations LLC** |
| | List the contract number of any government contract | | **E. 126th Street N. Collinsville, OK 74021** |

| 2.319. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-064 with addenda and work releases** | |
|---|---|---|---|
| | State the term remaining | | **Virgin Islands Industrial Services, LLC #6002 Estate Dimond Ruby Ste. 3-103** |
| | List the contract number of any government contract | | **Christiansted, VI 00829** |

| 2.320. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Virgin Islands Paving, Inc.** |
| | List the contract number of any government contract | | **13 GA Estate Bethlehem Christiansted, VI 00820** |

| 2.321. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement Contract No. LTR-094** | |
|---|---|---|---|
| | State the term remaining | **expires 8/13/2021** | **Virgin Islands Telephone Corporation d/b/a Viya** |
| | List the contract number of any government contract | | **4006 Estate Diamond Christiansted, VI** |

| 2.322. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement, SOW and termination** | **Virgin Islands Telephone Corporation d/b/a Viya 4006 Estate Diamond** |
|---|---|---|---|
| | State the term remaining | **expires 8/13/21** | **St. Croix, VI 00820** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **Limetree Bay Refining, LLC**
First Name        Middle Name        Last Name

Case number (*if known*)    **21-32354**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | |
|---|---|---|
| **2.323.** | State what the contract or lease is for and the nature of the debtor's interest | **Cable TV Bulk Service Subscription Agreement and SOW** | |
| | State the term remaining | **expires 8/13/21** | **Virgin Islands Telephone Corporation d/b/a Viya 4006 Estate Diamond St. Croix, VI 00820** |
| | List the contract number of any government contract | | |
| **2.324.** | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
| | State the term remaining | | **VisiumKMS Inc. 2700 Post Oak Blvd. 21st Floor Houston, TX 77056** |
| | List the contract number of any government contract | | |
| **2.325.** | State what the contract or lease is for and the nature of the debtor's interest | **Software Subscription Service Agreement** | |
| | State the term remaining | **expires 2/11/23** | **VisiumKMS Inc. 2700 Post Oak Blvd. 21st Floor Houston, TX 77056** |
| | List the contract number of any government contract | | |
| **2.326.** | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement (LTR-092 and all addenda) - Printer/Scanner Maintenance** | |
| | State the term remaining | | **Visual Edge Technology d/b/a Axsa Imaging Solutions 2100 N Reagan Blvd. Longwood, FL 32750** |
| | List the contract number of any government contract | | |
| **2.327.** | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract No. LTR-100** | |
| | State the term remaining | | **Vital Industrial Solutions 960 Atkin Avenue Samia, Ontario N7W 1A7 CANADA** |
| | List the contract number of any government contract | | |

Debtor 1  **Limetree Bay Refining, LLC**                                     Case number *(if known)*   **21-32354**
First Name         Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-025); Addendum #1; Addendum #10** | |
|---|---|---|---|
| | State the term remaining | | **Vivot Equipment Corporation** |
| | List the contract number of any government contract | | **9010 Estate Cottage Christiansted, VI 00820** |

| 2.329. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement (LTR-356) including work releases and memoranda of understanding - Wastewater Treatment Plant Operations & Centifuge** | |
|---|---|---|---|
| | State the term remaining | **expires 1/1/2025** | **VWNA Caribbean, LLC Attn: Todd Newman 1131 King Street** |
| | List the contract number of any government contract | | **Christiansted, VI 00820** |

| 2.330. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Inventory Agreement Limetree Agreement LTR-084** | |
|---|---|---|---|
| | State the term remaining | | **WDI USVI, LLC 225 W. Station Square Dr. Suite 700** |
| | List the contract number of any government contract | | **Pittsburgh, PA 15219** |

| 2.331. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement (No. LBR-2019) Limetree Agreement LTR-285 and corresponding lease schedules - N2 trailer lease (6 ea; 3 years)** | |
|---|---|---|---|
| | State the term remaining | **expires 8/15/2022** | **Weldship Industries, Inc. 225 W 2nd Street** |
| | List the contract number of any government contract | | **Bethlehem, PA 18015** |

| 2.332. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Policy** | |
|---|---|---|---|
| | State the term remaining | | **Westchester Surplus Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700** |
| | List the contract number of any government contract | | **Houston, TX 77042** |

Debtor 1  **Limetree Bay Refining, LLC**                    Case number (*if known*)  **21-32354**
         First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.333. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement For Services - Contracting Staffing and Search** | |
|---|---|---|---|
| | State the term remaining | | **Whitaker IT, LLC** |
| | List the contract number of any government contract | | **d/b/a Whitaker Techincal 10375 Richmond Ave Suite 1700 Houston, TX 77042** |

| 2.334. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LB-006 (RRP Emergency and Fire Response)** | |
|---|---|---|---|
| | State the term remaining | | **WillFire HC, LLC** |
| | List the contract number of any government contract | | **d/b/a William Fire & Hazard Control 9605 Richard Wycoff Drive Port Arthur, TX 77640** |

| 2.335. | State what the contract or lease is for and the nature of the debtor's interest | **Term Services Agreement Contract Number: LTR-386 (A/C Maintenance & Repair)** | |
|---|---|---|---|
| | State the term remaining | | **William R. Nash V.I. Inc.** |
| | List the contract number of any government contract | | **c/o Timothy Gorman P.O. Box 4305 Kingshill, St. Croix, VI 00851** |

| 2.336. | State what the contract or lease is for and the nature of the debtor's interest | **Combined Property Insurance Policy BO509ENGAO2000576** | |
|---|---|---|---|
| | State the term remaining | expires 12/1/21 | **WRB/Guardian General Insurance** |
| | List the contract number of any government contract | | **Marsh USA 1166 Avenue of the Americas New York, NY 10036-2774** |

| 2.337. | State what the contract or lease is for and the nature of the debtor's interest | **Professional Services Agreement - LTR-410-JR** | |
|---|---|---|---|
| | State the term remaining | | **Wunderlich-Malec Engineering, Inc.** |
| | List the contract number of any government contract | | **6101 Blue Circle Drive Eden Prairie, MN 55343** |

| 2.338. | State what the contract or lease is for and the nature of the debtor's interest | **Policy # XLUMB-2299784** | **XL Bermuda Lockton Companies, LLC - Houston 3657 Briarpark Drive Suite 700 Houston, TX 77042** |
|---|---|---|---|

| Debtor 1 | **Limetree Bay Refining, LLC** | | Case number (*if known*) | **21-32354** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract
_____

---

| 2.339. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement and SOW** | |
|---|---|---|---|
| | State the term remaining | **expires 8/23/21** | **Yana Systems Inc.** |
| | List the contract number of any government contract | _____ | **6860 North Dallas Parkway** **Suite 200** **Plano, TX** |

---

| 2.340. | State what the contract or lease is for and the nature of the debtor's interest | **Coaching Agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 2/28/22** | **York Career Development, Inc.** |
| | List the contract number of any government contract | _____ | **651 Bering Drive** **Suite 1304** **Houston, TX 77057** |

**Fill in this information to identify the case:**

Debtor name    **Limetree Bay Refining, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **21-32354**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Limetree Bay "Affiliates"** | | **InServ Field Services USVI, LLC** | ■ D   **2.12** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2   **Limetree Bay Energy, LLC** | | **Excel Construction & Maintenance VI** | ■ D   **2.8** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3   **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Wilmington Trust, N.A.** | ■ D   **2.20** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4   **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **J. Aron & Company LLC** | ■ D   **2.13** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5   **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **J. Aron & Company LLC** | ■ D   **2.14** <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |

�as

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | D / E/F / G |
|---|---|---|---|---|
| 2.6 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Goldman Sachs Bank USA** | ■ D   **2.9** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.7 | **Limetree Bay Refining Operating, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Wilmington Trust, N.A.** | ■ D   **2.20** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.8 | **Limetree Bay Refining Operating, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **J. Aron & Company LLC** | ■ D   **2.13** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.9 | **Limetree Bay Refining Operating, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **J. Aron & Company LLC** | ■ D   **2.14** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.10 | **Limetree Bay Refining Operating, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Goldman Sachs Bank USA** | ■ D   **2.9** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.11 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Great Southern Technologies LLC** | ■ D   **2.10** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.12 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Wholesale Electric Supply Co.** | ☐ D ____ <br> ■ E/F   **3.298** <br> ☐ G ____ |
| 2.13 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **V.I. Industrial Services, LLC** | ■ D   **2.18** <br> ☐ E/F ____ <br> ☐ G ____ |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Excel Construction & Maintenance VI** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Cust-O-Fab, LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Cust-O-Fab Specialty Services, LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Vivot Equipment Corporation** | ■ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **Limetree Bay Cayman II, LLC** | | **Arcadia/Ark/Helix** | ☐ D ____<br>☐ E/F ____<br>■ G __2.20__ |
| 2.19 | **Limetree Bay Cayman II, LLC** | | **Chaucer/Apollo** | ☐ D ____<br>☐ E/F ____<br>■ G __2.64__ |
| 2.20 | **Limetree Bay Cayman, LLC** | | **Arcadia/Ark/Helix** | ☐ D ____<br>☐ E/F ____<br>■ G __2.20__ |
| 2.21 | **Limetree Bay Cayman, LLC** | | **Chaucer/Apollo** | ☐ D ____<br>☐ E/F ____<br>■ G __2.64__ |

Debtor __Limetree Bay Refining, LLC__          Case number *(if known)*   __21-32354__

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                   Column 2: **Creditor**

| 2.22 | **Limetree Bay Financing, LLC** | **1 Estate Hope Christiansted, VI 00820** | **Arcadia/Ark/Helix** | ☐ D ____ ☐ E/F ____ ▮ G __2.20__ |

| 2.23 | **Limetree Bay Financing, LLC** | | **Chaucer/Apollo** | ☐ D ____ ☐ E/F ____ ▮ G __2.64__ |

| 2.24 | **Limetree Bay Refining Holdings II, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Arcadia/Ark/Helix** | ☐ D ____ ☐ E/F ____ ▮ G __2.20__ |

| 2.25 | **Limetree Bay Refining Holdings II, LLC** | | **Chaucer/Apollo** | ☐ D ____ ☐ E/F ____ ▮ G __2.64__ |

| 2.26 | **Limetree Bay Refining Holdings, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Arcadia/Ark/Helix** | ☐ D ____ ☐ E/F ____ ▮ G __2.20__ |

| 2.27 | **Limetree Bay Refining Holdings, LLC** | | **Chaucer/Apollo** | ☐ D ____ ☐ E/F ____ ▮ G __2.64__ |

| 2.28 | **Limetree Bay Refining Marketing, LLC** | **11100 Brittmoore Park Drive Houston, TX 77041** | **BP Products North America Inc.** | ☐ D ____ ☐ E/F ____ ▮ G __2.51__ |

| 2.29 | **Limetree Bay Refining Marketing, LLC** | **11100 Brittmoore Park Drive Houston, TX 77041** | **Limetree Bay Terminals, LLC** | ☐ D ____ ☐ E/F ____ ▮ G __2.173__ |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

---

### ▮ Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.30 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **J. Aron & Company LLC** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.158__ |
| 2.31 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **AIG Insurance Company - Puerto Rico** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.8__ |
| 2.32 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Arcadia/Ark/Helix** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.20__ |
| 2.33 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **WRB/Guardian General Insurance** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.336__ |
| 2.34 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Swiss Re/Westport Insurance Company** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.267__ |
| 2.35 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Rokstone/Guardian General Insurance** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.236__ |
| 2.36 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **QBE/Lloyds of London** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.225__ |
| 2.37 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Partner Re/PartnerRe Ireland Insurance** | ☐ D _____<br>☐ E/F _____<br>▪ G __2.203__ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **NOA/Lloyds of London** | ☐ D _____<br>☐ E/F _____<br>■ G __2.193__ |
| 2.39 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **LSM/Liberty Specialty Markets Agency td** | ☐ D _____<br>☐ E/F _____<br>■ G __2.171__ |
| 2.40 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Lancashire Insurance Company UK, Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G __2.169__ |
| 2.41 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **IGI/Insurance General Insurance Co Ltd.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.149__ |
| 2.42 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Houston Specialty Insurance Company** | ☐ D _____<br>☐ E/F _____<br>■ G __2.141__ |
| 2.43 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Helvetia Swiss Insurance Co** | ☐ D _____<br>☐ E/F _____<br>■ G __2.133__ |
| 2.44 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Hannover Re/HDI Global Specialty SE** | ☐ D _____<br>☐ E/F _____<br>■ G __2.130__ |
| 2.45 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Great Lakes** | ☐ D _____<br>☐ E/F _____<br>■ G __2.127__ |

| Debtor | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.46 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Fidelis Underwriting Ltd.** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.114**___ |
| 2.47 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Elseco Limited** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.102**___ |
| 2.48 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Convex Insurance UK Limited** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.76**___ |
| 2.49 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Guardian General Insurance Limited** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.128**___ |
| 2.50 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Berkshire Hathaway** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.43**___ |
| 2.51 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **Atrium Underwriters Ltd** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.24**___ |
| 2.52 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **J. Aron & Company LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.160**___ |
| 2.53 | **Limetree Bay Refining Marketing, LLC** | **#1 Estate Hope Christiansted, VI 00820** | **BP Products North America Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G ___**2.52**___ |

| Debtor | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | **Limetree Bay Refining Marketing, LLC** | #1 Estate Hope Christiansted, VI 00820 | **Chaucer/Apollo** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.64** |
| 2.55 | **Limetree Bay Refining Operating, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **J. Aron & Company LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.158** |
| 2.56 | **Limetree Bay Refining Operating, LLC** | #1 Estate Hope Christiansted, VI 00820 | **J. Aron & Company LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.159** |
| 2.57 | **Limetree Bay Refining Operating, LLC** | #1 Estate Hope Christiansted, VI 00820 | **Arcadia/Ark/Helix** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.20** |
| 2.58 | **Limetree Bay Refining Operating, LLC** | #1 Estate Hope Christiansted, VI 00820 | **J. Aron & Company LLC** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.160** |
| 2.59 | **Limetree Bay Refining Operating, LLC** | #1 Estate Hope Christiansted, VI 00820 | **Chaucer/Apollo** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.64** |
| 2.60 | **Limetree Bay Services, LLC** | 11100 Brittmoore Park Drive Houston, TX 77041 | **Arcadia/Ark/Helix** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.20** |
| 2.61 | **Limetree Bay Services, LLC** | 11100 Brittmoore Park Drive Houston, TX 77041 | **Chaucer/Apollo** | ☐ D ____ <br> ☐ E/F ____ <br> ■ G  **2.64** |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.62 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Bayteck International, Inc.** | ☐ D ____<br>☐ E/F ____<br>■ G __2.39__ |
| 2.63 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **AIG Insurance Company - Puerto Rico** | ☐ D ____<br>☐ E/F ____<br>■ G __2.8__ |
| 2.64 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Arcadia/Ark/Helix** | ☐ D ____<br>☐ E/F ____<br>■ G __2.20__ |
| 2.65 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **WRB/Guardian General Insurance** | ☐ D ____<br>☐ E/F ____<br>■ G __2.336__ |
| 2.66 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Swiss Re/Westport Insurance Company** | ☐ D ____<br>☐ E/F ____<br>■ G __2.267__ |
| 2.67 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Rokstone/Guardian General Insurance** | ☐ D ____<br>☐ E/F ____<br>■ G __2.236__ |
| 2.68 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **QBE/Lloyds of London** | ☐ D ____<br>☐ E/F ____<br>■ G __2.225__ |
| 2.69 **Limetree Bay Terminals, LLC** | **#1 Estate Hope Christiansted, VI 00820-5652** | **Partner Re/PartnerRe Ireland Insurance** | ☐ D ____<br>☐ E/F ____<br>■ G __2.203__ |

Debtor   **Limetree Bay Refining, LLC**                                   Case number *(if known)*   **21-32354**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.70 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **NOA/Lloyds of London** | ☐ D _____ ☐ E/F _____ ■ G   **2.193** |
| 2.71 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **LSM/Liberty Specialty Markets Agency td** | ☐ D _____ ☐ E/F _____ ■ G   **2.171** |
| 2.72 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Lancashire Insurance Company UK, Ltd** | ☐ D _____ ☐ E/F _____ ■ G   **2.169** |
| 2.73 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **IGI/Insurance General Insurance Co Ltd.** | ☐ D _____ ☐ E/F _____ ■ G   **2.149** |
| 2.74 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Houston Specialty Insurance Company** | ☐ D _____ ☐ E/F _____ ■ G   **2.141** |
| 2.75 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Helvetia Swiss Insurance Co** | ☐ D _____ ☐ E/F _____ ■ G   **2.133** |
| 2.76 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Hannover Re/HDI Global Specialty SE** | ☐ D _____ ☐ E/F _____ ■ G   **2.130** |
| 2.77 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Great Lakes** | ☐ D _____ ☐ E/F _____ ■ G   **2.127** |

Debtor   **Limetree Bay Refining, LLC**                                        Case number *(if known)*   **21-32354**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | | |
| --- | --- | --- | --- | --- |
| 2.78 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Fidelis Underwriting Ltd.** | ☐ D _____ ☐ E/F _____ ■ G   **2.114** |
| 2.79 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Elseco Limited** | ☐ D _____ ☐ E/F _____ ■ G   **2.102** |
| 2.80 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Convex Insurance UK Limited** | ☐ D _____ ☐ E/F _____ ■ G   **2.76** |
| 2.81 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Guardian General Insurance Limited** | ☐ D _____ ☐ E/F _____ ■ G   **2.128** |
| 2.82 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Berkshire Hathaway** | ☐ D _____ ☐ E/F _____ ■ G   **2.43** |
| 2.83 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Atrium Underwriters Ltd** | ☐ D _____ ☐ E/F _____ ■ G   **2.24** |
| 2.84 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Whitaker IT, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.333** |
| 2.85 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Austin Fire Systems, LLC** | ☐ D _____ ☐ E/F _____ ■ G   **2.26** |

---

Debtor **Limetree Bay Refining, LLC**                     Case number *(if known)*  **21-32354**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.86 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Bayteck International, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.40**_ |
| 2.87 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Christiansted Equipment, Ltd.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.66**_ |
| 2.88 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **F&M Mafco, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.112**_ |
| 2.89 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Oliver Exterminating of the V.I., Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.197**_ |
| 2.90 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **VWNA Caribbean, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.329**_ |
| 2.91 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Barr Engineering Co.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.38**_ |
| 2.92 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **National Parts** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.191**_ |
| 2.93 **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Becht Engineering Co., Inc** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G _**2.41**_ |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.94 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Hargrove & Associates LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.131 | |
| 2.95 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **TISI VI, LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.274 | |
| 2.96 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Paxton International** | ☐ D _____ ☐ E/F _____ ■ G   2.205 | |
| 2.97 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **BrandSafway Solutions USVI LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.53 | |
| 2.98 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Black Diamond Automation, LLC** | ☐ D _____ ☐ E/F _____ ■ G   2.46 | |
| 2.99 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Virgin Islands Paving, Inc.** | ☐ D _____ ☐ E/F _____ ■ G   2.320 | |
| 2.100 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **William R. Nash V.I. Inc.** | ☐ D _____ ☐ E/F _____ ■ G   2.335 | |
| 2.101 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Wunderlich-Malec Engineering, Inc.** | ☐ D _____ ☐ E/F _____ ■ G   2.337 | |

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.10 2 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **Pillar Corp Tsc** **Blower Corp** | ☐ D ____ ☐ E/F ____ ■ G   **2.210** |
| 2.10 3 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **Stewart & Stevenson** **FDDA LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.261** |
| 2.10 4 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **York Career** **Development, Inc.** | ☐ D ____ ☐ E/F ____ ■ G   **2.340** |
| 2.10 5 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **Rooftops Silicone** **Distributors, Inc.** | ☐ D ____ ☐ E/F ____ ■ G   **2.237** |
| 2.10 6 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **Mostardi Platt** | ☐ D ____ ☐ E/F ____ ■ G   **2.186** |
| 2.10 7 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **RTP Environmental** **Associates** | ☐ D ____ ☐ E/F ____ ■ G   **2.239** |
| 2.10 8 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **Pinnacle Services** **LLC** | ☐ D ____ ☐ E/F ____ ■ G   **2.212** |
| 2.10 9 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** **Christiansted, VI 00820-5652** | **AC Systems** **Integration, Inc.** | ☐ D ____ ☐ E/F ____ ■ G   **2.2** |

---

Debtor   **Limetree Bay Refining, LLC**                                    Case number *(if known)*   **21-32354**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|
| 2.110 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Acuren Inspection, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.4___ |
| 2.111 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **BWC Technologies, Inc.** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.55___ |
| 2.112 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Demaco Corporation** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.83___ |
| 2.113 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **DSI Group, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.95___ |
| 2.114 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **DSI, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.96___ |
| 2.115 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Flexicrew Technical, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.115___ |
| 2.116 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **Hazard Management Group of Texas LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.132___ |
| 2.117 | **Limetree Bay Terminals, LLC** | **#1 Estate Hope** Christiansted, VI 00820-5652 | **HMT LLC** | ☐ D _____<br>☐ E/F _____<br>■ G ___2.134___ |

| Debtor | **Limetree Bay Refining, LLC** | | Case number *(if known)* | **21-32354** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.118 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **IBB Petroleum Services Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.145** |
| 2.119 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **ISS Marine Services LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.156** |
| 2.120 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **J. Benton Construction, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.161** |
| 2.121 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **North Atlantic Power Products** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.194** |
| 2.122 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Priority Roro Services Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.220** |
| 2.123 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Standard Crane and Hoist, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.258** |
| 2.124 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Tri-State Bird Rescue & Research, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.277** |
| 2.125 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **V.I. Recycling Company** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G   **2.314** |

Debtor   **Limetree Bay Refining, LLC**                                      Case number *(if known)*   **21-32354**

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 6 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **VisiumKMS Inc.** | ☐ D ____ ☐ E/F ____ ▮ G   **2.325** |
| 2.12 7 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **WillFire HC, LLC** | ☐ D ____ ☐ E/F ____ ▮ G   **2.334** |
| 2.12 8 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Dynamic Innovative Corporation** | ☐ D ____ ☐ E/F ____ ▮ G   **2.98** |
| 2.12 9 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Rotating Machinery Services, Inc.** | ☐ D ____ ☐ E/F ____ ▮ G   **2.238** |
| 2.13 0 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Universal Plant Services, (VI), LLC** | ☐ D ____ ☐ E/F ____ ▮ G   **2.283** |
| 2.13 1 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **VisiumKMS Inc.** | ☐ D ____ ☐ E/F ____ ▮ G   **2.324** |
| 2.13 2 | **Limetree Bay Terminals, LLC** | #1 Estate Hope Christiansted, VI 00820-5652 | **Chaucer/Apollo** | ☐ D ____ ☐ E/F ____ ▮ G   **2.64** |
| 2.13 3 | **Limetree Bay Ventures, LLC** | | **AIG Insurance Company - Puerto Rico** | ☐ D ____ ☐ E/F ____ ▮ G   **2.8** |

---

Debtor    **Limetree Bay Refining, LLC**                         Case number *(if known)*    **21-32354**

---

### Additional Page to List More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|

| 2.134 | **Limetree Bay Ventures, LLC** | **Arcadia/Ark/Helix** | ☐ D ____ ☐ E/F ____ ■ G  **2.20** |

| 2.135 | **Limetree Bay Ventures, LLC** | **WRB/Guardian General Insurance** | ☐ D ____ ☐ E/F ____ ■ G  **2.336** |

| 2.136 | **Limetree Bay Ventures, LLC** | **Swiss Re/Westport Insurance Company** | ☐ D ____ ☐ E/F ____ ■ G  **2.267** |

| 2.137 | **Limetree Bay Ventures, LLC** | **Rokstone/Guardian General Insurance** | ☐ D ____ ☐ E/F ____ ■ G  **2.236** |

| 2.138 | **Limetree Bay Ventures, LLC** | **QBE/Lloyds of London** | ☐ D ____ ☐ E/F ____ ■ G  **2.225** |

| 2.139 | **Limetree Bay Ventures, LLC** | **Partner Re/PartnerRe Ireland Insurance** | ☐ D ____ ☐ E/F ____ ■ G  **2.203** |

| 2.140 | **Limetree Bay Ventures, LLC** | **NOA/Lloyds of London** | ☐ D ____ ☐ E/F ____ ■ G  **2.193** |

| 2.141 | **Limetree Bay Ventures, LLC** | **LSM/Liberty Specialty Markets Agency td** | ☐ D ____ ☐ E/F ____ ■ G  **2.171** |

---

| Debtor | **Limetree Bay Refining, LLC** | Case number *(if known)* | **21-32354** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | | |
|---|---|---|---|
| 2.14 2 | **Limetree Bay Ventures, LLC** | **Lancashire Insurance Company UK, Ltd** | ☐ D ____ ☐ E/F ____ ■ G   **2.169** |
| 2.14 3 | **Limetree Bay Ventures, LLC** | **IGI/Insurance General Insurance Co Ltd.** | ☐ D ____ ☐ E/F ____ ■ G   **2.149** |
| 2.14 4 | **Limetree Bay Ventures, LLC** | **Houston Specialty Insurance Company** | ☐ D ____ ☐ E/F ____ ■ G   **2.141** |
| 2.14 5 | **Limetree Bay Ventures, LLC** | **Helvetia Swiss Insurance Co** | ☐ D ____ ☐ E/F ____ ■ G   **2.133** |
| 2.14 6 | **Limetree Bay Ventures, LLC** | **Hannover Re/HDI Global Specialty SE** | ☐ D ____ ☐ E/F ____ ■ G   **2.130** |
| 2.14 7 | **Limetree Bay Ventures, LLC** | **Great Lakes** | ☐ D ____ ☐ E/F ____ ■ G   **2.127** |
| 2.14 8 | **Limetree Bay Ventures, LLC** | **Fidelis Underwriting Ltd.** | ☐ D ____ ☐ E/F ____ ■ G   **2.114** |
| 2.14 9 | **Limetree Bay Ventures, LLC** | **Elseco Limited** | ☐ D ____ ☐ E/F ____ ■ G   **2.102** |

| Debtor | Limetree Bay Refining, LLC | Case number *(if known)* | 21-32354 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.150 | Limetree Bay Ventures, LLC | Convex Insurance UK Limited | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.76___ |
| 2.151 | Limetree Bay Ventures, LLC | Guardian General Insurance Limited | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.128___ |
| 2.152 | Limetree Bay Ventures, LLC | Berkshire Hathaway | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.43___ |
| 2.153 | Limetree Bay Ventures, LLC | Muse, Stencil & Co | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.187___ |
| 2.154 | Limetree Bay Ventures, LLC | Atrium Underwriters Ltd | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.24___ |
| 2.155 | Limetree Bay Ventures, LLC | Chaucer/Apollo | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.64___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Limetree Bay Refining, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __21-32354__

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge based upon the information available to me at this time.
.

Executed on __September 7, 2021__          X __/s/ Mark Shapiro__
                                            Signature of individual signing on behalf of debtor

                                            __Mark Shapiro__
                                            Printed name

                                            __Chief Restructuring Officer__
                                            Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy