# EXHIBIT 15

**Transcript of Auction held on 11-18-21**

[Debtors have not yet provided despite request on 11/30/21]