# EXHIBIT 19

**Presentation [including drafts and emails regarding contents and recommendations] to the Debtors' Board regarding the bids**

[Debtors have not yet provided despite request on 12/1/21]