# EXHIBIT 20

**Debtors Board minutes and resolution regarding the sale and approvals to SCE**

[Debtors have not yet provided despite request on 12/1/21]