# EXHIBIT 29

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>LIMETREE BAY SERVICES, LLC, *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 21-32351<br><br>(Jointly Administered) |

NOTICE OF EMERGENCY SALE HEARING ON
DECEMBER 7, 2021 AT 4:00 P.M. CENTRAL TIME

**PLEASE TAKE NOTICE** that the final emergency hearing to consider the sale referenced in the *Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* (Doc. No. 191) (the "**Motion**") is scheduled for **December 7, 2021 at 4:00 p.m. Central Time** before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002 (the "**Sale Hearing**"). You may participate in the hearing either in person or by an audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that **emergency relief has been requested. Relief is requested not later than 4:00 p.m. Central Time on December 7, 2021.**

**PLEASE TAKE FURTHER NOTICE** that the deadlines and milestones related to the Sale Hearing and Motion, including deadlines to object to the proposed sale, are included in the Debtor's *Notice of (I) Designation of Winning Bid and Back-Up Bids and (II) Sixth Notice of Extension of Milestones and Bid Procedures Deadlines* (Doc. No. 829) ("**Notice of Designation**"), which is being filed simultaneously with this Notice. If you object to the relief requested or you

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

believe that emergency consideration is not warranted, you must appear at the hearing and file a written response as outlined in the Notice of Designation. Otherwise, the Court may treat the matter as unopposed and grant the relief requested.

**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Once the code is entered, you will be connected **live** to the courtroom. You will be able to hear persons speaking in the courtroom and other persons on the call addressing the Court. You will be able to address the Court directly. The Court will hear all sound on your line. **PLEASE mute your line if you are not addressing the Court.**

**PLEASE TAKE FURTHER NOTICE** If there are multiple parties on the call, the Court may activate the "hand raise" feature. The system will announce that this feature has been activated. If the hand raise feature has been activated, you will not be able to address the Court until the Court addresses you or you request to speak and the Court grants the request. If you wish to address the Court, you must press 5*. Within 5 seconds, the Court will receive a signal that you wish to speak. When the Court calls on you, you will hear a recorded message that you have been recognized. When you are done, the Court will again mute your call. Details regarding the use of the conferencing system are available at https://www.conferencecalling.com/help

**PLEASE TAKE FURTHER NOTICE** Video participation is available via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application prior to the hearing. If a browser connection is used, Chrome is generally recommended. A mobile version of the application is also available. The meeting code is

2

4889-2313-8053.1

"judgejones". You may also connect directly by clicking the link on Judge Jones' home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of documents can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' proposed claims and noticing agent at www.bmcgroup.com/limetree

|  |  |
|---|---|
| Dated: November 30, 2021 | **BAKER & HOSTETLER LLP** <br> */s/ Elizabeth A. Green* <br> **Elizabeth A. Green, Esq.** <br> So. Dist. Fed ID 903144 <br> **Jimmy D. Parrish, Esq.** <br> So. Dist. Fed ID 2687598 <br> 200 S. Orange Avenue <br> Suite 2300 <br> Orlando, FL 32801 <br> Telephone: (407) 649-4000 <br> Facsimile: (407) 841-0168 <br> E-mail: egreen@bakerlaw.com <br> E-mail: jparrish@bakerlaw.com |

4889-2313-8053.1

        **BAKER & HOSTETLER LLP**
        **Jorian L. Rose, Esq.**
        N.Y. Reg. No. 2901783
        45 Rockefeller Plaza
        New York, New York
        Telephone: 212.589.4200
        Facsimile: 212.589.4201
        Email: jrose@bakerlaw.com
        *(Admitted Pro Hac Vice)*

        *Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 30, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

        */s/ Elizabeth A. Green*
        Elizabeth A. Green