IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF: (I) NOTICE OF DESIGNATION OF WINNING BID AND BACK-UP BIDS AND SIXTH NOTICE OF EXTENSION OF MILESTONES AND BID PROCEDURES DEADLINES; AND (II) NOTICE OF EMERGENCY SALE HEARING**

**PLEASE TAKE NOTICE** that, pursuant to the Bid Procedures Order[2] and Paragraph 26 of the Bidding Procedures, the Debtors hereby withdraw the *Notice of (I) Designation of Winning Bid and Back-up Bids and (II) Sixth Notice of Extension of Milestones and Bid Procedures Deadlines* [Doc. No. 829];[3] and

**PLEASE TAKE FURTHER NOTICE THAT**, the Debtors hereby withdraw the *Notice of Emergency Sale Hearing on December 7, 2021 at 4:00 p.m. Central Time* [Doc. No. 830]. The Sale Hearing (as defined therein) is rescheduled to **December 21, 2021, at 10:00 a.m. Central Time** [Doc. No. 884]. The Debtors shall separately notice the Sale Hearing and related objection deadlines at a later date.

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the order [Doc. No. 392] granting the *Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* [Doc. No. 191].

[3] The Designation Notice shall only be withdrawn with respect to the designation of St. Croix as the Winning Bidder and collectively Sabin and Bay as the Back-up Bidders. This Notice shall not affect the extensions of the Milestones and Bid Procedures Deadlines made in the Designation Notice.

Dated: December 7, 2021  **BAKER & HOSTETLER LLP**

  */s/ Elizabeth A. Green*
  **Elizabeth A. Green, Esq.**
  Fed ID No.: 903144
  **Jimmy D. Parrish, Esq.**
  Fed. ID No. 2687598
  SunTrust Center, Suite 2300
  200 South Orange Avenue
  Orlando, FL  32801-3432
  Telephone:  407.649.4000
  Facsimile:   407.841.0168
  Email: egreen@bakerlaw.com
     jparrish@bakerlaw.com

  **BAKER & HOSTETLER LLP**
  **Jorian L. Rose, Esq.**
  *Admitted Pro Hac Vice*
  N.Y. Reg. No. 2901783
  45 Rockefeller Plaza
  New York, New York 10111
  Telephone:  212.589.4200
  Facsimile:  212.589.4201
  Email: jrose@bakerlaw.com

  *Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

  I certify that on December 7, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

  */s/ Elizabeth A. Green*
  Elizabeth A. Green