**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC,** *et al.* [1] | **CASE NO.: 21-32351** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE RE**

| Docket No. 884 | NOTICE OF RESCHEDULED SALE HEARING TO 10:00 A.M. ON DECEMBER 21, 2021 |
|---|---|
| Docket No. 885 | AGENDA FOR HEARING ON DECEMBER 7, 2021 AT 4:00 P.M. CENTRAL TIME |
| Docket No. 888 | NOTICE OF WITHDRAWAL OF: (I) NOTICE OF DESIGNATION OF WINNING BID AND BACK-UP BIDS AND SIXTH NOTICE OF EXTENSION OF MILESTONES AND BID PROCEDURES DEADLINES; AND (II) NOTICE OF EMERGENCY SALE HEARING |

I, Bradford Daniel, state as follows:

1.      I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o BMC Group, Inc., 3732 West 120th Street, Hawthorne, California 90250.

2.      On December 7, 2021, at the direction of Baker & Hostetler LLP, Counsel for the Debtors and Debtors in Possession, copies of the above referenced documents were served on the parties listed on the attached Exhibit A as described below and via the modes of service indicated therein:

---

[1] The Debtors in these chapter 11 cases, along with the plast four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).  The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

Exhibit A          The Master Service List Parties referenced in Service List Nos. 76103 and 76104.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7th day of December, 2021 at New York, New York.


_____/s/ Bradford Daniel_____
Bradford Daniel

# Limetree

**Total number of parties: 268**

## Exhibit A - Limetree

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | ADAMS AND REESE LLP, SCOTT R. CHEATHAM, (RE: HONEYWELL ENRAF AMERICAS INC ET AL.), SCOTT.CHEATHAM@ARLAW.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, IRA S. DIZENGOFF, IDIZENGOFF@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, KEVIN EIDE;S L ALBERINO; B L TAYLOR, SALBERINO@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, KEVIN EIDE;S L ALBERINO; B L TAYLOR, TAYLORB@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, KEVIN EIDE;S L ALBERINO; B L TAYLOR, BSCOTT@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, KEVIN EIDE;S L ALBERINO; B L TAYLOR, KEIDE@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, MARTY L BRIMMAGE JR;LACY M LAWRENCE, MBRIMMAGE@AKINGUMP.COM | **E-mail** |
| 76103 | AKIN GUMP STRAUSS HAUER & FELD LLP, MARTY L BRIMMAGE JR;LACY M LAWRENCE, LLAWRENCE@AKINGUMP.COM | **E-mail** |
| 76103 | ALSTON & BIRD LLP, DAVID A. WENDER, (RE: WILMINGTON TRUST, NTL ASSOC), DAVID.WENDER@ALSTON.COM | **E-mail** |
| 76103 | ALTAIRSTRICKLAND V.I., LLC, RRAMIREZ@ALTAIRSTRICKLAND.COM | **E-mail** |
| 76103 | ANALYTIC STRESS RELIEVING, INC., SARAH@ANALYTICSTRESS.COM | **E-mail** |
| 76103 | ANN HARRIS BENNETT, TAX.OFFICE@HCTX.NET | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, CHRISTOPHER M. ODELL, (RE: BP PRODUCTS NORTH AMERICA INC.), CHRISTOPHER.ODELL@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, MICHAEL D. MESSERSMITH;D T NURNBERG, (RE: BP PRODUCTS NORTH AMERICA INC.), MICHAEL.MESSERSMITH@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, MICHAEL D. MESSERSMITH;D T NURNBERG, (RE: BP PRODUCTS NORTH AMERICA INC.), TYLER.NURNBERG@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, RHONDA R. TROTTER, (RE: BP PRODUCTS NORTH AMERICA INC), RHONDA.TROTTER@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, ROBERT T FRANCISOVICH;LORI B LESKIN, (RE: BP PRODUCTS NORTH AMERICA INC), LORI.LESKIN@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, ROSA J. EVERGREEN;G MIJARES-SHAFAI, (RE: BP PRODUCTS NORTH AMERICA INC.), ROSA.EVERGREEN@ARNOLDPORTER.COM | **E-mail** |
| 76103 | ARNOLD & PORTER KAYE SCHOLER LLP, ROSA J. EVERGREEN;G MIJARES-SHAFAI, (RE: BP PRODUCTS NORTH AMERICA INC.), GERARDO.MIJARES-SHAFAI@ARNOLDPORTER.COM | **E-mail** |
| 76103 | AWARE SUPER PTY LTD, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | AWARE SUPER PTY LTD, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | BAKER & HOSTETLER LLP, JORIAN L. ROSE, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), JROSE@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER & HOSTETLER LLP, MICHAEL T. DELANEY;JOSEPH M. ESMONT, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), MDELANEY@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER & HOSTETLER LLP, MICHAEL T. DELANEY;JOSEPH M. ESMONT, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), JESMONT@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER BOTTS LLP, JAMES R. PRINCE, (RE: J. ARON & COMPANY LLC), JIM.PRINCE@BAKERBOTTS.COM | **E-mail** |
| 76103 | BAKER BOTTS LLP, ROBIN SPIGEL;C NEWCOMB;J R. HERZ, (RE: J. ARON & COMPANY LLC), ROBIN.SPIGEL@BAKERBOTTS.COM | **E-mail** |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | BAKER BOTTS LLP, ROBIN SPIGEL;C NEWCOMB;J R. HERZ, (RE: J. ARON & COMPANY LLC), CHRIS.NEWCOMB@BAKERBOTTS.COM | **E-mail** |
| 76103 | BAKER BOTTS LLP, ROBIN SPIGEL;C NEWCOMB;J R. HERZ, (RE: J. ARON & COMPANY LLC), JACOB.HERZ@BAKERBOTTS.COM | **E-mail** |
| 76104 | BAKER HOSTETLER LLP, DAVID J. RICHARDSON, (RE: LIMETREE BAY SERVICES, LLC, ET AL), 11601 WILSHIRE BOULEVARD, STE 1400, LOS ANGELES, CA, 90025-0509 | **US Mail (1st Class)** |
| 76103 | BAKER HOSTETLER LLP, E.GREEN,J.PARISH,J.ROSE,M.DELANEY, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), EGREEN@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER HOSTETLER LLP, E.GREEN,J.PARISH,J.ROSE,M.DELANEY, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), JPARRISH@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER HOSTETLER LLP, E.GREEN,J.PARISH,J.ROSE,M.DELANEY, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), JROSE@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER HOSTETLER LLP, E.GREEN,J.PARISH,J.ROSE,M.DELANEY, (RE: LIMETREE BAY SERVICES, LLC, ET AL.), MDELANEY@BAKERLAW.COM | **E-mail** |
| 76103 | BAKER HUGHES OILFIELD OPERATION LLC, ATTN: CHRISTOPHER J. RYAN, CHRIS.RYAN@BAKERHUGHES.COM | **E-mail** |
| 76103 | BAKER HUGHES OILFIELD OPERATIONS, I, ARCCCASHAPPLICATION@BAKERHUGHES.COM | **E-mail** |
| 76103 | BALCH & BINGHAM LLP, LLOYD A. LIM & RACHEL T. KUBANDA, (RE: COUNSEL TO SEDGWICK CLAIMS MGMT SVC), LLIM@BALCH.COM | **E-mail** |
| 76103 | BALCH & BINGHAM LLP, LLOYD A. LIM & RACHEL T. KUBANDA, (RE: COUNSEL TO SEDGWICK CLAIMS MGMT SVC), RKUBANDA@BALCH.COM | **E-mail** |
| 76104 | BARCLAYS BANK PLC, 745 7TH AVENUE, 8TH FLOOR, NEW YORK, NY, 10019 | **US Mail (1st Class)** |
| 76104 | BARCLAYS BANK PLC, ATTN: LEGAL, 745 SEVENTH AVENUE, NEW YORK, NY, 10019 | **US Mail (1st Class)** |
| 76103 | BARNES & D`AMOUR, KEVIN F D` AMOUR, (RE: NATIONAL INDUSTRIAL SERVICES LLC), KEVIN.DAMOUR@COMCAST.NET | **E-mail** |
| 76103 | BASS, BERRY & SIMS PLC, PAUL G. JENNINGS, (RE: PINNACLE SERVICES, LLC), PJENNINGS@BASSBERRY.COM | **E-mail** |
| 76103 | BECKSTEDT & KUCZYNSKI, LLP, CARL A. BECKSTEDT III, CARL@BECKSTEDTLAW.COM | **E-mail** |
| 76103 | BERGER MONTAGUE PC, SHANON J. CARSON, (RE: BCOTTON,PCOLON,S ISAAC-JOSEPH ET AL), SCARSON@BM.NET | **E-mail** |
| 76103 | BERNSTEIN-BURKLEY, P.C., KIRK B. BURKLEY, ESQ., (RE: COUNSEL TO H&K ENGINEERING LLC), KBURKLEY@BERNSTEINLAW.COM | **E-mail** |
| 76104 | BP OIL SUPPLY, 501 WESTLAKE PARK BLVD, HOUSTON, TX, 77079 | **US Mail (1st Class)** |
| 76104 | BP PRODUCTS NORTH AMERICA INC., ATTN:HEAD OF MARKETING &ORIGINATION, 30 SOUTH WACKER DRIVE,, SUITE 900, CHICAGO, IL, 60606 | **US Mail (1st Class)** |
| 76103 | BROWN & CONNERY, LLP, DONALD K. LUDMAN, (RE: ATTORNEYS FOR SAP AMERICA INC ET AL), DLUDMAN@BROWNCONNERY.COM | **E-mail** |
| 76103 | BUCHALTER, A PROFESSIONAL CORP, SHAWN M. CHRISTIANSON, ESQ., (RE: ORACLE AMERICA, INC), SCHRISTIANSON@BUCHALTER.COM | **E-mail** |
| 76103 | BUTCH BOYD LAW FIRM, BUTCH BOYD;JEREMY STONE, (RE: BAY, LTD), JEREMYSTONE@BUTCHBOYDLAWFIRM.COM | **E-mail** |
| 76103 | BUTCH BOYD LAW FIRM, BUTCH BOYD;JEREMY STONE, (RE: BAY, LTD), BUTCHBOYD@BUTCHBOYDLAWFIRM.COM | **E-mail** |
| 76103 | BUTLER SNOW LLP, DAVID S. RUBIN, (RE: EXCEL CNSTRCTION & MNTENANCE VI INC), DAVID.RUBIN@BUTLERSNOW.COM | **E-mail** |
| 76103 | CANTEY HANGER LLP, M. JERMAINE WATSON, (RE: AXENS NORTH AMERICA, INC), JWATSON@CANTEYHANGER.COM | **E-mail** |
| 76103 | CHAMBERLAIN,HRDLICKA,WHITE,WILLIAMS, JARROD MARTIN & TYLER W. GREENWOOD, (RE: CONTROL SYSTEM TECHNOLOGIES, LLC), JARROD.MARTIN@CHAMBERLAINLAW.COM | **E-mail** |
| 76103 | CHAMBERLAIN,HRDLICKA,WHITE,WILLIAMS, JARROD MARTIN & TYLER W. GREENWOOD, (RE: CONTROL SYSTEM TECHNOLOGIES, LLC), TYLER.GREENWOOD@CHAMBERLAINLAW.COM | **E-mail** |
| 76103 | CHRISTIANSTED EQUIPMENT LTD., TMOORE@FMMAFCO.COM | **E-mail** |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | CHRISTIANSTED EQUIPMENT LTD., ROBERT MCKENNA, JR & DANIEL MCKENNA, BOBMCKENNA@FMMAFCO.COM | **E-mail** |
| 76103 | CHRISTIANSTED EQUIPMENT LTD., ROBERT MCKENNA, JR & DANIEL MCKENNA, DJMCKENNA@FMMAFCO.COM | **E-mail** |
| 76103 | CLARK HILL PLC, R P. FRANKE;A G EDSON;A L HORNISHER, (RE: COUNSEL TO FLOWSERVE US INC.), AEDSON@CLARKHILL.COM | **E-mail** |
| 76103 | CLARK HILL PLC, R P. FRANKE;A G EDSON;A L HORNISHER, (RE: COUNSEL TO FLOWSERVE US INC.), BFRANKE@CLARKHILL.COM | **E-mail** |
| 76103 | CLARK HILL PLC, R P. FRANKE;A G EDSON;A L HORNISHER, (RE: COUNSEL TO FLOWSERVE US INC.), AHORNISHER@CLARKHILL.COM | **E-mail** |
| 76103 | CLASSIC CONTROLS, INC., SHAWN WARREN, NTANNER@CLASSICCONTROLS.COM | **E-mail** |
| 76103 | CLASSIC CONTROLS, INC., SHAWN WARREN, SWARREN@CLASSICCONTROLS.COM | **E-mail** |
| 76103 | CLEARY GOTTLIEB STEEN & HAMILTONLLP, SEAN A. O`NEAL;JANE VANLARE, (RE: GOLDMAN SACHS BANK USA), SONEAL@CGSH.COM | **E-mail** |
| 76103 | CLEARY GOTTLIEB STEEN & HAMILTONLLP, SEAN A. O`NEAL;JANE VANLARE, (RE: GOLDMAN SACHS BANK USA), JVANLARE@CGSH.COM | **E-mail** |
| 76104 | CLEAVER-BROOKS SALES & SERVICE INC, 1956 SINGLETON BLVD., DALLAS, TX, 75212 | **US Mail (1st Class)** |
| 76103 | CO DEPT OF REVENUE, DOR_TAC_BANKRUPTCY@STATE.CO.US | **E-mail** |
| 76103 | COMPLAN USA LLC, JFUHRMAN@COMPLAN.NET | **E-mail** |
| 76103 | COMPUTER SOLUTIONS, INC, AANDERSON@COSTRACK.COM | **E-mail** |
| 76103 | CONTROL ASSOCIATES CARIBE, PLEE@CONTROL-ASSOCIATES.COM | **E-mail** |
| 76103 | CONWAY MACKENZIE LLC, GARY BARTON, (RE: COMMITTEE OF UNSECURED CREDITORS), GARY.BARTON@CONWAYMACKENZIE.COM | **E-mail** |
| 76103 | CORAL MANAGEMENT GROUP LLC, MWURST@WTSONLINE.COM | **E-mail** |
| 76103 | COWLES & THOMPSON, P.C., WILLIAM L. SIEGEL, (RE: STRATEGIC CONTRACT RESOURCES, LLC), BSIEGEL@COWLESTHOMPSON.COM | **E-mail** |
| 76103 | CUST-O-FAB SPECIALTY SERVICES, LLC, MWOOD@CUSTOFAB.COM | **E-mail** |
| 76103 | CUST-O-FAB, LLC, MWOOD@CUSTOFAB.COM | **E-mail** |
| 76103 | DAN PETTIT, (RE: ELITE TURNAROUND SPECIALISTS, LTD.), DJPETTIT@QUANTASERVICES.COM | **E-mail** |
| 76103 | DAVIS POLK & WARDWELL LLP, DSCHAIBLE;EMSKOWITZ;AFALK;JPEPPIATT, (RE: COUNSEL FOR THE TERMINAL LENDERS), DAMIAN.SCHAIBLE@DAVISPOLK.COM | **E-mail** |
| 76103 | DAVIS POLK & WARDWELL LLP, DSCHAIBLE;EMSKOWITZ;AFALK;JPEPPIATT, (RE: COUNSEL FOR THE TERMINAL LENDERS), ELLIOT.MOSKOWITZ@DAVISPOLK.COM | **E-mail** |
| 76103 | DAVIS POLK & WARDWELL LLP, DSCHAIBLE;EMSKOWITZ;AFALK;JPEPPIATT, (RE: COUNSEL FOR THE TERMINAL LENDERS), ARYEH.FALK@DAVISPOLK.COM | **E-mail** |
| 76103 | DAVIS POLK & WARDWELL LLP, DSCHAIBLE;EMSKOWITZ;AFALK;JPEPPIATT, (RE: COUNSEL FOR THE TERMINAL LENDERS), JONAH.PEPPIATT@DAVISPOLK.COM | **E-mail** |
| 76103 | DORÉ ROTHBERG MCKAY, P.C., VIANEY GARZA, (RE: CAMERON, A SCHLUMBERGER COMPANY), VGARZA@DORELAW.COM | **E-mail** |
| 76103 | DRESSER-RAND COMPANY, YRIC.SCOTT.EXT@SIEMENS.COM | **E-mail** |
| 76103 | DUDLEY NEWMAN FEUERZEIG, LLP, GREGG R. KRONENBERGER, (RE: VIRGIN ISLANDS PAVING, INC), GKRONENBERGER@DNFVI.COM | **E-mail** |
| 76103 | DYNAMIC INNOVATIVE CORPORATION, JSAMUEL@DYNAMICORPVI.COM | **E-mail** |
| 76103 | ELITE TURNAROUND SPECIALISTS, LTD., AR@ELITETURNAROUND.COM | **E-mail** |
| 76103 | ENERMECH MECHANICAL SERVICES, INC, MAMOS@ENERMECH.COM | **E-mail** |
| 76103 | ENGLOBAL U.S. INC., ROCKY.MEDINA@ENGLOBAL.COM | **E-mail** |
| 76103 | ENGLOBAL U.S. INC., ATTN: MARK A. HESS, MARK.HESS@ENGLOBAL.COM | **E-mail** |
| 76104 | ENVIRONMENTAL PROTECTION AGENCY, REGION 2 290 BROADWAY, NEW YORK, NY, 10007-1886 | **US Mail (1st Class)** |
| 76103 | EXCEL CONSTRUCTION & MAINTENANCE VI, ATTN: CHERIE A. PINAC, WBYRD@EXCELUSA.COM | **E-mail** |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76104 | EXCEL USA, MS. CHERIE PINAC, (RE: EXCEL CNSTRCTION & MNTENANCE VI INC), 8641 UNITED PLAZA BLVD., BATON ROUGE, LA, 70809 | US Mail (1st Class) |
| 76103 | FAEGRE DRINKER BIDDLE & REATH LLP, JOSEPH N. ARGENTINA, JR., (RE: ALTAIRSTRICKLAND V.I. LLC), JOSEPH.ARGENTINA@FAEGREDRINKER.COM | E-mail |
| 76103 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCENT SLUSHER; KRISTEN L. PERRY, (RE: ALTAIRSTRICKLAND V.I. LLC), VINCE.SLUSHER@FAEGREDRINKER.COM | E-mail |
| 76103 | FAEGRE DRINKER BIDDLE & REATH LLP, VINCENT SLUSHER; KRISTEN L. PERRY, (RE: ALTAIRSTRICKLAND V.I. LLC), KRISTEN.PERRY@FAEGREDRINKER.COM | E-mail |
| 76103 | FEDERAL ENERGY REG COMMISSION(FERC), CUSTOMER@FERC.GOV | E-mail |
| 76103 | FISHMAN HAYGOOD, L.L.P., TRISTAN MANTHEY, (RE: CBOYNES,CCHRISTIAN,MTHOMPSON, ET AL), TMANTHEY@FISHMANHAYGOOD.COM | E-mail |
| 76104 | FITZPATRICK LENTZ & BUBBA, PC, DOUGLAS J. SMILLIE, (RE: ATTY FOR WELDSHIP INDUSTRIES, INC.), 645 W. HAMILTON STREET, SUITE 800, ALLENTOWN, PA, 18101 | US Mail (1st Class) |
| 76103 | FLOWSERVE US INC, CREDIT.CENTRAL@FLOWSERVE.COM | E-mail |
| 76103 | FOLEY & LARDNER LLP, JOHN P. MELKO;MICHAEL K. RIORDAN, (RE: 405 SENTINEL LLC & ARENA INVESTORS), MRIORDAN@FOLEY.COM | E-mail |
| 76103 | FOLEY & LARDNER LLP, JOHN P. MELKO;MICHAEL K. RIORDAN, (RE: 405 SENTINEL LLC & ARENA INVESTORS), JMELKO@FOLEY.COM | E-mail |
| 76103 | FREDERIC DORWART, LAWYERS PLLC, SAMUEL ORY, ESQ.; JOHN D. CLAYMAN, (RE: INSERV FIELD SERVICES USVI, LLC ET AL), SORY@FDLAW.COM | E-mail |
| 76103 | FREDERIC DORWART, LAWYERS PLLC, SAMUEL ORY, ESQ.; JOHN D. CLAYMAN, (RE: INSERV FIELD SERVICES USVI, LLC ET AL), JCLAYMAN@FDLAW.COM | E-mail |
| 76103 | FUTURE FUND INVSTMNT CO # 2 PTY LTD, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | E-mail |
| 76103 | FUTURE FUND INVSTMNT CO # 2 PTY LTD, ALENNON@WILMINGTONTRUST.COM | E-mail |
| 76103 | GIBBONS P.C., DALE E. BARNEY; DAVID N. CRAPO, (RE: VWNA CARIBBEAN, LLC), DBARNEY@GIBBONSLAW.COM | E-mail |
| 76103 | GIBBONS P.C., DALE E. BARNEY; DAVID N. CRAPO, (RE: VWNA CARIBBEAN, LLC), DCRAPO@GIBBONSLAW.COM | E-mail |
| 76103 | GIBSON, DUNN, & CRUTCHER LLP, CBILLING@GIBSONDUNN.COM | E-mail |
| 76103 | GOLDMAN SACHS GROUP, INC., GS-SBD-ADMIN-CONTACTS@NY.EMAIL.GS.COM | E-mail |
| 76103 | GRAY REED, JASON BROOKNER;PAUL MOAK;LYDIA WEBB, (RE: 405 SENTINEL LLC & ARENA INVESTORS), JBROOKNER@GRAYREED.COM | E-mail |
| 76103 | GRAY REED, JASON BROOKNER;PAUL MOAK;LYDIA WEBB, (RE: 405 SENTINEL LLC & ARENA INVESTORS), PMOAK@GRAYREED.COM | E-mail |
| 76103 | GRAY REED, JASON BROOKNER;PAUL MOAK;LYDIA WEBB, (RE: 405 SENTINEL LLC & ARENA INVESTORS), LWEBB@GRAYREED.COM | E-mail |
| 76103 | GREAT SOUTHERN TECHNOLOGIES LLC, AR@INSERVUSA.COM | E-mail |
| 76103 | GREENBERG TRAURIG, LLP, PAUL B. KERLIN, (RE: VESTA HOUSING SOLUTIONS, LLC), KERLINP@GTLAW.COM | E-mail |
| 76103 | GREENBERG TRAURIG, LLP, R. KENT LOVE, (RE: VESTA HOUSING SOLUTIONS, LLC), LOVEK@GTLAW.COM | E-mail |
| 76104 | GULF OIL LIMITED PARTNERSHIP, JULIO MAZZOLI, (RE: GULF OIL LIMITED PARTNERSHIP), 80 WILLIAM STREET, SUITE 400, WELLESLEY HILLS, MA, 02481 | US Mail (1st Class) |
| 76103 | HAYNES AND BOONE, LLP, PATRICK L. HUGHES;MARTHA WYRICK, (RE: BAY, LTD), MARTHA.WYRICK@HAYNESBOONE.COM | E-mail |
| 76103 | HAYNES AND BOONE, LLP, PATRICK L. HUGHES;MARTHA WYRICK, (RE: BAY, LTD), PATRICK.HUGHES@HAYNESBOONE.COM | E-mail |
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: VIRGIN ISLANDS INDUSTRIAL SVCS, LLC), TREY@HCHLAWYERS.COM | E-mail |
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: VIRGIN ISLANDS INDUSTRIAL SVCS, LLC), KCOWART@HCHLAWYERS.COM | E-mail |

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: VIRGIN ISLANDS INDUSTRIAL SVCS, LLC), CCAROLLO@HCHLAWYERS.COM | E-mail |
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: ATTY FOR VIVOT EQUIPMENT CORPRATION), CCAROLLO@HCHLAWYERS.COM | E-mail |
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: ATTY FOR VIVOT EQUIPMENT CORPRATION), KCOWART@HCHLAWYERS.COM | E-mail |
| 76103 | HENDERSHOT COWART, PC, SW HENDERSHOTIII;K COWART;C CAROLLO, (RE: ATTY FOR VIVOT EQUIPMENT CORPRATION), TREY@HCHLAWYERS.COM | E-mail |
| 76104 | HKA ENTERPRISES, LLC, 337 SPARTANGREEN BVD, DUNCAN, SC, 29334 | US Mail (1st Class) |
| 76103 | HODGSON RUSS LLP, JAMES C. THOMAN, ESQ., (RE: CORAL MANAGEMENT GROUP, LLC), JTHOMAN@HODGSONRUSS.COM | E-mail |
| 76103 | HUNTON ANDREWS KURTH LLP, T. DAVIDSON II, J. ROVIRA, (RE: COUNSEL LIMETREE TERMINAL ENTITIES), ASHLEYHARPER@HUNTONAK.COM | E-mail |
| 76103 | HUNTON ANDREWS KURTH LLP, T. DAVIDSON II, J. ROVIRA, (RE: COUNSEL LIMETREE TERMINAL ENTITIES), PGUFFY@HUNTONAK.COM | E-mail |
| 76103 | HUNTON ANDREWS KURTH LLP, T. DAVIDSON II, J. ROVIRA, (RE: COUNSEL LIMETREE TERMINAL ENTITIES), TADDAVIDSON@HUNTONAK.COM | E-mail |
| 76103 | HUNTON ANDREWS KURTH LLP, T. DAVIDSON II, J. ROVIRA, (RE: COUNSEL LIMETREE TERMINAL ENTITIES), JOSEPHROVIRA@HUNTONAK.COM | E-mail |
| 76103 | HUSCH BLACKWELL LLP, LYNN HAMILTON BUTLER, (RE: TEAM INDUSTRIAL SERVICES, INC), LYNN.BUTLER@HUSCHBLACKWELL.COM | E-mail |
| 76103 | INSERV FIELD SERVICES USVI, LLC, CODY REESE, AR@INSERVUSA.COM | E-mail |
| 76103 | INSERV FIELD SERVICES USVI, LLC, CODY REESE, CREESE@INSERVUSA.COM | E-mail |
| 76104 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPS, PO BOX 7346, PHILADELPHIA, PA, 19101-7346 | US Mail (1st Class) |
| 76104 | INTERNAL REVENUE SERVICE, HOUSTON DIVISION, 1919 SMITH STREET, HOUISTON, TX, 77002 | US Mail (1st Class) |
| 76103 | INTERTEK USA, INC., RECEIVABLES@INTERTEK.COM | E-mail |
| 76103 | INTERTEK USA, INC., ATTN: LEGAL, CONTRACTS.CAAAMERICAS@INTERTEK.COM | E-mail |
| 76103 | J. ARON & COMPANY LLC, SARA.LACHAPELLE@GS.COM | E-mail |
| 76103 | JOHNSON, DELUCA, KURISKY & GOULD PC, MILLARD A. JOHNSON; SARA J. SHERMAN, (RE: REACTOR RESOURCES LLC), MJOHNSON@JDKGLAW.COM | E-mail |
| 76103 | JOHNSON, DELUCA, KURISKY & GOULD PC, MILLARD A. JOHNSON; SARA J. SHERMAN, (RE: REACTOR RESOURCES LLC), SSHERMAN@JDKGLAW.COM | E-mail |
| 76103 | JONES WALKER LLP, JOHN MILLS, (RE: TOTAL SAFETY VIRGIN ISLANDS LLC), JMILLS@JONESWALKER.COM | E-mail |
| 76104 | KEATING MUETHING & KLEKAMP PLL, JOSEPH E LEHNERT, (RE: F&M MAFCO, INC.), & CHRISTIANSTED EQUIPMENT LTD, 1 E 4TH ST., STE 1400, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 76103 | KEATING, MUETHING & KLEKAMP, PLLC, ROBERT G. SANKER, ESQ., (RE: CHRISTIANSTED EQUIPMENT LTD.), RSANKER@KMKLAW.COM | E-mail |
| 76103 | KEVIN F. D'AMOUR, ESQ., (RE: NATIONAL INDUSTRIAL SERVICES, LLC), KEVIN.DAMOUR@COMCAST.NET | E-mail |
| 76103 | LEE J. ROHN AND ASSOCIATES, LLC, LEE J. ROHN, ESQ., (RE: CREDITORS & DEFENDANTS), LEE@ROHNLAW.COM | E-mail |
| 76103 | LEE J. ROHN AND ASSOCIATES, LLC, RHEA R. LAWRENCE ESQ., (RE: ATTORNEYS FOR CREDITORS), RHEA@ROHNLAW.COM | E-mail |
| 76103 | LEWIS BRISBOIS BISGAARD & SMITH, VINCENT F. ALEXANDER, (RE: INTEREK USA INC), VINCENT.ALEXANDER@LEWISBRISBOIS.COM | E-mail |
| 76103 | LIMETREE BAY CAYMAN II, LTD., GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | E-mail |
| 76103 | LIMETREE BAY CAYMAN II, LTD., ALENNON@WILMINGTONTRUST.COM | E-mail |
| 76103 | LIMETREE BAY SERVICES, LLC, ET AL., MARK SHAPIRO, MSHAPIRO@BRILEYFIN.COM | E-mail |
| 76103 | LIMETREE BAY TERMINALS, LLC, APHELP@LBENERGY.COM | E-mail |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 76103 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P. DILLMAN, (RE: COUNSEL TO CITY OF LA PORTE), HOUSTON_BANKRUPTCY@LGBS.COM | E-mail |
| 76103 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P. DILLMAN, (RE: COUNSEL TO CITY OF LA PORTE), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 76103 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P. DILLMAN, (RE: HARRIS COUNTY), HOUSTON_BANKRUPTCY@LGBS.COM | E-mail |
| 76103 | LINEBARGER GOGGAN BLAIR&SAMPSON LLP, JOHN P. DILLMAN, (RE: HARRIS COUNTY), HOUSTON_BANKRUPTCY@PUBLICANS.COM | E-mail |
| 76103 | LOCKE LORD LLP, BRIAN A. RAYNOR, (RE: ATTORNEYS FOR JOHN CRANE, INC.), BRAYNOR@LOCKELORD.COM | E-mail |
| 76103 | LOCKE LORD LLP, ELIZABETH M. GUFFY, (RE: ELITE TURNAROUND SPECIALISTS, LTD.), EGUFFY@LOCKELORD.COM | E-mail |
| 76103 | LOCKE LORD LLP, STEPHEN J. HUMENIUK, (RE: ATTORNEYS FOR JOHN CRANE, INC), STEPHEN.HUMENIUK@LOCKELORD.COM | E-mail |
| 76103 | LYDIA WEBB, LWEBB@GRAYREED.COM | E-mail |
| 76103 | LYDIA WEBB, JBROOKNER@GRAYREED.COM | E-mail |
| 76103 | MA DEPT OF REVENUE, SNYDERGE@DOR.STATE.MA.US | E-mail |
| 76104 | MANNING LEGAL, PC, YOHANA MANNING, (RE: COSTRACK PROJECT CONTROLS), 2120 COMPANY STREET, CHRISTIANSTED, VI, 00820 | US Mail (1st Class) |
| 76104 | MANNING LEGAL, PC, YOHANA MANNING, (RE: VI INDUSTRIAL SERVICES, LLC), 2120 COMPANY STREET, CHRISTIANSTED, VI, 00820 | US Mail (1st Class) |
| 76104 | MANNING LEGAL, PC, YOHANA MANNING, (RE: WDI USVI LLC), 2120 COMPANY STREET, CHRISTIANSTED, VI, 00820 | US Mail (1st Class) |
| 76103 | MARTIN POWERS & COUNSEL, PLLC, MEAGAN MARTIN POWERS, (RE: EMBARK CONSULTING, LLC), MEAGAN@MARTINPOWERS.COM | E-mail |
| 76103 | MCGLINCHEY STAFFORD PLLC, RUDY J CERONE, (RE: ANALYTIC STRESS RELIEVING INC.), RCERONE@MCGLINCHEY.COM | E-mail |
| 76103 | MCGUIRE, CRADDOCK & STROTHER, P.C., J. MARK CHEVALLIER, (RE: ATTORNEYS FOR DRESSER-RAND COMPANY), MCHEVALLIER@MCSLAW.COM | E-mail |
| 76103 | MCGUIREWOODS LLP, DEMETRA LIGGINS, (RE: CROWLEY CARIBBEAN SVCS LLC ET AL), DLIGGINS@MCGUIREWOODS.COM | E-mail |
| 76103 | MCGUIREWOODS LLP, JOHN H. MADDOCK III, (RE: CROWLEY CARIBBEAN SVCS LLC ET AL), JMADDOCK@MCGUIREWOODS.COM | E-mail |
| 76103 | MCGUIREWOODS LLP, STEPHANIE J. BENTLEY, (RE: CROWLEY CARIBBEAN SVCS LLC ET AL), SBENTLEY@MCGUIREWOODS.COM | E-mail |
| 76103 | MEHAFFYWEBER, PC, JAMES W. HENGES, (RE: PROCESS TECHNICAL SERVICES, INC.), JAMESHENGES@MEHAFFYWEBER.COM | E-mail |
| 76103 | NAES CORPORATION, DAVID MINER, ASSOC GEN COUNSEL, DAVID.MINER@NAES.COM | E-mail |
| 76103 | NATIONAL INDUSTRIAL SERVICES, LLC, ATTN: JEFFERY L. NATIONS, SJAGRUP@NISSTX.COM | E-mail |
| 76103 | NATIONAL INDUSTRIAL SERVICES, LLC, ATTN: JEFFERY L. NATIONS, JNATIONS@NISSTX.COM | E-mail |
| 76104 | NEW JERSEY DEPT OF THE TREASURY, DIVISION OF TAXATION, 50 BARRACK ST, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 76104 | NEW JERSEY DIVISION OF REVENUE, DIVISION OF TAXATION, PO BOX 281281, TRENTON, NJ, 08695 | US Mail (1st Class) |
| 76103 | NORRIS, MCLAUGHLIN PA, MELISSA A. PENA, (RE: AXENS NORTH AMERICA, INC), MAPENA@NORRIS-LAW.COM | E-mail |
| 76103 | NYE, STIRLING, HALE & MILLER, LLP, JOEL M. WALKER, ESQ., (RE: PAMELA COLON), JMWALKER@NSHMLAW.COM | E-mail |
| 76104 | OFFICE OF THE ATTORNEY GENERAL, STATE OF TEXAS, PO BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 76104 | OFFICE OF THE ATTORNEY GENERAL, US VIRGIN ISLANDS DEPT OF JUSTICE, 34-38 KRONPRINDSENS GADE, GERS BLDG, 2ND FLOOR, ST. THOMAS, VI, 00802 | US Mail (1st Class) |
| 76103 | OFFICE OF THE US TRUSTEE, HECTOR.DURAN.JR@USDOJ.GOV | E-mail |
| 76103 | OFFICE OF THE US TRUSTEE, JANA.WHITWORTH@USDOJ.GOV | E-mail |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY POMERANTZ & SHIRLEY S CHO, (RE: PROPOSED COUNSEL FOR THE COMMITTEE), JPOMERANTZ@PSZJLAW.COM | **E-mail** |
| 76103 | PACHULSKI STANG ZIEHL & JONES LLP, JEFFREY POMERANTZ & SHIRLEY S CHO, (RE: PROPOSED COUNSEL FOR THE COMMITTEE), SCHO@PSZJLAW.COM | **E-mail** |
| 76103 | PACHULSKI STANG ZIEHL & JONES LLP, MICHAEL D WARNER & STEVEN W GOLDEN, (RE: PROPOSED COUNSEL FOR THE COMMITTEE), MWARNER@PSZJLAW.COM | **E-mail** |
| 76103 | PACHULSKI STANG ZIEHL & JONES LLP, MICHAEL D WARNER & STEVEN W GOLDEN, (RE: PROPOSED COUNSEL FOR THE COMMITTEE), SGOLDEN@PSZJLAW.COM | **E-mail** |
| 76103 | PACHULSKI STANG ZIEHL & JONES LLP, ROBERT J. FEINSTEIN, ESQ., (RE: PROPOSED COUNSEL FOR THE COMMITTEE), RFEINSTEIN@PSZJLAW.COM | **E-mail** |
| 76103 | PAMELA COLON, PAMELALCOLON@MSN.COM | **E-mail** |
| 76103 | PANAMETRICS, INC, CUSTCAREBOSTON@BAKERHUGHES.COM | **E-mail** |
| 76103 | PERDUEBRANDONFIELDERCOLINS&MOTT LLP, MELISSA E. VALDEZ, (RE: CITY OF LA PORTE ET AL.), MVALDEZ@PBFCM.COM | **E-mail** |
| 76103 | PINNACLE SERVICES, LLC, ATTN: ROBERT STUART LEWIS, JR, RLEWIS@PINNACLEVI.COM | **E-mail** |
| 76103 | PINNACLE SERVICES, LLC, ATTN: ROBERT STUART LEWIS, JR, CANDERSON@PINNACLEVI.COM | **E-mail** |
| 76103 | PLATINUM COMPASS B 2018 RSC LIMITED, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | PLATINUM COMPASS B 2018 RSC LIMITED, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | POLSINELLI PC, LIZ BOYDSTON, (RE: COUNSEL TO DYONYX, L.P.), LBOYDSTON@POLSINELLI.COM | **E-mail** |
| 76103 | POLSINELLI PC, TRINITEE G. GREEN, (RE: DYONYX, L.P.), TGGREEN@POLSINELLI.COM | **E-mail** |
| 76103 | QUINN EMANUEL URQUHART & SULLIVAN, BENJAMIN I. FINESTONE, (RE: LIMETREE TERMINAL ENTITIES), BENJAMINFINESTONE@QUINNEMANUEL.COM | **E-mail** |
| 76103 | QUINN EMANUEL URQUHART & SULLIVAN, PB TOMASCO;CD PORTER;D VAN DER HAHN, (RE: CO-COUNSEL LIMETREE TERMINAL ENTITIES), PATTYTOMASCO@QUINNEMANUEL.COM | **E-mail** |
| 76103 | QUINN EMANUEL URQUHART & SULLIVAN, PB TOMASCO;CD PORTER;D VAN DER HAHN, (RE: CO-COUNSEL LIMETREE TERMINAL ENTITIES), CHRISPORTER@QUINNEMANUEL.COM | **E-mail** |
| 76103 | QUINN EMANUEL URQUHART & SULLIVAN, PB TOMASCO;CD PORTER;D VAN DER HAHN, (RE: CO-COUNSEL LIMETREE TERMINAL ENTITIES), DEVINVANDERHAHN@QUINNEMANUEL.COM | **E-mail** |
| 76103 | RAPP & KROCK, PC, HENRY FLORES & KENNETH M. KROCK, (RE: COUNSEL FOR THE TERMINAL LENDERS), KKROCK@RAPPANDKROCK.COM | **E-mail** |
| 76103 | RAPP & KROCK, PC, HENRY FLORES & KENNETH M. KROCK, (RE: COUNSEL FOR THE TERMINAL LENDERS), HFLORES@RAPPANDKROCK.COM | **E-mail** |
| 76103 | REACTOR RESOURCES LLC, ACCOUNTS@REACTOR-RESOURCES.COM | **E-mail** |
| 76103 | ROCKWELL AUTOMATION PUERTO RICO, IN, DBROMME@RA.ROCKWELL.COM | **E-mail** |
| 76103 | ROPES & GRAY LLP, GREGG M. GALARDI;MATTHEW M. ROOSE, (RE: ST. CROIX ENERGY, LLLP), MATTHEW.ROOSE@ROPESGRAY.COM | **E-mail** |
| 76103 | ROPES & GRAY LLP, GREGG M. GALARDI;MATTHEW M. ROOSE, (RE: ST. CROIX ENERGY, LLLP), GREGG.GALARDI@ROPESGRAY.COM | **E-mail** |
| 76103 | ROPES & GRAY LLP, STEPHEN L. IACOVO, (RE: ST. CROIX ENERGY, LLLP), STEPHEN.IACOVO@ROPESGRAY.COM | **E-mail** |
| 76103 | SAVAGE ST. CROIX, LLC, ACCOUNTSRECEIVABLE@SAVAGESERVICES.COM | **E-mail** |
| 76103 | SCHOUEST, BAMDAS, SOSHEA & BENMAIER, ROBERT P. VINING, (RE: MAMMOET USA SOUTH, INC.), RVINING@SBSBLAW.COM | **E-mail** |
| 76104 | SECURITIES AND EXCHANGE COMM., 175 WEST JACKSON BLVD, SUITE 900, CHICAGO, IL, 60604 | **US Mail (1st Class)** |
| 76103 | SEDGWICK CLAIMS MGMT SERVICES, INC, ROLAND.RIVIERE@SEDGWICK.COM | **E-mail** |
| 76103 | SHUMAKER, LOOP & KENDRICK LLP, STEVEN M BERMAN, ESQ, (RE: REV 1 ENERGY, INC.), SBERMAN@SHUMAKER.COM | **E-mail** |
| 76103 | SIDLEY AUSTIN LLP, DUSTON MCFAUL;MAEGAN QUEJADA, (RE: UNIVERSAL PLANT SERVICES (VI), LLC), DMCFAUL@SIDLEY.COM | **E-mail** |
| 76103 | SIDLEY AUSTIN LLP, DUSTON MCFAUL;MAEGAN QUEJADA, (RE: UNIVERSAL PLANT SERVICES (VI), LLC), MQUEJADA@SIDLEY.COM | **E-mail** |

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 76103 | SNOW & GREEN LLP, PHIL SNOW, ESQ., (RE: BAKER HUGHES OILFIELD OPERATION LLC), PHIL@SNOW-GREEN.COM | **E-mail** |
| 76103 | STACY & BAKER, P.C., BRIAN A. BAKER, (RE: DNOW L.P. D/B/A DISTRIBUTIONNOW), BRIAN.BAKER@STACYBAKERLAW.COM | **E-mail** |
| 76103 | STRATEGIC CONTRACT RESOURCES, LLC, CASH@ADVANCEPARTNERS.COM | **E-mail** |
| 76103 | STROOCK & STROOCK & LAVAN LLP, DAZRILEN@STROOCK.COM | **E-mail** |
| 76104 | TEXAS COMPTROLLER OF PUBLIC ACCOUNT, REV ACCOUNTING DIVISION BK SECTION, PO BOX 13528, AUSTIN, TX, 78711-3528 | **US Mail (1st Class)** |
| 76103 | TEXAS WORKFORCE COMMISSION, TAX@TWC.STATE.TX.US | **E-mail** |
| 76104 | THE CLARO GROUP, LLC, RONALD VAN EPPS, MANAGING DIRECTOR, (RE: INSURANCE CONSULTANT TO THE DEBTOR), 711 LOUISIANA STREET, SUITE 210, HOUSTON, TX, 77002 | **US Mail (1st Class)** |
| 76104 | THE GOV`T OF THE US VIRGIN ISLANDS, DEPT OF PLANNNIG & NATURALRESOURCES, DIVOFENV PROT 45 MARS HILL ST CROIX, FREDERIKSTED, VI, 00840 | **US Mail (1st Class)** |
| 76104 | THE GOV`T OF THE US VIRGIN ISLANDS, ATTN: OFFICE OF THE GOVERNOR, GOVERNMENT HOUSE, CHARLOTTE AMALIE, ST. THOMAS, VI, 00802 | **US Mail (1st Class)** |
| 76103 | THE STEFFES FIRM, LLC, WILLIAM E. STEFFES, (RE: LMMVI, LLC), BSTEFFES@STEFFESLAW.COM | **E-mail** |
| 76103 | TN ATTORNEY GENERAL`S OFFICE, STEPHEN R. BUTLER, SR ASST ATTY GEN, (RE: TN DEPT OF REVENUE), STEVE.BUTLER@AG.TN.GOV | **E-mail** |
| 76103 | TN DEPT OF REVENUE, DAVID.GERREGANO@TN.GOV | **E-mail** |
| 76103 | TUCKER ARENSBERG, P.C., MICHAEL A. SHINER & MARIBETH THOMAS, (RE: GENERATOR & MOTOR SVCS OF PA, LLC), MTHOMAS@TUCKERLAW.COM | **E-mail** |
| 76103 | TUCKER ARENSBERG, P.C., MICHAEL A. SHINER & MARIBETH THOMAS, (RE: GENERATOR & MOTOR SVCS OF PA, LLC), MSHINER@TUCKERLAW.COM | **E-mail** |
| 76104 | U.S. ATTORNEY`S OFFICE, DISTRICT OF THE VIRGIN ISLANDS, 1108 KING STREET, SUITE 201, CHRISTIANSTED, ST. CROIX, VI, 00820-4951 | **US Mail (1st Class)** |
| 76103 | U.S. ATTORNEY`S OFFICE, RICHARD A. KINCHELOE, USATXS.ATTY@USDOJ.GOV | **E-mail** |
| 76103 | U.S. ATTORNEY`S OFFICE, RICHARD A. KINCHELOE, RICHARD.KINCHELOE@USDOJ.GOV | **E-mail** |
| 76103 | UNIVERSAL PLANT SERVICES, (VI), LLC, ATTN: RUBEN KENDRICK, JR., REMITTANCE@UNIVERSALPLANT.COM | **E-mail** |
| 76103 | UNIVERSAL PLANT SERVICES, (VI), LLC, ATTN: RUBEN KENDRICK, JR., RKENDRICK@UNIVERSALPLANT.COM | **E-mail** |
| 76103 | USVI LAW, LLP, SCOT FITZERALD MCCHAIN, (RE: ST. CROIX ENERGY, LLLP), SMCCHAIN@USVI.LAW | **E-mail** |
| 76104 | V I BUREAU OF INTERNAL REVENUE, 4008 ESTATE DIAMOND, PLOT 7-B, CHRISTIANSTED, VI, 00820-4421 | **US Mail (1st Class)** |
| 76103 | V.I. INDUSTRIAL SERVICES, LLC, MHENRY@VIISLLC.COM | **E-mail** |
| 76103 | VEDDER PRICE P.C., ARLENE N. GELMAN, (RE: DRESSER-RAND CO.), AGELMAN@VEDDERPRICE.COM | **E-mail** |
| 76103 | VERSA INTEGRITY GROUP, INC., PAYMENTS@VERSAINTEGRITY.COM | **E-mail** |
| 76103 | VINSON & ELKINS LLP, D MEYER;G HOWARD;S ZUNDELL, (RE: CNSEL FOR AMP CAPITAL INVESTORS LTD), GHOWARD@VELAW.COM | **E-mail** |
| 76103 | VINSON & ELKINS LLP, D MEYER;G HOWARD;S ZUNDELL, (RE: CNSEL FOR AMP CAPITAL INVESTORS LTD), SZUNDELL@VELAW.COM | **E-mail** |
| 76103 | VINSON & ELKINS LLP, D MEYER;G HOWARD;S ZUNDELL, (RE: CNSEL FOR AMP CAPITAL INVESTORS LTD), DMEYER@VELAW.COM | **E-mail** |
| 76103 | VINSON & ELKINS LLP, TREVOR SPEARS, (RE: CNSEL FOR AMP CAPITAL INVESTORS LTD), TSPEARS@VELAW.COM | **E-mail** |
| 76103 | VIVOT EQUIPMENT CORPORATION, AR@VIVOT.VI | **E-mail** |
| 76103 | WESTBOURNE CREDIT MANAGEMENT LTD, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE CREDIT MGMT LIMITED, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE CREDIT MGMT LIMITED, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE CREDIT MGMT LIMITED, ALENNON@WILMINGTONTRUST.COM | **E-mail** |

Limetree

**Exhibit A - Limetree**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---------|----------------------------------|-----------------|
| 76103 | WESTBOURNE INFRA DEBT OPP FUNDII LP, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRA DEBT OPP FUNDII LP, ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRCTRE DEBT 2 L.P., ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRCTRE DEBT 2 L.P., ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRCTRE DEBT 7 (USD, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRCTRE DEBT 7 (USD, ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 3 LP, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 3 LP, ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 4 LP, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 4 LP, ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 5 LP, ACTING THROUGH ITS GENERAL PARTNER, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 5 LP, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 6 LP, ACTING THROUGH ITS GENERAL PARTNER,, GS-DALLAS-ADMINAGENCY@NY.EMAIL.GS.COM | **E-mail** |
| 76103 | WESTBOURNE INFRASTRUCTURE DEBT 6 LP, ACTING THROUGH ITS GENERAL PARTNER,, ALENNON@WILMINGTONTRUST.COM | **E-mail** |
| 76103 | WHITE & CASE LLP, NICOLAS ABBATTISTA, (RE: COUNSEL TO EIG), NICK.ABBATTISTA@WHITECASE.COM | **E-mail** |
| 76103 | WHITE & CASE LLP, WILLIAM GUERRIERI;GREGORY F. PESCE, (RE: EIG), WILLIAM.GUERRIERI@WHITECASE.COM | **E-mail** |
| 76103 | WHITE & CASE LLP, WILLIAM GUERRIERI;GREGORY F. PESCE, (RE: EIG), NICK.ABBATTISTA@WHITECASE.COM | **E-mail** |
| 76103 | WHITE & CASE LLP, WILLIAM GUERRIERI;GREGORY F. PESCE, (RE: EIG), GREGORY.PESCE@WHITECASE.COM | **E-mail** |
| 76103 | WILMINGTON TRUST, NT`L ASSOCIATION, LOANAGENCY@WILMINGTONTRUST.COM | **E-mail** |
| 76104 | WINSTON & STRAWN LLP, DANIEL J. MCGUIRE, 35 W. WACKER DRIVE, CHICAGO, IL, 60601 | **US Mail (1st Class)** |
| 76103 | WINSTON & STRAWN LLP, GEOFFREY P. EATON, (RE: THE GOV OF THE US VIRGIN ISLANDS), GEATON@WINSTON.COM | **E-mail** |
| 76103 | WINSTON & STRAWN LLP, KATHERINE A. PRESTON, (RE: THE GOV OF THE US VIRGIN ISLANDS), KPRESTON@WINSTON.COM | **E-mail** |
| 76103 | WORLEY PAN AMERICAN, DAVE.WYVILL@WORLEY.COM | **E-mail** |

**Subtotal for this group:  268**

Limetree