# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

## SEVENTH NOTICE OF EXTENSION OF
## MILESTONES AND BID PROCEDURES DEADLINES

**PLEASE TAKE NOTICE** that, pursuant to the Court's *Order Granting Debtors' Emergency Motion to Amend Milestones and Bid Procedures Deadlines* (Doc. 583) (the "**Order**"), the Milestones and Bid Procedures Deadlines (each as defined in the Order) are hereby amended in accordance with the attached Exhibit A. Except as expressly amended hereby, the Milestones and Bid Procedures Deadlines provided in the *Sixth Notice of Extension of Milestones and Bid Procedures Deadlines* (Doc. 829-3) filed on November 30, 2021 shall remain the same.

[*signature page follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

Dated: December 16, 2021                              **BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
Fed ID No.: 903144
**Jimmy D. Parrish, Esq.**
Fed. ID No. 2687598
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL  32801-3432
Telephone:  407.649.4000
Facsimile:  407.841.0168
Email: egreen@bakerlaw.com
           jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
*Admitted Pro Hac Vice*
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
Email: jrose@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*

### Certificate of Service

  **I HEREBY CERTIFY** that on December 16, 2021, a true copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such service.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

**EXHIBIT A**

| Event | Current Date/Deadline | New Date/Deadline |
|---|---|---|
| Bid Deadline[2] | N/A | December 16, 2021 at 10:00 a.m. CT |
| Deadline to provide credentials to access virtual Auction platform to SCE, Bay, Sabin, WIPL, the Notice Parties, the United States, and the United States Trustee[3] | N/A | December 16, 2021 at 12:00 p.m. CT |
| Auction | November 18, 2021 | December 17, 2021 at 10:00 a.m. CT |
| Deadline to file the Designation of Winning Bid | November 30, 2021 | December 18, 2021 at 5:00 p.m. CT |
| Deadline to file Sale Order and transaction documents | December 3, 2021 | December 18, 2021 at 5:00 p.m. CT |
| Deadline to object to the Sale | December 6, 2021 at 5:00 p.m. CT | December 19, 2021 at 5:00 p.m. CT |
| Deadline to reply to objection(s) to the Sale | December 7, 2021 at 2:00 p.m. CT, subject to supplementation during Sale Hearing | In writing, December 21, 2021 at 10:00 a.m. CT, or orally, any time prior to the conclusion of the Sale Hearing |
| Sale Hearing | December 7, 2021 | December 21, 2021 at 10:00 a.m. CT |
| Expected entry of Sale Order | December 9, 2021 | December 22, 2021 |
| Deadline for Winning Bidder to close sale transaction | December 17, 2021 at 5:00 p.m. CT | January 24, 2021 |
| Deadline for Back-up Bidder to close sale transaction (if applicable) | TBD | January 31, 2021 |
| Sale Milestone | December 17, 2021 | January 31, 2021 |

---

[2] As defined in the Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Action, and (III) Grant Related Relief (Doc. No. 862) and the *Order Granting Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related Relief* (Doc. No. 913).

[3] As defined in the Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Action, and (III) Grant Related Relief (Doc. No. 862) and the *Order Granting Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related Relief* (Doc. No. 913).