IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DESIGNATION OF WINNING BID AND BACK-UP BID**

**PLEASE TAKE NOTICE** that pursuant to the *Order Granting Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief* and bidding procedures appended thereto as Appendix A (as amended, the "**Bidding Procedures**") [Doc. No. 392],[2] the Debtors hereby designate the Winning Bid and Back-up Bid following the conclusion of the Auction, as follows:

1. Winning Bid. The Debtors hereby designated West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP, jointly, as the Winning Bidder. Per the terms of the Winning Bid, as more fully stated on the record during the Auction, the Winning Bidder shall acquire substantially all assets of the Debtors' estates, including all real property of the Debtors, for the sum of $62 million, which sale shall close on or before January 21, 2022.

2. Back-up Bid. The Debtors hereby designated St. Croix Energy, LLLP as the Back-up Bidder. Per the terms of the Back-up Bid, as more fully stated on the record during the Auction, the Back-up Bidder shall acquire substantially all assets of the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Bid Procedures.

estates, including all real property of the Debtors, for the sum of $57 million, which sale shall close on or before January 26, 2022, in the event the Winning Bidder fails to close the transaction proposed in the Winning Bid on or before January 21, 2022.

The Debtors, Winning Bidder, and Back-up Bidder are working to finalize the transactional documents to reflect the terms of their respective final bids at Auction. The Debtors shall file executed transaction documents and proposed sale order related to the Winning Bid as soon as possible, but in no event later than the commencement of the Sale Hearing.

[*Signature Page Follows*]

| | |
|---|---|
| Dated:  December 18, 2021 | **BAKER & HOSTETLER LLP**<br><br>*/s/ Elizabeth A. Green*<br>**Elizabeth A. Green, Esq.**<br>Fed ID No.: 903144<br>SunTrust Center, Suite 2300<br>200 South Orange Avenue<br>Orlando, FL  32801-3432<br>Telephone:  407.649.4000<br>Facsimile:  407.841.0168<br>Email: egreen@bakerlaw.com<br><br>**Jorian L. Rose, Esq.**<br>*Admitted Pro Hac Vice*<br>N.Y. Reg. No. 2901783<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone:  212.589.4200<br>Facsimile:  212.589.4201<br>Email: jrose@bakerlaw.com<br><br>**Michael T. Delaney, Esq.**<br>*Admitted Pro Hac Vice*<br>OH Bar No. 99790<br>Key Tower, 127 Public Sq.<br>Suite 2000<br>Cleveland, OH 44114<br>Telephone:  216.621.0200<br>Facsimile:  216.696.0740<br>Email: mdelaney@bakerlaw.com<br><br>*Counsel for the Debtors and Debtors in Possession* |

## Certificate of Service

**I HEREBY CERTIFY** that on December 18, 2021, a true copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such service.

*/s/ Elizabeth A. Green*
Elizabeth A. Green