# **EXHIBIT A**

## **FIVE-WEEK BUDGET**

**Limetree Bay Refinery**
**Proposed Budget Forecasted Results of Operations and Cash Flows**
Wks Beginning    12/20/21    thru    1/17/22

| | Week 24 | Week 25 | Week 26 | Week 27 | Week 28 | TOTAL |
|---|---|---|---|---|---|---|
| Beginning of Week | 12/20/21 | 12/27/21 | 1/3/22 | 1/10/22 | 1/17/22 | |
| End of Week | 12/26/21 | 1/2/22 | 1/9/22 | 1/16/22 | 1/23/22 | |
| **Cash Receipts** | | | | | | |
| Excess Construction Material | $ - | $ - | $ 250 | $ - | $ - | $ 250 |
| Asset Sale | - | - | - | - | 62,000 | 62,000 |
| **Total Cash Receipts** | $ - | $ - | $ 250 | $ - | $ 62,000 | $ 62,250 |
| **Cash Disbursements** | | | | | | |
| Payroll / Benefits | $ - | $ 128 | $ - | $ 128 | $ 64 | $ 320 |
| Relocation Tax | - | 404 | - | - | - | 404 |
| Maintenance, Other Outside Services, & Misc. | 100 | 100 | 100 | 100 | 200 | 600 |
| Insurance | 60 | - | 60 | - | - | 120 |
| EPA Mandated Independent Observer | 30 | 30 | 30 | 30 | 30 | 150 |
| Hydrocarbon Removal | 347 | 247 | 347 | 247 | 500 | 1,688 |
| Fuel | - | 500 | - | 500 | 250 | 1,250 |
| Transition Services Agreement | 88 | 88 | 88 | 88 | 88 | 440 |
| **Total Cash Disbursements** | $ 625 | $ 1,497 | $ 625 | $ 1,093 | $ 1,132 | $ 4,972 |
| **Operating Cash Flow** | $ (625) | $ (1,497) | $ (375) | $ (1,093) | $ 60,868 | $ 57,278 |
| **DIP Loan Financing Fees** | | | | | | |
| Arena DIP Cash Interest | $ - | $ 45 | $ - | $ - | $ 22 | $ 67 |
| Arena DIP PIK Interest | - | - | - | - | 983 | 983 |
| Arena DIP Deferred Commitment Fee | - | - | - | - | 500 | 500 |
| Arena DIP Forbearance Fee | - | - | - | - | 250 | 250 |
| **Total DIP Loan Financing Fees** | - | 45 | - | - | 1,755 | 1,799 |
| **Net Cash Flow Before Professional Fees** | (625) | (1,541) | (375) | (1,093) | 59,113 | $ 55,479 |
| **Professional Fees** | | | | | | |
| Debtor Legal | $ - | $ - | $ - | $ - | $ 6,312 | 6,312 |
| Debtor Chief Restructuring Officer | - | - | - | - | 2,262 | 2,262 |
| Investment Banker | - | - | - | - | 1,678 | 1,678 |
| DIP Lender Counsel | 70 | - | - | - | 130 | 200 |
| UCC Legal and Financial Advisor | - | - | - | - | 2,770 | 2,770 |
| Pre-Petition Lender Advisors | - | - | - | - | 4,000 | 4,000 |
| BMC - Claims Agent | 125 | - | 25 | - | 125 | 275 |
| Independent Director | - | - | 25 | - | 25 | 50 |
| Insurance Claims Professionals | - | - | - | - | 225 | 225 |
| US Trustee Fees | - | - | - | - | 250 | 250 |
| **Total** | $ 195 | $ - | $ 50 | $ - | $ 17,776 | $ 18,021 |
| **Net Cash Flow** | $ (820) | $ (1,541) | $ (425) | $ (1,093) | $ 41,337 | $ 37,458 |
| Accumulated | $ (820) | $ (2,361) | $ (2,786) | $ (3,879) | 37,458 | |
| **Beginning Cash Balance** | $ 5,326 | $ 4,506 | $ 2,965 | $ 2,540 | $ 1,447 | $ 5,326 |
| **Net Cash Flow** | (820) | (1,541) | (425) | (1,093) | 41,337 | (2,786) |
| **Arena DIP (Paydown)** | - | - | - | - | (15,469) | - |
| **Ending Cash Balance** | $ 4,506 | $ 2,965 | $ 2,540 | $ 1,447 | $ 27,315 | $ 2,540 |
| **Ending DIP Balance** | $ 15,469 | $ 15,469 | $ 15,469 | $ 15,469 | $ - | $ 15,469 |
| Debtor Professional Fees Accrued (Cumulative) | $ 7,327 | $ 7,638 | $ 7,950 | $ 8,262 | $ (0) | |
| UCC Professional Fees Accrued (Cumulative) | $ 2,398 | $ 2,491 | $ 2,584 | $ 2,676 | $ (1) | |