IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

AGENDA FOR SALE HEARING
ON DECEMBER 21, 2021 AT 10:00 A.M. CENTRAL TIME

I. **MATTERS SET FOR HEARING**

**(1) Debtors' <u>Emergency</u> Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief and Debtors' Emergency Notices of Sale Hearing (Doc. No. 191) (the "Sale Motion")**

**Responses:**

- Limited Objection by the United States to Sale of Assets (Doc. No. 950)
- Supplemental Objection and Reservation of Rights of SAP America, Inc. to the Debtors' Motion to Sell Substantially All of their Assets (Doc. No. 951)
- Official Committee of Unsecured Creditors' Statement Regarding Sale of Debtors' Assets (Doc. No. 954)
- Objection to, Request to Adjourn Hearing on, and Reservation of Rights of St. Croix Energy, LLLP to Debtors' Motion for Entry of an Order Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Claim, Liens, Liabilities, Rights, Interests, and Encumbrances (Doc. No. 957)

**Responses From Continued December 7, 2021 Hearing:**

- Limited Objection by the United States to Entry of Order (i) Establishing Bidding and Sale Procedures; (ii) Approving the Sale of Assets; and (iii) Granting Related Relief (Doc. No. 330)
- Bay, Ltd.'s Preliminary Objection to the Proposed Sale to St. Croix Energy, LLLP and Emergency Motion to Delany the December 7 Sale Hearing to Permit Limited Discovery (Doc. No. 835)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

- Limited Objection and Reservation of Rights of Certain Texas Taxing Entities to the Debtors' Emergency Motion to (I) Establish [sic] Bidding and Sale Procedures; (II) Approving [sic] the Sale of Assets; and (III) Granting [sic] Related Relief, Motion for Sale of All or Substantially All Assets Free and Clear of Liens as Described in Section 363(F) (Doc. No. 838)
- HKA Enterprises, LLC's Limited Objection and Reservation of Rights to Sale (Doc. No. 851)
- Limited Objection and Reservation of Rights of SAP America, Inc. and Concur Technologies, Inc. to the Debtors' Motion to Sell Substantially All of their Assets (Doc. No. 863)
- Intertek USA Inc.'s Limited Objection and Reservation of Rights to Sale (Doc. No. 867)
- Objection of Harris County to Debtors' Motion for Entry of Order Approving the Sale of Assets (Doc. No. 869)
- Limited Objection of Axens North America, Inc. to Sale of Debtors' Assets and Reservation of Rights (Doc. 874)
- The Terminal Entities' Limited Objection and Reservation of Rights to Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief (Doc. No. 875)

**Related Documents:**

- Notice of Designation of Winning Bid and Back-up Bid (Doc. No. 948)

**Status:** This matter is going forward.

II. **WITNESS AND EXHIBIT LISTS**

- DIP Lender's Witness and Exhibit List (Doc. No. 933)
- Bay, Ltd.'s Supplemental Witness and Exhibit List (Doc. No. 938)
- Ad Hoc Term Lender Group's Witness and Exhibit List (Doc. No. 939)
- The Terminal Entities' Witness and Exhibit List (Doc. No. 941)
- the Official Committee of Unsecured Creditors' Witness and Exhibit List (Doc. No. 942)
- Debtors' Witness and Exhibit List (Doc. No. 949)
- St. Croix Energy, LLLP's Witness and Exhibit List (Doc. No. 958)

**Witness and Exhibit Lists From Continued December 7, 2021 Hearing**:

- Bay, Ltd.'s Witness and Exhibit List (Doc. No. 846)
- Axens North America, Inc.'s Witness and Exhibit List (Doc. No. 876)

**III     HEARING INSTRUCTIONS**

**PLEASE TAKE NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Jones's home page. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced documents may be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree.

[*remainder of page intentionally left blank*]

Respectfully submitted this 20th day of December 2021.

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
So. Dist. Fed ID 903144
**Jimmy D. Parrish, Esq.**
So. Dist. Fed ID 2687598
200 S. Orange Avenue
Suite 2300
Orlando, FL 32801
Telephone: (407) 649-4000
Facsimile: (407) 841-0168
E-mail: egreen@bakerlaw.com
E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2021, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green