**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC,** *et al.*,[1] | **CASE NO.: 21-32351 (DRJ)** |
| **Debtors.** | **(Jointly Administered)** |

**INTERTEK USA INC.'S WITNESS AND EXHIBIT LIST FOR EMERGENCY MOTION**
**FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)**

Creditor, Intertek USA Inc. ("Intertek" or "Creditor"), hereby files its Witness and Exhibit List for the hearing to be held on December 21, 2021, at 10:00 a.m. (prevailing Central Time) (the "Hearing") as follows:[2]

**WITNESSES**

Intertek may call the following witnesses at the Hearing:

i.      Todd Andrews, Esq., Intertek corporate counsel;

ii.     any witness listed by any other party; and

iii.    rebuttal witnesses as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] Intertek reserves the right to amend this Witness and Exhibit List.

1

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| 2. | Any exhibit necessary for impeachment or rebuttal purposes. | | | | | | |
| 3. | Any exhibit identified or offered by any other party. | | | | | | |
| 4. | Laboratory Services Agreement, designated Contract No. LTR-242, and amendments thereto | | | | | | |
| 5. | Invoices related to Laboratory Services Agreement, designated Contract No. LTR-242, and amendments thereto | | | | | | |

Intertek reserves the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

Dated: December 20, 2021          Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Intertek USA Inc.*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Fax: 954-728-1282
Vincent.Alexander@lewisbrisbois.com

By: /s/ *Vincent F. Alexander*
        Vincent F. Alexander
        Fla. Bar No. 68114 (*pro hac vice*)

2

3

## CERTIFICATE OF SERVICE

**I CERTIFY** that on December 20, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in these chapter 11 cases.

By: /s/ *Vincent F. Alexander*
Vincent F. Alexander

3