# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | ) Case No. 21-32351 (DRJ) |
| Debtors. | ) (Jointly Administered) |

## AMENDED WITNESS LIST AND EXHIBIT LIST OF
## ST. CROIX ENERGY, LLLP FOR DECEMBER 21, 2021 SALE HEARING

St. Croix Energy, LLLP ("SCE"), by and through its undersigned counsel, hereby files its Amended Witness and Exhibit List for the hearing to be held on December 21, 2021, at 10:00 a.m. (prevailing Central Time) (the "Hearing") as follows.[2]

## WITNESSES

SCE may call the following witnesses at the Hearing:[3]

   i.   Mark Shapiro, Chief Restructuring Officer

   ii.  Michael O'Hara, Managing Director, Jefferies LLC

   iii. Charles Chambers, Chief Executive Officer, West Indies Petroleum Limited

   iv.  David Roberts, West Indies Petroleum Limited

   v.   Courtney Wilkinson, West Indies Petroleum Limited

   vi.  any witness listed by any other party; and

   vii. rebuttal witnesses as necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

[2] SCE reserves the right to amend this Witness and Exhibit List.

[3] SCE reserves the right to cross-examine any witness called by any other party at the Hearing.

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Any document or pleading filed in the above-captioned main cases. | | | | | | |
| 2. | Any exhibit necessary for impeachment or rebuttal purposes. | | | | | | |
| 3. | Any exhibit identified or offered by any other party. | | | | | | |

SCE reserves the right to supplement or amend this Witness and Exhibit List and to identify additional exhibits, including but not limited to rebuttal and impeachment exhibits, prior to the conclusion of the Hearing.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 20, 2021
      New York, New York

                                    Respectfully submitted,

                                    **ROPES & GRAY LLP**

/s/ *Gregg M. Galardi*
Gregg M. Galardi (admitted *pro hac vice*)
Matthew M. Roose (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000
gregg.galardi@ropesgray.com
matthew.roose@ropesgray.com

Stephen L. Iacovo (admitted *pro hac vice*)
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Tel: (312) 845-1200
stephen.iacovo@ropesgray.com

-and-

**USVI LAW, LLP**
Scot Fitzerald McChain
5030 Anchor Way Ste. 13
Christiansted, VI 00820
Tel: 340-773-6955
smcchain@usvi.law

*Counsel to St. Croix Energy, LLLP*

## **CERTIFICATE OF SERVICE**

I certify that on December 20, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Gregg M. Galardi*
Gregg M. Galardi