**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING October 1, 2021 AND ENDING October 31, 2021**

Name of Debtor: Limetree Bay Refining, LLC   Case Number: 21-32354
Date of Petition:  July 12, 2021

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---:|---:|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 3,544,572.12 | $ 2,325,215.84 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 112,000.00 | 2,108,634.83 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts | 617,000.59 | 21,414,959.93 |
| (If you receive rental income, you must attach a rent roll) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | 729,000.59 | 23,523,594.76 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 4,273,572.71 | 25,848,810.60 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges & Fees | 3,876.16 | 6,531.93 |
| C. Contract Labor | 192,608.11 | 1,258,192.88 |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | 155,596.68 | 1,788,862.33 |
| F. Inventory Payments | - | 1,652,424.73 |
| G. Leases & Contracts | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll | 2,227.95 | 15,283.80 |
| K. Professional Fees (Accounting & Legal) | 132,012.87 | 2,500,905.69 |
| L. Rent | - | 4,693.00 |
| M. Repairs & Maintenance | 1,427,304.89 | 7,245,409.96 |
| N. Secured Creditor Payments | - | 496,359.33 |
| O. Taxes Paid - Payroll | - | - |
| P. Taxes Paid - Sales & Use | - | - |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | 17,743.36 | 59,683.49 |
| S. Travel & Entertainment | - | - |
| T. U.S. Trustee | - | - |
| U. Utilities | 9,420.08 | 10,227.05 |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses | 994,136.37 | 9,471,590.17 |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 2,934,926.47 | 24,510,164.36 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | $ 1,338,646.24 | $ 1,338,646.24 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (CONT'D.)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| DIP Financing | $ - | $ 25,000,000.00 |
| Voided Pre-Petition Checks | - | 4,800.00 |
| Transfer to/from Limetree Bay Refining Marketing, LLC | 1,034,000.00 | 4,933,500.00 |
| Transfer to/from Limetree Bay Refining Operating, LLC | (417,000.00) | (8,523,342.48) |
| Dividends | 0.59 | 2.41 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ 617,000.59 | $ 21,414,959.93 |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| Settlement Payment - Limetree Bay Terminals, LLC | $ - | $ 132,554.56 |
| Tank Storage Fees | - | 600,000.00 |
| Employee Expense Reimbursments | - | 9,958.47 |
| Agent Fee | - | 112,500.00 |
| U.S. Customs Fee | 659.93 | 676.86 |
| DIP Financing Costs | 63,195.68 | 204,863.78 |
| Employee Benefits | (39,800.02) | 70,595.46 |
| Information Technology | 104,472.23 | 572,907.28 |
| Relocation Costs | - | 2,188,309.00 |
| Site Services | 217,223.44 | 1,627,748.78 |
| Transfer to/from Limetree Bay Terminal Services - Fuel Shared Costs | 648,385.11 | 3,801,475.98 |
| Transfer to/from Limetree Bay Terminal Services - Storage Shared Costs | - | 150,000.00 |
| | $ 994,136.37 | $ 9,471,590.17 |