**Limetree Bay Refining, LLC**
**Balance Sheet**
**October 31, 2021**

|  | 10/31/2021 Unaudited |
|---|---:|
| **TOTAL ASSETS** | |
|  | |
| 0000110600 LBR OPERATING ACCOUNT - ORIENTAL - 8202040267 | 111,080.19 |
| 0000110610 LBR PAYROLL ACCOUNT - ORIENTAL - 8202040268 | 445.47 |
| 0000110690 LBR CONSTRUCTION ACCOUT - DB- SE1972-001.10 | 12,040.91 |
| ***CASH & CASH EQUIVALENTS** | **123,566.57** |
|  | |
| 0000110700 LBR DEBT SERVICE RESERVE ACCOUNT- SE 1972-001.11 | 3,533.42 |
| 0000110770 Checking Account - East West Bank - 5500017759 | 1,211,546.25 |
| ***RESTRICTED CASH - SHORT TERM** | **1,215,079.67** |
|  | |
| 0000120001 A/R TRADE RECEIVABLE RECONCILIATION | 244,144.69 |
| **ACCOUNTS RECEIVABLE, TRADE** | **244,144.69** |
| ***ACCOUNTS RECEIVABLE, NET** | **244,144.69** |
|  | |
| 0000150040 A/R AFFILIATE | 2,036,581.73 |
| 0000150500 Intercompany A/R | 248,733,697.11 |
| ***ACCOUNTS RECEIVABLE - AFFILIATE** | **250,770,278.84** |
|  | |
| 0000130013 PURCHASED FINISHED PRODUCTS | 150,429.39 |
| 0000130050 WAREHOUSE INVENTORIES | 23,648,824.41 |
| 0000130100 INVENTORY CLEARING | (956,940.66) |
| ***INVENTORY** | **22,842,313.14** |
|  | |
| 0000140010 PPD INSURANCE-OTHER | 733,331.25 |
| 0000140011 PPD INSURANCE-ALL RISK PROPERTY | 104,526.86 |
| 0000140013 PPD INSURANCE-WORKERS COMPENSATION | 14,531.96 |
| 0000140014 PPD INSURANCE-BUSINESS INTERUPPTION | 29,977.51 |
| 0000140016 PPD INSURANCE - EXECUTIVE RISK (D&O,CRIME,FID,K&R) | 303,921.19 |
| 0000140018 PPD INSURANCE - AUTO LIABILITY | 3,421.81 |
| **PREPAID INSURANCE** | **1,189,710.58** |
|  | |
| 0000140070 PREPAID-LICENSES | 377,205.13 |
| **PREPAID LICENSES** | **377,205.13** |
|  | |
| 0000140100 PREPAID - RENT | 8,180.00 |
| **PREPAID RENT** | **8,180.00** |
|  | |
| 0000140060 PPD - VENDOR PREPAYMENTS | 1,369,608.71 |
| 0000140110 PPD SUNDRY | 396,243.11 |
| **PREPAID OTHER** | **1,765,851.82** |
| ***PREPAID EXPENSES AND OTHER** | **3,340,947.53** |
|  | |
| ****TOTAL CURRENT ASSETS** | **278,536,330.44** |
|  | |
|  | |
| 0000160041 COST-BUILDINGS | 97,725,637.29 |
| 0000160051 ENVIRONMENTAL FACILITIES | 11,954,645.38 |
| 0000160061 REFINERY FACILITIES | 2,637,764.24 |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**October 31, 2021**

|  | 10/31/2021 Unaudited |
|---|---:|
| **FACILITIES, BUILDINGS AND IMPROVEMENTS** | 112,318,046.91 |
|  |  |
| 0000160071 VEHICLES, TRAILERS, ETC. | 3,936,457.65 |
| 0000160141 GAS TURBINES & WASTE HEAT BOILERS | 20,221,878.73 |
| 0000160151 MACHINERY & EQUIPMENT | 212,895.00 |
| **MACHINERY AND EQUIPMENT** | **24,371,231.38** |
|  |  |
| 0000160111 COMPUTER SOFTWARE | 659,599.83 |
| **COMPUTERS, FURNITURE AND FIXTURES** | **659,599.83** |
|  |  |
| 0000160250 FIXED ASSETS - NON RECONCILIATION | 1,775,223.60 |
| **OTHER** | **1,775,223.60** |
|  |  |
| **PP&E - GROSS** | **139,124,101.72** |
|  |  |
| 0000170041 ACCUM DEPR - BUILDINGS | (23,081,045.59) |
| 0000170051 ACCUM DEPR - ENVIRONMENTAL FACILITIES | (2,403,458.27) |
| 0000170061 ACCUM DEPR - REFINERY FACILITIES | (483,590.11) |
| **FACILITIES, BLDNGS & IMPRVMNTS - ACCUM DEPREC** | **(25,968,093.97)** |
|  |  |
| 0000170071 ACCUM DEPR - VEHICLES, TRAILERS, ETC. | (2,502,279.35) |
| 0000170141 ACCUM DEPR - GAS TURBINES & WHB | (2,700,349.45) |
| 0000170151 ACCUM DEPR - MACHINERY & EQUIPMENT | (10,644.76) |
| **MACHINERY AND EQUIPMENT - ACCUM DEPREC** | **(5,213,273.56)** |
|  |  |
| 0000170111 ACCUM DEPR - COMPUTER SOFTWARE | (274,833.27) |
| **COMPUTERS, FURNITURE & FIXTURES - ACCUM DEPR** | **(274,833.27)** |
| **PP&E - ACCUMULATED DEPRECIATION** | **(31,456,200.80)** |
|  |  |
| **PROPERTY, PLANT & EQUIPMENT, NET** | **107,667,900.92** |
|  |  |
| 0000160010 CIP (ASSET UNDER CONSTRUCTION) | 3,262,056,471.04 |
| **CONSTRUCTION IN PROGRESS** | **3,262,056,471.04** |
|  |  |
| ***TOTAL PROPERTY, PLANT AND EQUIPMENT, NET** | **3,369,724,371.96** |
|  |  |
| 0000190300 Investment in subsidiary - LBRM | 754,975.47 |
| **INVESTMENT IN SUBSIDIARY - LBRM** | **754,975.47** |
|  |  |
| 0000190050 SECURITY DEPOSITS | 10,296.53 |
| **OTHER ASSETS** | **10,296.53** |
|  |  |
| ***OTHER ASSETS** | **765,272.00** |
|  |  |
| ****TOTAL NON-CURRENT ASSETS** | **3,370,489,643.96** |
|  |  |
| ***** TOTAL ASSETS** | **3,649,025,974.40** |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**October 31, 2021**

|  | 10/31/2021 Unaudited |
|---|---:|
| **TOTAL LIABILITIES AND MEMBERS' EQUITY** | |
| **TOTAL LIABILITIES** | |
| 0000200010 A/P TRADE RECONCILIATION | (199,269,941.23) |
| 0000200020 GR/IR | (3,426,853.44) |
| 0000200050 A/P ADJUSTMENTS RECLASS | (27,925.00) |
| 0000200099 AP - OTHER | 50,582.00 |
| ***ACCOUNTS PAYABLE TRADE** | **(202,674,137.67)** |
| | |
| 0000235101 A/P AFFILIATES – ARCLIGHT CAPITAL PARTNERS, LLC | (281,250.00) |
| 0000235500 Intercompany A/P | (143,981,619.78) |
| ***AFFILIATE PAYABLE, NET** | **(144,262,869.78)** |
| | |
| 0000231510 ACCRUED INTEREST-DEBT | (8,531,611.16) |
| 0000231525 ACCRUED INTRST - DEBT - AFFIL - TRANCHE D TERM DBT | (461,630.29) |
| ***ACCRUED INTEREST** | **(8,993,241.45)** |
| | |
| 0000200023 GR/IR PRODUCT (MANUAL) | 421,528.06 |
| 0000200040 VOUCHER ACCRUALS | (13,141,405.35) |
| 0000200060 COMDATA | (157,589.31) |
| 0000235040 ACCRUED LIABILITIES | (813,349.28) |
| 0000235045 CONTRACTOR PAYABLE - COMPLETION PROGRAM | (40,023,300.00) |
| 0000235060 GR/IR WAREHOUSE iNVENTORY | 0.00 |
| ***ACCRUED LIABILITIES** | **(53,714,115.88)** |
| | |
| 0000235030 ACCRUED OTHER INSURANCE | 0.00 |
| **ACCRUED OTHER INSURANCE PREMIUMS** | **0.00** |
| | |
| 0000235253 DIP Loan - AMP Upside Credit Facility | (25,117,566.81) |
| **OTHER LONG TERM DEBT-CURRENT PORTION** | **(25,117,566.81)** |
| | |
| ***CURRENT PORTION OF LONG-TERM DEBT** | **(25,117,566.81)** |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**October 31, 2021**

|  | 10/31/2021 Unaudited |
|---|---:|
| 0000231520 SHORT TERM IRS - MARK TO MARKET INTEREST | (3,603,459.54) |
| *OTHER CURRENT LIABILITIES | (3,603,459.54) |
|  |  |
| **TOTAL CURRENT LIABILITIES | (438,365,391.13) |
|  |  |
| 0000260114 TRANCHE D TERM DEBT | (108,975,019.87) |
| TRANCHE D TERM DEBT | (108,975,019.87) |
|  |  |
| 0000260055 AFFILIATE TERM DEBT - LONG TERM | (36,325,006.62) |
| AFFILIATE TERM DEBT | (36,325,006.62) |
|  |  |
| 0000260010 LONG TERM DEBT - TERM | (610,317,723.97) |
| OTHER TERM DEBT | (610,317,723.97) |
|  |  |
| TERM DEBT | (755,617,750.46) |
| OTHER LONG TERM DEBT | (755,617,750.46) |
|  |  |
| *LONG-TERM DEBT, NET CRRNT PRTN & ISSNCE CST | (755,617,750.46) |
|  |  |
| 0000260030 LONG TERM IRS - MARK TO MARKET INTEREST | (2,197,587.43) |
| *OTHER LONG-TERM LIABILITIES | (2,197,587.43) |
|  |  |
| **TOTAL NON-CURRENT LIABILITIES | (757,815,337.89) |
|  |  |
| *** TOTAL LIABILITIES | (1,196,180,729.02) |
|  |  |
| TOTAL MEMBERS' EQUITY |  |
|  |  |
| 0000320010 MEMBERS INITIAL INVESTMENT | (384,868.09) |
| *MEMBERS' INITIAL EQUITY | (384,868.09) |
|  |  |
| 0000320020 MEMBERS ADDITIONAL INVESTMENT | (2,785,649,860.03) |
| 0000320050 PAID IN CAPITAL - COMMON EQUITY | (4,513,333.30) |
| *MEMBERS' ADDITIONAL INVESTMENT | (2,790,163,193.33) |
| **MEMBERS' EQUITY | (2,790,548,061.42) |
|  |  |
| 0000380020 RETAINED EARNINGS | 115,181,380.27 |
| **RETAINED EARNINGS / ACCUMULATED DEFICIT | 115,181,380.27 |
|  |  |
| **PROFIT/LOSS IN CURRENT YEAR | 222,521,435.77 |
|  |  |
| *** TOTAL MEMBERS' EQUITY | (2,452,845,245.38) |
|  |  |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | (3,649,025,974.40) |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| **INCOME STATEMENT** | |
| 0000400010 SALES THIRD PARTY-PETROLEUM PRODUCTS | 0.00 |
| 0000400032 ACCRUED SALES AFFILIATES-PETROLEUM PRODUCTS | 0.00 |
| ***REFINERY REVENUES** | **0.00** |
| ****TOTAL REVENUES** | **0.00** |
| 0000520070 INVENTORY WRITEDOWN | 0.00 |
| 0000520100 INVENTORY MOVE PRICE DIFFERENCE | 0.00 |
| 0000520130 OTHER COST OF SALES | 281,683.11 |
| 0000520150 PRODUCT LOSSES | 0.00 |
| 0000520160 VESSEL DEMURRAGE | 0.00 |
| ****COST OF GOODS SOLD** | **281,683.11** |
| 0000601054 TAXES-STATE UNEMPLOYMENT | 41,893.67 |
| **SALARIES AND WAGES** | **41,893.67** |
| 0000607010 BUSINESS MEALS & ENTERTAINMENT | 39.84 |
| 0000607020 TRAVEL AND LODGING | 0.00 |
| **MEALS & ENTERTAINMENT** | **39.84** |
| 0000601059 CONFERENCES & SEMINARS | 0.00 |
| 0000601060 REGISTRATIONS-TRAINING & CONTINUING ED | 0.00 |
| 0000601064 EDUCATIONAL ASSISTANCE | 0.00 |
| 0000601067 TRAINING MATERIALS & SUPPLIES | 22,844.22 |
| **TRAINING & EDUCATION** | **22,844.22** |
| 0000601058 UNIFORMS AND LAUNDRY | 0.00 |
| 0000601063 OTHER EMPLOYEE EXPENSE | 0.00 |
| 0000601068 HOUSEHOLD FURNISHINGS | 0.00 |
| 0000601074 OUTSIDE HOUSING | 0.00 |
| 0000601076 EMPLOYEE-RECRUITING FEES (NON-AGENCY) | 0.00 |
| 0000601078 SAFETY EXPENSE | 854.00 |
| **OTHER** | **854.00** |
| **EMPLOYEE EXPENSES** | **65,631.73** |
| 0000614016 INS-AUTO LIABILITY | 0.00 |
| **AUTO PHYSICAL DAMAGE** | **0.00** |
| **INSURANCE** | **0.00** |
| 0000603011 CONSULTING FEES - NON-OPERATING | 30,000.00 |
| **CONSULTING FEES** | **30,000.00** |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending October 31, 2021**

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| 0000603012 ENGINEERING FEES | 1,250.00 |
| **ENGINEERING FEES** | **1,250.00** |
|  |  |
| 0000603013 LEGAL FEES | 0.00 |
| **LEGAL FEES** | **0.00** |
|  |  |
| 0000603014 MEDICAL FEES | 0.00 |
| **MEDICAL FEES** | **0.00** |
|  |  |
| 0000603030 INSPECTION FEES-QUANTITY | 0.00 |
| 0000603031 INSPECTION FEES-QUALITY | 0.00 |
| **INSPECTION FEES** | **0.00** |
|  |  |
| **PROFESSIONAL FEES** | **31,250.00** |
|  |  |
| 0000608015 POWER PLANT FUEL - EXTERNAL | 1,999,687.77 |
| **FUEL EXPENSE** | **1,999,687.77** |
|  |  |
| 0000602017 SPILL CLEAN UP | 0.00 |
| **ENVIRONMENTAL** | **0.00** |
|  |  |
| 0000603020 PINNACLE - REPAIRS & MAINTENANCE | 584,229.37 |
| 0000606030 REPAIR & MAINTENANCE - GENERAL | 44,920.24 |
| 0000606034 R&M - Fixed Equipment Work | 8,854.63 |
| 0000606035 R&M – Instrument, Electrical and Analyzer Work | 0.00 |
| 0000606036 R&M – Rotating Equipment | 503.44 |
| 0000606037 R&M – Scaffold, Asbestos, Insulation and Painting | 0.00 |
| 0000606038 R&M – Outage Related Work | 0.00 |
| 0000606039 R&M – Maintenance Support Services, Other | 232,794.61 |
| 0000606040 TANK CLEANING | 0.00 |
| **REPAIRS AND MAINTENANCE** | **871,302.29** |
|  |  |
| 0000608040 TELECOMMUNICATIONS EXPENSE-DATA | 6,721.64 |
| 0000608042 TELECOMMUNICATIONS EXPENSE-VOICE | 0.00 |
| 0000608043 TELECOMMUNICATIONS EXP-CELLULAR | 0.00 |
| **COMMUNICATION EXPENSES** | **6,721.64** |
|  |  |
| 0000604011 HARDWARE - DESKTOP PURCHASES | 0.00 |
| 0000604012 HARDWARE - DCS PURCHASES | 0.00 |
| 0000604014 HARDWARE - DESKTOP MAINTENANCE | 0.00 |
| 0000604017 HARDWARE - NETWORK PURCHASES | 0.00 |
| 0000604019 HARDWARE - SERVER MAINTENANCE | 1,903.37 |
| 0000604020 HARDWARE - NETWORK MAINTENANCE | 0.00 |
| 0000604030 SOFTWARE - SERVER PURCHASES | 19,624.91 |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021 Unaudited |
|---|---:|
| 0000604031 SOFTWARE - MAINFRAME MAINTENANCE | 0.00 |
| 0000604032 SOFTWARE - MAINFRAME PURCHASES | 38,807.83 |
| 0000604033 SOFTWARE - SERVER MAINTENANCE | 0.00 |
| 0000604034 SOFTWARE - DESKTOP MAINTENANCE | 2,280.75 |
| 0000604035 SOFTWARE - DESKTOP PURCHASES | (10,500.00) |
| 0000604036 SOFTWARE - NETWORK PURCHASES | 0.00 |
| 0000604037 SOFTWARE - NETWORK MAINTENANCE | 2,706.66 |
| 0000604060 COMPUTER EQUIPMENT UNDER $5000 | 0.00 |
| **IT EXPENSES** | **54,823.52** |
|  |  |
| **COMMUNICATIONS AND IT EXPENSES** | **61,545.16** |
|  |  |
| 0000602040 PINNACLE OVERHEAD COSTS | 84,000.00 |
| 0000602041 PINNACLE - NON REPAIRS & MAINTENANCE | 0.00 |
| 0000602042 SHORT TERM - TEMPORARY OUTSIDE CONTRACTORS | 0.00 |
| 0000602044 PINNACLE - SECURITY | 1,150.28 |
| 0000602047 OUTSIDE CONTRACTOR - NON-R&M | 0.00 |
| **CONTRACTOR OVERHEAD** | **85,150.28** |
|  |  |
| 0000602060 WASTE DISPOSAL - NON-ENVIRONMENTAL | (8,900.00) |
| 0000602061 WASTE DISPOSAL - RECYCLING | 0.00 |
| 0000602065 OUTSIDE LABOR/SERVICES - HOURLY | 5,612.00 |
| 0000602080 TEMPORARY OUTSIDE LABOR / SERVICES | 28,867.21 |
| 0000602090 CONTRACT SERVICES - LUMP SUM | 0.00 |
| 0000602091 WASTE WATER TREATMENT PLANT - OUTSIDE CONTRACTO | 5,888.00 |
| **OUTSIDE SERVICES** | **31,467.21** |
|  |  |
| 0000608030 UTILITY EXPENSE - WATER | 42,227.43 |
| **UTILITIES** | **42,227.43** |
|  |  |
| 0000613015 RENTALS-PASSENGER CARS | (12,158.21) |
| 0000613030 RENTS OFFICE & REAL ESTATE | 3,058.75 |
| 0000613035 RENTALS-OTHER | 0.00 |
| **RENTAL EXPENSES** | **(9,099.46)** |
|  |  |
| 0000612020 FINES & PENALTY | 0.00 |
| **TAXES AND FEES** | **0.00** |
|  |  |
| 0000612025 LICENSES AND PERMITS-OTHER | 6,446.15 |
| 0000612030 MEMBERSHIPS/DUES | 5,333.34 |
| 0000612031 BOOKS/MANUALS/SUBSCRIPTIONS | 1,250.00 |
| **LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS** | **13,029.49** |
|  |  |
| 0000611017 COMMUNITY RELATIONS EVENTS | 0.00 |
| **CONTRIBUTIONS AND DONATIONS** | **0.00** |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021 Unaudited |
|---|---:|
| 0000605010 OFFICE SUPPLY | 504.68 |
| 0000605011 POSTAGE | 0.00 |
| 0000605020 OPERATING SUPPLY | 6,131.68 |
| 0000605021 INVENTORY VARIANCES | (8,823.44) |
| 0000606010 MAINTENANCE SUPPLIES | (41,177.78) |
| 0000606011 AUTO REPAIRS | 0.00 |
| 0000606012 TRASH REMOVAL | (4,569.35) |
| 0000606013 R&M - OUTSIDE CONTRACTORS (NON-PINNACLE) | 242,399.99 |
| 0000606016 SMALL TOOLS | 0.00 |
| 0000606019 EQUIPMENT RENTALS - MAINTENANCE | 106,683.09 |
| 0000606020 PEST CONTROL | 4,300.00 |
| 0000606021 FACILITY SERVICES - GROUNDS, ELEV OPS, LANDSCAPING | 0.00 |
| 0000606023 VILLAGE - FOOD SERVICE | 0.00 |
| 0000606024 LAUNDRY SERVICES | 0.00 |
| 0000620010 FREIGHT EXPENSE | 4,123.87 |
| 0000620020 AIR FREIGHT | 2,261.59 |
| 0000620030 DEMURRAGE EXPENSE THIRD PARTY-NON ST&T | 340.00 |
| 0000620040 FREIGHT EXPENSE ENVIRONMENTAL | 0.00 |
| 0000620050 CUSTOMS & BROKERAGE CHARGES | 16.93 |
| 0000620060 PRODUCT CONSUMED-GASOLINE & OIL | 12,170.48 |
| 0000620070 VEHICLE TIRES & TUBES | 0.00 |
| 0000620072 GAS & OIL CONSUMED-VEHICLES | (200.00) |
| 0000630010 MARINE PRESERVATION / NATIONAL RESPONSE CORP | 0.00 |
| 0000630020 CHEMICALS EXP | 0.00 |
| 0000630030 CATALYST | 9,169.30 |
| 0000630040 ADDITIVES EXPENSE | 0.00 |
| 0000630070 MISC EXP - OPERATING EXPENSE | 0.00 |
| 0000640000 SHARED SERVICES CLEARING | 0.00 |
| **OFFICE AND MISC OPERATING EXPENSES** | **333,331.04** |
| 0000640050 MISC EXP - NON OPERATING EXPENSE | 0.00 |
| **OTHER MISC O&M** | **0.00** |
| **OTHER O&M** | **3,428,641.21** |
| **OPERATING EXPENSES** | **3,525,522.94** |
| 0000801021 UNIT BASED COMPENSATION | 0.00 |
| 0000801050 INS-WORKERS COMP | 7,265.98 |
| **SALARIES AND WAGES** | **7,265.98** |
| 0000807010 BUSINESS MEALS & ENTERTAINMENT | 1,858.02 |
| 0000807020 TRAVEL AND LODGING | 7,226.47 |
| **MEALS & ENTERTAINMENT** | **9,084.49** |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| 0000801059 SEMINARS/SYMPOSIUMS,CONFERENCES/CONVENT | 0.00 |
| 0000801060 REGISTRATIONS-TRAINING AND TUITION | 0.00 |
| 0000801067 TRAINING MATERIALS & SUPPLIES | 0.00 |
| **TRAINING & EDUCATION** | **0.00** |
|  |  |
| 0000801058 UNIFORMS AND LAUNDRY | 0.00 |
| 0000801068 HOUSEHOLD FURNISHINGS | 0.00 |
| 0000801071 EMPLOYEE ACTIVITIES | 0.00 |
| 0000801074 OUTSIDE HOUSING | 0.00 |
| 0000801075 EMPLOYEE BACKGROUND SCREENING | 0.00 |
| 0000801076 EMPLOYEE-RECRUITING | 0.00 |
| 0000801078 SAFETY EXPENSE | 0.00 |
| **OTHER** | **0.00** |
|  |  |
| **EMPLOYEE EXPENSES** | **16,350.47** |
|  |  |
| 0000814010 INS - EXECUTIVE RISK (D&O, CRIME, FIDUCIARY, K&R) | 16,271.74 |
| **COMPREHENSIVE CRIME** | **16,271.74** |
|  |  |
| 0000814011 INS-EXCESS LIABILITY | 0.00 |
| **EXCESS LIABILITY** | **0.00** |
|  |  |
| 0000814012 INS-ALL RISK PROPERTY | 129,577.94 |
| **PROPERTY** | **129,577.94** |
|  |  |
| 0000814014 INS-COMPREHENSIVE GENERAL LIABILITY | 0.00 |
| **COMPREHENSIVE GENERAL LIABILITY** | **0.00** |
|  |  |
| 0000814015 INS-BUSINESS INTERRUPTION | 29,977.59 |
| **BUSINESS INTERRUPTION/FIRE & EXTEND COVERAGE** | **29,977.59** |
|  |  |
| 0000814016 INS-AUTO LIABILITY | 3,383.09 |
| **AUTO PHYSICAL DAMAGE** | **3,383.09** |
|  |  |
| 0000814050 INS-OTHER | 692,450.01 |
| **OTHER** | **692,450.01** |
|  |  |
| **INSURANCE** | **871,660.37** |
|  |  |
| 0000803011 CONSULTING FEES | 2,572,079.34 |
| **CONSULTING FEES** | **2,572,079.34** |
|  |  |
| 0000803013 LEGAL FEES | 3,444,723.72 |
| **LEGAL FEES** | **3,444,723.72** |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| 0000803014 MEDICAL FEES | 22,870.74 |
| **MEDICAL FEES** | **22,870.74** |
|  |  |
| 0000801080 EMPLOYMENT - AGENCY FEES | 0.00 |
| **OTHER FEES** | **0.00** |
|  |  |
| **PROFESSIONAL FEES** | **6,039,673.80** |
|  |  |
| 0000806030 REPAIR & MAINTENANCE - GENERAL | 0.00 |
| **REPAIRS AND MAINTENANCE** | **0.00** |
|  |  |
| 0000808040 TELECOMMUNICATIONS EXPENSE-DATA | 0.00 |
| 0000808042 TELECOMMUNICATIONS EXPENSE-VOICE | 187.80 |
| 0000808043 TELECOMMUNICATIONS EXP-CELLULAR | 17,743.36 |
| **COMMUNICATION EXPENSES** | **17,931.16** |
|  |  |
| 0000804011 HARDWARE - DESKTOP PURCHASES | 0.00 |
| 0000804014 HARDWARE - DESKTOP MAINTENANCE | 0.00 |
| 0000804017 HARDWARE - NETWORK PURCHASES | 0.00 |
| 0000804018 HARDWARE - NETWORK LEASE | (34,289.56) |
| 0000804020 HARDWARE - NETWORK MAINTENANCE | 2,157.80 |
| 0000804030 SOFTWARE - SERVER PURCHASES | 3,487.76 |
| 0000804031 SOFTWARE - MAINFRAME MAINTENANCE | 19,353.99 |
| 0000804032 SOFTWARE - MAINFRAME PURCHASES | 10,044.55 |
| 0000804033 SOFTWARE - SERVER MAINTENANCE | 23,555.80 |
| 0000804034 SOFTWARE - DESKTOP MAINTENANCE | 2,227.95 |
| 0000804035 SOFTWARE - DESKTOP PURCHASES | 0.00 |
| 0000804036 SOFTWARE - NETWORK PURCHASES | 0.00 |
| 0000804037 SOFTWARE - NETWORK MAINTENANCE | 3,411.63 |
| **IT EXPENSES** | **29,949.92** |
|  |  |
| **COMMUNICATIONS AND IT EXPENSES** | **47,881.08** |
|  |  |
| 0000802040 CONTRACTOR OVERHEAD | 0.00 |
| 0000802041 PINNACLE - NON R&M (G&A) | 0.00 |
| 0000802042 SHORT TERM - TEMPORARY OUTSIDE CONTRACTORS | 0.00 |
| **CONTRACTOR OVERHEAD** | **0.00** |
|  |  |
| 0000802065 OUTSIDE LABOR/SERVICES | 107,542.14 |
| 0000802070 MEDIA (OUTSIDE PRINTING) | 627.00 |
| 0000802080 TEMPORARY OUTSIDE LABOR / SERVICES | 0.00 |
| 0000802090 CONTRACT SERVICES - LUMP SUM | 0.00 |
| **OUTSIDE SERVICES** | **108,169.14** |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| 0000808010 UTILITY EXPENSE-ELECTRICITY | 141.53 |
| **UTILITIES** | **141.53** |
|  |  |
| 0000802066 Cottages SS Rent Charges | 87,098.00 |
| 0000813015 RENTALS-PASSENGER CARS | 509.92 |
| 0000813030 RENTS OFFICE & REAL ESTATE | 0.00 |
| 0000813035 RENTALS-EQUIPMENT OTHER | 0.00 |
| **RENTAL EXPENSES** | **87,607.92** |
|  |  |
| 0000812015 BANK CHARGES | 5,542.82 |
| 0000817022 DEBT ADMIN&COLL AGENT FEES | 0.00 |
| 0000819010 EXCISE TAX EXPENSE | 0.00 |
| **TAXES AND FEES** | **5,542.82** |
|  |  |
| 0000812025 LICENSES AND PERMITS-OTHER | 0.00 |
| 0000812031 BOOKS/MANUALS/SUBSCRIPTIONS | 0.00 |
| **LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS** | **0.00** |
|  |  |
| 0000811010 CONTRIBUTIONS & DONATIONS | 0.00 |
| 0000811011 EXPENDITURE ON EDUCATION | 0.00 |
| 0000811017 COMMUNITY RELATIONS EVENTS | 0.00 |
| **CONTRIBUTIONS AND DONATIONS** | **0.00** |
|  |  |
| 0000805010 OFFICE SUPPLY | 158.40 |
| 0000805011 POSTAGE | 0.00 |
| 0000805020 OPERATING SUPPLY | 0.00 |
| 0000806010 MAINTENANCE SUPPLIES | 0.00 |
| 0000806011 AUTO REPAIRS | 94.95 |
| 0000806013 OUTSIDE CONTRACTORS | 0.00 |
| 0000820010 FREIGHT EXPENSE | 0.00 |
| 0000820072 GAS & OIL CONSUMED - VEHICLES | 28.95 |
| 0000830070 MISC EXPENSES - G&A | 10.00 |
| 0000830090 STARTUP COSTS ALLOCATED TO CAPITAL | 0.00 |
| **OFFICE AND MISC OPERATING EXPENSES** | **292.30** |
|  |  |
| 0000803020 CORPORATE OVERHEAD ALLOCATION | 0.00 |
| **OTHER MISC O&M** | **0.00** |
|  |  |
| **OTHER O&M** | **249,634.79** |
|  |  |
| **GENERAL ADMINISTRATION EXPENSE** | **7,177,319.43** |
|  |  |
| 0000619012 VARIABLE REFINERY PAYMENT | 0.00 |
| ***VARIABLE TERMINAL PAYMENT** | **0.00** |

**Limetree Bay Refining, LLC**
Income Statement
For the month ending October 31, 2021

|  | October 1-31, 2021<br>Unaudited |
|---|---:|
| 0000617010 DEPRECIATION | 1,184,450.99 |
| **DEPRECIATION** | **1,184,450.99** |
| ***DEPRECIATION AND AMORTIZATION** | **1,184,450.99** |
|  |  |
| **\*\*TOTAL EXPENSES** | **11,887,293.36** |
|  |  |
| **\*\*\*OPERATING INCOME** | **(12,168,976.47)** |
|  |  |
| 0000818010 INTEREST EXPENSE | 64,011.65 |
| 0000818020 INVESTMENT INTEREST INCOME | (0.59) |
| 0000818027 AFFILIATED INTEREST EXPENSE - TRANCHE D TERM DEBT | 0.00 |
| 0000818028 AFFILIATED INTEREST EXPENSE - SUBORDINATED NOTE | 0.00 |
| **\*\*INTEREST AND FINANCING EXPENSE** | **64,011.06** |
|  |  |
| 0000440150 Gain/Loss from Sale of Assets | 143.91 |
| 0000640020 (GAIN)/LOSS ON ASSET DISPOSAL | 0.00 |
| **(GAIN) LOSS ON SALE OF ASSETS** | **143.91** |
|  |  |
| 0000818022 MTM – Other Income/Expense | 0.00 |
| 0000900010 MAINTENANCE LABOR ACTIVITY | 0.00 |
| 0000990031 CP PRJ PnL Offset/ Clearing Account | 8,900.00 |
| **MISC OTHER (INCOME) EXPENSE** | **8,900.00** |
|  |  |
| **\*\*OTHER INCOME (EXPENSE), NET** | **9,043.91** |
|  |  |
| **\*\*\*TOTAL NON-OPERATING INCOME (EXPENSE):** | **(73,054.97)** |
|  |  |
| **\*\*\*\*NET INCOME (LOSS)** | **(12,242,031.44)** |