**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

**United States Bankruptcy Court**
**Southern District of Texas (Houston)**
**Limetree Bay Refining, LLC**

**Schedule of Bank Accounts - As of October 31, 2021**

| Description | Operating Account | Payroll Account | Construction Account | Debt Service Reserve Account | DIP Financing | Total - All Debtor Accounts |
|---|---|---|---|---|---|---|
| Account Name | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | |
| Bank Name | Oriental Bank | Oriental Bank | Deutsche Bank | Deutsche Bank | East West Bank | |
| Account Number - Last Four Digits | 0267 | 0268 | 2-001.10 | 2-001.11 | 7759 | |
| Beginning book balance (as of 10/01/21) | $ 143,364.88 | $ 37.96 | $ 8,990.32 | $ 3,533.42 | $ 3,388,645.54 | $ 3,544,572.12 |
| Plus: Deposits | (417,000.00) | - | 112,000.59 | - | 1,034,000.00 | 729,000.59 |
| Subtotal book balance | (273,635.12) | 37.96 | 120,990.91 | 3,533.42 | 4,422,645.54 | 4,273,572.71 |
| Less: Disbursements | (3,088,734.69) | (92.49) | - | - | 153,900.71 | (2,934,926.47) |
| Transfers | 3,473,450.00 | 500.00 | (108,950.00) | - | (3,365,000.00) | - |
| Other: | - | - | - | - | - | - |
| **Ending book balance (as of 10/31/21)** | **$ 111,080.19** | **$ 445.47** | **$ 12,040.91** | **$ 3,533.42** | **$ 1,211,546.25** | **$ 1,338,646.24** |