# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: September 30, 2021
This statement: October 31, 2021
Total days in statement period: 31

Page 1 of 5
    0267
(2)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING, LLC
1 ESTATE HOPE
CHRISTIANSTED VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

---

## Premium Business

| | | | |
|---|---|---|---|
| Account number | 0267 | Beginning balance | $143,364.88 |
| Enclosures | 2 | Total additions | 3,513,750.02 |
| Low balance | $40,923.69 | Total subtractions | 3,546,034.71 |
| Average balance | $106,244.79 | Ending balance | $111,080.19 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1932 | 10-20 | 82.46 | 1933 | 10-20 | 31.42 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 10-01 | ʼ Preauthorized Wd<br>US CBP RD IND PAYMENT 211001<br>0000 | 643.00 |
| 10-01 | ʼ Wire Transfer-Out<br>WIRE OUT -IOMOSAIC INC.<br>202110010000982 | 30,000.00 |
| 10-01 | ʼ Preauthorized Wd<br>LIMETREE BAY ACH 211001 | 217,099.98 |
| 10-01 | ʼ Preauthorized Wd<br>LIMETREE BAY ACH 211001 | 222,158.85 |
| 10-04 | ʼ Preauthorized Wd<br>LIMETREE BAY ACH 211004 | 26,652.73 |
| 10-04 | ʼ Wire Transfer-Out<br>WIRE OUT -FIRST INSURANCE FUNDING<br>202110040001181 | 312,647.50 |
| 10-05 | ʼ Preauthorized Wd<br>LIMETREE BAY ACH 211005 | 46,773.00 |
| 10-06 | ʼ Preauthorized Wd<br>LIMETREE BAY ACH 211006 | 47,361.26 |

0 -121297

LIMETREE BAY REFINING, LLC                                          Page 2 of 5
October 31, 2021                                                         :0267

| Date | Description | | Subtractions |
|------|-------------|---|-------------|
| 10-06 | ' Cash Mgmt Trsfr Dr | | 75,000.00 |
| | REF 2791032L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL OCTOBER 6 2021 | | |
| 10-07 | ' Preauthorized Wd | | 16.93 |
| | US CBP RD IND PAYMENT 211007 | | |
| | 0000 | | |
| 10-07 | ' Preauthorized Wd | | 24,087.94 |
| | LIMETREE BAY ACH 211007 | | |
| 10-08 | ' Preauthorized Wd | | 120,775.28 |
| | LIMETREE BAY ACH 211008 | | |
| 10-08 | ' Preauthorized Wd | | 122,044.46 |
| | LIMETREE BAY ACH 211008 | | |
| 10-08 | ' Wire Transfer-Out | | 132,012.87 |
| | WIRE OUT -GRAY REED AND MCGRAW | | |
| | 202110080000994 | | |
| 10-12 | ' Wire Transfer-Out | | 63,195.68 |
| | WIRE OUT -405 SENTINEL, LLC | | |
| | 202110120000722 | | |
| 10-12 | ' Preauthorized Wd | | 108,763.77 |
| | LIMETREE BAY ACH 211012 | | |
| 10-12 | ' Cash Mgmt Trsfr Dr | | 220,000.00 |
| | REF 2851220L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL OCTOBER 11 2021 | | |
| 10-13 | ' Preauthorized Wd | | 34,425.00 |
| | LIMETREE BAY ACH 211013 | | |
| 10-14 | ' Wire Transfer-Out | | 10,000.00 |
| | WIRE OUT -TURNER, MASON AND COMPANY | | |
| | 202110140001049 | | |
| 10-15 | ' Preauthorized Wd | | 84,267.01 |
| | LIMETREE BAY ACH 211015 | | |
| 10-15 | ' Preauthorized Wd | | 171,929.49 |
| | LIMETREE BAY ACH 211015 | | |
| 10-15 | ' Cash Mgmt Trsfr Dr | | 648,385.11 |
| | REF 2881232L FUNDS TRANSFER TO DEP | 9646 | |
| | FROM PER DUSTIN EMAIL OCTOBER 15 2021 | | |
| 10-18 | ' Preauthorized Wd | | 12,568.50 |
| | LIMETREE BAY ACH 211018 | | |
| 10-20 | ' Preauthorized Wd | | 190.00 |
| | LIMETREE BAY ACH 211020 | | |
| 10-20 | ' Cash Mgmt Trsfr Dr | | 57,000.00 |
| | REF 2930745L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL OCTOBER 19 2021 | | |
| 10-21 | ' Maintenance Fee | | 633.56 |
| | ANALYSIS ACTIVITY FOR 09/21 | | |
| 10-21 | ' Preauthorized Wd | | 14,392.39 |
| | LIMETREE BAY ACH 211021 | | |

LIMETREE BAY REFINING, LLC        Page 3 of 5
October 31, 2021        0267

| Date | Description | | Subtractions |
|------|-------------|---|-------------:|
| 10-22 | ' Cash Mgmt Trsfr Dr | | 500.00 |
| | REF 2950907L FUNDS TRANSFER TO DEP | 0268 | |
| | FROM PER DUSTIN EMAIL OCTOBER 22 2021 | | |
| 10-22 | ' Preauthorized Wd | | 100,314.29 |
| | LIMETREE BAY ACH 211022 | | |
| 10-22 | ' Preauthorized Wd | | 172,280.23 |
| | LIMETREE BAY ACH 211022 | | |
| 10-26 | ' Preauthorized Wd | | 50,905.53 |
| | LIMETREE BAY ACH 211026 | | |
| 10-27 | ' Preauthorized Wd | | 600.00 |
| | US NRC PAYMENT 211027 | | |
| | 0000 | | |
| 10-27 | ' Wire Transfer-Out | | 25,000.00 |
| | WIRE OUT -STEVEN J PULLY | | |
| | 202110270001317 | | |
| 10-27 | ' Preauthorized Wd | | 31,090.76 |
| | LIMETREE BAY ACH 211027 | | |
| 10-29 | ' Wire Transfer-Out | | 850.00 |
| | WIRE OUT -THOMPSON HINE LLP | | |
| | 202110290001621 | | |
| 10-29 | ' Cash Mgmt Trsfr Dr | | 65,000.00 |
| | REF 3021214L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL OCTOBER 29 2021 | | |
| 10-29 | ' Preauthorized Wd | | 144,288.83 |
| | LIMETREE BAY ACH 211029 | | |
| 10-29 | ' Preauthorized Wd | | 152,066.88 |
| | LIMETREE BAY ACH 211029 | | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|----------:|
| 10-01 | ' Wire Transfer-IN | 400,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110010000896 | |
| 10-04 | ' Wire Transfer-IN | 400,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110040000839 | |
| 10-06 | ' Wire Transfer-IN | 100,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110060000666 | |
| 10-08 | ' Wire Transfer-IN | 415,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110080000670 | |
| 10-12 | ' Wire Transfer-IN | 400,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110120000846 | |

LIMETREE BAY REFINING, LLC

Page 4 of 5

October 31, 2021

0267

| Date | Description | Additions |
|------|-------------|-----------|
| 10-15 | ' Wire Transfer-IN | 1,000,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110150000904 | |
| 10-20 | ' Wire Transfer-IN | 108,950.00 |
| | WIRE IN -LIMETREE BAY REFINING LLCNO 1 ESTAT | |
| | 202110200000690 | |
| 10-22 | ' Wire Transfer-IN | 250,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110220000703 | |
| 10-25 | ' Deposit | 39,800.02 |
| 10-29 | ' Wire Transfer-IN | 400,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202110290000790 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-30 | 143,364.88 | 10-12 | 89,131.63 | 10-22 | 141,082.17 |
| 10-01 | 73,463.05 | 10-13 | 54,706.63 | 10-25 | 180,882.19 |
| 10-04 | 134,162.82 | 10-14 | 44,706.63 | 10-26 | 129,976.66 |
| 10-05 | 87,389.82 | 10-15 | 140,125.02 | 10-27 | 73,285.90 |
| 10-06 | 65,028.56 | 10-18 | 127,556.52 | 10-29 | 111,080.19 |
| 10-07 | 40,923.69 | 10-20 | 179,202.64 | | |
| 10-08 | 81,091.08 | 10-21 | 164,176.69 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|------|----------------------|--------------------|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

**LIMETREE BAY REFINING**
**LBR Operating Account - 110600**
**BA        0267**
**October 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 9/30/2021 | $ | 143,364.88 |
| Deposits | | $ | 3,513,750.02 |
| ACH / Debits | | $ | (2,971,581.22) |
| Wires | | $ | (573,706.05) |
| Bank Charges | | $ | (633.56) |
| Checks Cleared | | $ | (113.88) |
| Intransit Deposit | | $ | - |
| Ending Balance per Bank | 10/31/2021 | $ | 111,080.19 |
| Opening Balance  per Book | 9/30/2021 | $ | 143,364.88 |
| Deposits | | $ | 3,513,750.02 |
| ACH / Debits | | $ | (2,971,581.22) |
| Wires | | $ | (573,706.05) |
| Bank Charges | | $ | (633.56) |
| Checks Issued | Doc Num | $ | (113.88) |
| Checks Voided/Reversed | | $ | - |
| Ending Balance per Book | 10/31/2021 | $ | 111,080.19 |
| Outstanding Checks | | | |
| ACH Intransit | | $ | - |
| | | $ | 111,080.19 |
| | | $ | 0.00 |

| | |
|---|---|
| Reconciled by | George Southwell |
| Date: | 11/8/2021 |
| Approved by | |
| Date: | |

**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: September 30, 2021
This statement: October 31, 2021
Total days in statement period: 31

Page 1 of 2
     0268

(0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING, LLC
1 ESTATE HOPE
CHRISTIANSTED VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

---

## Premium Business

| | | | |
|---|---|---|---|
| Account number | 0268 | Beginning balance | $37.96 |
| Low balance | $-54.53 | Total additions | 500.00 |
| Average balance | $166.43 | Total subtractions | 92.49 |
| | | Ending balance | $445.47 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 10-21 | ' Maintenance Fee | 92.49 |
| | ANALYSIS ACTIVITY FOR 09/21 | |

**CREDITS**

| Date | Description | Additions |
|---|---|---|
| 10-22 | ' Cash Mgmt Trsfr Cr | 500.00 |
| | REF 2950907L FUNDS TRANSFER FRMDEP 8202040267 | |
| | FROM PER DUSTIN EMAIL OCTOBER 22 2021 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 37.96 | 10-21 | -54.53 | 10-22 | 445.47 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

**LIMETREE BAY REFINING**
**LBR Payroll Account - 110610**
**BA        0268**
**October 2021**

|  | Date |  | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 9/30/2021 | $ | 37.96 |
| Deposits |  | $ | 500.00 |
| ACH / Debits |  | $ | - |
| Wires |  | $ | - |
| Bank Charges |  | $ | (92.49) |
| Checks Cleared |  | $ | - |
| Intransit Deposit |  | $ | - |
| Ending Balance per Bank | 10/31/2021 | $ | 445.47 |
| Opening Balance  per Book | 9/30/2021 | $ | 37.96 |
| Deposits |  | $ | 500.00 |
| ACH / Debits |  | $ | - |
| Wires |  | $ | - |
| Bank Charges |  | $ | (92.49) |
| Checks Issued |  | $ | - |
| Ending Balance per Book | 10/31/2021 | $ | 445.47 |
| Outstanding Checks | 10/31/2021 | $ | - |
|  |  | $ | 445.47 |

Reconciled by        George Southwell

Date:        11/1/2021

Approved by

Date:

 **Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Revenue Account |
| Portfolio Number: | 001.4 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**                        **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Revenue Account |
| Portfolio Number: | ·001.4 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|------|------------------------|------|----------|---------------|-------|--------------|--------------|
| 10/01 | Beginning balance | | | | | $    0.00 | $    0.00 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|-------------|----------------|------|---------------|--------------|-------|--------------|----------------|----------------------------|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

**Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR O&M Account |
| Portfolio Number: | 001.5 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |
| **Closing Balance** | | **0.00** |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



|  |  |  | Page 2 of 4 |
|---|---|---|---|
| Account Name: | Limetree Bay Refining LLC |  |  |
| Portfolio Name: | LBR O&M Account |  |  |
| Portfolio Number: | .001.5 |  |  |
| Statement Period: | October 01, 2021 - October 31, 2021 |  |  |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |  |  |
| Account Manager: | Scott Dodic (212-250-7848) |  |  |
| Team Lead: | Thalia Delahayes (212-250-7336) |  |  |

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/01 | Beginning balance |  |  |  |  | $    0.00 | $    0.00 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** |  |  | **$0.00** | **$0.00** |  |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Reinvestment & Repair Account |
| Portfolio Number: | 001.6 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**          **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Reinvestment & Repair Account |
| Portfolio Number: | 001.6 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|------|------------------------|------|----------|---------------|-------|--------------|--------------|
| 10/01 | Beginning balance | | | | | $    0.00 | $    0.00 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|-------------|----------------|------|---------------|--------------|-------|--------------|----------------|------------------------------|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

|  |  |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Distribution Suspense Account |
| Portfolio Number: | 001.8 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**  **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

 **Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Distribution Suspense Account |
| Portfolio Number: | 001.8 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/01 | Beginning balance | | | | | $ 0.00 | $ 0.00 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

**Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Operating Reserve  Account |
| | 001.9 |
| Portfolio Number: | |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | **$** | **0.00** |

**Closing Balance**                    **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



Page 2 of 4

| Account Name: | Limetree Bay Refining LLC |
|---|---|
| Portfolio Name: | LBR Operating Reserve  Account |
| Portfolio Number: | 001.9 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/01 | Beginning balance | | | | | $  0.00 | $  0.00 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Construction Account |
| Portfolio Number: | )01.10 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 12,040.91 |
| Total Portfolio Value: | $ | 12,040.91 |
| YTD Interest: | $ | 0.00 |
| YTD Dividends: | $ | 223.57 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 12,040.91 |
| Total Portfolio Value: | $ | 12,040.91 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |
| **Receipts:** | | |
| **Cash Receipts** | $ | **112,000.00** |
| **Sale of Investments** | $ | **108,950.00** |
| **Total Receipts** | $ | **220,950.00** |

| Disbursements: | | |
|---|---|---|
| Purchase of Investments | $ | 112,000.00 |
| Cash Disbursements | $ | 108,950.00 |
| Dividends Reinvested | $ | 0.59 |
| **Total Disbursements** | $ | **(220,950.00)** |
| **Closing Balance** | $ | **0.00** |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | | Page 2 of 4 |
|---|---|---|
| Account Name: | Limetree Bay Refining LLC | |
| Portfolio Name: | LBR Construction Account | |
| Portfolio Number: | $        01.10 | |
| Statement Period: | October 01, 2021 - October 31, 2021 | |
| Account Administrator: | Shamarri Hartzog (714-247-6353) | |
| Account Manager: | Scott Dodic (212-250-7848) | |
| Team Lead: | Thalia Delahayes (212-250-7336) | |

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/01 | Beginning balance | | | | | $ 0.00 | 8,990.32 |
| 10/01 | Dividend Reinvestment<br>BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ 0.00 | $ 0.59 | $ 0.00 | $ 0.00 | $ 0.00 | 8,990.91 |
| 10/05 | Auto Wire Receipt<br>MONEY TRANSFER RECEIPT: 0724026940016960 REM=072<br>4026940016960 OBI=POR T SE1972-001.10LBR-CONSTRU<br>CTION ACCOUNTBBI=BNF-NYLTD FUNDS CONTROL-NY<br>Sending Bank: 072402694    HILLSDALE COUNTY NATIONAL BANK<br>Beneficiary: SE1972-001.10 LIMETREE BAY REFINING LLC<br>    FED 1005GMQFMP01017116-10.05.2021<br>    BANKREF M202772IFD100521 M202772IFD10052120211005 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 8,990.91 |
| 10/05 | Mutual Fund Purchase<br>MF Buy<br>@ 1.00<br>BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ (50,000.00) | $ 50,000.00 | $ 0.00 | $ 1.00 | $ 0.00 | 58,990.91 |
| 10/08 | Auto Wire Receipt<br>MONEY TRANSFER RECEIPT: 0724026940017013 REM=072<br>4026940017013 OBI=POR T SE1972-001.10LBR-CONSTRU<br>CTION ACCOUNTBBI=BNF-NYLTD FUNDS CONTROL-NY<br>Sending Bank: 072402694    HILLSDALE COUNTY NATIONAL BANK<br>Beneficiary: SE1972-001.10 LIMETREE BAY REFINING LLC<br>    FED 1008GMQFMP01010930-10.08.2021<br>    BANKREF M201740IFD100821 M201740IFD10082120211008 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 58,990.91 |
| 10/13 | Mutual Fund Purchase<br>MF Buy<br>@ 1.00<br>BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ (50,000.00) | $ 50,000.00 | $ 0.00 | $ 1.00 | $ 0.00 | 108,990.91 |
| 10/20 | Mutual Fund Sale<br>SE1972IMF<br>@ 1.00<br>BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ 108,950.00 | $ (108,950.00) | $ 0.00 | $ 1.00 | $ 108,950.00 | 40.91 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.


**Deutsche Bank**

| | | Page 3 of 4 |
|---|---|---|
| Account Name: | Limetree Bay Refining LLC | |
| Portfolio Name: | LBR Construction Account | |
| Portfolio Number: | )01.10 | |
| Statement Period: | October 01, 2021 - October 31, 2021 | |
| Account Administrator: | Shamarri Hartzog (714-247-6353) | |
| Account Manager: | Scott Dodic (212-250-7848) | |
| Team Lead: | Thalia Delahayes (212-250-7336) | |

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/20 | Funds Disbursement<br>Limetree Bay Refining, LLC<br>Receiving Bank: 221571415    ORIENTAL BANK AND TRUST<br>Beneficiary:         0267   Limetree Bay Refining, LLC<br>   FED 1020B1Q8383C013864<br>   BANKREF C159881OFD102021 C159881OFD102021 | $ (108,950.00) | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 40.91 |
| 10/29 | Wire Receipt<br>MONEY TRANSFER RECEIPT: REM=2863716630044061 OBI<br>=ROOFING MATERIALBBI= BNF-LBR CONSTRUCTION ACCOU<br>NT1 ESTATE HOPECHRISTIANSTED VI 00820/AC-01 | $ 12,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 12,000.00 | $ 40.91 |
| 10/29 | Mutual Fund Purchase<br>MF Buy<br>@ 1.00<br>BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ (12,000.00) | $ 12,000.00 | $ 0.00 | $ 1.00 | $ 0.00 | $ 12,040.91 |

### Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| BL #92104 -0U4 FedFund Admin<br>CUSIP: 09248U445 | 12,040.91 | $12,040.91 | 12,040.91 | $1.00 | 0.03% | $12,040.91 | $0.84 | n/a / N/A |
| **Total Portfolio** | **12,040.91** | **$12,040.91** | **12,040.91** | | | **$12,040.91** | **$0.84** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



|  |  |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Debt Service Reserve Account |
| Portfolio Number: | 01.11 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 10/31/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 3,533.42 |
| Total Portfolio Value: | $ | 3,533.42 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 10/31/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 3,533.42 |
| Total Portfolio Value: | $ | 3,533.42 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**                    **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Debt Service Reserve Account |
| Portfolio Number: | 01.11 |
| Statement Period: | October 01, 2021 - October 31, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of October 1, 2021 through October 31, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 10/01 | Beginning balance | | | | | $ 0.00 | $ 3,533.42 |

Asset position as of October 31, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| BL #92104 -0U4 FedFund Admin CUSIP: 09248U445 | 3,533.42 | $3,533.42 | 3,533.42 | $1.00 | 0.03% | $3,533.42 | $0.00 | n/a / N/A |
| **Total Portfolio** | **3,533.42** | **$3,533.42** | **3,533.42** | | | **$3,533.42** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

**LIMETREE BAY REFINING**
**LBR Construction Account          110690**
**SE        01.10**
**October 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 9/30/2021 | $ | 8,990.32 |
| Deposits | | $ | 112,000.00 |
| ACH / Debits | | $ | - |
| Wires | | $ | (108,950.00) |
| Capital Gain/Losses | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | 0.59 |
| Ending Balance per Bank | 10/31/2021 | $ | 12,040.91 |
| Opening Balance  per Book | 9/30/2021 | $ | 8,990.32 |
| Deposits | | $ | 112,000.00 |
| ACH / Debits | | $ | - |
| Wires | | $ | (108,950.00) |
| Misc Adjustment | | | |
| Capital Gain/Losses | | | - |
| Bank Charges | | $ | - |
| Dividends | | $ | 0.59 |
| Ending Balance per Book | 10/31/2021 | $ | 12,040.91 |
| | | $ | 12,040.91 |
| | | $ | - |

Reconciled by          George Southwell

Date:          11/4/2021

Approved by

Date:

**LIMETREE BAY REFINING**
**LBR Debt Service Reserve Account          110700**
 **SE        01.11**
**October 2021**

|  | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 9/30/2021 | $ | 3,533.42 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Bank | 10/31/2021 | $ | 3,533.42 |
| Opening Balance  per Book | 9/30/2021 | $ | 3,533.42 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Book | 10/31/2021 | $ | 3,533.42 |
| | | $ | 3,533.42 |
| | | $ | - |

Reconciled by          George Southwell

Date:          11/1/2021

Approved by

Date:

# EAST WEST BANK
### Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: October 01, 2021
ENDING DATE: October 31, 2021
Total days in statement period: 31
7759
( 0)

LIMETREE BAY REFINING LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-32354
%B RILEY FINANCIAL
3500 MAPLE AVE STE 420
DALLAS TX 75219-3957

Our Online Banking & Mobile App are available at your convenience. You can perform many banking transactions from the comfort of your home without having to visit a branch. Visit digital.eastwestbank.com or call 833.468.8356 for details.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 7759 | Beginning balance | $3,388,645.54 |
| Low balance | $420,495.43 | Total additions (2) | 1,191,050.82 |
| Average balance | $1,453,480.78 | Total subtractions (11) | 3,368,150.11 |
| | | Ending balance | $1,211,546.25 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 10-27 | Deposit | 157,050.82 |
| | 10-28 | Wire Trans-IN          LIMETREE BAY REFIN ING MARKETING LLC | 1,034,000.00 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 10-01 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 400,000.00 |
| 10-04 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 400,000.00 |
| 10-04 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 10-04 | Debit Memo | FIDUCIARY COLLATER AL | 1,370.76 |
| 10-06 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 100,000.00 |
| 10-08 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 415,000.00 |
| 10-12 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 400,000.00 |
| 10-15 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 1,000,000.00 |
| 10-22 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 250,000.00 |
| 10-25 | Analysis Servic | ANALYSIS ACTIVITY FOR 09/21 | 1,754.35 |
| 10-29 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 400,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 3,388,645.54 | 10-08 | 2,072,249.78 | 10-25 | 420,495.43 |
| 10-01 | 2,988,645.54 | 10-12 | 1,672,249.78 | 10-27 | 577,546.25 |
| 10-04 | 2,587,249.78 | 10-15 | 672,249.78 | 10-28 | 1,611,546.25 |
| 10-06 | 2,487,249.78 | 10-22 | 422,249.78 | 10-29 | 1,211,546.25 |

**LIMETREE BAY REFINING**
**Checking Account - 110770**
**BA        7759**
**October 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 9/30/2021 | $ | 3,388,645.54 |
| Deposits | | $ | 1,191,050.82 |
| ACH / Debits | | $ | - |
| Wires | | $ | (3,365,000.00) |
| Bank Charges | | $ | (3,150.11) |
| Checks Cleared | | $ | - |
| Intransit Deposit | | $ | - |
| Ending Balance per Bank | 10/31/2021 | $ | 1,211,546.25 |
| Opening Balance  per Book | 9/30/2021 | $ | 3,388,645.54 |
| Deposits | | $ | 1,191,050.82 |
| ACH / Debits | | $ | - |
| Wires | | $ | (3,365,000.00) |
| Bank Charges | | $ | (3,150.11) |
| Checks Issued | | $ | - |
| Ending Balance per Book | 10/31/2021 | $ | 1,211,546.25 |
| Outstanding Checks | 10/31/2021 | $ | - |
| | | $ | 1,211,546.25 |

Reconciled by     George Southwell

Date:     11/8/2021

Approved by

Date: