**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

# United States Bankruptcy Court
# Southern District of Texas (Houston)
# Limetree Bay Refining Operating, LLC
## Schedule of Bank Accounts - As of October 31, 2021

| Description | Operating Account | Payroll Account | Total - All Debtor Accounts |
|---|---|---|---|
| Account Name | Limetree Bay Refining Operating, LLC | Limetree Bay Refining Operating, LLC | |
| Bank Name | Oriental Bank | Oriental Bank | |
| Account Number - Last Four Digits | 0215 | 0216 | |
| Beginning book balance (as of 10/01/21) | $ 601.35 | $ 10,676.04 | $ 11,277.39 |
| Plus: Deposits | - | 417,000.00 | 417,000.00 |
| Subtotal book balance | 601.35 | 427,676.04 | 428,277.39 |
| Less: Disbursements | (92.45) | (347,772.39) | (347,864.84) |
| Transfers | - | - | - |
| Other: | - | - | - |
| **Ending book balance (as of 10/31/21)** | $ 508.90 | $ 79,903.65 | $ 80,412.55 |