

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: September 30, 2021
This statement: October 31, 2021
Total days in statement period: 31

Page 1 of 2
0215
(0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING OPERATING LLC
1 ESTATE HOPE CHRISTIANSTED
ST CROIX VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

# Premium Business

| | | | |
|---|---|---|---|
| Account number | 0215 | Beginning balance | $601.35 |
| Low balance | $508.90 | Total additions | .00 |
| Average balance | $568.55 | Total subtractions | 92.45 |
| | | Ending balance | $508.90 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 10-21 | ' Maintenance Fee | 92.45 |
| | ANALYSIS ACTIVITY FOR 09/21 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 601.35 | 10-21 | 508.90 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0 -121292

**LIMETREE BAY REFINING OPERATING**
**LBRO Operating Account - 110500**
**BA        0215**
**October 2021**

|  | Date | Amount |
|---|---|---|
| Opening Balance per Bank | 9/30/2021 | $ 601.35 |
| Deposits |  | $ - |
| ACH / Debits |  | $ - |
| Wires |  | $ - |
| Bank Charges |  | $ (92.45) |
| Checks Cleared |  | $ - |
| Intransit Deposit |  | $ - |
| Ending Balance per Bank | 10/31/2021 | $ 508.90 |
| Opening Balance per Book | 9/30/2021 | $601.35 |
| Deposits |  | $ - |
| ACH / Debits |  | $ - |
| Wires |  | $ - |
| Bank Charges |  | $ (92.45) |
| Checks Issued |  | $ - |
| Ending Balance per Book | 10/31/2021 | $ 508.90 |
| Outstanding Checks |  | $ - |
|  |  | $ 508.90 |
|  |  | $ 0.00 |

Reconciled by     George Southwell

Date:              11/1/2021

Approved by

Date:



P.O. Box 195115
San Juan, PR 00919-5115

Last statement: September 30, 2021          Page 1 of 3
This statement: October 31, 2021                 0216
Total days in statement period: 31               (0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING OPERATING LLC
1 ESTATE HOPE CHRISTIANSTED
ST CROIX VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## Premium Business

| | | | |
|---|---:|---|---:|
| Account number | 0216 | Beginning balance | $10,676.04 |
| Low balance | $10,676.04 | Total additions | 417,000.00 |
| Average balance | $24,081.04 | Total subtractions | 347,772.39 |
| | | Ending balance | $79,903.65 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---:|
| 10-06 | ' Wire Transfer-Out | 12,639.92 |
| | WIRE OUT -ADP LLC | |
| | 202110060001598 | |
| 10-06 | ' Wire Transfer-Out | 48,160.26 |
| | WIRE OUT -ADP LLC | |
| | 202110060001597 | |
| 10-07 | ' Preauthorized Wd | 700.00 |
| | LIMETREE BA 0216 PAYMENT 211007 | |
| 10-07 | ' Preauthorized Wd | 3,683.89 |
| | ASCENSUS TRUST RET PLAN 211007 | |
| 10-12 | ' Preauthorized Wd | 217,446.18 |
| | UNITED HEALTHCAR EDI PAYMTS 211012 | |
| | 905707766768 | |
| 10-20 | ' Preauthorized Wd | 700.00 |
| | LIMETREE BA 0216 PAYMENT 211020 | |
| 10-20 | ' Wire Transfer-Out | 12,186.54 |
| | WIRE OUT -ADP LLC | |
| | 202110200000449 | |
| 10-20 | ' Wire Transfer-Out | 48,353.13 |
| | WIRE OUT -ADP LLC | |
| | 202110200000450 | |
| 10-21 | ' Maintenance Fee | 218.58 |
| | ANALYSIS ACTIVITY FOR 09/21 | |
| 10-22 | ' Preauthorized Wd | 3,683.89 |
| | ASCENSUS TRUST RET PLAN 211022 | |

0 -121294

LIMETREE BAY REFINING OPERATING LLC      Page 2 of 3
October 31, 2021      0216

## CREDITS

| Date | Description | | Additions |
|---|---|---|---|
| 10-06 | ' Cash Mgmt Trsfr Cr | | 75,000.00 |
| | REF 2791032L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL OCTOBER 6 2021 | | |
| 10-12 | ' Cash Mgmt Trsfr Cr | | 220,000.00 |
| | REF 2851220L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL OCTOBER 11 2021 | | |
| 10-20 | ' Cash Mgmt Trsfr Cr | | 57,000.00 |
| | REF 2930745L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL OCTOBER 19 2021 | | |
| 10-29 | ' Cash Mgmt Trsfr Cr | | 65,000.00 |
| | REF 3021214L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL OCTOBER 29 2021 | | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 09-30 | 10,676.04 | 10-12 | 23,045.79 | 10-22 | 14,903.65 |
| 10-06 | 24,875.86 | 10-20 | 18,806.12 | 10-29 | 79,903.65 |
| 10-07 | 20,491.97 | 10-21 | 18,587.54 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0   -121295

**LIMETREE BAY REFINING OPERATING**
LBRO Payroll Account - 110510
BA          0216
October 2021

| | Date | | Amount |
|---|---|---|---|
| Opening Balance per Bank | 9/30/2021 | $ | 10,676.04 |
| Deposits | | $ | 417,000.00 |
| ACH / Debits | | $ | (226,213.96) |
| Wires | | $ | (121,339.85) |
| Bank Charges | | $ | (218.58) |
| Checks Cleared | | $ | - |
| Intransit Payment | | $ | - |
| Ending Balance per Bank | 10/31/2021 | $ | 79,903.65 |
| Opening Balance per Book | 9/30/2021 | $ | 10,676.04 |
| Deposits | | $ | 417,000.00 |
| ACH / Debits | | $ | (226,213.96) |
| Wires | | $ | (121,339.85) |
| Bank Charges | | $ | (218.58) |
| Checks Issued | | $ | - |
| Ending Balance per Book | 10/31/2021 | $ | 79,903.65 |
| Intransit Payroll Related Payments | | $ | - |
| Intransit Payroll Payment | | $ | - |
| Outstanding Checks | | $ | - |
| Ending Balance per Bank | | $ | 79,903.65 |
| | | $ | - |

Reconciled by     George Southwell

Date:             11/8/2021

Approved by

Date: