**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC, et al.,**[1] | **CASE NO.: 21-32351** |
| **Debtors.** | **(Jointly Administered)** |

**APPELLANT BAY, LTD'S STATEMENT OF ISSUES AND DESIGNATION OF
RECORD ON APPEAL PURSUANT TO FED. R. BANKR. P. 8009**

In accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant

Berry Contracting LP, d/b/a Bay, Ltd. ("Bay" or "Appellant") hereby submits its *Appellant Bay,*

*Ltd.'s Statement of Issues and Designation of Record on Appeal Pursuant to Fed. R. Bankr. P.*

*8009* in connection with its appeal from the bankruptcy court's *Order Granting Debtors'*

*Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule*

*and Procedures for Continued Auction, and (III) Grant Related Relief* [Docket No. 913] entered

on December 10, 2021, and any adverse orders, rulings, decrees, decisions, or opinions subsumed

therein.

**Statement of Issues Presented on Appeal**

1.      Whether the bankruptcy court erred in its ruling to reopen the auction with the entry

of its *Order Granting Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding*

*Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related*

*Relief*.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

## Designation of Record on Appeal

2.      Appellant designates the following items for inclusion in the record on appeal.

Each designated item shall also include any and all exhibits to such item:

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 7/26/21 | 191 | Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief |
| 7/27/21 | 195 | Declaration of Mark Shapiro in Support of Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief |
| 8/11/21 | 392 | Order Granting Debtors' Emergency Motion for Entry of Order: (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief |
| 9/10/21 | 565 | Debtors' Emergency Motion to Amend Milestones and Bid Procedures Deadlines |
| 9/15/21 | 583 | Order Granting Debtors' Emergency Motion to Amend Milestones and Bid Procedures Deadlines |
| 10/28/21 | 696 | Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/10/21 | 749 | Second Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/14/21 | 761 | Third Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/19/21 | 799 | Fourth Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/24/21 | 819 | Fifth Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/30/21 | 829 | Notice of (I) Designation of Winning Bid and Back-Up Bids and (II) Sixth Notice of Extension of Milestones and Bid Procedures Deadlines |
| 11/30/21 | 830 | Notice of Emergency Sale Hearing on December 7, 2021 at 4:00 P.M. Central Time |
| 12/1/21 | 835 | Bay, Ltd.'s Preliminary Objection to the Proposed Sale to St. Croix Energy, LLLP and Emergency Motion to Delay the December 7 Sale Hearing to Permit Limited Discovery |
| 12/1/21 | 836 | Certificate of Service of Discovery on Debtors |
| 12/3/21 | 842 | Debtors' Witness and Exhibit List for December 7, 2021 Hearing |
| 12/3/21 | 846 | Bay, Ltd.'s Witness and Exhibit List for Debtors Emergency Sale Hearing on December 7, 2021 at 4:00 P.M. (Central Time) |
| 12/3/21 | 857 | Notice of Filing Proposed Sale Order and Transactional Documents |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| 12/6/21 | 860 | Debtors' Emergency Motion to Quash and For Protective Order Regarding Bay, Ltd.'s Notice of Deposition of Limetree Bay Services, et al, and Subpoena Duces Tecum |
| 12/6/21 | 862 | Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related Relief |
| 12/6/21 | 871 | Debtors' Witness and Exhibit List for December 6, 2021 Hearing |
| 12/6/21 | 872 | Notice of Transfer of Claim Other than for Security |
| 12/6/21 | 873 | Debtors' Response to Bay, Ltd.'s Preliminary Objection to the Proposed Sale to St. Croix Energy, LLLP and Emergency Motion to Delay the December 7 Sale Hearing to Permit Limited Discovery |
| 12/7/21 | 884 | Notice of Rescheduled Sale Hearing to 10:00 A.M. on December 21, 2021 |
| 12/8/21 | 897 | [PROPOSED] Order Granting Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related Relief |
| 12/10/21 | 913 | Order Granting Debtors' Emergency Motion to (I) Reopen Auction Pursuant to Bidding Procedures, (II) Approve Schedule and Procedures for Continued Auction, and (III) Grant Related Relief |
| 12/14/21 | 922 | The Committee's Reservation of Rights with Respect to the Debtors' 4th Budget |
| 12/17/21 | 929 | DIP Lender's Response to Committee's Reservation of Rights with Respect to 4th Budget |
| 12/18/21 | 948 | Notice of Designation of Wining Bid and Back-up Bid |
| 12/19/21 | 952 | Bay, Ltd.'s Supplemental Objection to the Proposed Sale and Reservation of Rights |
| 12/19/21 | 954 | Official Committee of Unsecured Creditors' Statement Regarding Sale of Debtors' Assets |
| 12/20/21 | 963 | Notice of Filing Five-Week Budget |
| 12/20/21 | 967 | Notice of Filing of (I) Proposed Sale Order and (II) Asset Purchase Agreement for Winning Bid |
| 12/21/21 | 970 | Debtors' Omnibus Response to: (I) Bay, Ltd.'s Supplemental Objection to the Proposed Sale and Reservation of Rights; ad (II) St. Croix Energy, LLLP's Objection to, Request to Adjourn Hearing on, and Reservation of Rights to Debtors' Motion for Entry of an Order Approving the Sale of Substantially all of the Debtors' Assets Free and Clear of All Claims, Liens, Liabilities, Rights, Interest and Encumbrances |
| 12/23/21 | 982 | Notice of Appeal [Reopening Order] |
| **Hearing Exhibits** | | |

| Docket Date | Docket Number | Document Name |
|---|---|---|
| | | Court admitted exhibits: Hearings held 12/6/21 and 12/21/21 |
| **Transcripts** | | |
| 12/8/21 | 903 | Transcript of Hearing held on 12-6-21 |
| 12/30/21 | 1001 | Transcript of Hearing held on 12-21-21 |

Bay reserves the right to request additional items for inclusion in the record on appeal, or to request further supplementation of the record.

Dated: January 6, 2022

Respectfully submitted,

By: */s/ Patrick L. Hughes*

| | |
|---|---|
| Patrick L. Hughes | Butch Boyd |
| Texas Bar No. 10227300 | Texas Bar No. 00783694 |
| Christina F. Crozier | Jeremy Stone |
| Texas Bar No. 24050466 | Texas Bar No. 24013577 |
| Martha Wyrick | **BUTCH BOYD LAW FIRM** |
| Texas State Bar No. 24101606 | 2905 Sackett Street |
| **HAYNES AND BOONE, LLP** | Houston, Texas 77098 |
| 1221 McKinney Street, Suite 4000 | Telephone: (713) 589-8477 |
| Houston, Texas 77010 | Facsimile: (713) 589-8563 |
| Telephone.: (713) 547-2000 | Email: butchboyd@butchboydlawfirm.com |
| Facsimile: (713) 547-2600 | Email: jeremystone@butchboydlawfirm.com |
| Email: patrick.hughes@haynesboone.com | |
| Email: martha.wyrick@haynesboone.com | |
| Email: christina.crozier@haynesboone.com | |

**COUNSEL FOR BERRY
CONTRACTING LP, D/B/A BAY, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, a true and correct copy of the foregoing document was served upon all parties via ECF transmission who are authorized to receive electronic notice in this proceeding.

By:   /s/Patrick L. Hughes
      Patrick L. Hughes