## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING November 1, 2021 AND ENDING November 30,2021

Name of Debtor: Limetree Bay Services, LLC, et al.       Case Number:  21-32351
Date of Petition:   July 12, 2021

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $        3,203.97 | $        8,306.97 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | - |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts | - | - |
| (If you receive rental income, you must attach a rent roll) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | - | - |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 3,203.97 | 8,306.97 |
| **5. DISBURSEMENTS** | | |
| A.   Advertising | - | - |
| B.   Bank Charges & Fees | - | - |
| C.   Contract Labor | - | - |
| D.   Fixed Asset Payments (not incl. in "N") | - | - |
| E.   Insurance | - | - |
| F.   Inventory Payments | - | - |
| G.   Leases & Contracts | - | - |
| H.   Manufacturing Supplies | - | - |
| I.   Office Supplies | - | - |
| J.   Payroll | - | - |
| K.   Professional Fees (Accounting & Legal) | - | - |
| L.   Rent | - | - |
| M.   Repairs & Maintenance | - | - |
| N.   Secured Creditor Payments | - | - |
| O.   Taxes Paid - Payroll | - | 5,103.00 |
| P.   Taxes Paid - Sales & Use | - | - |
| Q.   Taxes Paid - Other | - | - |
| R.   Telephone | - | - |
| S.   Travel & Entertainment | - | - |
| T.   U.S. Trustee | - | - |
| U.   Utilities | - | - |
| V.   Vehicle Expenses | - | - |
| W.   Other Operating Expenses | - | - |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | - | 5,103.00 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | $        3,203.97 | $        3,203.97 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (CONT'D.)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $          - | $          - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $          - | $          - |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $          - | $          - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $          - | $          - |