**Limetree Bay Services, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| TOTAL ASSETS | |
| 0000110850 Checking Account - Citibank, N.A. - 6869787150 | 3,203.97 |
| *CASH & CASH EQUIVALENTS | **3,203.97** |
| 0000150500 Intercompany A/R | 5,778,575.40 |
| *ACCOUNTS RECEIVABLE - AFFILIATE | **5,778,575.40** |
| **TOTAL CURRENT ASSETS | **5,781,779.37** |
| **** TOTAL ASSETS | **5,781,779.37** |
| TOTAL LIABILITIES AND MEMBERS' EQUITY | |
| TOTAL LIABILITIES | |
| 0000200010 A/P TRADE RECONCILIATION | 30,094.19 |
| *ACCOUNTS PAYABLE TRADE | **30,094.19** |
| 0000235500 Intercompany A/P | (5,935,026.56) |
| *AFFILIATE PAYABLE, NET | **(5,935,026.56)** |
| **TOTAL CURRENT LIABILITIES | **(5,904,932.37)** |
| *** TOTAL LIABILITIES | **(5,904,932.37)** |
| TOTAL MEMBERS' EQUITY | |
| 0000320010 MEMBERS INITIAL INVESTMENT | (50.00) |
| *MEMBERS' INITIAL EQUITY | **(50.00)** |
| **MEMBERS' EQUITY | **(50.00)** |
| **PROFIT/LOSS IN CURRENT YEAR | 123,203.00 |
|  | 123,203.00 |
| *** TOTAL MEMBERS' EQUITY | **123,153.00** |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | **(5,781,779.37)** |

**Notes:**
**(1)** Accounts payable includes an expected insurance refund for $34,241.97. The Debtor is pursuing a cash refund instead of the credit that was issued.  On the MOR, the expected insurance refund is reflected in Total Current Assets.

**Limetree Bay Services, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| INCOME STATEMENT | |
| 0000801054 TAXES-STATE UNEMPLOYMENT | 0.00 |
| SALARIES AND WAGES | 0.00 |
| 0000801051 EMPLOYEE BENEFITS-HOSPITALIZATION/MEDICAL | 0.00 |
| BENEFITS | 0.00 |
| 0000807020 TRAVEL AND LODGING | 0.00 |
| MEALS & ENTERTAINMENT | 0.00 |
| 0000801063 OTHER EMPLOYEE EXPENSE | 0.00 |
| OTHER | 0.00 |
| EMPLOYEE EXPENSES | 0.00 |
| 0000803010 ACCOUNTING FEES | 0.00 |
| ACCOUNTING FEES | 0.00 |
| PROFESSIONAL FEES | 0.00 |
| 0000806030 REPAIR & MAINTENANCE - GENERAL | 0.00 |
| REPAIRS AND MAINTENANCE | 0.00 |
| 0000808040 TELECOMMUNICATIONS EXPENSE-DATA | 0.00 |
| 0000808043 TELECOMMUNICATIONS EXP-CELLULAR | 0.00 |
| COMMUNICATION EXPENSES | 0.00 |
| COMMUNICATIONS AND IT EXPENSES | 0.00 |
| 0000813015 RENTALS-PASSENGER CARS | 0.00 |
| 0000813030 RENTS OFFICE & REAL ESTATE | 0.00 |
| 0000813035 RENTALS-EQUIPMENT OTHER | 0.00 |
| RENTAL EXPENSES | 0.00 |
| 0000812031 BOOKS/MANUALS/SUBSCRIPTIONS | 0.00 |
| LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS | 0.00 |
| 0000820072 GAS & OIL CONSUMED-VEHICLES | 0.00 |
| OFFICE AND MISC OPERATING EXPENSES | 0.00 |
| OTHER O&M | 0.00 |
| GENERAL ADMINISTRATION EXPENSE | 0.00 |
| **TOTAL EXPENSES | 0.00 |
| ***OPERATING INCOME | 0.00 |
| ****NET INCOME (LOSS) | 0.00 |