**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

**United States Bankruptcy Court**
**Southern District of Texas (Houston)**
**Limetree Bay Services, LLC**

**Schedule of Bank Accounts - As of November 30, 2021**

| Description | Operating Account | DIP Funding | Adequate Assurance Account | Total - All Debtor Accounts |
|---|---|---|---|---|
| Account Name | Limetree Bay Services, LLC | Limetree Bay Services, LLC | Limetree Bay Services, LLC | |
| Bank Name | Citi Bank | EastWest Bank | EastWest Bank | |
| Account Number - Last Four Digits | 0919 | 7717 | 7724 | |
| Beginning book balance (as of 11/01/21) | $ 3,203.97 | $ - | $ - | $ 3,203.97 |
| Plus: Deposits | - | - | - | - |
| Subtotal book balance | 3,203.97 | - | - | 3,203.97 |
| Less: Disbursements | - | - | - | - |
| Transfers | - | - | - | - |
| Other: | - | - | - | - |
| **Ending book balance (as of 11/30/21)** | **$ 3,203.97** | **$ -** | **$ -** | **$ 3,203.97** |