Citibank, N.A.   292 / 00954
Sort 2224
New York, N.Y. 10043

001/R1/04F000

000
CITIBANK, N. A.
**Account**
     **0919**
**Statement Period**
**Nov 1 - Nov 30, 2021**
**Relationship Manager**
Lucken,Kent
(617) 717-9023
Page 1 of 2

**Limetree Bay Services, LLC**
**842 W Sam Houston Parkway N Suite 4**
**Houston                TX  77024**

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2021

### Relationship Summary:

| | |
|---|---|
| **Checking** | **$3,203.97** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Your Volcker Rule Disclosure and Important Notice Regarding Future Verbal and Written Communications is now available to view online. Visit citi.com/accountagreementsandnotices and click on Citi Private Bank Notices to view the notices. For questions or concerns, please contact your Private Banking team for more information.

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2021 THRU OCTOBER 31, 2021

| Type of Charge | | No./Units | Price/Unit | Amount |
|---|---|---|---|---|
| **CITIBUSINESS CHECKING #** | **0919** | | | |
| Average Daily Collected Balance | | | | $3,203.97 |
| DEPOSIT SERVICES | | | | |
| DEPOSIT ASSESSMENT | | 3,203 | | 0.47 |
| **WAIVE | | | | |
| MONTHLY MAINTENANCE FEE | | 1 | 24.0000 | 24.00 |
| **WAIVE | | | | |
| **Total Charges for Services** | | | | **$0.00** |
| Average collected balances | | | | $3,203.97 |
| Balances eligible for Earnings Credit | | | | $0.00 |
| Earnings Credit allowance at  0.00000% | | | | $0.00 |
| Charges Subject to Earnings Credit | | | | $0.00 |
| **Net Service Charge** | | | | **$0.00** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

## CHECKING ACTIVITY

### CitiBusiness Checking

| 0919 | | |
|---|---|---|
| | **Beginning Balance:** | $3,203.97 |
| | **Ending Balance:** | $3,203.97 |

**LIMETREE BAY SERVICES, LLC**
**LBS Checking Account** 110850
**Citi BA** 0919
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 10/30/2021 | $ | 3,203.97 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 3,203.97 |
| Opening Balance  per Book | 10/30/2021 | $ | 3,203.97 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 3,203.97 |
| Intransit Payroll Payment | | | |
| | | $ | 3,203.97 |
| | | $ | - |

Reconciled by      George Southwell

Date:      12/1/2021

Approved by

Date:

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT

Page   1   of   1
STARTING DATE: November 01, 2021
ENDING DATE: November 30, 2021
Total days in statement period: 30
7717
( 0)

LIMETREE BAY SERVICES, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-32351
%B RILEY FINANCIAL
3500 MAPLE AVE SUITE 420
DALLAS TX 75219-3957

From all of us at East West Bank, we
wish you a wonderful holiday season. As
we enter the new year together, we look
forward to continue to serve your financial
needs. Thank you for choosing us as your
bank.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 7717 | Beginning balance | | $0.00 |
| Low balance | $0.00 | Total additions | (0) | .00 |
| Average balance | $0.00 | Total subtractions | (0) | .00 |
| | | Ending balance | | $.00 |

** No activity this statement period **

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

3409    rev 05-16

STANDARD BANK RECONCILIATION

Month _____ November _____  Year _____ 2021 _____

Account No. *7717 _____          Account Name   Limetree Bay Services, LLC
                                                             Debtor in Possession Account

| | |
|---|---|
| Bank Balance shown on Bank Statement | $ _____ - |
| Add (+)<br>Deposits not shown on Bank Statement | $ _____ - |
| Total | $ _____ - |

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Your transaction register balance | $ _____ - |
| Add (+)<br>Other credits shown on the bank<br>statement but not in transaction register | $ _____ - |
| Add (+)<br>Interest paid on bank statement | $ _____ - |
| Total | $ _____ - |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | |
|---|---|
| Total Subtractions | $ _____ - |
| Balance | $ _____ - |

| | |
|---|---|
| Total Subtractions | $ _____ - |
| Balance | $ _____ - |

**EAST WEST BANK** Your financial bridge®

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

ACCOUNT STATEMENT
Page   1   of   1
STARTING DATE: November 01, 2021
ENDING DATE: November 30, 2021
Total days in statement period: 30
7724
( 0)

LIMETREE BAY SERVICES, LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-32351
ADEQUATE ASSURANCE ACCT %B RILEY FINANCI
3500 MAPLE AVE SUITE 420
DALLAS TX 75219-3957

From all of us at East West Bank, we
wish you a wonderful holiday season. As
we enter the new year together, we look
forward to continue to serve your financial
needs. Thank you for choosing us as your
bank.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 7724 | Beginning balance | $0.00 |
| Low balance | $0.00 | Total additions (0) | .00 |
| Average balance | $0.00 | Total subtractions (0) | .00 |
| | | Ending balance | $.00 |

**\*\* No activity this statement period \*\***

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

STANDARD BANK RECONCILIATION

Month _____ November _____ Year _____ 2021 _____

Account No.  *7724 _____

Account Name

Limetree Bay Services, LLC
Debtor in Posession Adequate
Assurance Account

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ _____ - | Your transaction register balance $ _____ - |
| Add (+) Deposits not shown on Bank Statement | $ _____ - | Add (+) Other credits shown on the bank statement but not in transaction register $ _____ - |
| Total | $ _____ - | Add (+) Interest paid on bank statement $ _____ - |
| Subtract (-) Checks and other items outstanding but not paid on Bank Statement | | Total $ _____ - |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ _____ - | Total Subtractions | $ _____ - |
| Balance | $ _____ - | Balance | $ _____ - |