**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

**United States Bankruptcy Court**
**Southern District of Texas (Houston)**
**Schedule of Insurance Policies - As of November 30, 2021**

| Insured | Insurer | Type | Coverage Amount | Policy Number | Expiration Date |
|---|---|---|---|---|---|
| Limetree Bay Refining, LLC | Allianz Global Risk US Insurance Company | Combined Property | Primary $1.25BN | USN00023920 | 2021.12.01 |
| Limetree Bay Refining, LLC | Axis (Endorsement) | Builder's Risk | $50M | EAU646295/01/2020 | 2021.12.01 |
| Limetree Bay Refining, LLC | CIN 318/Guardian General Insurance | Combined Property | $50M XS $50M | BO509ENGAO2000576 | 2021.12.01 |
| Limetree Bay Refining, LLC | Convex Insurance UK Limited | Combined Property | Primary $1.25BN (reduced to a limit of $250 million on August 20, 2021) | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Services, LLC | Liberty | Worker's Comp | | WCC-641-444917-020 | 2021.12.01 |
| Limetree Bay Refining, LLC | Hannover Re/HDI Global Specialty SE | Combined Property | Primary $1.25BN | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Refining, LLC | Helvetia/Helvetia Swiss Insurance Co in Liechtenstein Ltd | Combined Property | Primary $1.25BN | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Refining, LLC | HSIC/Houston Specialty Insurance Company | Combined Property | $150M XS 50M | PRO440373 | 2021.12.01 |
| Limetree Bay Refining, LLC | LSM/Liberty Specialty Markets Agency Limited | Combined Property | $100M XS $100M | LSMAEN143232A | 2021.12.01 |
| Limetree Bay Refining, LLC | Munich Re/Great Lakes Insurance SE | Combined Property | Primary $1.25BN | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Refining, LLC | PICC/Guardian General Insurance | Combined Property | $100M XS $100M | DWF54020 | 2021.12.01 |
| Limetree Bay Refining, LLC | QBE/Lloyds of London | Combined Property | Primary $1.25BN | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Refining, LLC | Rokstone/Guardian General Insurance | Combined Property | $50M XS $50M | BO509ENGAO2000576 | 2021.12.01 |
| Limetree Bay Refining, LLC | Sompo/Lloyds of London | Combined Property | Primary $1.25BN | B0509ENGAO2000069 | 2021.12.01 |
| Limetree Bay Refining, LLC | Swiss Re/Westport Insurance Company | Combined Property | Primary $500M | OMP 2000425-00 | 2021.12.01 |
| Limetree Bay Refining, LLC | Westchester Surplus Lines Ins Co/Starr Technical Risks Agency, Inc | Combined Property | Primary $500M | EPRN18215263 | 2021.12.01 |
| Limetree Bay Refining, LLC | WRB/Guardian General Insurance | Combined Property | $50M XS $50M | DWF54020 | 2021.12.01 |
| Limetree Bay Refining, LLC | Zurich/Zurich American Insurance Company | Combined Property | Primary $100M | OGR 1296457-00 | 2021.12.01 |
| Limetree Bay Refining, LLC | Allianz | Refinery Excess Liability | $15M xs $53M | USL00880520 | 2021.12.01 |
| Limetree Bay Refining, LLC | Allianz | Environmental Liability | $15M xs $85M | USL00873320 | 2021.12.01 |
| Limetree Bay Refining, LLC | Liberty | Refinery Primary Liability | | AS6-641-444917-010 | 2021.12.01 |
| Limetree Bay Refining, LLC | Travelers Syndicate | Refinery Primary Liability | | ENCAS2000012 | 2021.12.01 |
| Limetree Bay Refining, LLC | Chaucer/Apollo | Refinery Excess Liability | $15M | ENCAS2000011 | 2021.12.01 |
| Limetree Bay Refining, LLC | Westchester | Refinery Excess Liability | $3M xs $25M | G71809808001 | 2021.12.01 |
| Limetree Bay Refining, LLC | Ironshore | Refinery Excess Liability | $25M xs $28M | 4380100 | 2021.12.01 |
| Limetree Bay Refining, LLC | Chaucer | Refinery Excess Liability | $11M po $22M xs $68M | ENCAS2000020 | 2021.12.01 |
| Limetree Bay Refining, LLC | Lex-London | Refinery Excess Liability | $11M po $22M xs $68M | 62785689 | 2021.12.01 |
| Limetree Bay Refining, LLC | OSL | Refinery Excess Liability | $10M xs $90M | EXS-154724-00 | 2021.12.01 |
| Limetree Bay Refining, LLC | AXA XL Bermuda | Refinery Excess Liability | $25M xs $125M | XLUMB-229978 | 2021.12.01 |
| Limetree Bay Refining, LLC | OCIL Bermuda | Refinery Excess Liability | $25M po $40M xs $150M | U920968-0620 | 2021.12.01 |
| Limetree Bay Refining, LLC | Sompo Bermuda | Refinery Excess Liability | $15M po $40M xs $150M | EXC30001524800 | 2021.12.01 |
| Limetree Bay Refining, LLC | Argo Bermuda | Refinery Excess Liability | $15M po $50M xs $190M | ARGO-CAS-OR-001484 | 2021.12.01 |
| Limetree Bay Refining, LLC | Arch Bermuda | Refinery Excess Liability | $15M po $50M xs $190M | URP0065257-00 | 2021.12.01 |

**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

# United States Bankruptcy Court
# Southern District of Texas (Houston)
# Schedule of Insurance Policies - As of November 30, 2021

| Insured | Insurer | Type | Coverage Amount | Policy Number | Expiration Date |
|---|---|---|---|---|---|
| Limetree Bay Refining, LLC | Markel Bermuda | Refinery Excess Liability | $12.5M po $50M xs $190M | 1454233-11636-UMB-2020 | 2021.12.01 |
| Limetree Bay Refining, LLC | Hamilton Bermuda | Refinery Excess Liability | $7.5M po $50M xs $190M | CX20-9216 | 2021.12.01 |
| Limetree Bay Refining, LLC | Chubb Bermuda | Refinery Excess Liability | $15M po $30M xs $240M | LBR-2144/XS004 | 2021.12.01 |
| Limetree Bay Refining, LLC | Liberty Bermuda | Refinery Excess Liability | $15M po $30M xs $240M | LSMAEC119907A | 2021.12.01 |
| Limetree Bay Refining, LLC | Lloyd's Underwriters | Environmental Liability | $1M | ENVP0000296-20 | 2021.12.01 |
| Limetree Bay Refining, LLC | Lloyd's Underwriters | Environmental Liability | $9M xs $1M | ENVX0000256-20 | 2021.12.01 |
| Limetree Bay Refining, LLC | Ironshore | Environmental Liability | $25M xs $10M | 262704 | 2021.12.01 |
| Limetree Bay Refining, LLC | Ascot | Environmental Liability | $25M xs $35M | ENXP2110000428-01 | 2021.12.01 |
| Limetree Bay Refining, LLC | Markel | Environmental Liability | $25M xs $60M | MKLV4EFX102259 | 2021.12.01 |
| Limetree Bay Refining, LLC | Federal Insurance Company | Executive Risk | $5M | 8261-8347 | 2022.04.20 |
| Limetree Bay Refining, LLC | Starr Indemnity & Liability | Executive Risk | $5M | 1000623319211 | 2022.04.20 |
| Limetree Bay Refining, LLC | Wesco Insurance Company | Executive Risk | $5M | EUW1909831 00 | 2022.04.20 |
| Limetree Bay Refining, LLC | Starr Indemnity & Liability | Executive Risk | $5M | 1000622392201 | 2027.04.20 |
| Limetree Bay Refining, LLC | Federal Insurance Company | Executive Risk | $5M | 8247-1536 | 2027.04.20 |
| Limetree Bay Refining, LLC | First Liberty Insurance Co | Auto Liability | $2M | AS6-641-444917-010 | 2022.01.22 |

**Notes:**

**(1)** Auto insurance extended to January 19, 2022.  Premium audit pending for period from June 1, 2021 to January 19, 2022

**(2)**  Audit premiums are expected to be invoiced for non-current insurance policies including the Builders All Risk policy and OCIP.  As of the filing of the monthly operating report, the audit amounts have not been determined.

**(3)**  December 1, 2021 is an expiration date for the remaining 63.5% of the property insurance program insuring the Refinery. It is not presently being marketed, LBR assumes the risk for 30% of a $50 million primary section of the insurance program.