**Limetree Bay Refining Holdings II, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| **TOTAL ASSETS** | |
| 0000110850 Checking Account - Citibank, N.A. - 6869787150 | 50.00 |
| *CASH & CASH EQUIVALENTS | 50.00 |
| **TOTAL CURRENT ASSETS | 50.00 |
| 0000190201 INVESTMENT IN LIMETREE BAY REFINING | 1,118,861,955.78 |
| INVESTMENT IN LIMETREE BAY REFINING | 1,118,861,955.78 |
| *OTHER ASSETS | 1,118,861,955.78 |
| **TOTAL NON-CURRENT ASSETS | 1,118,861,955.78 |
| **** TOTAL ASSETS | 1,118,862,005.78 |
| **TOTAL LIABILITIES AND MEMBERS' EQUITY** | |
| **TOTAL LIABILITIES** | |
| 0000231510 ACCRUED INTEREST-DEBT | (4,165,237.44) |
| 0000231525 ACCRUED INTRST - DEBT - AFFIL - TRANCHE D TERM DBT | (225,379.53) |
| 0000231526 ACCRUED INTRST - DEBT - AFFIL - SUBORDINATED NOTE | (6,994,698.79) |
| *ACCRUED INTEREST | (11,385,315.76) |
| 0000235244 TRANCHE D TERM DEBT - OID - AFFILIATE - CURRENT | 186,911.79 |
| 0000235245 TRANCHE D TERM DEBT - DIC - CURRENT | 32,160.30 |
| TRANCHE D TERM DEBT-CURRENT | 219,072.09 |
| 0000235249 TERM LOAN - OID - CURRENT | 3,034,693.04 |
| OTHER TERM DEBT-CURRENT | 3,034,693.04 |
| TERM DEBT-CURRENT | 3,253,765.13 |
| 0000235214 DEFERRED FINANCE COSTS - CURRENT | 1,822,321.86 |
| DEFERRED FINANCE COSTS-CURRENT | 1,822,321.86 |
| OTHER LONG TERM DEBT-CURRENT PORTION | 5,076,086.99 |
| *CURRENT PORTION OF LONG-TERM DEBT | 5,076,086.99 |
| **TOTAL CURRENT LIABILITIES | (6,309,228.77) |

**Limetree Bay Refining Holdings II, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| 0000260049 NOTE PAYABLE – AFFILIATE – OID | 9,165,016.72 |
| 0000260050 Note Payable - Affiliate | (612,165,523.54) |
| NOTE PAYABLE - AFFILIATE | (603,000,506.82) |
|  |  |
| 0000260114 TRANCHE D TERM DEBT | (35,469,567.49) |
| 0000260117 TRANCHE D TERM DEBT – AFFILIATE – OID | 597,206.81 |
| 0000260118 TRANCHE D TERM DEBT - DEBT ISSUE COSTS | 101,394.29 |
| TRANCHE D TERM DEBT | (34,770,966.39) |
|  |  |
| 0000260055 AFFILIATE TERM DEBT - LONG TERM | (17,734,783.74) |
| AFFILIATE TERM DEBT | (17,734,783.74) |
|  |  |
| 0000260010 LONG TERM DEBT - TERM | (315,697,992.06) |
| 0000260120 TERM LOAN DEBT - OID - LONG TERM | 9,620,132.63 |
| OTHER TERM DEBT | (306,077,859.43) |
|  |  |
| TERM DEBT | (358,583,609.56) |
|  |  |
| 0000260070 FINANCE COST - DEFERRED CONTRA | 5,769,792.32 |
| DEFERRED FINANCE COSTS | 5,769,792.32 |
|  |  |
| OTHER LONG TERM DEBT | (352,813,817.24) |
|  |  |
| *LONG-TERM DEBT, NET CRRNT PRTN & ISSNCE CST | (955,814,324.06) |
|  |  |
| **TOTAL NON-CURRENT LIABILITIES | (955,814,324.06) |
|  |  |
| *** TOTAL LIABILITIES | (962,123,552.83) |
|  |  |
| TOTAL MEMBERS' EQUITY |  |
|  |  |
| 0000320020 MEMBERS ADDITIONAL INVESTMENT | (178,709,809.90) |
| *MEMBERS' ADDITIONAL INVESTMENT | (178,709,809.90) |
| **MEMBERS' EQUITY | (178,709,809.90) |
|  |  |
| **PROFIT/LOSS IN CURRENT YEAR | 21,971,356.95 |
|  | 21,971,356.95 |
| *** TOTAL MEMBERS' EQUITY | (156,738,452.95) |
|  |  |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | (1,118,862,005.78) |

**Limetree Bay Refining Holdings II, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| INCOME STATEMENT | |
| 0000818010 INTEREST EXPENSE | 0.00 |
| 0000818027 AFFILIATED INTEREST EXPENSE - TRANCHE D TERM DEBT | 0.00 |
| 0000818028 AFFILIATED INTEREST EXPENSE - SUBORDINATED NOTE | 0.00 |
| **INTEREST AND FINANCING EXPENSE | 0.00 |
| ***TOTAL NON-OPERATING INCOME (EXPENSE): | 0.00 |
| ****NET INCOME (LOSS) | 0.00 |