Citibank, N.A.   292 / 00954
Sort 2224
New York, N.Y. 10043

001/R1/04F000

000
CITIBANK, N. A.
**Account**
      **7150**
**Statement Period**
**Nov 1 - Nov 30, 2021**
**Relationship Manager**
Lucken,Kent
(617) 717-9023
      Page 1 of  2

LIMETREE BAY REFINING HOLDINGS II,
LLC (SPRINGING)
842 W. SAM HOUSTON PARKWAY N. SUITE
HOUSTON              TX 77024

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2021

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$50.00** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

Your Volcker Rule Disclosure and Important Notice Regarding Future Verbal and Written Communications is now available to view online. Visit citi.com/accountagreementsandnotices and click on Citi Private Bank Notices to view the notices. For questions or concerns, please contact your Private Banking team for more information.

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2021 THRU OCTOBER 31, 2021

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING #       7150** | | | |
| Average Daily Collected Balance | | | $50.00 |
| DEPOSIT SERVICES<br>    MONTHLY MAINTENANCE FEE<br>**WAIVE | 1 | 24.0000 | 24.00 |
| **Total Charges for Services** | | | **$0.00** |
| Average collected balances | | | $50.00 |
| Balances eligible for Earnings Credit | | | $0.00 |
| Earnings Credit allowance at  0.00000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $0.00 |
| **Net Service Charge** | | | **$0.00** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

## CHECKING ACTIVITY

**CitiBusiness Checking**

| **7150** | | **Beginning Balance:** | $50.00 |
|---|---|---|---|
| | | **Ending Balance:** | $50.00 |

**LIMETREE BAY REFINING HOLDINGS II, LLC**
**B & P Checking**                                    110850
**Citi BA        7150**
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 10/31/2021 | $ | 50.00 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 50.00 |
| Opening Balance  per Book | 10/31/2021 | $ | 50.00 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Capital Gain/Losses | | | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 50.00 |
| | | $ | 50.00 |
| | | $ | - |

Reconciled by          George Southwell

Date:                     12/1/2021

Approved by

Date: