## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING November 1, 2021 AND ENDING November 30, 2021

**Name of Debtor:** Limetree Bay Refining, LLC  
**Case Number:** 21-32354  
**Date of Petition:** July 12, 2021

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---:|---:|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 1,338,646.24 | $ 2,325,215.84 |
| **2. RECEIPTS:** | | |
| A. Cash Sales[1] | 100,000.00 | 2,208,634.83 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts | 8,038,598.63 | 29,453,558.56 |
| (If you receive rental income, you must attach a rent roll) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | 8,138,598.63 | 31,662,193.39 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 9,477,244.87 | 33,987,409.23 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges & Fees | 1,277.89 | 7,809.82 |
| C. Contract Labor | 93,124.68 | 1,351,317.56 |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | 45,018.20 | 1,833,880.53 |
| F. Inventory Payments | - | 1,652,424.73 |
| G. Leases & Contracts | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll | 35,657.21 | 50,941.01 |
| K. Professional Fees (Accounting & Legal) | 40,141.00 | 2,541,046.69 |
| L. Rent | - | 4,693.00 |
| M. Repairs & Maintenance | 889,908.04 | 8,135,318.00 |
| N. Secured Creditor Payments | - | 496,359.33 |
| O. Taxes Paid - Payroll | - | - |
| P. Taxes Paid - Sales & Use | - | - |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | - | 59,683.49 |
| S. Travel & Entertainment | - | - |
| T. U.S. Trustee | 238,573.00 | 238,573.00 |
| U. Utilities | 8,377.30 | 18,604.35 |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses | 5,667,567.60 | 15,139,157.77 |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | 7,019,644.92 | 31,529,809.28 |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $ 2,457,599.95 | $ 2,457,599.95 |

**Notes:**

[1] Funds received from the sale of excess materials.

[2] During the reporting period, the Debtor received $8,119,598 per the Order Granting Debtors' Emergency Motion for Approval of Stipulation between the Debtors, J. Aron & Company, LLCBP Products North America, Inc. and the Committee Pursuant to Bankruptcy Rule 9019 [ECF No. 712].

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (CONT'D.)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| DIP Financing | $ - | $ 25,000,000.00 |
| Voided Pre-Petition Checks | - | 4,800.00 |
| Transfer to/from Limetree Bay Refining Marketing, LLC | 40,000.00 | 4,973,500.00 |
| Transfer to/from Limetree Bay Refining Operating, LLC | (121,000.00) | (8,644,342.48) |
| Dividends | 0.88 | 3.29 |
| Settlement - J. Aron Lien Release[2] | 8,119,597.75 | 8,119,597.75 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ 8,038,598.63 | $ 29,453,558.56 |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| Settlement Payment - Limetree Bay Terminals, LLC | $ - | $ 132,554.56 |
| Tank Storage Fees | - | 600,000.00 |
| Employee Expense Reimbursments | - | 9,958.47 |
| Agent Fee | - | 112,500.00 |
| U.S. Customs Fee | - | 676.86 |
| DIP Financing Costs | 67,579.88 | 272,443.66 |
| DIP Financing Repayment | 5,317,000.00 | 5,317,000.00 |
| Employee Benefits | 4,657.50 | 75,252.96 |
| Information Technology | 46,921.79 | 619,829.07 |
| Relocation Costs | 75,540.00 | 2,263,849.00 |
| Site Services | 48,707.56 | 1,676,456.34 |
| Transfer to/from Limetree Bay Terminal Services - Fuel Shared Costs | 19,160.87 | 3,820,636.85 |
| Transfer to/from Limetree Bay Terminal Services - Storage Shared Costs | 88,000.00 | 238,000.00 |
| | $ 5,667,567.60 | $ 15,139,157.77 |

**Notes:**

[1] Funds received from the sale of excess materials.

[2] During the reporting period, the Debtor received $8,119,598 per the Order Granting Debtors' Emergency Motion for Approval of Stipulation between the Debtors, J. Aron & Company, LLCBP Products North America, Inc. and the Committee Pursuant to Bankruptcy Rule 9019 [ECF No. 712].