**Limetree Bay Refining, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| TOTAL ASSETS | |
| | |
| 0000110600 LBR OPERATING ACCOUNT - ORIENTAL - 8202040267 | (21,701.14) |
| 0000110610 LBR PAYROLL ACCOUNT - ORIENTAL - 8202040268 | 352.98 |
| 0000110690 LBR CONSTRUCTION ACCOUT - DB- SE1972-001.10 | 112,041.79 |
| *CASH & CASH EQUIVALENTS | **90,693.63** |
| | |
| 0000110700 LBR DEBT SERVICE RESERVE ACCOUNT- SE 1972-001.11 | 3,533.42 |
| 0000110770 Checking Account - East West Bank - 5500017759 | 2,363,372.90 |
| *RESTRICTED CASH - SHORT TERM | **2,366,906.32** |
| | |
| 0000120001 A/R TRADE RECEIVABLE RECONCILIATION | 244,144.69 |
| ACCOUNTS RECEIVABLE, TRADE | **244,144.69** |
| *ACCOUNTS RECEIVABLE, NET | **244,144.69** |
| | |
| 0000150040 A/R AFFILIATE | 2,036,581.73 |
| 0000150500 Intercompany A/R | 239,544,542.33 |
| *ACCOUNTS RECEIVABLE - AFFILIATE | **241,581,124.06** |
| | |
| 0000130013 PURCHASED FINISHED PRODUCTS | 0.00 |
| 0000130050 WAREHOUSE INVENTORIES | 23,590,001.56 |
| 0000130100 INVENTORY CLEARING | (1,107,982.89) |
| *INVENTORY | **22,482,018.67** |
| | |
| 0000140010 PPD INSURANCE-OTHER | 216,193.74 |
| 0000140011 PPD INSURANCE-ALL RISK PROPERTY | (0.02) |
| 0000140013 PPD INSURANCE-WORKERS COMPENSATION | 7,265.98 |
| 0000140014 PPD INSURANCE-BUSINESS INTERUPPTION | (0.08) |
| 0000140016 PPD INSURANCE - EXECUTIVE RISK (D&O,CRIME,FID,K&R) | 287,649.45 |
| 0000140018 PPD INSURANCE - AUTO LIABILITY | 2,566.29 |
| PREPAID INSURANCE | **513,675.36** |
| | |
| 0000140070 PREPAID-LICENSES | 262,828.99 |
| PREPAID LICENSES | **262,828.99** |
| | |
| 0000140100 PREPAID - RENT | 5,121.25 |
| PREPAID RENT | **5,121.25** |
| | |
| 0000140060 PPD - VENDOR PREPAYMENTS | 1,369,608.71 |
| 0000140110 PPD SUNDRY | 371,375.01 |
| PREPAID OTHER | **1,740,983.72** |
| *PREPAID EXPENSES AND OTHER | **2,522,609.32** |
| | |
| **TOTAL CURRENT ASSETS | **269,287,496.69** |
| | |
| 0000160041 COST-BUILDINGS | 97,725,637.29 |
| 0000160051 ENVIRONMENTAL FACILITIES | 11,954,645.38 |
| 0000160061 REFINERY FACILITIES | 2,637,764.24 |
| FACILITIES, BUILDINGS AND IMPROVEMENTS | **112,318,046.91** |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| 0000160071 VEHICLES, TRAILERS, ETC. | 3,936,457.65 |
| 0000160141 GAS TURBINES & WASTE HEAT BOILERS | 20,221,878.73 |
| 0000160151 MACHINERY & EQUIPMENT | 212,895.00 |
| **MACHINERY AND EQUIPMENT** | **24,371,231.38** |
|  |  |
| 0000160111 COMPUTER SOFTWARE | 659,599.83 |
| **COMPUTERS, FURNITURE AND FIXTURES** | **659,599.83** |
|  |  |
| 0000160250 FIXED ASSETS - NON RECONCILIATION | 1,775,223.60 |
| **OTHER** | **1,775,223.60** |
|  |  |
| PP&E - GROSS | **139,124,101.72** |
|  |  |
| 0000170041 ACCUM DEPR - BUILDINGS | (24,029,197.70) |
| 0000170051 ACCUM DEPR - ENVIRONMENTAL FACILITIES | (2,444,336.24) |
| 0000170061 ACCUM DEPR - REFINERY FACILITIES | (527,552.85) |
| **FACILITIES, BLDNGS & IMPRVMNTS - ACCUM DEPREC** | **(27,001,086.79)** |
|  |  |
| 0000170071 ACCUM DEPR - VEHICLES, TRAILERS, ETC. | (2,592,399.50) |
| 0000170141 ACCUM DEPR - GAS TURBINES & WHB | (2,742,478.36) |
| 0000170151 ACCUM DEPR - MACHINERY & EQUIPMENT | (11,531.82) |
| **MACHINERY AND EQUIPMENT - ACCUM DEPREC** | **(5,346,409.68)** |
|  |  |
| 0000170111 ACCUM DEPR - COMPUTER SOFTWARE | (293,155.49) |
| **COMPUTERS, FURNITURE & FIXTURES - ACCUM DEPR** | **(293,155.49)** |
| **PP&E - ACCUMULATED DEPRECIATION** | **(32,640,651.96)** |
|  |  |
| PROPERTY, PLANT & EQUIPMENT, NET | 106,483,449.76 |
|  |  |
| 0000160010 CIP (ASSET UNDER CONSTRUCTION) | 3,261,278,517.73 |
| **CONSTRUCTION IN PROGRESS** | **3,261,278,517.73** |
|  |  |
| *TOTAL PROPERTY, PLANT AND EQUIPMENT, NET | **3,367,761,967.49** |
|  |  |
| 0000190300 Investment in subsidiary - LBRM | 754,975.47 |
| **INVESTMENT IN SUBSIDIARY - LBRM** | **754,975.47** |
|  |  |
| 0000190050 SECURITY DEPOSITS | 10,296.53 |
| **OTHER ASSETS** | **10,296.53** |
|  |  |
| *OTHER ASSETS | **765,272.00** |
|  |  |
| **TOTAL NON-CURRENT ASSETS | **3,368,527,239.49** |
|  |  |
| **** TOTAL ASSETS | **3,637,814,736.18** |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| TOTAL LIABILITIES AND MEMBERS' EQUITY | |
| TOTAL LIABILITIES | |
| 0000200010 A/P TRADE RECONCILIATION | (213,446,797.46) |
| 0000200020 GR/IR | (2,490,786.02) |
| 0000200050 A/P ADJUSTMENTS RECLASS-Gulf Product Losses | (27,925.00) |
| 0000200099 AP - OTHER | 50,582.00 |
| *ACCOUNTS PAYABLE TRADE | **(215,914,926.48)** |
| | |
| 0000235101 A/P AFFILIATES – ARCLIGHT CAPITAL PARTNERS, LLC | (281,250.00) |
| 0000235500 Intercompany A/P | (145,212,131.80) |
| *AFFILIATE PAYABLE, NET | **(145,493,381.80)** |
| | |
| 0000231510 ACCRUED INTEREST-DEBT | (8,531,611.16) |
| 0000231525 ACCRUED INTRST - DEBT - AFFIL - TRANCHE D TERM DBT | (461,630.29) |
| *ACCRUED INTEREST | **(8,993,241.45)** |
| | |
| 0000200023 GR/IR PRODUCT (MANUAL) | 421,528.06 |
| 0000200040 VOUCHER ACCRUALS | (12,204,843.92) |
| 0000200060 COMDATA | (157,589.31) |
| 0000235040 ACCRUED LIABILITIES | (813,349.28) |
| 0000235045 CONTRACTOR PAYABLE - COMPLETION PROGRAM | (26,883,078.13) |
| *ACCRUED LIABILITIES | **(39,637,332.58)** |
| | |
| 0000231520 SHORT TERM IRS - MARK TO MARKET INTEREST | (3,603,459.54) |
| 0000235253 DIP Loan - AMP Upside Credit Facility | (19,800,566.81) |
| *OTHER CURRENT LIABILITIES | **(23,404,026.35)** |
| | |
| **TOTAL CURRENT LIABILITIES | **(433,442,908.66)** |
| | |
| 0000260114 TRANCHE D TERM DEBT | (108,975,019.87) |
| TRANCHE D TERM DEBT | **(108,975,019.87)** |
| | |
| 0000260055 AFFILIATE TERM DEBT - LONG TERM | (36,325,006.62) |
| AFFILIATE TERM DEBT | **(36,325,006.62)** |
| | |
| 0000260010 LONG TERM DEBT - TERM | (610,317,723.97) |
| OTHER TERM DEBT | **(610,317,723.97)** |
| | |
| TERM DEBT | **(755,617,750.46)** |
| OTHER LONG TERM DEBT | **(755,617,750.46)** |
| | |
| *LONG-TERM DEBT, NET CRRNT PRTN & ISSNCE CST | **(755,617,750.46)** |
| | |
| 0000260030 LONG TERM IRS - MARK TO MARKET INTEREST | (2,197,587.43) |

**Limetree Bay Refining, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| *OTHER LONG-TERM LIABILITIES | **(2,197,587.43)** |
| **TOTAL NON-CURRENT LIABILITIES | **(757,815,337.89)** |
| *** TOTAL LIABILITIES | **(1,191,258,246.55)** |
|  |  |
| TOTAL MEMBERS' EQUITY |  |
| 0000320010 MEMBERS INITIAL INVESTMENT | (384,868.09) |
| *MEMBERS' INITIAL EQUITY | **(384,868.09)** |
|  |  |
| 0000320020 MEMBERS ADDITIONAL INVESTMENT | (2,785,649,860.03) |
| 0000320050 PAID IN CAPITAL - COMMON EQUITY | (4,513,333.30) |
| *MEMBERS' ADDITIONAL INVESTMENT | **(2,790,163,193.33)** |
| **MEMBERS' EQUITY | **(2,790,548,061.42)** |
|  |  |
| 0000380020 RETAINED EARNINGS | 115,181,380.27 |
| **RETAINED EARNINGS / ACCUMULATED DEFICIT | **115,181,380.27** |
|  |  |
| **PROFIT/LOSS IN CURRENT YEAR | **228,810,191.52** |
|  |  |
| *** TOTAL MEMBERS' EQUITY | **(2,446,556,489.63)** |
|  |  |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | **(3,637,814,736.18)** |

**Notes:**
**(1)** Affiliate accounts receivable include reconciling items of ($9,571,814.01) as recorded by the debtor.

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| INCOME STATEMENT | |
| 0000400010 SALES THIRD PARTY-PETROLEUM PRODUCTS | 0.00 |
| 0000400032 ACCRUED SALES AFFILIATES-PETROLEUM PRODUCTS | 0.00 |
| *REFINERY REVENUES | 0.00 |
| **TOTAL REVENUES | 0.00 |
| | |
| 0000520070 INVENTORY WRITEDOWN | 0.00 |
| 0000520100 INVENTORY MOVE PRICE DIFFERENCE | 0.00 |
| 0000520130 OTHER COST OF SALES | 1,412,216.26 |
| 0000520150 PRODUCT LOSSES | 0.00 |
| 0000520160 VESSEL DEMURRAGE | 0.00 |
| **COST OF GOODS SOLD | 1,412,216.26 |
| | |
| 0000601054 TAXES-STATE UNEMPLOYMENT | (41,892.67) |
| SALARIES AND WAGES | (41,892.67) |
| 0000607010 BUSINESS MEALS & ENTERTAINMENT | 0.00 |
| 0000607020 TRAVEL AND LODGING | 0.00 |
| MEALS & ENTERTAINMENT | 0.00 |
| | |
| 0000601059 CONFERENCES & SEMINARS | 0.00 |
| 0000601060 REGISTRATIONS-TRAINING & CONTINUING ED | 0.00 |
| 0000601064 EDUCATIONAL ASSISTANCE | 0.00 |
| 0000601067 TRAINING MATERIALS & SUPPLIES | 0.00 |
| TRAINING & EDUCATION | 0.00 |
| | |
| 0000601058 UNIFORMS AND LAUNDRY | 125.26 |
| 0000601063 OTHER EMPLOYEE EXPENSE | 40.70 |
| 0000601068 HOUSEHOLD FURNISHINGS | 0.00 |
| 0000601074 OUTSIDE HOUSING | 0.00 |
| 0000601076 EMPLOYEE-RECRUITING FEES (NON-AGENCY) | 0.00 |
| 0000601078 SAFETY EXPENSE | 1,143.79 |
| OTHER | 1,309.75 |
| | |
| EMPLOYEE EXPENSES | (40,582.92) |
| | |
| 0000614016 INS-AUTO LIABILITY | 0.00 |
| AUTO PHYSICAL DAMAGE | 0.00 |
| | |
| INSURANCE | 0.00 |
| | |
| 0000603011 CONSULTING FEES - NON-OPERATING | 34,000.00 |
| CONSULTING FEES | 34,000.00 |
| | |
| 0000603012 ENGINEERING FEES | 5,250.00 |
| ENGINEERING FEES | 5,250.00 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000603014 MEDICAL FEES | 0.00 |
| MEDICAL FEES | 0.00 |
|  |  |
| 0000603030 INSPECTION FEES-QUANTITY | 182,821.00 |
| 0000603031 INSPECTION FEES-QUALITY | (465,301.30) |
| INSPECTION FEES | (282,480.30) |
|  |  |
| PROFESSIONAL FEES | (243,230.30) |
|  |  |
| 0000608015 POWER PLANT FUEL - EXTERNAL | 1,084,324.38 |
| FUEL EXPENSE | 1,084,324.38 |
|  |  |
| 0000602017 SPILL CLEAN UP | 0.00 |
| ENVIRONMENTAL | 0.00 |
|  |  |
| 0000603020 PINNACLE - REPAIRS & MAINTENANCE | 517,061.07 |
| 0000606030 REPAIR & MAINTENANCE - GENERAL | 59,963.48 |
| 0000606034 R&M - Fixed Equipment Work | 0.00 |
| 0000606035 R&M – Instrument, Electrical and Analyzer Work | 0.00 |
| 0000606036 R&M – Rotating Equipment | 0.00 |
| 0000606037 R&M – Scaffold, Asbestos, Insulation and Painting | 0.00 |
| 0000606038 R&M – Outage Related Work | 0.00 |
| 0000606039 R&M – Maintenance Support Services, Other | 144,581.42 |
| 0000606040 TANK CLEANING | 0.00 |
| REPAIRS AND MAINTENANCE | 721,605.97 |
|  |  |
| 0000608040 TELECOMMUNICATIONS EXPENSE-DATA | 4,471.98 |
| 0000608042 TELECOMMUNICATIONS EXPENSE-VOICE | 0.00 |
| 0000608043 TELECOMMUNICATIONS EXP-CELLULAR | 0.00 |
| COMMUNICATION EXPENSES | 4,471.98 |
|  |  |
| 0000604011 HARDWARE - DESKTOP PURCHASES | 0.00 |
| 0000604012 HARDWARE - DCS PURCHASES | 0.00 |
| 0000604014 HARDWARE - DESKTOP MAINTENANCE | 0.00 |
| 0000604017 HARDWARE - NETWORK PURCHASES | 0.00 |
| 0000604019 HARDWARE - SERVER MAINTENANCE | 1,903.37 |
| 0000604020 HARDWARE - NETWORK MAINTENANCE | 0.00 |
| 0000604030 SOFTWARE - SERVER PURCHASES | 19,624.91 |
| 0000604031 SOFTWARE - MAINFRAME MAINTENANCE | 0.00 |
| 0000604032 SOFTWARE - MAINFRAME PURCHASES | 38,807.83 |
| 0000604033 SOFTWARE - SERVER MAINTENANCE | 0.00 |
| 0000604034 SOFTWARE - DESKTOP MAINTENANCE | 2,280.75 |
| 0000604035 SOFTWARE - DESKTOP PURCHASES | 0.00 |
| 0000604036 SOFTWARE - NETWORK PURCHASES | 0.00 |
| 0000604037 SOFTWARE - NETWORK MAINTENANCE | (43,693.34) |
| 0000604060 COMPUTER EQUIPMENT UNDER $5000 | 0.00 |
| IT EXPENSES | 18,923.52 |
|  |  |
| COMMUNICATIONS AND IT EXPENSES | 23,395.50 |
|  |  |
| 0000602040 PINNACLE OVERHEAD COSTS | 126,000.00 |
| 0000602041 PINNACLE - NON REPAIRS & MAINTENANCE | 0.00 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000602042 SHORT TERM - TEMPORARY OUTSIDE CONTRACTORS | 0.00 |
| 0000602044 PINNACLE - SECURITY | 1,345.90 |
| 0000602047 OUTSIDE CONTRACTOR - NON-R&M | 0.00 |
| CONTRACTOR OVERHEAD | 127,345.90 |
|  |  |
| 0000602060 WASTE DISPOSAL - NON-ENVIRONMENTAL | 0.00 |
| 0000602061 WASTE DISPOSAL - RECYCLING | 0.00 |
| 0000602065 OUTSIDE LABOR/SERVICES - HOURLY | 9,342.92 |
| 0000602080 TEMPORARY OUTSIDE LABOR / SERVICES | 85,532.27 |
| 0000602090 CONTRACT SERVICES - LUMP SUM | (1,304.00) |
| 0000602091 WASTE WATER TREATMENT PLANT - OUTSIDE CONTRACT | 0.00 |
| OUTSIDE SERVICES | 93,571.19 |
|  |  |
| 0000608030 UTILITY EXPENSE - WATER | 40,865.25 |
| UTILITIES | 40,865.25 |
|  |  |
| 0000613015 RENTALS-PASSENGER CARS | 0.00 |
| 0000613030 RENTS OFFICE & REAL ESTATE | 3,058.75 |
| 0000613035 RENTALS-OTHER | 0.00 |
| RENTAL EXPENSES | 3,058.75 |
|  |  |
| 0000612020 FINES & PENALTY | 0.80 |
| TAXES AND FEES | 0.80 |
|  |  |
| 0000612025 LICENSES AND PERMITS-OTHER | 5,846.15 |
| 0000612030 MEMBERSHIPS/DUES | 5,333.34 |
| 0000612031 BOOKS/MANUALS/SUBSCRIPTIONS | 1,250.00 |
| LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS | 12,429.49 |
|  |  |
| 0000611017 COMMUNITY RELATIONS EVENTS | 0.00 |
| CONTRIBUTIONS AND DONATIONS | 0.00 |
|  |  |
| 0000605010 OFFICE SUPPLY | 0.00 |
| 0000605011 POSTAGE | 0.00 |
| 0000605020 OPERATING SUPPLY | 77.24 |
| 0000605021 INVENTORY VARIANCES | 0.00 |
| 0000606010 MAINTENANCE SUPPLIES | 346,617.15 |
| 0000606011 AUTO REPAIRS | 0.00 |
| 0000606012 TRASH REMOVAL | 0.00 |
| 0000606013 R&M - OUTSIDE CONTRACTORS (NON-PINNACLE) | (41,013.37) |
| 0000606016 SMALL TOOLS | 0.00 |
| 0000606019 EQUIPMENT RENTALS - MAINTENANCE | 62,935.98 |
| 0000606020 PEST CONTROL | (31,545.00) |
| 0000606021 FACILITY SERVICES - GROUNDS, ELEV OPS, LANDSCAPING | 0.00 |
| 0000606023 VILLAGE - FOOD SERVICE | 0.00 |
| 0000606024 LAUNDRY SERVICES | 0.00 |
| 0000620010 FREIGHT EXPENSE | (1,442.30) |
| 0000620020 AIR FREIGHT | 76.59 |
| 0000620030 DEMURRAGE EXPENSE THIRD PARTY-NON ST&T | (80.00) |
| 0000620040 FREIGHT EXPENSE ENVIRONMENTAL | 0.00 |
| 0000620050 CUSTOMS & BROKERAGE CHARGES | 0.00 |
| 0000620060 PRODUCT CONSUMED-GASOLINE & OIL | 8,245.64 |
| 0000620070 VEHICLE TIRES & TUBES | 0.00 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000620072 GAS & OIL CONSUMED-VEHICLES | 0.00 |
| 0000630010 MARINE PRESERVATION / NATIONAL RESPONSE CORP | 0.00 |
| 0000630020 CHEMICALS EXP | 0.00 |
| 0000630030 CATALYST | (8,085.00) |
| 0000630040 ADDITIVES EXPENSE | 31,809.26 |
| 0000630070 MISC EXP - OPERATING EXPENSE | 0.00 |
| 0000640000 SHARED SERVICES CLEARING | 0.00 |
| OFFICE AND MISC OPERATING EXPENSES | 367,596.19 |
|  |  |
| 0000640050 MISC EXP - NON OPERATING EXPENSE | 0.00 |
| OTHER MISC O&M | 0.00 |
|  |  |
| OTHER O&M | 2,474,193.42 |
|  |  |
| OPERATING EXPENSES | 2,190,380.20 |
|  |  |
| 0000801021 UNIT BASED COMPENSATION | 0.00 |
| 0000801050 INS-WORKERS COMP | 7,265.98 |
| SALARIES AND WAGES | 7,265.98 |
| 0000807010 BUSINESS MEALS & ENTERTAINMENT | 0.00 |
| 0000807020 TRAVEL AND LODGING | 1,261.56 |
| MEALS & ENTERTAINMENT | 1,261.56 |
|  |  |
| 0000801059 SEMINARS/SYMPOSIUMS,CONFERENCES/CONVENT | 0.00 |
| 0000801060 REGISTRATIONS-TRAINING AND TUITION | 0.00 |
| 0000801067 TRAINING MATERIALS & SUPPLIES | 0.00 |
| TRAINING & EDUCATION | 0.00 |
|  |  |
| 0000801058 UNIFORMS AND LAUNDRY | 0.00 |
| 0000801068 HOUSEHOLD FURNISHINGS | 0.00 |
| 0000801071 EMPLOYEE ACTIVITIES | 0.00 |
| 0000801074 OUTSIDE HOUSING | 0.00 |
| 0000801075 EMPLOYEE BACKGROUND SCREENING | 0.00 |
| 0000801076 EMPLOYEE-RECRUITING | 0.00 |
| 0000801078 SAFETY EXPENSE | 0.00 |
| OTHER | 0.00 |
|  |  |
| EMPLOYEE EXPENSES | 8,527.54 |
|  |  |
| 0000814010 INS - EXECUTIVE RISK (D&O, CRIME, FIDUCIARY, K&R) | 16,271.74 |
| COMPREHENSIVE CRIME | 16,271.74 |
|  |  |
| 0000814011 INS-EXCESS LIABILITY | 44,536.87 |
| EXCESS LIABILITY | 44,536.87 |
|  |  |
| 0000814012 INS-ALL RISK PROPERTY | 104,526.88 |
| PROPERTY | 104,526.88 |
|  |  |
| 0000814014 INS-COMPREHENSIVE GENERAL LIABILITY | 0.00 |
| COMPREHENSIVE GENERAL LIABILITY | 0.00 |
|  |  |
| 0000814015 INS-BUSINESS INTERRUPTION | 29,977.59 |
| BUSINESS INTERRUPTION/FIRE & EXTEND COVERAGE | 29,977.59 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021<br>Unaudited |
|---|---:|
| 0000814016 INS-AUTO LIABILITY | 3,383.09 |
| AUTO PHYSICAL DAMAGE | 3,383.09 |
|  |  |
| 0000814050 INS-OTHER | 692,450.01 |
| OTHER | 692,450.01 |
|  |  |
| INSURANCE | 891,146.18 |
|  |  |
| 0000803011 CONSULTING FEES | 46,296.06 |
| CONSULTING FEES | 46,296.06 |
|  |  |
| 0000803013 LEGAL FEES | 278,714.00 |
| LEGAL FEES | 278,714.00 |
|  |  |
| 0000803014 MEDICAL FEES | 0.00 |
| MEDICAL FEES | 0.00 |
|  |  |
| 0000801080 EMPLOYMENT - AGENCY FEES | 0.00 |
| OTHER FEES | 0.00 |
|  |  |
| PROFESSIONAL FEES | 325,010.06 |
|  |  |
| 0000806030 REPAIR & MAINTENANCE - GENERAL | 0.00 |
| REPAIRS AND MAINTENANCE | 0.00 |
|  |  |
| 0000808040 TELECOMMUNICATIONS EXPENSE-DATA | 3,548.74 |
| 0000808042 TELECOMMUNICATIONS EXPENSE-VOICE | 2,879.45 |
| 0000808043 TELECOMMUNICATIONS EXP-CELLULAR | 6,246.29 |
| COMMUNICATION EXPENSES | 12,674.48 |
|  |  |
| 0000804011 HARDWARE - DESKTOP PURCHASES | 0.00 |
| 0000804014 HARDWARE - DESKTOP MAINTENANCE | 0.00 |
| 0000804017 HARDWARE - NETWORK PURCHASES | 0.00 |
| 0000804018 HARDWARE - NETWORK LEASE | 6,680.88 |
| 0000804020 HARDWARE - NETWORK MAINTENANCE | 2,157.80 |
| 0000804030 SOFTWARE - SERVER PURCHASES | 10,794.41 |
| 0000804031 SOFTWARE - MAINFRAME MAINTENANCE | 19,353.99 |
| 0000804032 SOFTWARE - MAINFRAME PURCHASES | 0.00 |
| 0000804033 SOFTWARE - SERVER MAINTENANCE | 15,837.00 |
| 0000804034 SOFTWARE - DESKTOP MAINTENANCE | 605.10 |
| 0000804035 SOFTWARE - DESKTOP PURCHASES | 0.00 |
| 0000804036 SOFTWARE - NETWORK PURCHASES | 0.00 |
| 0000804037 SOFTWARE - NETWORK MAINTENANCE | 0.00 |
| IT EXPENSES | 55,429.18 |
|  |  |
| COMMUNICATIONS AND IT EXPENSES | 68,103.66 |
|  |  |
| 0000802040 CONTRACTOR OVERHEAD | 0.00 |
| 0000802041 PINNACLE - NON R&M (G&A) | 0.00 |
| 0000802042 SHORT TERM - TEMPORARY OUTSIDE CONTRACTORS | 0.00 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| CONTRACTOR OVERHEAD | 0.00 |
|  |  |
| 0000802065 OUTSIDE LABOR/SERVICES | 9,395.45 |
| 0000802070 MEDIA (OUTSIDE PRINTING) | 0.00 |
| 0000802080 TEMPORARY OUTSIDE LABOR / SERVICES | 0.00 |
| 0000802090 CONTRACT SERVICES - LUMP SUM | 0.00 |
| OUTSIDE SERVICES | 9,395.45 |
|  |  |
| 0000808010 UTILITY EXPENSE-ELECTRICITY | 138.92 |
| UTILITIES | 138.92 |
|  |  |
| 0000802066 Cottages SS Rent Charges | 75,221.00 |
| 0000813015 RENTALS-PASSENGER CARS | 0.00 |
| 0000813030 RENTS OFFICE & REAL ESTATE | 0.00 |
| 0000813035 RENTALS-EQUIPMENT OTHER | 0.00 |
| RENTAL EXPENSES | 75,221.00 |
|  |  |
| 0000812015 BANK CHARGES | 1,277.89 |
| 0000817022 DEBT ADMIN&COLL AGENT FEES | 0.00 |
| 0000819010 EXCISE TAX EXPENSE | 0.00 |
| TAXES AND FEES | 1,277.89 |
|  |  |
| 0000812025 LICENSES AND PERMITS-OTHER | 0.00 |
| 0000812031 BOOKS/MANUALS/SUBSCRIPTIONS | 0.00 |
| LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS | 0.00 |
|  |  |
| 0000811010 CONTRIBUTIONS & DONATIONS | 0.00 |
| 0000811011 EXPENDITURE ON EDUCATION | 0.00 |
| 0000811017 COMMUNITY RELATIONS EVENTS | 0.00 |
| CONTRIBUTIONS AND DONATIONS | 0.00 |
|  |  |
| 0000805010 OFFICE SUPPLY | 649.99 |
| 0000805011 POSTAGE | 0.00 |
| 0000805020 OPERATING SUPPLY | 640.65 |
| 0000806010 MAINTENANCE SUPPLIES | 0.00 |
| 0000806011 AUTO REPAIRS | 0.00 |
| 0000806013 OUTSIDE CONTRACTORS | 0.00 |
| 0000820010 FREIGHT EXPENSE | 0.00 |
| 0000820072 GAS & OIL CONSUMED-VEHICLES | 0.00 |
| 0000830070 MISC EXPENSES - G&A | 10.00 |
| 0000830090 STARTUP COSTS ALLOCATED TO CAPITAL | 0.00 |
| OFFICE AND MISC OPERATING EXPENSES | 1,300.64 |
|  |  |
| 0000803020 CORPORATE OVERHEAD ALLOCATION | 0.00 |
| OTHER MISC O&M | 0.00 |
|  |  |
| OTHER O&M | 155,437.56 |
|  |  |
| GENERAL ADMINISTRATION EXPENSE | 1,380,121.34 |
|  |  |
| 0000619012 VARIABLE REFINERY PAYMENT | 0.00 |
| *VARIABLE TERMINAL PAYMENT | 0.00 |

**Limetree Bay Refining, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021<br>Unaudited |
|---|---:|
| 0000617010 DEPRECIATION | 1,184,451.16 |
| DEPRECIATION | 1,184,451.16 |
| *DEPRECIATION AND AMORTIZATION | 1,184,451.16 |
|  |  |
| **TOTAL EXPENSES | 4,754,952.70 |
|  |  |
| ***OPERATING INCOME | (6,167,168.96) |
|  |  |
| 0000818010 INTEREST EXPENSE | 121,587.67 |
| 0000818020 INVESTMENT INTEREST INCOME | (0.88) |
| 0000818027 AFFILIATED INTEREST EXPENSE - TRANCHE D TERM DEBT | 0.00 |
| 0000818028 AFFILIATED INTEREST EXPENSE - SUBORDINATED NOTE | 0.00 |
| **INTEREST AND FINANCING EXPENSE | 121,586.79 |
|  |  |
| 0000640020 (GAIN)/LOSS ON ASSET DISPOSAL | 0.00 |
| (GAIN) LOSS ON SALE OF ASSETS | 0.00 |
|  |  |
| 0000818022 MTM – Other Income/Expense | 0.00 |
| 0000900010 MAINTENANCE LABOR ACTIVITY | 0.00 |
| MISC OTHER (INCOME) EXPENSE | 0.00 |
|  |  |
| **OTHER INCOME (EXPENSE), NET | 0.00 |
|  |  |
| ***TOTAL NON-OPERATING INCOME (EXPENSE): | (121,586.79) |
|  |  |
| ****NET INCOME (LOSS) | (6,288,755.75) |