**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

**United States Bankruptcy Court**
**Southern District of Texas (Houston)**
**Limetree Bay Refining, LLC**

**Schedule of Bank Accounts - As of November 30, 2021**

| Description | Operating Account | Payroll Account | Construction Account | Debt Service Reserve Account | DIP Financing | Total - All Debtor Accounts |
|---|---|---|---|---|---|---|
| Account Name | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | |
| Bank Name | Oriental Bank | Oriental Bank | Deutsche Bank | Deutsche Bank | East West Bank | |
| Account Number - Last Four Digits | 0267 | 0268 | 2-001.10 | 2-001.11 | 7759 | |
| Beginning book balance (as of 11/01/21) | $ 111,080.19 | $ 445.47 | $ 12,040.91 | $ 3,533.42 | $ 1,211,546.25 | $ 1,338,646.24 |
| Plus: Deposits | (81,000.00) | - | 100,000.88 | - | 8,119,597.75 | 8,138,598.63 |
| Subtotal book balance | 30,080.19 | 445.47 | 112,041.79 | 3,533.42 | 9,331,144.00 | 9,477,244.87 |
| Less: Disbursements | (7,018,781.33) | (92.49) | - | - | (771.10) | (7,019,644.92) |
| Transfers [1] | 7,205,000.00 | - | - | - | (7,205,000.00) | - |
| Other: | - | - | - | - | - | - |
| **Ending book balance (as of 11/30/21)** | **$ 216,298.86** | **$ 352.98** | **$ 112,041.79** | **$ 3,533.42** | **$ 2,125,372.90** | **$ 2,457,599.95** |

**Notes:**
[1] Includes transfer in transit totaling $238,000 from East West Bank account ending in 7759 to Oriental Bank ending in 0267 that cleared the bank on 12/1/21.