# Oriental

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: October 31, 2021
This statement: November 30, 2021
Total days in statement period: 30

Page 1 of 4
0267
(2)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING, LLC
1 ESTATE HOPE
CHRISTIANSTED VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

---

## Premium Business

| | | | |
|---|---|---|---|
| Account number | 0267 | Beginning balance | $111,080.19 |
| Enclosures | 2 | Total additions | 7,008,049.99 |
| Low balance | $33,522.18 | Total subtractions | 6,903,223.32 |
| Average balance | $164,469.91 | Ending balance | $215,906.86 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1934 | 11-12 | 27.65 | * Skip in check sequence | | |
| 1936 * | 11-24 | 1,000.00 | | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 11-04 | ' Wire Transfer-Out<br>WIRE OUT -ADP LLC<br>202111040000834 | 35,452.11 |
| 11-04 | ' Wire Transfer-Out<br>WIRE OUT -FIRST INSURANCE FUNDING<br>202111040000833 | 45,018.20 |
| 11-04 | ' Wire Transfer-Out<br>WIRE OUT -405 SENTINEL, LLC<br>202111040000836 | 67,579.88 |
| 11-04 | ' Preauthorized Wd<br>LIMETREE BAY ACH 211104 | 73,315.74 |
| 11-05 | ' Wire Transfer-Out<br>WIRE OUT -ASCENSUS TRUST COMPANY<br>202111050001285 | 4,622.50 |
| 11-05 | ' Preauthorized Wd<br>LIMETREE BAY ACH 211105 | 177,939.66 |
| 11-08 | ' Wire Transfer-Out<br>WIRE OUT -405 SENTINEL, LLC<br>202111080002000 | 5,317,000.00 |

LIMETREE BAY REFINING, LLC                                     Page 2 of 4
November 30, 2021                                              XXXXXX0267

| Date | Description | | Subtractions |
|------|-------------|---|-------------|
| 11-09 | ' Preauthorized Wd | | 40,141.00 |
| | LIMETREE BAY ACH 211109 | | |
| 11-10 | ' Preauthorized Wd | | 42,426.47 |
| | LIMETREE BAY ACH 211110 | | |
| 11-10 | ' Cash Mgmt Trsfr Dr | | 61,000.00 |
| | REF 3140859L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 10 2021 | | |
| 11-12 | ' Preauthorized Wd | | 142,238.78 |
| | LIMETREE BAY ACH 211112 | | |
| 11-15 | ' Preauthorized Wd | | 103,087.56 |
| | LIMETREE BAY ACH 211115 | | |
| 11-17 | ' Cash Mgmt Trsfr Dr | | 19,160.87 |
| | REF 3211334L FUNDS TRANSFER TO DEP | 9646 | |
| | FROM FUEL PURCHASE NOV 5 SETTLEMENT | | |
| 11-18 | ' Preauthorized Wd | | 56,197.58 |
| | LIMETREE BAY ACH 211118 | | |
| 11-19 | ' Preauthorized Wd | | 51,830.69 |
| | LIMETREE BAY ACH 211119 | | |
| 11-19 | ' Preauthorized Wd | | 159,815.79 |
| | LIMETREE BAY ACH 211119 | | |
| 11-23 | ' Maintenance Fee | | 414.30 |
| | ANALYSIS ACTIVITY FOR 10/21 | | |
| 11-23 | ' Preauthorized Wd | | 27,892.67 |
| | LIMETREE BAY ACH 211123 | | |
| 11-24 | ' Preauthorized Wd | | 102,799.14 |
| | LIMETREE BAY ACH 211124 | | |
| 11-29 | ' Cash Mgmt Trsfr Dr | | 45,000.00 |
| | REF 3331324L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 29 2021 | | |
| 11-30 | ' Cash Mgmt Trsfr Dr | | 15,000.00 |
| | REF 3341407L FUNDS TRANSFER TO DEP | 0216 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 30 2021 | | |
| 11-30 | ' Preauthorized Wd | | 65,979.57 |
| | LIMETREE BAY ACH 211130 | | |
| 11-30 | ' Cash Mgmt Trsfr Dr | | 88,000.00 |
| | REF 3341726L FUNDS TRANSFER TO DEP | 9646 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 30 2021 | | |
| 11-30 | ' Preauthorized Wd | | 160,283.16 |
| | LIMETREE BAY ACH 211130 | | |

**CREDITS**

| Date | Description | | Additions |
|------|-------------|---|-----------|
| 11-04 | ' Cash Mgmt Trsfr Cr | | 40,000.00 |
| | REF 3080923L FUNDS TRANSFER FRMDEP | 0986 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 3 2021 | | |

0  -125660

LIMETREE BAY REFINING, LLC             Page 3 of 4
November 30, 2021             0267

| Date | Description | Additions |
|---|---|---|
| 11-04 | ' Wire Transfer-IN | 300,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111040000520 | |
| 11-05 | ' Wire Transfer-IN | 200,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111050000800 | |
| 11-08 | ' Wire Transfer-IN | 5,317,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111080001288 | |
| 11-12 | ' Wire Transfer-IN | 250,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111120002231 | |
| 11-15 | ' Credit Memo | 649.99 |
| | ACH RETURN R13 11/10/21 221571410000001 | |
| | ROSSILLE DELANDE REJECT RETIRED | |
| 11-19 | ' Wire Transfer-IN | 400,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111190000718 | |
| 11-23 | ' Deposit | 400.00 |
| 11-29 | ' Wire Transfer-IN | 200,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111290001133 | |
| 11-30 | ' Wire Transfer-IN | 300,000.00 |
| | WIRE IN -LIMETREE BAY REFINING LLC | |
| | 202111300001199 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 111,080.19 | 11-10 | 103,584.63 | 11-19 | 221,875.70 |
| 11-04 | 229,714.26 | 11-12 | 211,318.20 | 11-23 | 193,968.73 |
| 11-05 | 247,152.10 | 11-15 | 108,880.63 | 11-24 | 90,169.59 |
| 11-08 | 247,152.10 | 11-17 | 89,719.76 | 11-29 | 245,169.59 |
| 11-09 | 207,011.10 | 11-18 | 33,522.18 | 11-30 | 215,906.86 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0  -125661

STANDARD BANK RECONCILIATION

Month ___November___   Year ___2021___

Account No. _Oriental Bank *0267_          Account Name _Limetree Bay Refining, LLC_

| | | | | | |
|---|---|---|---|---|---|
| Bank Balance shown on Bank Statement | $ | 215,906.86 | Your transaction register balance | $ | 216,298.86 |

Add (+)
Deposits not shown on Bank Statement          $  238,000.00

Total          $  453,906.86

Add (+)
Other credits shown on the bank
statement but not in transaction register          $  -

Add (+)
Interest paid on bank statement          $  -

Total          $  216,298.86

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| 001935 | $      35.00 | | |
| 001937 | 172,352.00 | | |
| 001938 | 543.00 | | |
| 001939 | 64,678.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions          $  237,608.00          Total Subtractions          $  -

Balance          $  216,298.86          Balance          $  216,298.86

**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: October 31, 2021          Page 1 of 2
This statement: November 30, 2021              0268
Total days in statement period: 30         (0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING, LLC
1 ESTATE HOPE              Oriental Bank
CHRISTIANSTED VI 00820-5652    254 Munoz Rivera Ave
Hato Rey PR 00918

## Premium Business

| | | | |
|---|---|---|---|
| Account number | 0268 | Beginning balance | $445.47 |
| Low balance | $352.98 | Total additions | .00 |
| Average balance | $420.81 | Total subtractions | 92.49 |
| | | Ending balance | $352.98 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 11-23 | Maintenance Fee | 92.49 |
| | ANALYSIS ACTIVITY FOR 10/21 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 445.47 | 11-23 | 352.98 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0 -125664

STANDARD BANK RECONCILIATION

Month     <u>November</u>     Year     <u>2021</u>

Account No.   <u>Oriental Bank *0268</u>       Account Name    <u>Limetree Bay Refining, LLC</u>

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ <u>352.98</u> | Your transaction register balance | $ <u>352.98</u> |
| Add (+)<br>Deposits not shown on Bank Statement | $ <u>-</u> | Add (+)<br>Other credits shown on the bank statement but not in transaction register | $ <u>-</u> |
| Total | $ <u>352.98</u> | Add (+)<br>Interest paid on bank statement | $ <u>-</u> |
| Subtract (-)<br>Checks and other items outstanding but not paid on Bank Statement | | Total | $ <u>352.98</u> |

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ <u>-</u> | Total Subtractions | $ <u>-</u> |
| Balance | $ <u>352.98</u> | Balance | $ <u>352.98</u> |

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Revenue Account |
| Portfolio Number: | 001.4 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | **$** | **0.00** |

**Closing Balance**              **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



|  | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Revenue Account |
| Portfolio Number: | 001.4 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $    0.00 | $    0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR O&M Account |
| Portfolio Number: | .001.5 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**          **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR O&M Account |
| Portfolio Number: | 001.5 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | $ 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Reinvestment & Repair Account |
| Portfolio Number: | 001.6 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |

Closing Balance     0.00

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



Page 2 of 4

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Reinvestment & Repair Account |
| Portfolio Number: | 001.6 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | $ 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank ◪

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Distribution Suspense Account |
| Portfolio Number: | 001.8 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

**Summary**

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$** | **0.00** | **Closing Balance** | **0.00** |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Distribution Suspense Account |
| Portfolio Number: | 001.8 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 2 of 4

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $    0.00 | $    0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

**Deutsche Bank**

|  |  |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Operating Reserve  Account |
| Portfolio Number: | 001.9 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

| Cash Summary | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $ | **0.00** | **Closing Balance** | **0.00** |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



|  |  |  |
|---|---|---|
| Account Name: | Limetree Bay Refining LLC | Page 2 of 4 |
| Portfolio Name: | LBR Operating Reserve  Account | |
| Portfolio Number: | 001.9 | |
| Statement Period: | November 01, 2021 - November 30, 2021 | |
| Account Administrator: | Shamarri Hartzog (714-247-6353) | |
| Account Manager: | Scott Dodic (212-250-7848) | |
| Team Lead: | Thalia Delahayes (212-250-7336) | |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $       0.00 | $       0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | **0.00** | **$0.00** | **0.00** | | | **$0.00** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

 **Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Construction Account |
| Portfolio Number: | 01.10 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 112,041.79 |
| Total Portfolio Value: | $ | 112,041.79 |
| YTD Interest: | $ | 0.00 |
| YTD Dividends: | $ | 224.45 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 112,041.79 |
| Total Portfolio Value: | $ | 112,041.79 |

| Cash Summary | | | | | |
|---|---|---|---|---|---|
| Beginning Balance | $ | 0.00 | Disbursements: | | |
| Receipts: | | | Purchase of Investments | $ | 100,000.00 |
| Cash Receipts | $ | 100,000.00 | Dividends Reinvested | $ | 0.88 |
| Total Receipts | $ | 100,000.00 | Total Disbursements | $ | (100,000.00) |
| | | | Closing Balance | $ | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | | | Page 2 of 4 |
|---|---|---|---|
| Account Name: | Limetree Bay Refining LLC | | |
| Portfolio Name: | LBR Construction Account | | |
| Portfolio Number: | 01.10 | | |
| Statement Period: | November 01, 2021 - November 30, 2021 | | |
| Account Administrator: | Shamarri Hartzog (714-247-6353) | | |
| Account Manager: | Scott Dodic (212-250-7848) | | |
| Team Lead: | Thalia Delahayes (212-250-7336) | | |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | 12,040.91 |
| 11/01 | Dividend Reinvestment<br>BL #86 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ 0.00 | $ 0.88 | $ 0.00 | $ 0.00 | $ 0.00 | 12,041.79 |
| 11/02 | Auto Wire Receipt<br>MONEY TRANSFER RECEIPT: 0724026940017345 REM=072<br>4026940017345 OBI=POR T SE1972-001.10LBR-CONSTRU<br>CTION ACCOUNTBBI=BNF-NYLTD FUNDS CONTROL-NY<br>Sending Bank: 072402694    HILLSDALE COUNTY NATIONAL BANK<br>Beneficiary: SE1972-001.10 LIMETREE BAY REFINING LLC<br>    FED 1102GMQFMP01024271-11.02.2021<br>    BANKREF M102814IFD110221 M102814IFD11022120211102 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 12,041.79 |
| 11/03 | Mutual Fund Purchase<br>MF Buy<br>@ 1.00<br>BL #86 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ (50,000.00) | $ 50,000.00 | $ 0.00 | $ 1.00 | $ 0.00 | 62,041.79 |
| 11/19 | Auto Wire Receipt<br>MONEY TRANSFER RECEIPT: 0724026940017576 REM=072<br>4026940017576 OBI=POR T SE1972-001.10LBR-CONSTRU<br>CTION ACCOUNTBBI=BNF-NYLTD FUNDS CONTROL-NY<br>Sending Bank: 072402694    HILLSDALE COUNTY NATIONAL BANK<br>Beneficiary: SE1972-001.10 LIMETREE BAY REFINING LLC<br>    FED 1119GMQFMP01031223-11.19.2021<br>    BANKREF M103072IFD111921 M103072IFD11192120211119 | $ 50,000.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 50,000.00 | 62,041.79 |
| 11/22 | Mutual Fund Purchase<br>MF Invest<br>@ 1.00<br>BL #86 -0U4 FedFund Admin<br>CUSIP: 09248U445    / ISIN: US09248U4452 | $ (50,000.00) | $ 50,000.00 | $ 0.00 | $ 1.00 | $ 0.00 | 112,041.79 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



Page 3 of 4

Account Name: Limetree Bay Refining LLC
Portfolio Name: LBR Construction Account
Portfolio Number: 01.10
Statement Period: November 01, 2021 - November 30, 2021
Account Administrator: Shamarri Hartzog (714-247-6353)
Account Manager: Scott Dodic (212-250-7848)
Team Lead: Thalia Delahayes (212-250-7336)

## Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| BL #86 -0U4 FedFund Admin CUSIP: 09248U445 | 112,041.79 | $112,041.79 | 112,041.79 | $1.00 | 0.03% | $112,041.79 | $1.10 | n/a / N/A |
| **Total Portfolio** | **112,041.79** | **$112,041.79** | **112,041.79** | | | **$112,041.79** | **$1.10** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

|  |  |
|---|---|
| Account Name: | Limetree Bay Refining LLC |
| Portfolio Name: | LBR Debt Service Reserve Account |
| Portfolio Number: | 01.11 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | Scott Dodic (212-250-7848) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Page 1 of 4

## Summary

| Portfolio Market Value Summary as of 11/30/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 3,533.42 |
| Total Portfolio Value: | $ | 3,533.42 |
| | | |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 3,533.42 |
| Total Portfolio Value: | $ | 3,533.42 |

| Cash Summary | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Closing Balance**                     **0.00**

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



| | | |
|---|---|---|
| Account Name: | Limetree Bay Refining LLC | Page 2 of 4 |
| Portfolio Name: | LBR Debt Service Reserve Account | |
| Portfolio Number: | 01.11 | |
| Statement Period: | November 01, 2021 - November 30, 2021 | |
| Account Administrator: | Shamarri Hartzog (714-247-6353) | |
| Account Manager: | Scott Dodic (212-250-7848) | |
| Team Lead: | Thalia Delahayes (212-250-7336) | |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | $ 3,533.42 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| BL #86 -0U4 FedFund Admin CUSIP: 09248U445 | 3,533.42 | $3,533.42 | 3,533.42 | $1.00 | 0.03% | $3,533.42 | $0.00 | n/a / N/A |
| **Total Portfolio** | **3,533.42** | **$3,533.42** | **3,533.42** | | | **$3,533.42** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

STANDARD BANK RECONCILIATION

Month    November    Year    2021

Account No.    Deutsche Bank *01.10           Account Name    Limetree Bay Refining, LLC
                                                              LBR Construction Account

| | | | | | |
|---|---|---|---|---|---|
| Bank Balance shown on Bank Statement | $ | 112,041.79 | Your transaction register balance | $ | 112,041.79 |

Add (+)
Deposits not shown on Bank Statement    $    -

Total    $    112,041.79

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Add (+)
Other credits shown on the bank
statement but not in transaction register    $    -

Add (+)
Interest paid on bank statement    $    -

Total    $    112,041.79

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

Total Subtractions    $    -                Total Subtractions    $    -

Balance    $    112,041.79                   Balance    $    112,041.79

STANDARD BANK RECONCILIATION

Month ___November___   Year ___2021___

Account No. ___Deutsche Bank *01.11___          Account Name   Limetree Bay Refining, LLC
                                                              ___LBR Debt Service Reserve Account___

| | | |
|---|---|---|
| Bank Balance shown on Bank Statement | $ 3,533.42 | Your transaction register balance $ 3,533.42 |

Add (+)
Deposits not shown on Bank Statement          $        -

Total                                        $ 3,533.42

Add (+)
Other credits shown on the bank
statement but not in transaction register    $        -

Add (+)
Interest paid on bank statement              $        -

Total                                        $ 3,533.42

Subtract (-)
Checks and other items outstanding but not
paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
|  | $ |
|  |  |
|  |  |
|  |  |

Total Subtractions        $        -

Balance                   $ 3,533.42

Total Subtractions        $        -

Balance                   $ 3,533.42

# EAST WEST BANK  *Your financial bridge®*

Direct inquiries to:
888 761-3967

9300 Flair Dr., 1St FL
El Monte, CA. 91731

**ACCOUNT STATEMENT**
Page 1 of 2
STARTING DATE: November 01, 2021
ENDING DATE: November 30, 2021
Total days in statement period: 30
7759
( 0)

LIMETREE BAY REFINING LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #21-32354
%B RILEY FINANCIAL
3500 MAPLE AVE STE 420
DALLAS TX 75219-3957

> From all of us at East West Bank, we wish you a wonderful holiday season. As we enter the new year together, we look forward to continue to serve your financial needs. Thank you for choosing us as your bank.

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | 7759 | Beginning balance | $1,211,546.25 |
| Low balance | $1,211,214.61 | Total additions (1) | $8,119,597.75 |
| Average balance | $3,928,021.99 | Total subtractions (10) | 6,967,771.10 |
| | | Ending balance | $2,363,372.90 |

### CREDITS

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 11-03 | Wire Trans-IN      J. ARON + COMPANY LLC 200 WEST ST N | 8,119,597.75 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 11-01 | Debit Memo | FIDUCIARY MAINTENA NCE | 25.00 |
| 11-01 | Debit Memo | FIDUCIARY COLLATER AL | 306.64 |
| 11-04 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 300,000.00 |
| 11-05 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 200,000.00 |
| 11-08 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 5,317,000.00 |
| 11-12 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 250,000.00 |
| 11-19 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 400,000.00 |
| 11-23 | Analysis Servic | ANALYSIS ACTIVITY FOR 10/21 | 439.46 |
| 11-29 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 200,000.00 |
| 11-30 | Outgoing Wire | LIMETREE BAY REFIN ING LLC | 300,000.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 1,211,546.25 | 11-05 | 8,830,812.36 | 11-23 | 2,863,372.90 |
| 11-01 | 1,211,214.61 | 11-08 | 3,513,812.36 | 11-29 | 2,663,372.90 |
| 11-03 | 9,330,812.36 | 11-12 | 3,263,812.36 | 11-30 | 2,363,372.90 |
| 11-04 | 9,030,812.36 | 11-19 | 2,863,812.36 | | |

3409    rev 05-16

STANDARD BANK RECONCILIATION

Month ___November___    Year ___2021___

Account No. __East West Bank *7759__        Account Name __Limetree Bay Refining, LLC / Chapter 11 Debtor In Possession__

| | | | |
|---|---|---|---|
| Bank Balance shown on Bank Statement | $ 2,363,372.90 | Your transaction register balance | $ 2,125,372.90 |
| Add (+)<br>Deposits not shown on Bank Statement | $ - | Add (+)<br>Other credits shown on the bank statement but not in transaction register | $ - |
| Total | $ 2,363,372.90 | Add (+)<br>Interest paid on bank statement | $ - |
| Subtract (-)<br>Checks and other items outstanding but not paid on Bank Statement | | Total | $ 2,125,372.90 |

Subtract (-)
Checks and other items outstanding but not paid on Bank Statement

| Number | Amount | Number | Amount |
|---|---|---|---|
| Wire | $238,000.00 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Subtract (-)
Other debits shown on bank statement

but not in transaction register

| Number | Amount |
|---|---|
| | $ |
| | |
| | |
| | |

| | | | |
|---|---|---|---|
| Total Subtractions | $ 238,000.00 | Total Subtractions | $ - |
| Balance | $ 2,125,372.90 | Balance | $ 2,125,372.90 |