## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING November 1, 2021 AND ENDING November 30,2021

Name of Debtor: Limetree Bay Refining Operating, LLC      Case Number:  21-32355
Date of Petition:   July 12, 2021

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 80,412.55 | $ 20,962.36 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | - |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | - |
| C. Other Receipts | 121,000.00 | 8,644,342.86 |
| (If you receive rental income, you must attach a rent roll) | | |
| **3. TOTAL RECEIPTS** *(Lines 2A+2B+2C)* | 121,000.00 | 8,644,342.86 |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS** *(Line 1 + Line 3)* | 201,412.55 | 8,665,305.22 |
| **5. DISBURSEMENTS** | | |
| A.  Advertising | - | - |
| B.  Bank Charges & Fees | 272.04 | 1,379.31 |
| C.  Contract Labor | - | - |
| D.  Fixed Asset Payments (not incl. in "N") | - | - |
| E.  Insurance | - | - |
| F.  Inventory Payments | - | - |
| G.  Leases & Contracts | - | - |
| H.  Manufacturing Supplies | - | - |
| I.  Office Supplies | - | - |
| J.  Payroll | 97,109.80 | 5,097,728.51 |
| K.  Professional Fees (Accounting & Legal) | - | - |
| L.  Rent | - | - |
| M.  Repairs & Maintenance | - | - |
| N.  Secured Creditor Payments | - | - |
| O.  Taxes Paid - Payroll | 24,428.29 | 1,745,840.66 |
| P.  Taxes Paid - Sales & Use | - | - |
| Q.  Taxes Paid - Other | - | - |
| R.  Telephone | - | - |
| S.  Travel & Entertainment | - | - |
| T.  U.S. Trustee | - | - |
| U.  Utilities | - | - |
| V.  Vehicle Expenses | - | - |
| W.  Other Operating Expenses | 8,143.97 | 1,748,898.29 |
| **6. TOTAL DISBURSEMENTS** *(Sum of 5A thru W)* | 129,954.10 | 8,593,846.77 |
| **7. ENDING BALANCE** *(Line 4 Minus Line 6)* | $ 71,458.45 | $ 71,458.45 |

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (CONT'D.)

### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfers to/from Limetree Bay Refining, LLC | $ 121,000.00 | $ 8,644,342.48 |
| Limetree Bay Terminal Services | - | 0.38 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ 121,000.00 | $ 8,644,342.86 |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Employee Benefits | $ 8,143.97 | $ 1,742,767.52 |
| Wage Garnishments | - | 6,130.77 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ 8,143.97 | $ 1,748,898.29 |