**Limetree Bay Refining Operating, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| TOTAL ASSETS | |
| 0000110500 LBRO OPERATING ACCOUNT - ORIENTAL - 8202040215 | 416.45 |
| 0000110510 LBRO PAYROLL ACCOUNT - ORIENTAL - 8202040216 | 71,042.00 |
| *CASH & CASH EQUIVALENTS | **71,458.45** |
| | |
| 0000150500 Intercompany A/R | 98,237,201.28 |
| *ACCOUNTS RECEIVABLE - AFFILIATE | **98,237,201.28** |
| **TOTAL CURRENT ASSETS | **98,308,659.73** |
| | |
| **** TOTAL ASSETS | **98,308,659.73** |
| | |
| TOTAL LIABILITIES AND MEMBERS' EQUITY | |
| | |
| TOTAL LIABILITIES | |
| | |
| 0000235500 Intercompany A/P | (120,649,881.94) |
| *AFFILIATE PAYABLE, NET | **(120,649,881.94)** |
| | |
| 0000230010 ACCRUED PAYROLL | (76,970.46) |
| 0000230011 ACCRUED BONUS | (4,043,803.92) |
| *ACCRUED LIABILITIES | **(4,120,774.38)** |
| **TOTAL CURRENT LIABILITIES | **(124,770,656.32)** |
| | |
| *** TOTAL LIABILITIES | **(124,770,656.32)** |
| | |
| TOTAL MEMBERS' EQUITY | |
| | |
| 0000320010 MEMBERS INITIAL INVESTMENT | (16,518,717.47) |
| *MEMBERS' INITIAL EQUITY | **(16,518,717.47)** |
| **MEMBERS' EQUITY | **(16,518,717.47)** |
| | |
| 0000380020 RETAINED EARNINGS | 7,261,729.35 |
| **RETAINED EARNINGS / ACCUMULATED DEFICIT | **7,261,729.35** |
| | |
| **PROFIT/LOSS IN CURRENT YEAR | **35,718,984.71** |
| | |
| *** TOTAL MEMBERS' EQUITY | **26,461,996.59** |
| | |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | **(98,308,659.73)** |

**Limetree Bay Refining Operating, LLC**
Income Statement
For the month ending November 30, 2021

|  | November 1-30, 2021 Unaudited |
|---|---:|
| INCOME STATEMENT |  |
|  |  |
| 0000601010 SALARIES AND WAGES (REGULAR & EXECUTIVE) | 179,543.62 |
| 0000601013 CAPITALIZED LABOR TO PROJECTS OFFSET | 0.00 |
| 0000601014 SALARIES AND WAGES-TERMINATIONS/SEVERANCE | 0.00 |
| 0000601020 VARIABLE COMPENSATION | 0.00 |
| 0000601025 SALARIES AND WAGES-OVERTIME WAGES | 23,757.45 |
| 0000601052 PAYROLL TAXES ALLOCATED  - FICA | 170,382.91 |
| 0000601053 TAXES-FEDERAL UNEMPLOYMENT | 0.00 |
| 0000601054 TAXES-STATE UNEMPLOYMENT | 41,914.05 |
| SALARIES AND WAGES | 415,598.03 |
|  |  |
| 0000601051 EMPLOYEE BENEFITS-HOSPITALIZATION/MEDICAL | 40,641.85 |
| 0000601056 EMPLOYEE BENEFITS-RETIREMENT PLAN | 0.00 |
| BENEFITS | 40,641.85 |
|  |  |
| 0000601064 EDUCATIONAL ASSISTANCE | 0.00 |
| TRAINING & EDUCATION | 0.00 |
|  |  |
| 0000601063 OTHER EMPLOYEE EXPENSE | 0.00 |
| OTHER | 0.00 |
|  |  |
| EMPLOYEE EXPENSES | 456,239.88 |
| 0000612020 FINES & PENALTY | 0.00 |
| TAXES AND FEES | 0.00 |
|  |  |
| OTHER O&M | 0.00 |
|  |  |
| OPERATING EXPENSES | 456,239.88 |
|  |  |
| 0000801010 SALARIES AND WAGES (REGULAR & EXECUTIVE) | 131,459.53 |
| 0000801013 CAPITALIZED LABOR | 0.00 |
| 0000801014 SALARIES AND WAGES-TERMINATIONS/SEVERANCE | 0.00 |
| 0000801020 VARIABLE COMPENSATION | 0.00 |
| 0000801025 SALARIES AND WAGES-OVERTIME WAGES | 30.52 |
| 0000801052 PAYROLL TAXES ALLOCATED  - FICA | 4,340.64 |
| 0000801053 TAXES-FEDERAL UNEMPLOYMENT | 0.00 |
| 0000801054 TAXES-STATE UNEMPLOYMENT | 138.50 |
| SALARIES AND WAGES | 135,969.19 |
|  |  |
| 0000801051 EMPLOYEE BENEFITS-HOSPITALIZATION/MEDICAL | 17,438.02 |
| 0000801056 EMPLOYEE BENEFITS-SAVINGS PLAN | 0.00 |
| BENEFITS | 17,438.02 |
|  |  |
| 0000801057 RELOCATION | (201,500.00) |
| TRAVEL | (201,500.00) |

**Limetree Bay Refining Operating, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000801064 EDUCATIONAL ASSISTANCE | 0.00 |
| TRAINING & EDUCATION | 0.00 |
|  |  |
| EMPLOYEE EXPENSES | (48,092.79) |
|  |  |
| 0000808043 TELECOMMUNICATIONS EXP-CELLULAR | 0.00 |
| COMMUNICATION EXPENSES | 0.00 |
| COMMUNICATIONS AND IT EXPENSES | 0.00 |
|  |  |
| 0000812015 BANK CHARGES | 272.04 |
| TAXES AND FEES | 272.04 |
|  |  |
| OTHER O&M | 272.04 |
|  |  |
| GENERAL ADMINISTRATION EXPENSE | (47,820.75) |
|  |  |
| **TOTAL EXPENSES | 408,419.13 |
|  |  |
| ***OPERATING INCOME | (408,419.13) |
|  |  |
| ****NET INCOME (LOSS) | (408,419.13) |