**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

# United States Bankruptcy Court
# Southern District of Texas (Houston)
# Limetree Bay Refining Operating, LLC

## Schedule of Bank Accounts - As of November 30, 2021

| Description | Operating Account | Payroll Account | Total - All Debtor Accounts |
|---|---:|---:|---:|
| Account Name | Limetree Bay Refining Operating, LLC | Limetree Bay Refining Operating, LLC | |
| Bank Name | Oriental Bank | Oriental Bank | |
| Account Number - Last Four Digits | 0215 | 0216 | |
| Beginning book balance (as of 11/01/21) | $ 508.90 | $ 79,903.65 | $ 80,412.55 |
| Plus:  Deposits | - | 121,000.00 | 121,000.00 |
| Subtotal book balance | 508.90 | 200,903.65 | 201,412.55 |
| Less:  Disbursements | (92.45) | (129,861.65) | (129,954.10) |
| Transfers | - | - | - |
| Other: | - | - | - |
| **Ending book balance (as of 11/30/21)** | $ 416.45 | $ 71,042.00 | $ 71,458.45 |