

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: October 31, 2021
This statement: November 30, 2021
Total days in statement period: 30

Page 1 of 2
0215
(0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING OPERATING LLC
1 ESTATE HOPE CHRISTIANSTED
ST CROIX VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## Premium Business

| | | | |
|---|---|---|---|
| Account number | 0215 | Beginning balance | $508.90 |
| Low balance | $416.45 | Total additions | .00 |
| Average balance | $484.25 | Total subtractions | 92.45 |
| | | Ending balance | $416.45 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 11-23 | ' Maintenance Fee | 92.45 |
| | ANALYSIS ACTIVITY FOR 10/21 | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 508.90 | 11-23 | 416.45 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0 -125654

**LIMETREE BAY REFINING OPERATING**
**LBRO Operating Account - 110500**
**BA         0215**
**November 2021**

|  | Date | | Amount |
|---|---|---|---|
| Opening Balance per Bank | 10/31/2021 | $ | 508.90 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | (92.45) |
| Checks Cleared | | $ | - |
| Intransit Deposit | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 416.45 |
| Opening Balance per Book | 10/31/2021 | | $508.90 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | (92.45) |
| Checks Issued | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 416.45 |
| Outstanding Checks | | $ | - |
| | | $ | 416.45 |
| | | $ | 0.00 |

Reconciled by      George Southwell

Date:                   12/1/2021

Approved by      _____

Date:                   _____



P.O. Box 195115
San Juan, PR 00919-5115

Last statement: October 31, 2021  
This statement: November 30, 2021  
Total days in statement period: 30

Page 1 of 3
0216
(0)

Direct inquiries to:
787-620-0000

LIMETREE BAY REFINING OPERATING LLC
1 ESTATE HOPE CHRISTIANSTED
ST CROIX VI 00820-5652

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

## Premium Business

| | | | |
|---|---:|---|---:|
| Account number | 0216 | Beginning balance | $79,903.65 |
| Low balance | $11,042.00 | Total additions | 121,000.00 |
| Average balance | $40,092.24 | Total subtractions | 129,861.65 |
| | | Ending balance | $71,042.00 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---:|
| 11-04 | ' Wire Transfer-Out | 12,131.59 |
| | WIRE OUT -ADP LLC | |
| | 202111040001788 | |
| 11-04 | ' Wire Transfer-Out | 48,325.55 |
| | WIRE OUT -ADP LLC | |
| | 202111040001787 | |
| 11-05 | ' Preauthorized Wd | 700.00 |
| | LIMETREE BA 0216 PAYMENT 211105 | |
| 11-08 | ' Preauthorized Wd | 3,683.89 |
| | ASCENSUS TRUST RET PLAN 211108 | |
| 11-17 | ' Preauthorized Wd | 700.00 |
| | LIMETREE BA 0216 PAYMENT 211117 | |
| 11-18 | ' Preauthorized Wd | 3,060.08 |
| | ASCENSUS TRUST RET PLAN 211118 | |
| 11-18 | ' Wire Transfer-Out | 12,296.70 |
| | WIRE OUT -ADP LLC | |
| | 202111180000368 | |
| 11-18 | ' Wire Transfer-Out | 48,784.25 |
| | WIRE OUT -ADP LLC | |
| | 202111180000367 | |
| 11-23 | ' Maintenance Fee | 179.59 |
| | ANALYSIS ACTIVITY FOR 10/21 | |

0 -125656

LIMETREE BAY REFINING OPERATING LLC  
November 30, 2021

Page 2 of 3  
0216

## CREDITS

| Date | Description | | Additions |
|---|---|---|---|
| 11-10 | ' Cash Mgmt Trsfr Cr | | 61,000.00 |
| | REF 3140859L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 10 2021 | | |
| 11-29 | ' Cash Mgmt Trsfr Cr | | 45,000.00 |
| | REF 3331324L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 29 2021 | | |
| 11-30 | ' Cash Mgmt Trsfr Cr | | 15,000.00 |
| | REF 3341407L FUNDS TRANSFER FRMDEP | 0267 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 30 2021 | | |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 79,903.65 | 11-10 | 76,062.62 | 11-29 | 56,042.00 |
| 11-04 | 19,446.51 | 11-17 | 75,362.62 | 11-30 | 71,042.00 |
| 11-05 | 18,746.51 | 11-18 | 11,221.59 | | |
| 11-08 | 15,062.62 | 11-23 | 11,042.00 | | |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Thank you for banking with Oriental Bank**

0  -125657

**LIMETREE BAY REFINING OPERATING**
**LBRO Payroll Account - 110510**
**BA        0216**
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance per Bank | 10/31/2021 | $ | 79,903.65 |
| Deposits | | $ | 121,000.00 |
| ACH / Debits | | $ | (8,143.97) |
| Wires | | $ | (121,538.09) |
| Bank Charges | | $ | (179.59) |
| Checks Cleared | | $ | - |
| Intransit Payment | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 71,042.00 |
| Opening Balance per Book | 10/31/2021 | $ | 79,903.65 |
| Deposits | | $ | 121,000.00 |
| ACH / Debits | | $ | (8,143.97) |
| Wires | | $ | (121,538.09) |
| Bank Charges | | $ | (179.59) |
| Checks Issued | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 71,042.00 |
| Intransit Payroll Related Payments | | $ | - |
| Intransit Payroll Payment | | $ | - |
| Outstanding Checks | | $ | - |
| Ending Balance per Bank | | $ | 71,042.00 |
| | | $ | - |

Reconciled by        George Southwell

Date:        12/3/2021

Approved by

Date: