## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING November 1, 2021 AND ENDING November 30,2021

**Name of Debtor:** Limetree Bay Refining Marketing, LLC    **Case Number:** 21-32356
**Date of Petition:** July 12, 2021

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $ 41,409.50 | $ 1,169,291.77 |
| **2. RECEIPTS:** | | |
| A. Cash Sales | - | 1,033,200.00 |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivable | - | 2,970,729.00 |
| C. Other Receipts | (39,998.58) | (4,973,487.87) |
| (If you receive rental income, you must attach a rent roll) | | |
| **3. TOTAL RECEIPTS (Lines 2A+2B+2C)** | (39,998.58) | (969,558.87) |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3)** | 1,410.92 | 199,732.90 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | - | - |
| B. Bank Charges & Fees | 88.99 | 737.47 |
| C. Contract Labor | - | - |
| D. Fixed Asset Payments (not incl. in "N") | - | - |
| E. Insurance | - | 78,768.79 |
| F. Inventory Payments | - | - |
| G. Leases & Contracts | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | - | - |
| J. Payroll | - | - |
| K. Professional Fees (Accounting & Legal) | - | - |
| L. Rent | - | - |
| M. Repairs & Maintenance | - | - |
| N. Secured Creditor Payments | - | 118,904.71 |
| O. Taxes Paid - Payroll | - | - |
| P. Taxes Paid - Sales & Use | - | - |
| Q. Taxes Paid - Other | - | - |
| R. Telephone | - | - |
| S. Travel & Entertainment | - | - |
| T. U.S. Trustee | - | - |
| U. Utilities | - | - |
| V. Vehicle Expenses | - | - |
| W. Other Operating Expenses | - | - |
| **6. TOTAL DISBURSEMENTS (Sum of 5A thru W)** | 88.99 | 198,410.97 |
| **7. ENDING BALANCE (Line 4 Minus Line 6)** | $ 1,321.93 | $ 1,321.93 |

### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS (CONT'D.)

#### Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Transfer to/from Limetree Bay Refining, LLC | $ (40,000.00) | $ (4,973,500.00) |
| Dividends | 1.42 | 12.13 |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ (39,998.58) | $ (4,973,487.87) |

**"Other Receipts"** includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | $ - | $ - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | $ - | $ - |