**Limetree Bay Refining Marketing, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| TOTAL ASSETS | |
| | |
| 0000110250 REVENUE ACCOUNT - DEUTSCHE BANK - SE1972.1 | 170.84 |
| 0000110260 O & M ACCOUNT - DEUTSCHE BANK - SE1972.2 | 1.49 |
| 0000110800 LBRM OPERATING ACCOUNT - ORIENTAL - 92040986 | 1,149.60 |
| *CASH & CASH EQUIVALENTS | **1,321.93** |
| | |
| 0000120001 A/R TRADE RECEIVABLE RECONCILIATION | 165,733,843.88 |
| 0000120205 Accounts Receivable - BP | 1,849,172.63 |
| ACCOUNTS RECEIVABLE, TRADE | **167,583,016.51** |
| *ACCOUNTS RECEIVABLE, NET | **167,583,016.51** |
| | |
| 0000150500 Intercompany A/R | 32,155,237.50 |
| *ACCOUNTS RECEIVABLE - AFFILIATE | **32,155,237.50** |
| | |
| 0000190105 Initial and Ramp-up Margin | 0.00 |
| 0000190106 J Aron Inventory Financing Netting | 0.00 |
| *RECEIVABLE UNDER INVEN FINANCING ARRANGEMENT | **0.00** |
| | |
| 0000130320 Inventory - Crude - Product Costs | 0.00 |
| 0000130330 Inventory - Distillate - Product Costs | 0.00 |
| 0000130340 Inventory - Fuel Oil - Product Costs | 0.00 |
| 0000130360 Inventory - Heavy Naphtha - Product Costs | 0.00 |
| 0000130370 Inventory - Intermediates - Product Costs | 0.00 |
| 0000130380 Inventory - Light Naphtha - Product Costs | 0.00 |
| 0000130390 Inventory - LPG - Product Costs | 0.00 |
| 0000130405 Inventory - Slop - Product Costs | 0.00 |
| 0000130415 Inventory - VGO - Product Costs | 0.00 |
| 0000130440 Inventory - ULSD | 0.00 |
| *INVENTORY | **0.00** |
| | |
| 0000140023 PPD INSURANCE - STOCK THROUGHPUT PROPERTY | 242,812.49 |
| PREPAID INSURANCE | **242,812.49** |
| | |
| 0000140110 PPD SUNDRY | 54,027.72 |
| PREPAID OTHER | **54,027.72** |
| *PREPAID EXPENSES AND OTHER | **296,840.21** |
| | |
| **TOTAL CURRENT ASSETS | **200,036,416.15** |
| | |
| | |
| 0000160250 FIXED ASSETS - NON RECONCILIATION | 36,834,513.36 |
| OTHER | **36,834,513.36** |
| | |
| PP&E - GROSS | **36,834,513.36** |
| PROPERTY, PLANT & EQUIPMENT, NET | **36,834,513.36** |
| *TOTAL PROPERTY, PLANT AND EQUIPMENT, NET | **36,834,513.36** |

**Limetree Bay Refining Marketing, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| 0000190100 Debt Issuance Costs - IM | 0.00 |
| OTHER ASSETS | **0.00** |
|  |  |
| *OTHER ASSETS | **0.00** |
|  |  |
| **TOTAL NON-CURRENT ASSETS | 36,834,513.36 |
|  |  |
| **** TOTAL ASSETS | 236,870,929.51 |
|  |  |
| TOTAL LIABILITIES AND MEMBERS' EQUITY |  |
|  |  |
| TOTAL LIABILITIES |  |
|  |  |
| 0000200010 A/P TRADE RECONCILIATION | (41,815,174.88) |
| 0000200099 AP - OTHER | 19,699,262.85 |
| 0000200200 Accounts Payable - Aron | 0.00 |
| 0000200205 Accounts Payable - BP-LBR Fuel Reimbursements | (1,838,548.54) |
| *ACCOUNTS PAYABLE TRADE | **(23,954,460.57)** |
|  |  |
| 0000235500 Intercompany A/P | (142,739,855.98) |
| *AFFILIATE PAYABLE, NET | **(142,739,855.98)** |
|  |  |
| 0000231510 ACCRUED INTEREST-DEBT | (1,195,833.34) |
| *ACCRUED INTEREST | **(1,195,833.34)** |
|  |  |
| 0000200040 VOUCHER ACCRUALS | (50,236,306.37) |
| 0000235305 Interest Payable - Precious Catalyst Advance | 0.00 |
| *ACCRUED LIABILITIES | **(50,236,306.37)** |
|  |  |
| 0000235230 Degradation Value Payable - Base Catalyst Advance | 0.00 |
| 0000235247 DEBT ISSUANCE COSTS - BASE CATALYSTS - CURRENT | 0.00 |
| BASE CATALYST ADVANCE-CURRENT | **0.00** |
|  |  |
| 0000235225 Degradation Value Payable - Precious Catalyst Adv | 0.00 |
| 0000235246 DEBT ISSUANCE COSTS - PRECIOUS CATALYSTS - CURREN | 0.00 |
| PRECIOUS CATALYST ADVANCE-CURRENT | **0.00** |
|  |  |
| ACCRUED OTHER INSURANCE PREMIUMS | 0 |
| 0000235030 ACCRUED OTHER INSURANCE | (156,950.71) |

**Limetree Bay Refining Marketing, LLC**
**Balance Sheet**
**November 30, 2021**

|  | 11/30/2021 Unaudited |
|---|---:|
| OTHER LONG TERM DEBT-CURRENT PORTION | (156,950.71) |
| *CURRENT PORTION OF LONG-TERM DEBT | (156,950.71) |
| 0000235400 Aron Obligation | 0.00 |
| 0000235406 J Aron Inventory Financing Netting | 0.00 |
| *OBLIGATION UNDER INVEN FINANCING ARRANGEMENT | **0.00** |
| **TOTAL CURRENT LIABILITIES | **(218,283,406.97)** |
| 0000260080 SENIOR SECURED CREDIT FACILITIES  - 2018 | (50,000,000.00) |
| SENIOR SECURED CREDIT FACILITIES-2018 | (50,000,000.00) |
| SENIOR SECURED CREDIT FACILITIES | (50,000,000.00) |
| OTHER LONG TERM DEBT | (50,000,000.00) |
| *LONG-TERM DEBT, NET CRRNT PRTN & ISSNCE CST | (50,000,000.00) |
| **TOTAL NON-CURRENT LIABILITIES | (50,000,000.00) |
| *** TOTAL LIABILITIES | (268,283,406.97) |
| TOTAL MEMBERS' EQUITY |  |
| 0000320100 Equity - LBR | (754,975.47) |
| *MEMBERS' ADDITIONAL INVESTMENT | (754,975.47) |
| **MEMBERS' EQUITY | (754,975.47) |
| 0000380020 RETAINED  EARNINGS | 50,157,292.40 |
| **RETAINED EARNINGS / ACCUMULATED DEFICIT | **50,157,292.40** |
| **PROFIT/LOSS IN CURRENT YEAR | (17,989,839.47) |
| *** TOTAL MEMBERS' EQUITY | **31,412,477.46** |
| **** TOTAL LIABILITIES & MEMBERS' EQUITY | (236,870,929.51) |

**Notes:**
**(1)** Accounts payable includes an expected insurance refund for $235,675.82.
On the MOR, the expected insurance refund is reflected in Total Current Assets.

**Limetree Bay Refining Marketing, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| INCOME STATEMENT | |
|  | |
| 0000400010 SALES THIRD PARTY-PETROLEUM PRODUCTS | 0.00 |
| *REFINERY REVENUES | 0.00 |
| **TOTAL REVENUES | 0.00 |
|  | |
| 0000520100 INVENTORY MOVE PRICE DIFFERENCE | 0.00 |
| 0000520130 OTHER COST OF SALES | 0.00 |
| 0000520160 VESSEL DEMURRAGE | 0.00 |
| **COST OF GOODS SOLD | 0.00 |
|  | |
| 0000607020 TRAVEL AND LODGING | 0.00 |
| MEALS & ENTERTAINMENT | 0.00 |
|  | |
| 0000601078 SAFETY EXPENSE | 0.00 |
| OTHER | 0.00 |
|  | |
| EMPLOYEE EXPENSES | 0.00 |
|  | |
| 0000603011 CONSULTING FEES - NON-OPERATING | 0.00 |
| CONSULTING FEES | 0.00 |
|  | |
| 0000603012 ENGINEERING FEES | 0.00 |
| ENGINEERING FEES | 0.00 |
|  | |
| 0000603030 INSPECTION FEES-QUANTITY | 0.00 |
| 0000603031 INSPECTION FEES-QUALITY | 0.00 |
| INSPECTION FEES | 0.00 |
|  | |
| PROFESSIONAL FEES | 0.00 |
|  | |
| 0000608015 POWER PLANT FUEL - EXTERNAL | 0.00 |
| FUEL EXPENSE | 0.00 |
|  | |
| 0000602017 SPILL CLEAN UP | 0.00 |
| ENVIRONMENTAL | 0.00 |
|  | |
| 0000603020 PINNACLE - REPAIRS & MAINTENANCE | 0.00 |
| 0000606030 REPAIR & MAINTENANCE - GENERAL | 0.00 |
| 0000606034 R&M - Fixed Equipment Work | 0.00 |
| 0000606035 R&M – Instrument, Electrical and Analyzer Work | 0.00 |
| 0000606036 R&M – Rotating Equipment | 0.00 |
| 0000606037 R&M – Scaffold, Asbestos, Insulation and Painting | 0.00 |
| 0000606039 R&M – Maintenance Support Services, Other | 0.00 |
| REPAIRS AND MAINTENANCE | 0.00 |
|  | |
| 0000608043 TELECOMMUNICATIONS EXP-CELLULAR | 0.00 |
| COMMUNICATION EXPENSES | 0.00 |

**Limetree Bay Refining Marketing, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000604011 HARDWARE - DESKTOP PURCHASES | 0.00 |
| 0000604037 SOFTWARE - NETWORK MAINTENANCE | 0.00 |
| IT EXPENSES | 0.00 |
|  |  |
| COMMUNICATIONS AND IT EXPENSES | 0.00 |
|  |  |
| 0000602041 PINNACLE - NON REPAIRS & MAINTENANCE | 0.00 |
| CONTRACTOR OVERHEAD | 0.00 |
|  |  |
| 0000602060 WASTE DISPOSAL - NON-ENVIRONMENTAL | 0.00 |
| 0000602061 WASTE DISPOSAL - RECYCLING | 0.00 |
| 0000602065 OUTSIDE LABOR/SERVICES - HOURLY | 0.00 |
| 0000602080 TEMPORARY OUTSIDE LABOR / SERVICES | 0.00 |
| 0000602090 CONTRACT SERVICES - LUMP SUM | 0.00 |
| 0000602091 WASTE WATER TREATMENT PLANT - OUTSIDE CONTRACT | 0.00 |
| OUTSIDE SERVICES | 0.00 |
|  |  |
| 0000608030 UTILITY EXPENSE - WATER | 0.00 |
| UTILITIES | 0.00 |
|  |  |
| 0000613030 RENTS OFFICE & REAL ESTATE | 0.00 |
| 0000613035 RENTALS-OTHER | (381,312.70) |
| RENTAL EXPENSES | (381,312.70) |
|  |  |
| 0000612025 LICENSES AND PERMITS-OTHER | 0.00 |
| 0000612030 MEMBERSHIPS/DUES | 0.00 |
| 0000612031 BOOKS/MANUALS/SUBSCRIPTIONS | 0.00 |
| LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS | 0.00 |
|  |  |
| 0000605010 OFFICE SUPPLY | 0.00 |
| 0000605011 POSTAGE | 0.00 |
| 0000605020 OPERATING SUPPLY | 0.00 |
| 0000605021 INVENTORY VARIANCES | (0.64) |
| 0000606010 MAINTENANCE SUPPLIES | 0.00 |
| 0000606013 R&M - OUTSIDE CONTRACTORS (NON-PINNACLE) | 0.00 |
| 0000606019 EQUIPMENT RENTALS - MAINTENANCE | 0.00 |
| 0000620010 FREIGHT EXPENSE | 0.00 |
| 0000620020 AIR FREIGHT | 0.00 |
| 0000620030 DEMURRAGE EXPENSE THIRD PARTY-NON ST&T | 0.00 |
| 0000620040 FREIGHT EXPENSE ENVIRONMENTAL | 0.00 |
| 0000620050 CUSTOMS & BROKERAGE CHARGES | 0.00 |
| 0000620060 PRODUCT CONSUMED-GASOLINE & OIL | 0.00 |
| 0000620072 GAS & OIL CONSUMED-VEHICLES | 0.00 |

**Limetree Bay Refining Marketing, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021 Unaudited |
|---|---:|
| 0000630010 MARINE PRESERVATION / NATIONAL RESPONSE CORP | 0.00 |
| 0000630020 CHEMICALS EXP | 0.00 |
| 0000630030 CATALYST | 0.00 |
| 0000630040 ADDITIVES EXPENSE | 0.00 |
| 0000630070 MISC EXP - OPERATING EXPENSE | 0.00 |
| 0000640000 SHARED SERVICES CLEARING | 0.00 |
| OFFICE AND MISC OPERATING EXPENSES | (0.64) |
|  |  |
| 0000640050 MISC EXP - NON OPERATING EXPENSE | 0.00 |
| OTHER MISC O&M | 0.00 |
|  |  |
| OTHER O&M | (381,313.34) |
|  |  |
| OPERATING EXPENSES | (381,313.34) |
|  |  |
| 0000814012 INS-ALL RISK PROPERTY | 159,706.29 |
| PROPERTY | 159,706.29 |
|  |  |
| 0000814050 INS-OTHER | 0.00 |
| OTHER | 0.00 |
|  |  |
| INSURANCE | 159,706.29 |
|  |  |
| 0000803011 CONSULTING FEES | 2,604.00 |
| CONSULTING FEES | 2,604.00 |
|  |  |
| 0000803013 LEGAL FEES | 1,281,988.94 |
| LEGAL FEES | 1,281,988.94 |
|  |  |
| PROFESSIONAL FEES | 1,284,592.94 |
|  |  |
| 0000804034 SOFTWARE - DESKTOP MAINTENANCE | 0.00 |
| IT EXPENSES | 0.00 |
|  |  |
| COMMUNICATIONS AND IT EXPENSES | 0.00 |
|  |  |
| 0000808010 UTILITY EXPENSE-ELECTRICITY | 0.00 |
| UTILITIES | 0.00 |
|  |  |
| 0000812015 BANK CHARGES | 88.99 |
| TAXES AND FEES | 88.99 |
|  |  |
| 0000812031 BOOKS/MANUALS/SUBSCRIPTIONS | 13,506.93 |
| LICENSES, MEMBERSHIPS AND SUBSCRIPTIONS | 13,506.93 |

**Limetree Bay Refining Marketing, LLC**
**Income Statement**
**For the month ending November 30, 2021**

|  | November 1-30, 2021<br>Unaudited |
|---|---:|
| 0000811017 COMMUNITY RELATIONS EVENTS | 0.00 |
| CONTRIBUTIONS AND DONATIONS | 0.00 |
|  |  |
| 0000805011 POSTAGE | 0.00 |
| 0000830070 MISC EXPENSES - G&A | 0.00 |
| OFFICE AND MISC OPERATING EXPENSES | 0.00 |
|  |  |
| OTHER O&M | 13,595.92 |
|  |  |
| GENERAL ADMINISTRATION EXPENSE | 1,457,895.15 |
|  |  |
| 0000440200 Realized (income) / loss - Market Structure Roll | 0.00 |
| 0000440215 Realized (income) / loss - Other | 405,591.00 |
| 0000440305 Unrealized MTM (income) loss – Step-out | 0.00 |
| 0000645000 Other Income/Expense | 0.00 |
| *MISC. OPERATING (INCOME) EXPENSE. | 405,591.00 |
|  |  |
| **TOTAL EXPENSES | 1,482,172.81 |
|  |  |
| ***OPERATING INCOME | (1,482,172.81) |
|  |  |
| 0000818010 INTEREST EXPENSE | 0.00 |
| 0000818020 INVESTMENT INTEREST INCOME | (1.42) |
| 0000818030 Interest Expense - Base Catalyst Advance | 0.00 |
| 0000818031 Interest Expense - Precious Catalyst Advance | 0.00 |
| 0000818040 Interest Expense - IM Financing Fee | 0.00 |
| 0000818041 Interest Expense - IM Intermediation Fee | 0.00 |
| **INTEREST AND FINANCING EXPENSE | (1.42) |
|  |  |
| ***TOTAL NON-OPERATING INCOME (EXPENSE): | 1.42 |
|  |  |
| ****NET INCOME (LOSS) | (1,482,171.39) |