LBRM

**Limetree Bay Services, LLC et al., Case No.: 21-32351 (Jointly Administered)**

# United States Bankruptcy Court
# Southern District of Texas (Houston)
# Limetree Bay Refining Marketing, LLC

## Schedule of Bank Accounts - As of November 30, 2021

| Description | Operating Account | Revenue Account | O&M Account | Total - All Debtor Accounts |
|---|---|---|---|---|
| Account Name | Limetree Bay Refining Marketing, LLC | Limetree Bay Refining Marketing, LLC | Limetree Bay Refining Marketing, LLC | |
| Bank Name | Oriental Bank | Deutsche Bank | Deutsche Bank | |
| Account Number - Last Four Digits | 0986 | 972.1 | 972.2 | |
| Beginning book balance (as of 11/01/21) | $ 41,238.59 | $ 169.42 | $ 1.49 | $ 41,409.50 |
| Plus: Deposits | (40,000.00) | 1.42 | - | (39,998.58) |
| Subtotal book balance | 1,238.59 | 170.84 | 1.49 | 1,410.92 |
| Less: Disbursements | (88.99) | - | - | (88.99) |
| Transfers | - | - | - | - |
| Other: | - | - | - | - |
| **Ending book balance (as of 11/30/21)** | **$ 1,149.60** | **$ 170.84** | **$ 1.49** | **$ 1,321.93** |