**Oriental**

P.O. Box 195115
San Juan, PR 00919-5115

Last statement: October 31, 2021
This statement: November 30, 2021
Total days in statement period: 30

Page 1 of 2
0986
(0)

LIMETREE BAY REFINING MARKETING LLC
D A C A
1 ESTATE HOPE
CHRISTIANSTED VI 00820

Direct inquiries to:
787-620-0000

Oriental Bank
254 Munoz Rivera Ave
Hato Rey PR 00918

---

## Premium Business

| Account number | 0986 | Beginning balance | $41,238.59 |
|---|---|---|---|
| Low balance | $1,149.60 | Total additions | .00 |
| Average balance | $5,214.86 | Total subtractions | 40,088.99 |
| | | Ending balance | $1,149.60 |

**DEBITS**

| Date | Description | | Subtractions |
|---|---|---|---|
| 11-04 | ' Cash Mgmt Trsfr Dr | | 40,000.00 |
| | REF 3080923L FUNDS TRANSFER TO DEP | 0267 | |
| | FROM PER DUSTIN EMAIL NOVEMBER 3 2021 | | |
| 11-23 | ' Maintenance Fee | | 88.99 |
| | ANALYSIS ACTIVITY FOR 10/21 | | |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 41,238.59 | 11-04 | 1,238.59 | 11-23 | 1,149.60 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Oriental Bank*

0 -44154

**LIMETREE BAY REFINING MARKETING, LLC**
**LBRM Operating Account Oriental Bank - 110800**
**OB      0986**
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 10/31/2021 | $ | 41,238.59 |
| Deposits | | $ | - |
| ACH / Debits | | $ | (40,000.00) |
| Wires | | $ | - |
| Bank Charges | | $ | (88.99) |
| Dividends | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 1,149.60 |
| Opening Balance  per Book | 10/31/2021 | $ | 41,238.59 |
| Deposits | | $ | - |
| ACH / Debits | | $ | (40,000.00) |
| Wires | | $ | - |
| Bank Charges | | $ | (88.99) |
| Dividends | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 1,149.60 |
| | | $ | 1,149.60 |

Reconciled by          George Southwell

Date:          12/1/2021

Approved by

Date:

Page 1 of 4

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Revenue Account |
| Portfolio Number: | 972.1 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 170.84 |
| Total Portfolio Value: | $ | 170.84 |
| YTD Interest: | $ | 0.00 |
| YTD Dividends: | $ | 511.51 |
| YTD Capital Gains/Losses: | $ | 0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 170.84 |
| Total Portfolio Value: | $ | 170.84 |

**Cash Summary**

| | | |
|---|---|---|
| **Beginning Balance** | $ | **0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Dividends Reinvested | $ | 1.42 |
| **Total Disbursements** | $ | **0.00** |
| **Closing Balance** | $ | **0.00** |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

Page 2 of 4

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Revenue Account |
| Portfolio Number: | 972.1 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Yield | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | | 0.00 $ | 169.42 |
| 11/01 | Dividend Reinvestment<br>BL #86 -0U4 FedFund Admin<br>CUSIP: 09248U445   / ISIN: US09248U4452 | $ 0.00 | 1.42 $ | | 0.00 $ | | 0.00 $ | 170.84 |

## Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Market Value | Accrued Income | Moody Rating /<br>S & P Rating |
|---|---|---|---|---|---|---|---|
| BL #86 -0U4 FedFund Admin<br>CUSIP: 09248U445 | 170.84 | $170.84 | 170.84 | $1.00 | $170.84 | $0.00 | n/a / N/A |
| **Total Portfolio** | **170.84** | **$170.84** | **170.84** | | **$170.84** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

Page 1 of 4

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM O&M Account |
| Portfolio Number: | 972.2 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

### Portfolio Market Value Summary as of 11/30/21

| | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 1.49 |
| Total Portfolio Value: | $ | 1.49 |
| YTD Interest: | $ | 0.00 |
| YTD Dividends: | $ | 3.95 |
| YTD Capital Gains/Losses: | $ | 0.00 |

### Portfolio Cost Value Summary as of 11/30/21

| | | |
|---|---|---|
| Cash | $ | 0.00 |
| Investments | $ | 1.49 |
| Total Portfolio Value: | $ | 1.49 |

### Cash Summary

| | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |
| Closing Balance | | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM O&M Account |
| Portfolio Number: | 972.2 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | $ 1.49 |

## Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| BL #86 -0U4 FedFund Admin CUSIP: 09248U445 | 1.49 | $1.49 | 1.49 | $1.00 | 0.00% | $1.49 | $0.00 | n/a / N/A |
| **Total Portfolio** | **1.49** | **$1.49** | **1.49** | | | **$1.49** | **$0.00** | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Reinvestment & Repair Account |
| Portfolio Number: | 972.3 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| | |
|---|---|
| Total Portfolio Value: | $        0.00 |
| YTD Dividends: | $        0.00 |
| YTD Interest: | $        0.00 |
| YTD Capital Gains/Losses: | $        0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| | |
|---|---|
| Total Portfolio Value: | $        0.00 |

**Cash Summary**

| | |
|---|---|
| Beginning Balance | $        0.00 |
| Closing Balance | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.



**Deutsche Bank**

| Account Name: | Limetree Bay Refining Marketing LLC |
|---|---|
| Portfolio Name: | LBRM Reinvestment & Repair Account |
| Portfolio Number: | 972.3 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $     0.00 | $     0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Tolling Agreement Payment Account |
| Portfolio Number: | 972.4 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

**Cash Summary**

| | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |
| Closing Balance | | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

 **Deutsche Bank**

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Tolling Agreement Payment Account |
| Portfolio Number: | 972.4 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 | $ 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| **Total Portfolio** | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

Page 1 of 4

# Deutsche Bank

| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Capex Reserve Account |
| Portfolio Number: | 972.5 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| Total Portfolio Value: | $ | 0.00 |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| Total Portfolio Value: | $ | 0.00 |

**Cash Summary**

| Beginning Balance | $ | 0.00 |
| Closing Balance | | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

Page 2 of 4

# Deutsche Bank

| Account Name: | Limetree Bay Refining Marketing LLC |
|---|---|
| Portfolio Name: | LBRM Capex Reserve Account |
| Portfolio Number: | 972.5 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | $ | 0.00 $ | 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| Total Portfolio | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | LBRM Turn-around Reserve Account |
| Portfolio Number: | 972.6 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

**Cash Summary**

| | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |
| Closing Balance | | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

Page 2 of 4

# Deutsche Bank

Account Name: Limetree Bay Refining Marketing LLC
Portfolio Name: LBRM Turn-around Reserve Account
Portfolio Number: 972.6
Statement Period: November 01, 2021 - November 30, 2021
Account Administrator: Shamarri Hartzog (714-247-6353)
Account Manager: ALICE CARTER (714-247-6369)
Team Lead: Thalia Delahayes (212-250-7336)

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|------|------------------------|------|----------|---------------|-------|--------------|--------------|
| 11/01 | Beginning balance | | | | | $ 0.00 $ | 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|-------------|----------------|------|---------------|--------------|-------|--------------|----------------|----------------------------|
| Total Portfolio | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| Account Name: | Limetree Bay Refining Marketing LLC |
|---|---|
| Portfolio Name: | Tolling Agreement Payment Sub-account |
| Portfolio Number: | 972.7 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

## Summary

**Portfolio Market Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |
| YTD Dividends: | $ | 0.00 |
| YTD Interest: | $ | 0.00 |
| YTD Capital Gains/Losses: | $ | 0.00 |

**Portfolio Cost Value Summary as of 11/30/21**

| | | |
|---|---|---|
| Total Portfolio Value: | $ | 0.00 |

**Cash Summary**

| | | |
|---|---|---|
| Beginning Balance | $ | 0.00 |
| Closing Balance | | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.


**Deutsche Bank**

| Account Name: | Limetree Bay Refining Marketing LLC |
|---|---|
| Portfolio Name: | Tolling Agreement Payment Sub-account |
| Portfolio Number: | 972.7 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $ 0.00 $ | 0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| Total Portfolio | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

Account Name: Limetree Bay Refining Marketing LLC
Portfolio Name: Gross Margin Sub-account
Portfolio Number: 972.8
Statement Period: November 01, 2021 - November 30, 2021
Account Administrator: Shamarri Hartzog (714-247-6353)
Account Manager: ALICE CARTER (714-247-6369)
Team Lead: Thalia Delahayes (212-250-7336)

## Summary

| Portfolio Market Value Summary as of 11/30/21 | |
|---|---|
| Total Portfolio Value: | $ 0.00 |
| YTD Dividends: | $ 0.00 |
| YTD Interest: | $ 0.00 |
| YTD Capital Gains/Losses: | $ 0.00 |

| Portfolio Cost Value Summary as of 11/30/21 | |
|---|---|
| Total Portfolio Value: | $ 0.00 |

| Cash Summary | |
|---|---|
| Beginning Balance | $ 0.00 |
| Closing Balance | 0.00 |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

# Deutsche Bank

| | |
|---|---|
| Account Name: | Limetree Bay Refining Marketing LLC |
| Portfolio Name: | Gross Margin Sub-account |
| Portfolio Number: | 972.8 |
| Statement Period: | November 01, 2021 - November 30, 2021 |
| Account Administrator: | Shamarri Hartzog (714-247-6353) |
| Account Manager: | ALICE CARTER (714-247-6369) |
| Team Lead: | Thalia Delahayes (212-250-7336) |

Transaction Statement for the period of November 1, 2021 through November 30, 2021

| Date | Transaction Description | Cash | Face/Par | Cap Gain/Loss | Price | Cash Balance | Fund Balance |
|---|---|---|---|---|---|---|---|
| 11/01 | Beginning balance | | | | | $      0.00 | $      0.00 |

Asset position as of November 30, 2021

| Description | Original Units | Cost | Current Units | Market Price | Yield | Market Value | Accrued Income | Moody Rating / S & P Rating |
|---|---|---|---|---|---|---|---|---|
| Total Portfolio | 0.00 | $0.00 | 0.00 | | | $0.00 | $0.00 | |

For more information regarding your (account/portfolio) statement, please refer to the attached Disclosure Notice.

**LIMETREE BAY REFINING MARKETING, LLC**
**Revenue Account Deutsche Bank - 110250**
**SE  972.1**
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 10/31/2021 | $ | 169.42 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | 1.42 |
| Ending Balance per Bank | 11/30/2021 | $ | 170.84 |
| Opening Balance  per Book | 10/31/2021 | $ | 169.42 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | 1.42 |
| Ending Balance per Book | 11/30/2021 | $ | 170.84 |
| | | $ | 170.84 |

| | |
|---|---|
| Reconciled by | George Southwell |
| Date: | 12/1/2021 |
| Approved by | |
| Date: | |

**LIMETREE BAY REFINING MARKETING, LLC**
**O & M Account Deutsche Bank - 110260**
**SE  972.2**
**November 2021**

| | Date | | Amount |
|---|---|---|---|
| Opening Balance  per Bank | 10/31/2021 | $ | 1.49 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Bank | 11/30/2021 | $ | 1.49 |
| Opening Balance  per Book | 10/31/2021 | $ | 1.49 |
| Deposits | | $ | - |
| ACH / Debits | | $ | - |
| Wires | | $ | - |
| Bank Charges | | $ | - |
| Dividends | | $ | - |
| Ending Balance per Book | 11/30/2021 | $ | 1.49 |
| | | $ | 1.49 |

| | | |
|---|---|---|
| Reconciled by | George Southwell | |
| Date: | 12/1/2021 | |
| Approved by | | |
| Date: | | |