IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>**LIMETREE BAY SERVICES, LLC,** *et al.*,[1]<br><br>Debtors. | CHAPTER 11<br><br>CASE NO.: 21-32351<br><br>(Jointly Administered) |

### NOTICE OF HEARING ON
### APRIL 5, 2022 AT 1:00 P.M. CENTRAL TIME

**PLEASE TAKE NOTICE** that a hearing to consider the conditional approval of the Disclosure Statement, referenced in the *Debtors' Emergency Motion for Entry of Order (I) Conditionally Approving the Adequacy of the Disclosure Statement; (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Plan, (III) Approving the Form of Various Ballots and Notices in Connection Therewith; and (IV) Approving the Scheduling of Certain Dates in Connection with Confirmation of the Plan* (Doc. No. 1213) (the "**Motion**") is scheduled for **April 5, 2022 at 1:00 p.m. Central Time** before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002 (the "**Hearing**"). The Hearing will be conducted on a hybrid basis (remote or in-person) in accordance with the *Notice Regarding Reopening of Houston Courthouse*, effective November 8, 2021.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the Hearing or file a written response prior to the Hearing. Otherwise, the Court may treat the matter as unopposed and grant the relief requested.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Hearing will be conducted in-person and telephonically with the option to also appear by video. For persons appearing telephonically, audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Once the code is entered, you will be connected **live** to the courtroom. You will be able to hear persons speaking in the courtroom and other persons on the call addressing the Court. You will be able to address the Court directly. The Court will hear all sound on your line. **PLEASE mute your line if you are not addressing the Court.**

**PLEASE TAKE FURTHER NOTICE** If there are multiple parties on the call, the Court may activate the "hand raise" feature. The system will announce that this feature has been activated. If the hand raise feature has been activated, you will not be able to address the Court until the Court addresses you or you request to speak and the Court grants the request. If you wish to address the Court, you must press 5*. Within 5 seconds, the Court will receive a signal that you wish to speak. When the Court calls on you, you will hear a recorded message that you have been recognized. When you are done, the Court will again mute your call. Details regarding the use of the conferencing system are available at https://www.conferencecalling.com/help.

**PLEASE TAKE FURTHER NOTICE** Video participation is available via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application prior to the Hearing. If a browser connection is used, Chrome is generally recommended. A mobile version of the application is also available. The meeting code is "judgejones". You may also connect directly by clicking the link on Judge Jones' home page on

the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that Hearing appearances must be made electronically in advance of the Hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones under "Electronic Appearance" select "Click here to submit Electronic Appearance." Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of documents can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree.

|  |  |
|---|---|
| Dated: March 24, 2022 | **BAKER & HOSTETLER LLP** |
|  | */s/ Elizabeth A. Green* |
|  | **Elizabeth A. Green, Esq.**<br>So. Dist. Fed ID 903144<br>**Jimmy D. Parrish, Esq.**<br>So. Dist. Fed ID 2687598<br>200 S. Orange Avenue<br>Suite 2300<br>Orlando, FL 32801<br>Telephone: (407) 649-4000<br>Facsimile: (407) 841-0168<br>E-mail: egreen@bakerlaw.com<br>E-mail: jparrish@bakerlaw.com |

4869-2293-5576.2

        **BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on March 24, 2022, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green