IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 |
| Debtors. | (Jointly Administered) |

AGENDA FOR HEARING
ON APRIL 5, 2022 AT 1:00 P.M. CENTRAL TIME

I.  MATTERS SET FOR HEARING

(1) *Debtors' Emergency Motion to Conditionally Approve the Disclosure Statement* (the "**Motion to Approve Disclosure Statement**") (Doc. No. 1213)

Responses:
None

Status: This matter is going forward.

(2) *OCUC's Emergency Motion to Dismiss the Chapter 11 Cases* (the "**Motion to Dismiss**") (Doc. No. 1212)

Responses:
(1) *Limited Response of LMMVI, LLC Supporting OCUC's Emergency Motion to Dismiss the Chapter 11 Cases* (Doc. No. 1244)
(2) *Objection of Worley Pan-American Corp. to OCUC's Emergency Motion to Dismiss the Chapter 11 Cases* (Doc. No. 1245)
(3) *Prepetition Revolver Agent's Response to (I) Official Committee of Unsecured Creditors' Motion to Dismiss the Chapter 11 Cases and (II) Bankruptcy Court's Order to Show Cause as to Why the Chapter 11 Cases Should Not Be Converted to Chapter 7* (Doc. No. 1247)

Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC.(1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

   (3) *Sua Sponte Motion for the Debtors to Show Cause Why the Case Should Not Be Converted to Chapter 7*
   (the "**Show Cause Motion**") (Doc. No. 1237)

   Responses:
   *(1) Prepetition Revolver Agent's Response to (I) Official Committee of Unsecured Creditors' Motion to Dismiss the Chapter 11 Cases and (II) Bankruptcy Court's Order to Show Cause as to Why the Chapter 11 Cases Should Not Be Converted to Chapter 7* (Doc. No. 1247)
   *(2) Debtors' Response to Sua Sponte Order to Show Cause re: Conversion of Chapter 11 Cases to Case Under Chapter 7 of the Bankruptcy Code* (Doc. No. 1249)

   Status: This matter is going forward.

   (4) *Stipulation and Agreed Order Regarding Intertek USA Inc.'s Emergency Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d) and for Waiver of the 14-Day Stay Pursuant to Fed. R. Bankr. P. 4001(a)(3)*
   (the "**Intertek USA Stipulation**") (Doc. No. 1191))

   Responses:

   *(1) Intertek USA Inc's Brief in Support of Emergency Motion for Relief from Automatic Stay* (Doc. No. 1220)

   Status: This matter is going forward.

II. **WITNESS AND EXHIBIT LISTS**

   1.   Debtors' Witness and Exhibit List (Doc. No. 1243)

   2.   Worley Pan-American Corp's Witness and Exhibit List (Doc. No. 1246)

III **HEARING INSTRUCTIONS**

   **PLEASE TAKE NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting

4895-1423-7722.1

application or click the link on Judge Jones's home page. The meeting code is "JudgeJones". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that a copy of the above-referenced documents may be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtors' claims and noticing agent at www.bmcgroup.com/limetree

Respectfully submitted this 4th day of April 2022.

        **BAKER & HOSTETLER LLP**

        */s/ Elizabeth A. Green*
        **Elizabeth A. Green, Esq.**
        So. Dist. Fed ID 903144
        **Jimmy D. Parrish, Esq.**
        So. Dist. Fed ID 2687598
        200 S. Orange Avenue
        Suite 2300
        Orlando, FL 32801
        Telephone: (407) 649-4000
        Facsimile: (407) 841-0168
        E-mail: egreen@bakerlaw.com
        E-mail: jparrish@bakerlaw.com

**BAKER & HOSTETLER LLP**
**Jorian L. Rose, Esq.**
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com
*(Admitted Pro Hac Vice)*

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 4, 2022, a true copy of the forgoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4895-1423-7722.1