**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC, *et al.*,**[1] | **CASE NO.: 21-32351 (DRJ)** |
| **Debtors.** | **(Jointly Administered)** |

**NOTICE OF ELECTION OF PORT HAMILTON REFINING AND TRANSPORTATION, LLLP PURSUANT TO DEBTORS' COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION**

Pursuant to Article VIII.(B) of the Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Limetree Bay Services, LLC and Affiliated Debtors (ECF No. 1252), Purchaser Port Hamilton Refining and Transportation, LLLP (the "Purchaser") by and through its undersigned counsel, provides notice of its election for Limetree Bay Refining, LLC to reorganize as the Transition Refinery Entity and issue of 100% of its membership interests to the Purchaser.

Dated: April 15, 2022

Respectfully submitted,

**BAST AMRON LLP**
SunTrust International Center
One Southeast Third Avenue, Suite 1400
Miami, Florida 33131
Telephone: 305.379.7904
Facsimile: 305.379.7905
Email: jbast@bastamron.com
Email: jleggett@bastamron.com

By: *<u>/s/ Jeffrey P. Bast, Esq.</u>*
Jaime B. Leggett (FBN 1016485) *Admitted pro hac vice*
Jeffrey P. Bast (FBN 996343) *Admitted pro hac vice*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

*and*

**MCKOOL SMITH, PC**
John J. Sparacino (SBN 18873700)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile (713) 485-7344
jsparacino@mckoolsmith.com

*Attorneys for Port Hamilton Refining and Transportation, LLLP*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 15, 2022, a true and correct copy of the foregoing was served via the Court's ECF system on those parties registered to receive ECF notices by the Court.

*/s/ Jeffrey P. Bast, Esq.*
Jeffrey P. Bast