**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **LIMETREE BAY SERVICES, LLC, *et al.*[1]** | **CASE NO.: 21-32351 (DRJ)** |
| **Debtors.** | **(Jointly Administered)** |

**SECOND NOTICE OF EXTENSION OF BRIEFING SCHEDULE PURSUANT TO
STIPULATION AND AGREED ORDER REGARDING INTERTEK USA INC.'S
EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY
PURSUANT TO 11 U.S.C. § 362(d) AND FOR WAIVER OF THE
14-DAY STAY PURSUANT TO FED. R. BANKR. P. 4001(a)(3)**

PLEASE TAKE NOTICE that pursuant to paragraph 8 of the Stipulation and Agreed Order

Regarding Intertek USA Inc.'s Emergency Motion for Relief from Automatic Stay Pursuant to 11

U.S.C. § 362(d) and for Waiver of the 14-Day Stay Pursuant to Fed. R. Bankr. P. 4001(a)(3)

[Docket No. 1256] (the "**Stipulation**"), Limetree Bay Services, LLC and its debtor affiliates

(collectively, the "**Debtors**"), as debtors and debtors in possession in the above-captioned, jointly

administered chapter 11 cases (the "**Chapter 11 Cases**"), and Intertek USA Inc. ("**Intertek**") have

agreed to extend (i) the deadline for the Debtors to file their Response Brief and any and all

supporting documents, exhibits, declarations, or other supporting evidence, including, without

limitation, any Separate Statement, from May 2, 2022 through and including May 9, 2022, (ii) the

deadline for Intertek to file any reply brief from May 9, 2022 through and including May 16, 2022,

and (iii) the Evidentiary Hearing from May 17, 2022 to approximately one week thereafter at a

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

time to be determined subject to Court availability. Except as hereby expressly amended, the Stipulation shall remain unaltered and in full force and effect. The foregoing extensions are without prejudice to the Parties further extending such deadlines or otherwise extending the briefing schedules and deadlines set in the Stipulation, subject to the terms and restrictions thereof or subsequent order of the Court.

[*signature page follows*]

Dated: May 2, 2022

**BAKER & HOSTETLER LLP**

*/s/ Jorian L. Rose*
**Elizabeth A. Green, Esq.**
Fed. ID No.: 903144
SunTrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com

**Jorian L. Rose, Esq.**
*Admitted Pro Hac Vice*
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com

**Michael T. Delaney, Esq.**
*Admitted Pro Hac Vice*
OH Bar No. 99790
Key Tower, 127 Public Sq.
Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*

Dated: May 2, 2022                    **LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Vincent F. Alexander*
**Vincent F. Alexander, Esq.**
*Admitted Pro Hac Vice*
Fla. Bar No. 68114
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Fax: 954-728-1282
Vincent.Alexander@lewisbrisbois.com

*Counsel for Intertek USA Inc.*

### Certificate of Service

    **I HEREBY CERTIFY** that on May 2, 2022, a true copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such service.

*/s/ Jorian L. Rose*
Jorian L. Rose