IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LIMETREE BAY SERVICES, LLC, *et al.*,[1] | CASE NO.: 21-32351 (DRJ) |
| Debtors. | (Jointly Administered) |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that, pursuant to an order dated May 20, 2022 (Doc. No. 1454) (the "Confirmation Order"), the *Combined Disclosure Statement and Chapter 11 Plan of Liquidation of Limetree Bay Services, LLC and Affiliated Debtors* (Doc. No. 1413-1) (the "Plan and Disclosure Statement") was confirmed by the United States Bankruptcy Court for the Southern District of Texas. Unless otherwise defined in this Notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and Disclosure Statement and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan and Disclosure Statement occurred on **June 10, 2022,** and all conditions thereto have either been satisfied or waived.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Article V.B. of the Plan and Disclosure Statement, on or prior to 30 days from this Notice of Effective Date, each Professional shall file with the Bankruptcy Court its final fee application seeking final approval of all fees and expenses from the Petition Date through the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the documents referenced above may be obtained and are available for review without charge at the website of the Claims Agent,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

4880-4670-1859.1

www.bmcgroup.com/limetree, or by contacting the Claims Agent via telephone at (888) 909-0100.

Dated: June 10, 2022

**BAKER & HOSTETLER LLP**

*/s/ Elizabeth A. Green*
**Elizabeth A. Green, Esq.**
Fed ID No.: 903144
Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432
Telephone: 407.649.4000
Facsimile: 407.841.0168
Email: egreen@bakerlaw.com

**Jorian Rose, Esq.**
*Admitted Pro Hac Vice*
N.Y. Reg. No. 2901783
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: jrose@bakerlaw.com

**Michael T. Delaney, Esq.**
*Admitted Pro Hac Vice*
OH Bar No. 99790
Key Tower, 127 Public Square
Suite 2000
Cleveland, OH 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: mdelaney@bakerlaw.com

*Counsel for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2022, a copy of the foregoing was filed with the Court using the CM/ECF System, which will provide notice of such filing to all parties requesting such notice and by email or U.S. First Class Postage Prepaid Mail to all creditors and parties in interest.

*/s/ Elizabeth A. Green*
Elizabeth A. Green

4880-4670-1859.1