**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

--------------------------------------------------------------- x
                              :

In re:                                               :        Chapter 11

LIMETREE BAY SERVICES, LLC, *et al.*[1],    :        Case No. 21-32351 (DRJ)

           Debtors.                      :        (Jointly Administered)

--------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO THE FOURTH INTERIM AND FINAL FEE APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 27, 2021 THROUGH JUNE 10, 2022**
[Related Docket No. 1522]

The undersigned hereby certifies as follows:

1.    On June 23, 2022, the *Fourth Interim and Final Fee Application of Pachulski Stang Ziehl & Jones LLP for Allowance of Compensation for Services Rendered as Counsel to the Official Committee of Unsecured Creditors for the Period From July 27, 2021 Through June 10, 2022* [Docket No. 1522] (the "Application") was filed with the Court by the Official Committee of Unsecured Creditors (the "Committee").

2.    Responses, if any, to the Application were required to have been filed with the Court on or before July 25, 2022 (the "Response Deadline").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

DOCS_NY:43975.2 52622/002

-1-

3. The Response Deadline has passed and no responsive pleading to the Application has appeared on the Court's docket in the above-captioned chapter 11 cases or was served upon the undersigned counsel. Accordingly, the undersigned respectfully requests that the attached form of Order granting the Application be entered at the earliest convenience of the Court.

Dated: July 26, 2022

Respectfully submitted,

*/s/ Michael D. Warner*
Michael D. Warner (TX Bar No. 00792304)
Steven W. Golden (TX Bar No.24099681)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
Email: mwarner@Committeelaw.com
Email: sgolden@Committeelaw.com

-and-

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Shirley S. Cho, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email: jpomerantz@Committeelaw.com
Email: scho@Committeelaw.com.com

-and-

Robert J. Feinstein, Esq. (admitted *pro hac vice*)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: rfeinstein@Committeelaw.com

*Counsel for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2022, a true and correct copy of the above and foregoing has been served by electronic transmission to all registered CM/ECF users appearing in these cases.

/s/ Michael D. Warner
Michael D. Warner