

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **Advanced Overhead Crane Services, Inc.** |
| Bankruptcy Case: | **Limetree Bay Services, LLC** |
| Preference Period: | **Apr 13, 2021 - Jul 12, 2021** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39124 | 12/15/2020 | $3,050.00 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38801 | 10/15/2020 | $4,891.03 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38860 | 10/28/2020 | $1,633.08 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38861 | 10/28/2020 | $20,766.75 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38931 | 11/9/2020 | $27,043.65 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38932 | 11/9/2020 | $18,434.08 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38933 | 11/9/2020 | $20,884.85 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39002 | 11/23/2020 | $15,438.45 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39084 | 12/9/2020 | $16,033.08 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 38797 | 10/14/2020 | $33,910.29 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39122 | 12/15/2020 | $16,166.61 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001671 | $78,305.69 | 5/28/2021 | 0039665 | 3/24/2021 | $27,078.47 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39125 | 12/15/2020 | $11,944.19 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39126 | 12/15/2020 | $21,163.79 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001392 | $14,796.24 | 5/7/2021 | 39216CORR | 1/6/2021 | $13,781.24 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001392 | $14,796.24 | 5/7/2021 | 39217CORR | 1/6/2021 | $1,015.00 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001487 | $136.78 | 5/14/2021 | 0038932A | 11/9/2020 | $136.78 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001584 | $29,260.00 | 5/21/2021 | 0039218 | 1/6/2021 | $29,260.00 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001671 | $78,305.69 | 5/28/2021 | 0039658 | 3/23/2021 | $9,387.66 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001671 | $78,305.69 | 5/28/2021 | 0039659 | 3/23/2021 | $17,151.33 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001671 | $78,305.69 | 5/28/2021 | 0039664 | 3/24/2021 | $24,688.23 |
| Limetree Bay Refining, LLC | Limetree Bay Refining, LLC | 23001313 | $229,332.84 | 4/30/2021 | 39120 | 12/15/2020 | $17,972.99 |

Totals:     5 transfer(s),    $351,831.55

Advanced Overhead Crane Services, Inc. (2269585)  
Bankruptcy Case: Limetree Bay Services, LLC

Sep 27, 2022

Exhibit A

P. 1