United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIMETREE BAY SERVICES, LLC., *et al.*, | Case No. 21-32351 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND THE DEADLINE TO FILE CLAIM OBJECTIONS**
(Related Docket No. 1710)

Upon the motion (the "Motion")[2] of the Liquidating Trustee in the above-referenced chapter 11 cases for entry of an order extending the deadline to file objections to claims; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper in this District under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1. The Claims Objection Deadline set forth in the Plan is extended to December 5, 2023, without prejudice to the Liquidating Trustee or any other party's right to seek further extension of the Claims Objection Deadline.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Signed: July 18, 2023.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE