In re *Limetree Bay Services, LLC*
Case No. 21-32351

Notes to Post-Confirmation Report for the Quarter Ended **June 30, 2022**

Part 2

The aggregate total of "Professional fees & expenses (bankruptcy and non-bankruptcy) incurred by or on behalf of the debtor" reflects all payments made by the Liquidating Trustee to professionals for the pre-effective date period after the Effective Date.

Part 3

The claims reconciliation process is ongoing and reporting with respect to "Allowed Claims" is premature at this time. For purposes of this Report, "Allowed Claims" are reported as follows:
- Administrative Claims:  Equal to amounts set forth in the confirmation order.
- Secured Claims:  Equal to amounts set forth in the confirmation order.
- Priority Claims:  Estimated based on amounts budgeted by the Debtors on the Effective Date of the plan.
- General Unsecured Claims:  Estimated based on amounts set forth in the disclosure statement.

The amounts reported in "Total Anticipated Payments under Plan" for administrative and priority claims reflect the sum of cash on hand as of the date of the Report and cumulative amounts paid from and after the Effective Date, in each case on account of the applicable category of claims. With respect to other categories of claims, due to the various contingencies affecting anticipated distributions, the LBR Liquidating Trustee has not attempted to forecast "Total Anticipated Payments under Plan."

The LBR Liquidating Trustee reserves all rights with respect to claims allowance and reconciliation.