**In re Limetree Bay Services, LLC**
**Case No. 21-32351**

**Notes to Post-Confirmation Report for the Quarter Ended December 31, 2022**

Part 2
Represents the aggregate of professional fees and expenses that the LBR Liquidating Trust has paid, including from the professional fee reserve, to professionals, on account of fees and expenses incurred prior to the effective date.

In the third quarter of 2022, Riveron and Pachulski were inadvertently paid out of the LBR Liquidating Trust operations account instead of the Professional Fee Escrow. At the beginning of the fourth quarter of 2022, the professionals refunded these amounts to the LBR Liquidating Trust operating account, and Pachulski and Riveron have now been paid from the Professional Fee Escrow. The U.S. Trustee fees attributable to the disbursements to make the final fee payments to Pachulski and Riveron were included in the quarter they were made out of the Professional Fee Escrow. Specifically, Riveron was included in the Q3 2022 PCR, and Pachulski was included in the Q4 2022 PCR. To avoid any duplication of U.S. Trustee fees on disbursements following the refund of the duplicate payments to Pachulski and Riveron, the payments from the LBR Liquidating Trust operations account are not reported on the applicable PCR. The reconciliation of these disbursements is detailed in the exhibit below.

| Professional Fee Reconciliation | Q3 - 2022 Credits | Q3 - 2022 Debits | Q4 - 2022 Credits | Q4 - 2022 Debits | Net Cashflow |
|---|---|---|---|---|---|
| **Limetree Trust - Ops Account** | | | | | |
| Riveron | $ - | $ (77,548) | $ 77,548 | $ - | $ - |
| Pachulski | - | (289,220) | 289,220 | - | - |
| **Total Limetree Trust - Ops Account** | $ - | $ (366,768) | $ 366,768 | $ - | $ - |
| **Limetree Trust - Professional Fee Escrow** | | | | | |
| Riveron | - | (77,548) | - | - | (77,548) |
| Pachulski | - | - | - | (289,220) | (289,220) |
| **Total Limetree Trust - Professional Fee Escrow** | $ - | $ (77,548) | $ - | $ (289,220) | $ (366,768) |
| **Memo:** | | | | | |
| Amounts Included in US Trustee Fee Calculation | nm | (77,548) | nm | (289,220) | nm |

Part 3

The claims reconciliation process is ongoing and reporting with respect to "Allowed Claims" is premature at this time. For purposes of this Report, "Allowed Claims" are reported as follows:
- Administrative Claims:  Equal to amounts set forth in the confirmation order.
- Secured Claims:  Equal to amounts set forth in the confirmation order.
- Priority Claims:  Estimated based on amounts budgeted by the Debtors on the Effective Date of the plan.
- General Unsecured Claims:  Estimated based on amounts set forth in the disclosure statement.

The amounts reported in "Total Anticipated Payments under Plan" for administrative and priority claims reflect the sum of cash on hand as of the date of the Report and cumulative amounts paid from and after

the Effective Date, in each case on account of the applicable category of claims. With respect to other categories of claims, due to the various contingencies affecting anticipated distributions, the LBR Liquidating Trustee has not attempted to forecast "Total Anticipated Payments under Plan."

The LBR Liquidating Trustee reserves all rights with respect to claims allowance and reconciliation.