United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 18, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIMETREE BAY SERVICES, LLC., *et al.*, | Case No. 21-32351 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

**ORDER GRANTING LIQUIDATING TRUSTEE'S SECOND MOTION TO EXTEND
THE DEADLINE TO FILE CLAIM OBJECTIONS**
(Related Docket No. 1710)

Upon the motion (the "Motion")[2] of the Liquidating Trustee in the above-referenced chapter 11 cases for entry of an order extending the deadline to file objections to claims; and the Court having jurisdiction to consider the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2) on which the Court may enter a final order consistent with Article III of the United States Constitution; and venue being proper in this District under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Motion having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).
[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1. The Claims Objection Deadline set forth in the Plan is extended to December 5, 2023, without prejudice to the Liquidating Trustee or any other party's right to seek further extension of the Claims Objection Deadline.

2. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Signed: July 18, 2023.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 21-32351-drj |
| Limetree Bay Services, LLC | Chapter 11 |
| Limetree Bay Refining Marketing, LLC | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 4 |
| Date Rcvd: Jul 18, 2023 | Form ID: pdf002 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Limetree Bay Refining Holdings II, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Holdings, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Marketing, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining Operating, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | | Limetree Bay Refining, LLC, 1 Estate Hope, Christiansted, VI 00820 |
| db | + | Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041-6930 |
| aty | | ASK LLP, 2600 Eagan Woods Drive, Ste. 400, EAGAN, MN 55121-1169 |
| aty | + | John H. Maddock III, McGuireWoods LLP, 800 East Canal Street, Richmond, VA 23219-3956 |
| aty | | Kevin F. D'Amour, Barnes & D'Amour, 5143 Palm Passage, Suite 18B & 19B, St. Thomas, VI 00802 |
| aty | + | Thomas V. Eagan, Rasco Klock Perez Nieto P.L., 2555 Ponce de Leon Blvd, Suite 600, Coral Gables, FL 33134-6019 |
| aty | + | Yohana Manning, Manning Legal, PC, 2120 Company Street, Christiansted, VI 00820-4945 |
| intp | + | Ad Hoc Term Lender Group, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | AltairStrickland V.I. LLC, Faegre Drinker Biddle & Reath LLP, 1717 Main Street, Ste 5400, Attn: Vince Slusher, Dallas, TX 75201-7367 |
| cr | + | Alvina Jean Marie Illarraza, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Axens North America, Inc., c/o Melissa A. Pena, Norris McLaughliin, P.A., 7 Time Square, 21st Floor New York, NY 10036-6551 |
| intp | + | BMC Group, Inc., 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| cr | + | Beecher Cotton, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | #+ | Cameron, A Schlumberger Company, c/o Dore Rothberg McKay, P.C., Attn: Vianey Garza, 17171 Park Row, Suite 160, Houston, TX 77084-4927 |
| cr | + | Complan USA, LLC, 16417 Squyers Rd., Spring, Tx 77379-7272 |
| cr | + | Concur Technologies, Inc., c/o Brown & Connery, LLP, Donald K. Ludman, Esquire, 6 N. Broad Street - Suite 100, Woodbury, NJ 08096 U.S.A. 08096-4635 |
| cr | + | Control System Technologies, LLC, c/o Chamberlain Hrdlicka, 1200 Smith St., Suite 1400, Attn: Jarrod B. Martin, Houston, Tx 77002-4496 |
| cr | + | Crowley Caribbean Services, LLC, 9487 Regency Square Blvd, Jacksonville, FL 32225-8183 |
| cr | + | Embark Consulting, LLC, c/o Martin Powers & Counsel, PLLC, 600 E John Carpenter Fwy, Suite 234, Irving, TX 75062-4460 |
| cr | #+ | EnerMech Mechanical Services, Inc., 14000 West Road, Houston, TX 77041, UNITED STATES 77041-1120 |
| cr | + | Esther Clifford, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Excel Construction and Maintenance V.I., Inc., 8641 United Plaza Blvd., Baton Rouge, LA 70809-7032 |
| cr | + | Federal Express Corporation, 3620 Hacks Cross Road, Memphis, TN 38125-8800 |
| intp | + | InServ Field Services USVI, LLC, 1900 N 161st East Ave, Tulsa, OK 74116-4829 |
| cr | + | LMMVI, LLC, c/o William E. Steffes, The Steffes Firm, LLC, 13702 Coursey Boulevard, Building 3 Baton Rouge, LA 70817-1372 |
| cr | + | Pamela Colon, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Sedgwick Claims Management Services, Inc., c/o Balch & Bingham, LLP, 811 Louisiana Street, Ste. 1010, Houston, TX 77002-1412 |
| cr | + | Sirdina Issac-Joseph, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | | Sulphur Experts Inc., c/o Derek Zaharko, Suite 102 - 12 Manning Close NE, Calgary, T2E7 96, CANADA, AB |
| cr | + | Sylvia Browne, Lee J. Rohn and Associates, 1108 King Street, Suite 3, Christiansted, VI 00820-5080 |
| cr | + | Team Industrial Services, Inc., c/o Lynn Hamilton Butler, Husch Blackwell LLP, 111 Congress Avenue, Suite 1400, Austin, TX 78701-4093 |
| cr | #+ | Texlaxe Inc. d/b/a Coking.com, c/o Evan Hyde, 3901 Kings Row, Reno, NV 89503-1832 |
| cr | + | Total Safety Virgin Islands, LLC, 3151 Briarpark Dr., Ste 500, Houston, Tx 77042-3810 |
| cr | + | VIVOT EQUIPMENT CORPORATION, HENDERSHOT COWART PC, 1800 Bering Ste 600, 1800, Houston, TX 77057-3352 |
| cr | + | Virgin Islands Industrial LLC, 1800 Bering Drive, Ste. 600, Houston, TX 77057-3352 |
| cr | + | Weldship Industries, Inc., 225 W. 2nd Street, Bethlehem, PA 18015-1274 |

| | | |
|---|---|---|
| cr | + | Worley Pan-American Corp., ATTEN Cesar Hrnandez Esponoza, 5985 Rogerdale Rd, Houston, Tx 77072-1601 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| intp | + Email/Text: mbrimmage@akingump.com | Jul 18 2023 20:27:00 | Ad Hoc Term Lender Group, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jul 18 2023 20:27:00 | City of La Porte, Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: jthoman@hodgsonruss.com | Jul 18 2023 20:27:00 | Coral Management Group, LLC, c/o Hodgson Russ LLP, James C. Thoman, 140 Pearl Street, Suite 100, Buffalo, NY 14202-4014 |
| cr | Email/Text: courtfiling@gulfoil.com | Jul 18 2023 20:26:00 | Gulf Oil Limited Partnership, 80 William St, Ste 400, Wellesley, MA 02481-3705 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Jul 18 2023 20:27:00 | H&K Engineering LLC, c/o Kirk Burkley, Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Pittsburgh, PA 15219-1945 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Jul 18 2023 20:27:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o John P. Dillman, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + Email/Text: schristianson@buchalter.com | Jul 18 2023 20:26:00 | Oracle America, Inc., Buchalter, A Professional Corporation, c/o Shawn M. Christianson, 425 Market St., Ste 2900, San Francisco, CA 94105-2491 |
| cr | + Email/Text: bankruptcy@fult.com | Jul 18 2023 20:27:00 | SAP America, Inc., c/o Brown & Connery LLP, Donald K. Ludman, Esquire, 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jul 18 2023 20:26:00 | TN Dept of Revenue, c/oTN Atty General, Bankruptcy Div, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | David M. Dunn |
| cr | | 405 Sentinel LLC |
| intp | | AMP Capital Investors, Ltd. |
| cr | | AVEVA Software LLC |
| intp | | AXIS Surplus Insurance Company |
| intp | | Ad Hoc Group of Terminal Lenders |
| cr | | Analytic Stress Relieving Inc. |
| cr | | Arena Investors, LP |
| cr | | BP Corporation North America Inc., an Indiana corp |
| cr | | BP Products North America Inc., a Maryland corpora |
| intp | | Bay, Ltd |
| cr | | BlackLine Systems, Inc. |
| cr | | CITY OF LA PORTE, LA PORTE INDEPENDENT SCHOOL DIST |
| cr | | Catalyst and Chemical Containers, LLC |
| cr | | Chirstiansted Equipment Ltd |
| cr | | Christopher Boynes, et al "Class Action Plaintiffs |
| cr | | Comdata Inc. |
| cr | | Computer Solutions Inc |

| District/off: 0541-4 | User: ADIuser | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 18, 2023 | Form ID: pdf002 | Total Noticed: 49 |

| | | |
|---|---|---|
| cr | Crowley Logistics, Inc. | |
| cr | DNOW L.P. d/b/a DistributionNOW | |
| cr | Dresser-Rand Co. | |
| cr | Dyonyx, L.P. | |
| intp | EIG Management Company, LLC | |
| cr | Elite Turnaround Specialists, Ltd. | |
| cr | Evoqua Water Technologies LLC | |
| cr | F&M Mafco Inc | |
| cr | Flowserve US Inc. | |
| intp | General Security Indemnity Company of Arizona | |
| cr | Generator and Motor Services of Pennsylvania, LLC | |
| cr | Goldman Sachs Bank USA | |
| cr | HKA Enterprises, LLC ("HKA") | |
| cr | Honeywell Enraf Americas, Inc. | |
| cr | Honeywell International Inc. | |
| intp | Integrated Service Company, LLC, 1900 North 161st East Ave, Tulsa | |
| intp | Interested Party | |
| cr | Intertek USA Inc. | |
| intp | Ironshore Indemnity, Inc. | |
| cr | J. Aron & Company LLC | |
| cr | James McNamara | |
| cr | John Crane, Inc. | |
| cr | KLEIN INDEPENDENT SCHOOL DISTRICT | |
| cr | Liberty Mutual Insurance Company | |
| cr | Limetree Bay Terminals, LLC | |
| cr | Mammoet USA South, Inc. | |
| cr | National Industrial Services, LLC | |
| crcm | Official Committee of Unsecured Creditors | |
| cr | Pinnacle Services, LLC | |
| intp | Port Hamilton Refining and Transportation, LLLP | |
| cr | Process Technical Services, Inc. | |
| cr | Reactor Resources, LLC | |
| cr | Rev 1 Energy, Inc. | |
| cr | Rowdy Whittington | |
| intp | St. Croix Energy, LLLP | |
| intp | St. Croix Refining and Transportation, LLLP | |
| cr | Strategic Contract Resources, LLC | |
| cr | The Government of the United States Virgin Islands | |
| cr | The Government of the United States Virgin Islands | |
| dft | Three L, Inc. | |
| intp | United States of America | |
| cr | Universal Plant Services (VI), LLC | |
| cr | VI Industrial Services, LLC | |
| cr | VWNA Caribbean LLC | |
| intp | Vesta Housing Solutions, LLC | |
| cr | Virgin Islands Paving, Inc.,, P.O. Box 4720, Kingshill, St. Croix, UNITED STATES OF AMERICA | |
| cr | WDI USVI LLC | |
| intp | West Indies Petroleum Ltd | |
| cr | Wilmington Trust, National Association | |
| cr | Wunderlich-Malec Engineering, Inc. | |

TOTAL: 68 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0541-4                           User: ADIuser                           Page 4 of 4
Date Rcvd: Jul 18, 2023                        Form ID: pdf002                         Total Noticed: 49

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023                    Signature:        /s/Gustava Winters