IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| LIMETREE BAY SERVICES, LLC., *et al.*, | Case No. 21-32351 (DRJ) |
| Debtors.[1] | (Jointly Administered) |

NOTICE OF LBR LIQUIDATING TRUST'S
QUARTERLY LIQUIDITY REPORT

**PLEASE TAKE NOTICE** that, in accordance with section 4.08 of the Liquidating Trust Agreement [Dkt. 1413-3], the LBR Liquidating Trust's quarterly report for the period from April 1, 2023 through June 30, 2023 may be accessed at https://cases.stretto.com/Limetree.

Dated: July 28, 2023

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

/s/ Abigail V. O'Brient
By: Joseph R. Dunn (*Pro Hac Vice*)
CA State Bar No. 238069
jrdunn@mintz.com
3580 Carmel Mountain Rd., Suite 300
San Diego, California 93210
T: (858) 314-1500
F: (858) 314-1501

Abigail V. O'Brient (*Pro Hac Vice*)
CA State Bar No. 265704
aobrient@mintz.com
2049 Century Park East, Suite 300
Los Angeles, California 90067
T: (310) 586-3200
F: (310) 586-3202

*Counsel for David Dunn, as Trustee of the LBR Liquidating Trust*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).