**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LIMETREE BAY SERVICES, LLC., et al.,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 21-32351 (DRJ)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 28, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of LBR Liquidating Trust's Quarterly Liquidity Report** (Docket No. 1727)

Dated: August 1, 2023

*/s/ Janira N. Sanabria*
Janira N. Sanabria
STRETTO
8269 E. 23rd Ave, Suite 275
Denver, CO 80238
714-646-7602
TeamLimetree@Stretto.com

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222). The Debtors' mailing address is Limetree Bay Services, LLC, 11100 Brittmoore Park Drive, Houston, TX 77041.

# Exhibit A



# Exhibit A

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ASK LLP | KE. Casteel, GD. Underdahl, NC. Brown | 2600 Eagan Woods Drive, Suite 400 | | | St. Paul | MN | 55121 |
| AVEVA Software LLC | c/o Holland & Knight LLP | Attn: Lynne B. Xerras | 10 St. James Avenue | 11th Floor | Boston | MA | 02116 |
| Baker Hostetler LLP | David J. Richardson | 11601 Wilshire Boulevard, Ste 1400 | | | Los Angeles | CA | 90025-0509 |
| Barclays Bank PLC | Attn: Legal | 745 Seventh Avenue | | | New York | NY | 10019 |
| Barclays Bank PLC | | 745 7th Avenue | 8th Floor | | New York | NY | 10019 |
| BlackLine Systems, Inc | c/o Felderstein Fitzgerald Willoughby | Attn: PaulJ.Pascuzzi | Pascuzzi & Rios | 500 Capitol Mall, Suite 2250 | Sacramento | CA | 95814 |
| BP Oil Supply | | 501 Westlake Park Blvd | | | Houston | TX | 77079 |
| BP Products North America Inc. | Attn: Head of Marketing & Origination | 30 South Wacker Drive, | Suite 900 | | Chicago | IL | 60606 |
| Cleaver-Brooks Sales & Service Inc | | 1956 Singleton Blvd. | | | Dallas | TX | 75212 |
| Conway MacKenzie LLC | Gary Barton | 909 Fannin Street, Suite 4000 | | | Houston | TX | 77010 |
| Costrack Project Controls | c/o Manning Legal, PC | Attn: Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 |
| Crowley Caribbean Svcs LLC Et Al | c/o Mcguirewoods LLP | Attn: Stephanie J. Bentley | 888 16th Street N.W. | Black Lives Matter Plz Ste 500 | Washington | DC | 20006 |
| Dresser-Rand Company | | 100 E Chemung St | | | Painted Post | NY | 14870 |
| Englobal U.S. Inc. | | 225 Portwall St. | | | Houston | TX | 77029 |
| Environmental Protection Agency | | Region 2 290 Broadway | | | New York | NY | 10007-1886 |
| Evoqua Water Technologies LLC | c/o Dickie, McCamey & Chilcote, P.C. | Attn: Samuel R. Grego | Two PPG Place, Suite 400 | | Pittsburgh | PA | 15222 |
| Excel USA | Ms. Cherie Pinac | 8641 United Plaza Blvd. | | | Baton Rouge | LA | 70809 |
| Govmt of the US Virgin Islands | c/o Winston & Strawn LLP | Attn: Geoffrey P. Eaton | 1901 L St. NW | | Washington | DC | 20036 |
| Gulf Oil Limited Partnership | Julio Mazzoli | 80 William Street, Suite 400 | | | Wellesley Hills | MA | 02481 |
| HKA Enterprises, LLC | | 337 Spartangreen Bvd | | | Duncan | SC | 29334 |
| Internal Revenue Service | Houston Division | 1919 Smith Street | | | Houiston | TX | 77002 |
| Internal Revenue Service | Centralized Insolvency Ops | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Liberty Mutual Insurance Company | c/o Choate, Hall & Stewart LLP | Attn: Douglas Gooding, Jonathan Marshall | Two International Place | | Boston | MA | 02110 |
| New Jersey Dept of the Treasury | Division of Taxation | 50 Barrack St | | | Trenton | NJ | 08695 |
| New Jersey Division of Revenue | Division of Taxation | PO Box 281281 | | | Trenton | NJ | 08695 |
| Office of the Attorney General | US Virgin Islands Dept of Justice | 34-38 Kronprindsens Gade | GERS Bldg, 2nd Floor | | St. Thomas | VI | 00802 |
| Office of the Attorney General | State of Texas | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Securities and Exchange Comm. | | 175 West Jackson Blvd | Suite 900 | | Chicago | IL | 60604 |
| Sedgwick Claims Mgmt. Services, Inc. | c/o Balch & Bingham LLP | Attn: Lloyd A. Lim & Rachel T. Kubanda | 811 Louisiana Street, Suite 1010 | | Houston | TX | 77002 |
| Texas Comptroller of Public Account | Rev Accounting Division BK Section | PO Box 13528 | | | Austin | TX | 78711-3528 |
| Texas Workforce Commission | Bankruptcy Section | PO Box 149080 | | | Austin | TX | 78714-9080 |
| The Claro Group, LLC | Ronald Van Epps, Managing Director | 711 Louisiana Street, Suite 210 | | | Houston | TX | 77002 |
| The Gov`t of the US Virgin Islands | Dept of Plannnig & NaturalResources | DivofEnv Prot 45 Mars Hill St Croix | | | Frederiksted | VI | 00840 |
| The Gov`t of the US Virgin Islands | Attn: Office of the Governor | Government House | Charlotte Amalie | | St. Thomas | VI | 00802 |
| the Govmt of the US Virgin Islands | c/o Winston & Strawn LLP | Attn: Geoffrey P. Eaton | 1901 L St. NW | | Washington | DC | 20036 |
| Three L Inc. | c/o o ChristianAttar | Attn: James W. Christian, Melanie H. Cruthirds | 2302 Fannin St., Suite 500 | | Houston | TX | 77002 |
| U.S. Attorney`s Office | District of the Virgin Islands | 1108 King Street, Suite 201 | | | Christiansted, St. Croix | VI | 00820-4951 |
| V I Bureau of Internal Revenue | | 4008 Estate Diamond | Plot 7-B | | Christiansted | VI | 00820-4421 |
| VI Industrial Services, LLC | c/o Manning Legal, PC | Attn: Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 |
| WDI USVI LLC | c/o Manning Legal, PC | Attn: Yohana Manning | 2120 Company Street | | Christiansted | VI | 00820 |
| Wilmington Trust, Ntl Assoc | c/o Alston & Bird LLP | Attn: David A. Wender | One Atlantic Center | 1201 West Peachtree Street | Atlanta | GA | 30309 |

# Exhibit B



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Ad Hoc Term Lender Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff | idizengoff@akingump.com |
| Ad Hoc Term Lender Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Kevin Eide, S L Alberino, B L Taylor | keide@akingump.com |
| Ad Hoc Term Lender Group | c/o Akin Gump Strauss Hauer & Feld LLP | Attn: Marty L Brimmage Jr, Lacy M Lawrence | mbrimmage@akingump.com |
| AltairStrickland V.I. LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Joseph N. Argentina, Jr. | joseph.argentina@faegredrinker.com |
| AltairStrickland V.I. LLC | c/o Faegre Drinker Biddle & Reath LLP | Attn: Vincent Slusher, Kristen L. Perry | vince.slusher@faegredrinker.com |
| AltairStrickland V.I., LLC | | | rramirez@altairstrickland.com |
| AMP Capital Investors LTD | c/o Vinson & Elkins LLP | Attn: D Meyer, G Howard, S Zundell | dmeyer@velaw.com |
| AMP Capital Investors LTD | c/o Vinson & Elkins LLP | Attn: Trevor Spears | tspears@velaw.com |
| Analytic Stress Relieving Inc. | c/o McGlinchey Stafford PLLC | Attn: Rudy J Cerone | rcerone@mcglinchey.com |
| Analytic Stress Relieving, Inc. | | | sarah@analyticstress.com |
| Ann Harris Bennett | Harris County Tax Assesor-Collector | | tax.office@hctx.net |
| Aware Super Pty Ltd | as trustee of Aware Super | | alennon@wilmingtontrust.com |
| Aware Super Pty Ltd | as trustee of Aware Super | | gs-dallas-adminagency@ny.email.gs.com |
| Axens North America, Inc | c/o Cantey Hanger LLP | Attn: M. Jermaine Watson | jwatson@canteyhanger.com |
| Axens North America, Inc | c/o Norris, McLaughlin PA | Attn: Melissa A. Pena | mapena@norris-law.com |
| AXIS Surplus Ins Company, Et Al. | c/o Cozen O'Connor | Attn: Bryan P. Vezey | bvezey@cozen.com |
| AXIS Surplus Ins Company, Et Al. | c/o Cozen O'Connor | Attn: Marla S. Benedek | mbenedek@cozen.com |
| B Cotton P Colon S Isaac-Joseph et al | c/o Berger Montague PC | Attn: Shanon J. Carson | scarson@bm.net |
| Baker & Hostetler LLP | Jorian L. Rose | | jrose@bakerlaw.com |
| Baker & Hostetler LLP | M T. Delaney, J M. Esmont, S. Prince | | mdelaney@bakerlaw.com |
| Baker Hostetler LLP | E.Green,J.Parish,J.Rose,M.Delaney | | egreen@bakerlaw.com |
| Baker Hughes Oilfield Operation LLC | Attn: Christopher J. Ryan | | chris.ryan@bakerhughes.com |
| Baker Hughes Oilfield Operations LLC | c/o Snow & Green LLP | Attn: Phil Snow | phil@snow-green.com |
| Baker Hughes Oilfield Operations, I | | | arcccashapplication@bakerhughes.com |
| Bay, Ltd | c/o Butch Boyd Law Firm | Attn: Butch Boyd, Jeremy Stone | jeremystone@butchboydlawfirm.com |
| Bay, Ltd | c/o Haynes and Boone, LLP | Attn: Patrick L. Hughes, Martha Wyrick | martha.wyrick@haynesboone.com |
| Beckstedt & Kuczynski, LLP | Carl A. Beckstedt III | | Carl@beckstedtlaw.com |
| BP Products North America Inc et al. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Christopher M. Odell | christopher.odell@arnoldporter.com |
| BP Products North America Inc et al. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Michael D. Messersmith, D T Nurnberg | michael.messersmith@arnoldporter.com |
| BP Products North America Inc et al. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Rhonda R. Trotter | rhonda.trotter@arnoldporter.com |
| BP Products North America Inc et al. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Robert T Francisovich, Lori B Leskin | lori.leskin@arnoldporter.com |
| BP Products North America Inc et al. | c/o Arnold & Porter Kaye Scholer LLP | Attn: Rosa J. Evergreen | rosa.evergreen@arnoldporter.com |
| Cameron, A Schlumberger Company | c/o Doré Rothberg McKay, P.C. | Attn: Vianey Garza | Vgarza@dorelaw.com |
| Christiansted Equipment Ltd | c/o Keating, Muething & Klekamp, PLLC | Attn: Robert G. Sanker | rsanker@kmklaw.com |
| Christiansted Equipment Ltd. | | | tmoore@fmmafco.com |
| Christiansted Equipment Ltd. | Robert McKenna, Jr & Daniel McKenna | | bobmckenna@fmmafco.com |
| City of La Porte | c/o Linebarger Goggan Blair&Sampson LLP | Attn: John P. Dillman | houston_bankruptcy@lgbs.com |
| City Of La Porte Et Al. | c/o Perdue Brandon Fielder Colins & Mott LLP | Attn: Melissa E. Valdez | mvaldez@pbfcm.com |
| Class Action Plaintiffs | c/o Fishman Haygood, L.L.P. | Attn: Tristan Manthey | tmanthey@fishmanhaygood.com |
| Classic Controls, Inc. | Shawn Warren | | swarren@classiccontrols.com |
| CO Dept of Revenue | | | DOR_TAC_Bankruptcy@state.co.us |
| Co- Limetree Terminal Entities | c/o Hunton Andrews Kurth LLP | Attn: T. Davidson II, J. Rovira, A. Harper, P. Guffy | taddavidson@HuntonAK.com |
| Co- Limetree Terminal Entities | c/o Quinn Emanuel Urquhart & Sullivan | Attn: PB Tomasco, CD Porter, D van der Hahn | pattytomasco@quinnemanuel.com |
| Complan USA LLC | | | jfuhrman@complan.net |
| Computer Solutions, Inc | | d/b/a Costrac | aanderson@costrack.com |
| Control Associates Caribe | | | plee@control-associates.com |
| Control System Technologies, LLC | c/o Chamberlain, Hrdlicka | Attn: Tara T. LeDay | tara.leday@chamberlainlaw.com |
| Conway MacKenzie LLC | Gary Barton | | gary.barton@riveron.com |
| Coral Management Group LLC | | | mwurst@wtsonline.com |
| Coral Management Group, LLC | c/o Hodgson Russ LLP | Attn: James C. Thoman | jthoman@hodgsonruss.com |
| Cotton Class Action Plaintiffs | c/o Lee J. Rohn and Associates, LLC | Attn: Rhea R. Lawrence Esq. | rhea@rohnlaw.com |
| Counsel for DIP Lender | Attn: Lydia Webb | | lwebb@grayreed.com |
| Counsel for the Terminal Lenders | c/o Davis Polk & Wardwell LLP | Attn: DSchaible, EMskowitz, AFalk, Jpeppiatt | damian.schaible@davispolk.com |
| Counsel to Virgin Islands Industrial Services, LLC | c/o Hendershot Cowart, PC | Attn: SW HendershotIII, K Cowart, C Carollo | ccarollo@hchlawyers.com |
| Creditors & Defendants in the Adv Proceeding | c/o Lee J. Rohn and Associates, LLC | Attn: Lee J. Rohn | lee@rohnlaw.com |
| Crowley Caribbean Svcs LLC Et Al | c/o Mcguirewoods LLP | Attn: Demetra Liggins | dliggins@mcguirewoods.com |
| Crowley Caribbean Svcs LLC Et Al | c/o Mcguirewoods LLP | Attn: John H. Maddock III | jmaddock@mcguirewoods.com |
| Crowley Caribbean Svcs LLC Et Al | c/o Mcguirewoods LLP | Attn: Stephanie J. Bentley | sbentley@mcguirewoods.com |
| Cust-O-Fab Specialty Services, LLC | | | mwood@custofab.com |
| Cust-O-Fab, LLC | | | mwood@custofab.com |
| DNOW LP D/B/A DistributionNOW | c/o STACY & BAKER, P.C. | Attn: Brian A. Baker | brian.baker@stacybakerlaw.com |
| Dresser-Rand Co. | c/o Vedder Price P.C. | Attn: Arlene N. Gelman | agelman@vedderprice.com |
| Dresser-Rand Company | | | yric.scott.ext@siemens.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Dresser-Rand Company | c/o McGuire, Craddock & Strother, P.C. | Attn: J. Mark Chevallier | mchevallier@mcslaw.com |
| Dynamic Innovative Corporation | | | JSAMUEL@DYNAMICORPVI.COM |
| DYONYX, L.P. | c/o Polsinelli PC | Attn: Liz Boydston | lboydston@polsinelli.com |
| DYONYX, L.P. | c/o Polsinelli PC | Attn: Trinitee G. Green | tggreen@polsinelli.com |
| EIG | c/o White & Case LLP | Attn: Nicolas Abbattista | nick.abbattista@whitecase.com |
| EIG | c/o White & Case LLP | Attn: William Guerrieri, Gregory F. Pesce | William.guerrieri@whitecase.com |
| Elite Turnaround Specialists, Ltd. | | | AR@eliteturnaround.com |
| Elite Turnaround Specialists, Ltd. | c/o Dan Pettit | Attn: | djpettit@quantaservices.com |
| Elite Turnaround Specialists, Ltd. | c/o LOCKE LORD LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Embark Consulting, LLC | c/o Martin Powers & Counsel, PLLC | Attn: Meagan Martin Powers | meagan@martinpowers.com |
| EnerMech Mechanical Services, Inc | | | mamos@enermech.com |
| Englobal U.S. Inc. | | | rocky.medina@englobal.com |
| Englobal U.S. Inc. | Attn: Mark A. Hess | | mark.hess@englobal.com |
| Excel Cnstrction & Mntenance VI Inc | c/o Butler Snow LLP | Attn: David S. Rubin | David.Rubin@butlersnow.com |
| Excel Construction & Maintenance VI | Attn: Cherie A. Pinac | | wbyrd@excelusa.com |
| F&M Mafco, Inc. & Christiansted Equipment Ltd | c/o Keating Muething & Klekamp PLL | Attn: Joseph E Lehnert | jlehnert@kmklaw.com |
| Federal Energy Reg Commission(FERC) | Kimberly D Bose, Secretary | | customer@ferc.gov |
| Fitzpatrick Lentz & Bubba, PC | Douglas J. Smillie | | dsmillie@flblaw.com |
| Flowserve US INC | | | credit.central@flowserve.com |
| Flowserve US Inc. | c/o Clark Hill PLC | Attn: R P. Franke, A G Edson, A L Hornisher | AHornisher@clarkhill.com |
| Future Fund Invstmnt Co # 2 Pty Ltd | (ABN 90 130 788 493) | | alennon@wilmingtontrust.com |
| Future Fund Invstmnt Co # 2 Pty Ltd | (ABN 90 130 788 493) | | gs-dallas-adminagency@ny.email.gs.com |
| Generator & Motor Svcs of Pennsylvania, LLC d/b/a BRUSH Americas | c/o Tucker Arensberg, P.C. | Attn: Michael A. Shiner & Maribeth Thomas | mshiner@tuckerlaw.com |
| Gibson, Dunn, & Crutcher LLP | | | cbilling@gibsondunn.com |
| Goldman Sachs Bank USA | c/o Cleary Gottlieb Steen & HamiltonLLP | Attn: Sean A. O`Neal, Jane VanLare | soneal@cgsh.com |
| Goldman Sachs Group, Inc. | Attn: Corporate Treasury | | Gs-sbd-admin-contacts@ny.email.gs.com |
| Gray Reed | Jason Brookner, Lydia Webb | | jbrookner@grayreed.com |
| Great Southern Technologies LLC | | Department 96-0504 | ar@inservusa.com |
| H&K Engineering LLC | c/o Bernstein-Burkley, P.C. | Attn: Kirk B. Burkley | kburkley@bernsteinlaw.com |
| Harris County | c/o Linebarger Goggan Blair&Sampson LLP | Attn: John P. Dillman | houston_bankruptcy@lgbs.com |
| Honeywell Enraf Americas, Inc. & Honeywell International Inc | c/o Adams and Reese LLP | Attn: Scott R. Cheatham | scott.cheatham@arlaw.com |
| InServ Field Services USVI, LLC | Cody Reese | | ar@inservusa.com |
| InServ Field Services USVI, LLC, Integrated Service Company, LLC | c/o Frederic Dorwart, Lawyers PLLC | Attn: Samuel Ory, John D. Clayman | sory@fdlaw.com |
| Interek USA Inc | c/o Lewis Brisbois Bisgaard & Smith | Attn: Vincent F. Alexander | Vincent.Alexander@lewisbrisbois.com |
| Intertek USA, Inc. | | | receivables@intertek.com |
| Intertek USA, Inc. | Attn: Legal | | contracts.CAAamericas@intertek.com |
| Ironshore Indemnity, Inc. | c/o Duane Morris LLP | Attn: Aron M. Oliner | roliner@duanemorris.com |
| Ironshore Indemnity, Inc. | c/o Duane Morris LLP | Attn: Cameron J. Asby | cjasby@duanemorris.com |
| J. Aron & Company LLC | | | Sara.Lachapelle@gs.com |
| John Crane, Inc. | c/o Locke Lord LLP | Attn: Brian A. Raynor | braynor@lockelord.com |
| John Crane, Inc. | c/o Locke Lord LLP | Attn: Stephen J. Humeniuk | stephen.humeniuk@lockelord.com |
| LBR Liquidating Trust | c/o Mintz Levin Cohn Ferris, Et Al. | Attn: Joseph R. Dunn | jrdunn@mintz.com |
| LBR Liquidating Trust | Mintz Levin Cohn Ferris, Et Al. | Abigail V. O`Brient, Esq | aobrient@mintz.com |
| Liberty Mutual Insurance Company | c/o Dykema Gossett, PLLC | Attn: Basil A. Umari | bumari@dykema.com |
| Limetree Bay Cayman II, Ltd. | | | alennon@wilmingtontrust.com |
| Limetree Bay Cayman II, Ltd. | | | gs-dallas-adminagency@ny.email.gs.com |
| Limetree Bay Services, LLC, et al. | Mark Shapiro | | mshapiro@brileyfin.com |
| Limetree Bay Terminals, LLC | | | aphelp@lbenergy.com |
| Limetree Terminal Entities | c/o Quinn Emanuel Urquhart & Sullivan | Attn: Benjamin I. Finestone | benjaminfinestone@quinnemanuel.com |
| LMMVI, LLC | c/o The Steffes Firm, LLC | Attn: William E. Steffes | bsteffes@steffeslaw.com |
| MA Dept of Revenue | | | snyderge@dor.state.ma.us |
| Mammoet USA South, Inc. | c/o Schouest, Bamdas, Soshea & BenMaier | Attn: Robert P. Vining | rvining@sbsblaw.com |
| NAES Corporation | David Miner, Assoc Gen Counsel | | david.miner@naes.com |
| National Industrial Services LLC | c/o Barnes & D`Amour | Attn: Kevin F D` Amour | kevin.damour@comcast.net |
| National Industrial Services, LLC | Attn: Jeffery L. Nations | | sjagrup@nisstx.com |
| National Industrial Services, LLC | c/o Kevin F. D'Amour | | kevin.damour@comcast.net |
| New Jersey Dept of the Treasury | Division of Taxation | | treasury.director@treas.state.nj.gov |
| Office of the US Trustee | | | hector.duran.jr@usdoj.gov |
| Oracle America, Inc | c/o Buchalter, a Professional Corp | Attn: Shawn M. Christianson | schristianson@buchalter.com |
| Pamela Colon | | | pamelalcolon@msn.com |
| Pamela Colon | c/o Nye, Stirling, Hale & Miller, LLP | Attn: Joel M. Walker | jmwalker@nshmlaw.com |
| Panametrics, LLC | | | CUSTCAREBOSTON@BAKERHUGHES.COM |
| Pinnacle Services, LLC | Attn: Robert Stuart Lewis, Jr | | rlewis@pinnaclevi.com |



# Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Pinnacle Services, LLC | c/o Bass, Berry & Sims PLC | Attn: Paul G. Jennings | pjennings@bassberry.com |
| Pinnacle Services, LLC | c/o Kane Russell Coleman Logan PC | Attn: Joseph M. Coleman & S. Kyle Woodard | jcoleman@krcl.com |
| Platinum Compass B 2018 RSC Limited | | | alennon@wilmingtontrust.com |
| Platinum Compass B 2018 RSC Limited | | | gs-dallas-adminagency@ny.email.gs.com |
| Process Technical Services, Inc. | c/o MCKOOL SMITH, PC | Attn: John J. Sparacino, Sonia M Venus | jsparacino@mckoolsmith.com |
| Rapp & Krock, PC | Henry Flores & Kenneth M. Krock | | hflores@rappandkrock.com |
| Reactor Resources LLC | | | accounts@reactor-resources.com |
| Reactor Resources LLC | c/o Johnson, DeLuca, Kurisky & Gould PC | Attn: Millard A. Johnson, Sara J. Sherman | mjohnson@jdkglaw.com |
| Rev 1 Energy, Inc. | c/o Shumaker, Loop & Kendrick LLP | Attn: Steven M Berman, Esq | sberman@shumaker.com |
| Rockwell Automation Puerto RIco, In | | | dbromme@ra.rockwell.com |
| SAP America, Inc. and Concur Technologies, Inc. | c/o Brown & Connery, LLP | Attn: Donald K. Ludman | dludman@brownconnery.com |
| Savage St. Croix, LLC | | Dept. 418 | accountsreceivable@savageservices.com |
| Sedgwick Claims Mgmt Services, Inc | | | Roland.Riviere@sedgwick.com |
| Sedgwick Claims Mgmt. Services, Inc. | c/o Balch & Bingham LLP | Attn: Lloyd A. Lim & Rachel T. Kubanda | LLim@Balch.com |
| St. Croix Energy, LLLP | c/o Ropes & Gray LLP | Attn: Andrew G. Devore | andrew.devore@ropesgray.com |
| St. Croix Energy, LLLP | c/o ROPES & GRAY LLP | Attn: G M Galardi, M M Roose, U Egeonuigwe | matthew.roose@ropesgray.com |
| St. Croix Energy, LLLP | c/o ROPES & GRAY LLP | Attn: Stephen L. Iacovo | stephen.iacovo@ropesgray.com |
| St. Croix Energy, LLLP | c/o USVI LAW, LLP | Attn: Scot Fitzerald McChain | smcchain@usvi.law |
| Strategic Contract Resources, LLC | | | cash@advancepartners.com |
| Strategic Contract Resources, LLC | c/o Cowles & Thompson, P.C. | Attn: William L. Siegel | bsiegel@cowlesthompson.com |
| Stroock & Stroock & Lavan LLP | | | dazrilen@stroock.com |
| Team Industrial Services, Inc | c/o Husch Blackwell LLP | Attn: Lynn Hamilton Butler | lynn.Butler@huschblackwell.com |
| Texas Comptroller of Public Account | Rev Accounting Division BK Section | | glenn.hegar@cpa.texas.gov |
| Texas Workforce Commission | Bankruptcy Section | | tax@twc.state.tx.us |
| the Govmt of the US Virgin Islands | c/o Winston & Strawn LLP | Attn: Daniel J. McGuire | dmcguire@winston.com |
| the Govmt of the US Virgin Islands | c/o Winston & Strawn LLP | Attn: Geoffrey P. Eaton | GEaton@winston.com |
| the Govmt of the US Virgin Islands | c/o Winston & Strawn LLP | Attn: Katherine A. Preston | KPreston@winston.com |
| the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey Pomerantz & Shirley S Cho | jpomerantz@pszjlaw.com |
| the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Michael D Warner & Steven W Golden | mwarner@pszjlaw.com |
| the Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Robert J. Feinstein | rfeinstein@pszjlaw.com |
| Three L Inc. | c/o o ChristianAttar | Attn: James W. Christian, Melanie H. Cruthirds | jchristian@christianlevinelaw.com<br>mcruthirds@christianlevinelaw.com |
| TN Attorney General`s Office | Stephen R. Butler, Sr Asst Atty Gen | Bankruptcy Division | steve.butler@ag.tn.gov |
| TN Dept of Revenue | | Andrew Jackson Building | david.gerregano@tn.gov |
| Total Safety Virgin Islands LLC, Worley Pan-American Corp | c/o Jones Walker LLP | Attn: John Mills | jmills@joneswalker.com |
| U.S. Attorney`s Office | Alan Tenenbaum, Myles Flint | Southern District of Texas | usatxs.atty@usdoj.gov |
| Universal Plant Services, (VI), LLC | Attn: Ruben Kendrick, Jr. | | remittance@universalplant.com |
| Universal Plant Services, (VI), LLC | c/o Sidley Austin LLP | Attn: Duston McFaul, Maegan Quejada | dmcfaul@sidley.com |
| V.I. Industrial Services, LLC | | | mhenry@viisllc.com |
| Versa Integrity Group, Inc. | | | payments@versaintegrity.com |
| Vesta Housing Solutions, LLC | c/o Greenberg Traurig, LLP | Attn: Paul B. Kerlin | kerlinp@gtlaw.com |
| Vesta Housing Solutions, LLC | c/o Greenberg Traurig, LLP | Attn: R. Kent Love | lovek@gtlaw.com |
| Virgin Islands Paving, Inc | c/o Dudley Newman Feuerzeig, LLP | Attn: Gregg R. Kronenberger | gkronenberger@dnfvi.com |
| Vivot Equipment Corporation | | | ar@vivot.vi |
| Vivot Equipment Corpration | c/o Hendershot Cowart, PC | Attn: SW HendershotIII, K Cowart, C Carollo | ccarollo@hchlawyers.com |
| VWNA Caribbean, LLC | c/o Gibbons P.C. | Attn: Dale E. Barney, David N. Crapo | dbarney@gibbonslaw.com |
| W. Indies Pet. & St. Croix Refining | c/o Bast Amron LLP | Attn: J. Bast, J. Leggett | jbast@bastamron.com |
| W. Indies Pet. & St. Croix Refining | c/o MehaffyWeber, PC | Attn: James W. Henges | JamesHenges@mehaffyweber.com |
| W. Indies Pet. & St. Croix Refining | c/o Rasco, Klock, Perez,Nieto, P.L. | Attn: Thomas V. Eagan | teagan@rascoklock.com |
| Westbourne Credit Management Ltd | as ttee of Westbourne Yield Fund #4 | | alennon@wilmingtontrust.com |
| Westbourne Credit Mgmt Limited | as ttee of the Q Infra Yield Trust | | alennon@wilmingtontrust.com |
| Westbourne Credit Mgmt Limited | as ttee of Westbourne Yield Fund #4 | | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infra Debt Opp FundII LP | acting through its General Partner, Rimor Fund II GP Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infra Debt Opp FundII LP | acting through its General Partner, Rimor Fund II GP Ltd | | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastrctre Debt 2 L.P. | acting through its General Partner, Westbourne Infra Debt GP Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infrastrctre Debt 2 L.P. | Westbourne Infrastructure Debt 6 LP | Westbourne Infra Debt GP Ltd | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastrctre Debt 7 (USD | acting through its General Partner, Westbourne Infra Debt GP Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infrastrctre Debt 7 (USD | Westbourne Infrastructure Debt 5 LP | Westbourne Infra Debt GP Ltd | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastructure Debt 3 LP | acting through its General Partner, Westbourne Infra Debt GP Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infrastructure Debt 3 LP | Westbourne Infrastrctre Debt 2 L.P. | Westbourne Infra Debt GP Ltd | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastructure Debt 4 LP | acting through its General Partner, Westbourne Infra Debt GP Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infrastructure Debt 4 LP | Westbourne Infrastructure Debt 3 LP | Westbourne Infra Debt GP Ltd | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastructure Debt 5 LP | acting through its General Partner, Westbourne Infra Debt GP Ltd | | alennon@wilmingtontrust.com |



## Exhibit B

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Westbourne Infrastructure Debt 5 LP | Westbourne Infrastructure Debt 4 LP | Westbourne Infra Debt GP Ltd | gs-dallas-adminagency@ny.email.gs.com |
| Westbourne Infrastructure Debt 6 LP | acting through its General Partner, Westbourne Infra Debt GP 2 Ltd | | alennon@wilmingtontrust.com |
| Westbourne Infrastructure Debt 6 LP | acting through its General Partner, Westbourne Infra Debt GP 2 Ltd | | gs-dallas-adminagency@ny.email.gs.com |
| Wilmington Trust, Nt`l Association | | | loanagency@wilmingtontrust.com |
| Wilmington Trust, Ntl Assoc | c/o Alston & Bird LLP | Attn: David A. Wender | David.wender@alston.com |
| Worley Pan American | | | dave.wyvill@worley.com |