**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>LIMETREE BAY SERVICES, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 21-32351 (DRJ)<br><br>(Jointly Administered) |

**MOTION TO WITHDRAW AS COUNSEL**

Attorney Melanie H. Cruthirds asks this Court to allow her to withdraw as counsel of record for Creditor Three L, Inc. ("Three L") in this case.

**I.       INTRODUCTION**

1.       Creditor is Three L. Debtors are Limetree Bay Services, LLC, and its related entities as described in n.1.

2.       On July 12, 2021, Debtor filed its voluntary petition under Chapter 11. (Dkt. 1).

3.       On November 2, 2021, Creditor filed a proof of claim.

4.       On June 5, 2023, Creditor filed an amended proof of claim.

**II.      ARGUMENT AND AUTHORITIES**

5.       There is good cause for this Court to grant the motion to withdraw because Ms. Cruthirds is leaving the firm of ChristianAttar, effective September 8, 2023. James W. Christian has previously appeared in this case and will remain attorney-in-charge for Creditor. Mr. Christian's information is as follows: S.D.T.X. Bar No. 14514; State Bar No. 04228700; 2302 Fannin, Suite 500, Houston, Texas 77002; jchristian@christianattarlaw.com; 713-659-7617

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Limetree Bay Services, LLC (1866); Limetree Bay Refining Holdings, LLC (1776); Limetree Bay Refining Holdings II, LLC (1815); Limetree Bay Refining, LLC (8671); Limetree Bay Refining Operating, LLC (9067); Limetree Bay Refining Marketing, LLC (9222).

(phone); and 713-659-7641 (fax).

6.      Creditor approves the withdrawal. The withdrawal will not delay these proceedings.

### III.    CONCLUSION

For the foregoing reasons, Ms. Cruthirds respectfully requests that the Court grant her

motion to withdraw from this representation.

Respectfully submitted,

**CHRISTIANATTAR**

*/s/ Melanie H. Cruthirds*
James W. Christian
S.D.T.X. Bar No. 14514
State Bar No. 04228700
*jchristian@christianattarlaw.com*
Melanie H. Cruthirds
S.D.T.X. Bar No. 3785451
State Bar No. 24128828
*mcruthirds@christianattarlaw.com*
**CHRISTIANATTAR**
2302 Fannin Street, Suite 500
Houston, Texas 77002
(713) 659-7617  telephone
(713) 659-7614  facsimile

**ATTORNEYS FOR CREDITOR
THREE L, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 6, 2023.

*/s/ Melanie H. Cruthirds*
Melanie H. Cruthirds

2