UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

In re: Limetree Bay Services, LLC    §    Case No. 21-32351
§
§    Lead Case No. 21-32351
§
Debtor(s)    §    ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/30/2023                    Petition Date: 07/12/2021

Plan Confirmed Date: 05/20/2022                   Plan Effective Date: 06/10/2022

This Post-confirmation Report relates to:   ◯ Reorganized Debtor

⦿ Other Authorized Party or Entity: LBR Liquidating Trust

Name of Authorized Party or Entity

/s/ Joseph R. Dunn                                         Joseph R. Dunn
Signature of Responsible Party                         Printed Name of Responsible Party

11/03/2023                                                     Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
Date                                                               3580 Carmel Mountain Rd., Ste. 300
                                                                   San Diego, CA 92130
                                                                   Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Limetree Bay Services, LLC      Case No. 21-32351

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $116,356 | $20,871,477 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $116,356 | $20,871,477 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* | | $0 | $2,280,463 | $0 | $2,280,463 |

*Itemized Breakdown by Firm*

|  | Firm Name | Role | | | | |
|---|---|---|---|---|---|---|
| i | Pachulski Stang Ziehl & Jones L | Lead Counsel | $0 | $289,220 | $0 | $289,220 |
| ii | Perella Weinberg Partners LP | Financial Professional | $0 | $160,401 | $0 | $160,401 |
| iii | Akin Gump Strauss Hauer & Fe | Other | $0 | $641,604 | $0 | $641,604 |
| iv | Mintz Levin Cohn Ferris Glovsk | Other | $0 | $95,545 | $0 | $95,545 |
| v | Baker & Hostetler LLP | Lead Counsel | $0 | $889,296 | $0 | $889,296 |
| vi | B Riley Financial Inc | Financial Professional | $0 | $84,240 | $0 | $84,240 |
| vii | GlassRatner Advisory & Capita | Other | $0 | $42,610 | $0 | $42,610 |
| viii | Riveron RTS LLC | Financial Professional | $0 | $77,548 | $0 | $77,548 |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Limetree Bay Services, LLC                                                                 Case No.  21-32351

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Limetree Bay Services, LLC                                   Case No. 21-32351

|        |         |   |   |   |   |
|--------|---------|---|---|---|---|
| lxxii  |         |   |   |   |   |
| lxxiii |         |   |   |   |   |
| lxxiv  |         |   |   |   |   |
| lxxv   |         |   |   |   |   |
| lxxvi  |         |   |   |   |   |
| lxxvii |         |   |   |   |   |
| lxxviii|         |   |   |   |   |
| lxxix  |         |   |   |   |   |
| lxxx   |         |   |   |   |   |
| lxxxi  |         |   |   |   |   |
| lxxxii |         |   |   |   |   |
| lxxxiii|         |   |   |   |   |
| lxxxiv |         |   |   |   |   |
| lxxxv  |         |   |   |   |   |
| lxxxvi |         |   |   |   |   |
| lxxxvi |         |   |   |   |   |
| lxxxvi |         |   |   |   |   |
| lxxxix |         |   |   |   |   |
| xc     |         |   |   |   |   |
| xci    |         |   |   |   |   |
| xcii   |         |   |   |   |   |
| xciii  |         |   |   |   |   |
| xciv   |         |   |   |   |   |
| xcv    |         |   |   |   |   |
| xcvi   |         |   |   |   |   |
| xcvii  |         |   |   |   |   |
| xcviii |         |   |   |   |   |
| xcix   |         |   |   |   |   |
| c      |         |   |   |   |   |
| ci     |         |   |   |   |   |

|    |                                                                                                  |                         | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|--------------------------------------------------------------------------------------------------|-------------------------|--------------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* |                         | $0                       | $57,358             | $0                   | $57,358         |
|    | *Itemized Breakdown by Firm*                                                                     |                         |                          |                     |                      |                 |
|    | Firm Name                                                                                        | Role                    |                          |                     |                      |                 |
| i  | The Claro Group LLC                                                                              | Special Counsel         | $0                       | $52,749             | $0                   | $52,749         |
| ii | Deloitte Tax LLP                                                                                 | Financial Professional  | $0                       | $1,250              | $0                   | $1,250          |
| iii| Thompson Hine LLP                                                                                | Special Counsel         | $0                       | $2,118              | $0                   | $2,118          |
| iv | Hughes Arrell Kinchen LLP                                                                        | Special Counsel         | $0                       | $1,241              | $0                   | $1,241          |
| v  |                                                                                                  |                         |                          |                     |                      |                 |
| vi |                                                                                                  |                         |                          |                     |                      |                 |

UST Form 11-PCR (12/01/2021)                        4

Debtor's Name Limetree Bay Services, LLC                                      Case No. 21-32351

|   |         |   |   |   |   |   |   |
|---|---------|---|---|---|---|---|---|
|   | vii     |   |   |   |   |   |   |
|   | viii    |   |   |   |   |   |   |
|   | ix      |   |   |   |   |   |   |
|   | x       |   |   |   |   |   |   |
|   | xi      |   |   |   |   |   |   |
|   | xii     |   |   |   |   |   |   |
|   | xiii    |   |   |   |   |   |   |
|   | xiv     |   |   |   |   |   |   |
|   | xv      |   |   |   |   |   |   |
|   | xvi     |   |   |   |   |   |   |
|   | xvii    |   |   |   |   |   |   |
|   | xviii   |   |   |   |   |   |   |
|   | xix     |   |   |   |   |   |   |
|   | xx      |   |   |   |   |   |   |
|   | xxi     |   |   |   |   |   |   |
|   | xxii    |   |   |   |   |   |   |
|   | xxiii   |   |   |   |   |   |   |
|   | xxiv    |   |   |   |   |   |   |
|   | xxv     |   |   |   |   |   |   |
|   | xxvi    |   |   |   |   |   |   |
|   | xxvii   |   |   |   |   |   |   |
|   | xxviii  |   |   |   |   |   |   |
|   | xxix    |   |   |   |   |   |   |
|   | xxx     |   |   |   |   |   |   |
|   | xxxi    |   |   |   |   |   |   |
|   | xxxii   |   |   |   |   |   |   |
|   | xxxiii  |   |   |   |   |   |   |
|   | xxxiv   |   |   |   |   |   |   |
|   | xxxv    |   |   |   |   |   |   |
|   | xxxvi   |   |   |   |   |   |   |
|   | xxxvii  |   |   |   |   |   |   |
|   | xxxvii  |   |   |   |   |   |   |
|   | xxxix   |   |   |   |   |   |   |
|   | xl      |   |   |   |   |   |   |
|   | xli     |   |   |   |   |   |   |
|   | xlii    |   |   |   |   |   |   |
|   | xliii   |   |   |   |   |   |   |
|   | xliv    |   |   |   |   |   |   |
|   | xlv     |   |   |   |   |   |   |
|   | xlvi    |   |   |   |   |   |   |
|   | xlvii   |   |   |   |   |   |   |
|   | xlviii  |   |   |   |   |   |   |

Debtor's Name Limetree Bay Services, LLC                                      Case No. 21-32351

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxviii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name Limetree Bay Services, LLC                                                    Case No. 21-32351

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| xci |  |  |  |  |  |  |
| xcii |  |  |  |  |  |  |
| xciii |  |  |  |  |  |  |
| xciv |  |  |  |  |  |  |
| xcv |  |  |  |  |  |  |
| xcvi |  |  |  |  |  |  |
| xcvii |  |  |  |  |  |  |
| xcviii |  |  |  |  |  |  |
| xcix |  |  |  |  |  |  |
| c |  |  |  |  |  |  |
| ci |  |  |  |  |  |  |
| c. | All professional fees and expenses (debtor & committees) |  | $0 | $2,337,822 | $0 | $2,337,822 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|   | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $3,319,233 | $0 | $3,319,233 | $3,319,233 | 100% |
| b. Secured claims | $0 | $0 | $11,130,000 | $868,884,708 | 1% |
| c. Priority claims | $586,772 | $0 | $69,525 | $586,772 | 12% |
| d. General unsecured claims | $0 | $0 | $0 | $274,000,000 | 0% |
| e. Equity interests | $0 | $0 | $0 |  |  |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                   Yes ○   No ●
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated:   12/31/2024
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ●   No ○

| Debtor's Name Limetree Bay Services, LLC | Case No. 21-32351 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ David M. Dunn | David M. Dunn |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Trustee | 11/03/2023 |
| Title | Date |

Debtor's Name Limetree Bay Services, LLC                                         Case No. 21-32351


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Limetree Bay Services, LLC                                        Case No.  21-32351



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                              10