Electronic Appearance Sheet

Melissa Pena, Norris McLaughlin, P.A.
Client(s): Axens North America, Inc.

Jaime Leggett, Bast Amron LLP
Client(s): West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP

Jeffrey Bast, Bast Amron LLP
Client(s): West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP

Thomas Eagan, Rasco Klock
Client(s): West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP

Charles Chambers, Client Rep
Client(s): West Indies Petroleum Limited and Port Hamilton Refining and Transportation, LLLP

Margie Venus, McKool Smith
Client(s): West Indies Petroleum Ltd

Marty Brimmage, AKIN GUMP STRAUSS HAUER & FELD LLP
Client(s): Ad Hoc Term Lender Group

Scott Alberino, AKIN GUMP STRAUSS HAUER & FELD LLP
Client(s): Ad Hoc Term Lender Group

Kevin Eide, AKIN GUMP STRAUSS HAUER & FELD LLP
Client(s): Ad Hoc Term Lender Group

Vincent Alexander, Lewis Brisbois Bisgaard & Smith LLP
Client(s): Intertek USA Inc.

Elizabeth Green, Baker & Hostetler LLP
Client(s): Limetree Bay Services, LLC and its Debtor affiliates

Elizabeth Green, Baker & Hostetler
Client(s): Limetree Bay Services, LLC

Jorian Rose, Baker & Hostetler
Client(s): Limetree Bay Services, LLC

Jorian Rose, Baker & Hostetler LLP
Client(s): Limetree Bay Services, LLC and its Debtor affiliates

Michael Delaney, Baker & Hostetler
Client(s): Limetree Bay Services, LLC

Michael Delaney, Baker & Hostetler LLP
Client(s): Limetree Bay Services, LLC and its Debtor affiliates

Electronic Appearance Sheet

Melissa Pena, Norris McLaughlin, P.A.
Client(s): Axens North America, Inc.

Patrick Hughes, Haynes and Boone, LLP
Client(s): Bay, Ltd.

Martha Wyrick, Haynes and Boone, LLP
Client(s): Bay, Ltd.

Butch Boyd, Butch Boyd Law Firm
Client(s): Bay, Ltd.

Jason Brookner, Gray Reed
Client(s): 405 Sentinel - DIP Lender

Gregg Galardi, Ropes & Gray LLP
Client(s): St. Croix Energy, LLLP

Uchechi Egeonuigwe, Ropes & Gray LLP
Client(s): St. Croix Energy, LLLP

Andrew Devore, Ropes & Gray LLP
Client(s): St. Croix Energy, LLLP

Stephen Iacovo, Ropes & Gray LLP
Client(s): St. Croix Energy, LLLP

Mike Warner, Pachulski Stang Ziehl & Jones LLP
Client(s): Official Committee of Unsecured Creditors

Jeff Pomerantz, Pachulski Stang Ziehl & Jones LLP
Client(s): Official Committee of Unsecured Creditors

Tad Davidson, Hunton Andrews Kurth, LLP
Client(s): Limetree Bay Terminals, LLC

Joseph Rovira, Hunton Andrews Kurth LLP
Client(s): Limetree Bay Terminals, LLC

Philip Guffy, Hunton Andrews Kurth LLP
Client(s): Limetree Bay Terminals, LLC

Tad Davidson, Hunton Andrews Kurth
Client(s): Limetree Bay Terminals

EDUARDO DEL VALLE, EGDV CONSULTANTS INC
Client(s): WEST INDIES PETROLEUM LTD

Electronic Appearance Sheet

Damian Schaible, Davis Polk & Wardwell LLP
Client(s): Ad Hoc Group of Terminal Lenders

Aryeh Falk, Davis Polk & Wardwell LLP
Client(s): Ad Hoc Group of Terminal Lenders

Jonah Peppiatt, Davis Polk & Wardwell LLP
Client(s): Ad Hoc Group of Terminal Lenders

Henry Flores, Rapp & Krock PC
Client(s): Ad Hoc Group of Terminal Lenders

William Steffes, The Steffes Firm LLC
Client(s): FMMVI, LLC

Rick Kincheloe, USAO/SDTX
Client(s): United States

Melissa Pena, Norris McLaughlin PA
Client(s): Axens North America Inc.

John Melko, Foley & Lardner LLP
Client(s): 405 Sentinel

Joel Walker, Nye, Stirling, Hale & Miller
Client(s): Beecher Cotton, Pamela Colon

Melissa Valdez, Perdue Brandon Fielder Collins & Mott LLP
Client(s): Galena Park ISD, La Porte ISD, The City of La Porte

Dan McGuire, Winston & Strawn LLP
Client(s): The Government of the U.S. Virgin Islands

Thomas Eagan, Rasco Klock
Client(s): West Indies

Jane VanLare, Cleary Gottlieb Steen & Hamilton
Client(s): Goldman Sachs as Agent for the Revolving Lenders

Thomas Eagan, Rasco Klock
Client(s): West Indies

Elizabeth Guffy, Locke Lord LLC
Client(s): Elite Turnaround Specialists

Lacey Rochester, Baker Donelson Bearman Caldwell & Berkowitz PC
Client(s): HKA Enterprises, LLC

Electronic Appearance Sheet

Vincent Alexander, Lewis Brisbois Bisgaard & Smith LLP
Client(s): Intertek USA Inc.

Donald Ludman, Brown & Connery, LLP
Client(s): SAP America, Inc. and Concur Technologies, Inc.